

COPY

1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  J. THOMAS MCCARTHY (CA SBN 034728)
   TMcCarthy@mofo.com
3  LYNN M. HUMPHREYS (CA SBN 168062)
   LHumphreys@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiff
   AUTODESK, INC.

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  AUTODESK, INC., a Delaware corporation,,       Case No.

14                Plaintiff,                        **COMPLAINT FOR UNFAIR
                                                    COMPETITION, FALSE
15       v.                                         DESIGNATION OF ORIGIN,
                                                    FALSE ADVERTISING,
16  DASSAULT SYSTÈMES SOLIDWORKS                     TRADEMARK INFRINGEMENT,
    CORPORATION, a Delaware corporation,           TRADE DRESS
17                                                  INFRINGEMENT, UNFAIR
                 Defendant.                         BUSINESS PRACTICES,
18                                                  DECEPTIVE BUSINESS
                                                    PRACTICES, UNLAWFUL
19                                                  BUSINESS PRACTICES,
                                                    MISLEADING ADVERTISING**
20
                                                    **DEMAND FOR JURY TRIAL**
21

22

23                     **Preliminary Statement**

24       In this lawsuit, plaintiff Autodesk, Inc. ("Autodesk") seeks to stop acts of unfair

25  competition by one of its rivals, defendant Dassault Systèmes SolidWorks Corporation

26  ("DS SolidWorks").

27       Autodesk is widely recognized as one of the world's leading providers of design software

28  tools.  Autodesk attained its tremendous consumer recognition and goodwill through the

COMPLAINT                                                                            1

1    development and enhancement of its pioneering AutoCAD® computer-aided design or "CAD"

2    product.  Introduced in 1982, AutoCAD is now used by millions of architects, engineers,

3    manufacturers, and others around the world.  Today, Autodesk offers a full range of design

4    software products for all design and modeling professions.  Autodesk's commercial success is a

5    direct result of the billions of dollars in research and development that it has invested in the

6    creation and enhancement of its software, ensuring that the products offer functional, reliable, and

7    stable solutions.

8         Autodesk's millions of users have created billions of user data files using AutoCAD and

9    other Autodesk design software products.  To store user data files, AutoCAD and many of

10   Autodesk's other software products implement a proprietary file format called "DWG."  Because

11   AutoCAD and other Autodesk software products are so widely used, and the DWG file format

12   name is so distinctive, design software users associate DWG with Autodesk and its successful

13   software products.

14        DS SolidWorks, a wholly-owned subsidiary of Dassault Systèmes S.A., is one of the

15   many design software companies that compete with Autodesk.  Autodesk and DS SolidWorks

16   compete among a similar base of users, most of whom already use and are very familiar with

17   Autodesk products and Autodesk's DWG file format and hold favorable views about them.

18        Seeking to trade off of or undermine Autodesk's accumulated goodwill, DS SolidWorks

19   has turned to several misleading, unethical and illegal competitive techniques.  Specifically, DS

20   SolidWorks (1) improperly attracts Autodesk customers to the DS SolidWorks product offerings

21   by using the term DWG in product names, domain names, and associated websites, which

22   specifically target AutoCAD users; (2) misrepresents the compatibility of its software with

23   Autodesk and its DWG technology; (3) improperly uses and over-emphasizes Autodesk's

24   AutoCAD registered trademark on the webpages and in the metadata of DS SolidWorks websites;

25   and (4) mimics Autodesk's trade dress.

26        These techniques constitute violations of federal and state unfair competition law.

27   Because the harm they cause is irreparable, Autodesk requests that the Court enjoin DS

28   SolidWorks from continuing to employ them.

COMPLAINT
sf-2553751

2

# I. PARTIES

1.    Autodesk is a world leader in design software for the manufacturing, building and construction, and media and entertainment industries. Over nine million users around the world utilize Autodesk software. Since its introduction of AutoCAD® software in 1982, Autodesk has developed a portfolio of state-of-the-art digital prototyping solutions to help customers experience their ideas before they are real. Those solutions include the Autodesk® Inventor® and Revit® model-based design programs. Autodesk products enable customers to create digital models and workflows that allow visualization, simulation, and analysis of designs before implementation. This, in turn, enables the continual exploration of design alternatives, allowing early improvements to the way projects and products will look, perform, and be used. In 2007, Autodesk was recognized as one of Fortune Magazine's Most Admired Companies, ranking second in the Computer Software category. In addition, Autodesk was recently named number 25 on *Fast Company's* list of "The World's 50 Most Innovative Companies." Autodesk's web site is at www.autodesk.com. Autodesk is a Delaware corporation. Its corporate headquarters are at 111 McInnis Parkway, San Rafael, California 94903.

2.    On information and belief, DS SolidWorks is a Delaware corporation with offices at 300 Baker Avenue, Concord, Massachusetts 01742, and a wholly-owned subsidiary of Dassault Systèmes, S.A., a major CAD software company that develops and markets application software and services that support industrial processes. DS SolidWorks' claims to focus on the development and marketing of 3-dimensional or model-based CAD software applications. Many of DS SolidWorks' software products claim to work in conjunction with design data files such as those created using Autodesk's AutoCAD software.

# II. JURISDICTION AND VENUE

3.    This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (any act of Congress relating to trademarks); 28 U.S.C. § 1338(b) (action asserting claim of unfair competition joined with a substantial and related claim under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction).

4.   Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c) because DS SolidWorks transacts business within this district, including business related to the wrongful conduct alleged in this complaint.  Also, Autodesk is based in this district, and it will suffer substantial harm in this district if DS SolidWorks is permitted to continue to engage in unfair competition.

## III.  INTRADISTRICT ASSIGNMENT

5.   Intradistrict assignment to the San Francisco Division is appropriate pursuant to Civil L.R. 302(c), as a substantial part of the events which give rise to the claims alleged in this Complaint have occurred in Marin County, where Autodesk is based.

## IV.  GENERAL ALLEGATIONS

**A.     Autodesk's History of Innovation and Its Leading Design Software Products**

6.   A worldwide leader in digital design technologies, Autodesk provides design software and services to customers in the architectural, engineering, construction, manufacturing, geospatial mapping and digital media industries.  Autodesk is particularly well-known for its leadership and innovation in the field of computer-aided design or "CAD" software.  CAD software is used in design applications by architects, engineers, manufacturers and others.  Using Autodesk CAD software, users can create and document their designs and visualize, simulate, and analyze real-world performance early in the design process by creating digital prototypes.

7.   Founded in 1982, Autodesk introduced its flagship product, the AutoCAD® program, late that year.  The initial version of the program was a CAD application, designed to run on the computer systems of the time, namely "microcomputers", including the "new" IBM Personal Computer (PC).  AutoCAD was ground-breaking: it offered design professionals the capability to create detailed technical drawings but was nonetheless affordable even for smaller design, engineering, and architecture firms.  Because of its revolutionary capabilities and instant appeal, AutoCAD became an industry favorite in the 1980s.

8.   Since that initial release, Autodesk has continually developed and enhanced the AutoCAD product.  Autodesk has also expanded its product line, offering discipline-specific AutoCAD applications, such as AutoCAD Architecture, AutoCAD Mechanical, AutoCAD

COMPLAINT
sf-2553751

4

1   Electrical and AutoCAD Civil 3D, and model-based design programs, such as Autodesk Inventor
2   and Revit.  Over the past two and a half decades, Autodesk has invested billions of dollars in
3   research and development to improve and enlarge the functionality of its software products,
4   address emerging needs in the marketplace, and provide customers with state-of-the-art design
5   technology.
6       9.   Through its commitment to quality and innovation, Autodesk has established
7   tremendous consumer goodwill.  Today, Autodesk does business in approximately 160 countries,
8   and its software is licensed to over nine million users, including 100 percent of *Fortune 100*
9   companies and approximately 98 percent of *Fortune 500* companies.  Autodesk's AutoCAD and
10  AutoCAD LT are two of the most widely used design software tools in the world.
11      **B.   Autodesk's DWG™ Technology**
12      10.   Like many companies' software applications, Autodesk products, including
13  AutoCAD, implement proprietary file formats for storing user data files.  A file format is a
14  particular way to encode information for storage in a computer file.  Autodesk's primary
15  proprietary file format technology is known as DWG.  Autodesk has been using the DWG name
16  and file format with its CAD software products since the introduction of AutoCAD late in 1982.
17  AutoCAD and other Autodesk applications create and store user files in the proprietary DWG
18  format, and the files bear the file extension ".dwg".  Over the past twenty-five years, Autodesk
19  has invested substantial effort and resources to refine and enhance its DWG format and associated
20  technology in order to support the increasingly sophisticated functionality in the AutoCAD family
21  and other design software applications.
22      11.   Today, as a result of Autodesk's substantial investment and innovation over more
23  than two decades to develop customer recognition and goodwill in its proprietary technology and
24  the diversification of that technology, DWG is not a generic or even a merely descriptive term.
25  Instead, DWG is recognized by design professionals as the name for Autodesk's proprietary
26  technology and file format, and is primarily associated with Autodesk and AutoCAD.  Since
27  1982, Autodesk has sold billions of dollars of software products associated with the DWG name

28

COMPLAINT
sf-2553751

5

and its proprietary DWG format worldwide.  During that time, Autodesk's promotional materials, software user manuals and website have prominently featured the DWG name.

12.     In addition, Autodesk has developed a distinctive DWG logo that has been and continues to be displayed on its website and product packaging:



(Examples of pages from the Autodesk website featuring the DWG logo are attached as Exhibit A.)  The DWG logo is also used as a computer file icon to help users instantly identify user design data files created using Autodesk technology.

13.     Autodesk's DWG name and technology are well-known and well-respected throughout the design industry.  Over the past twenty-five years, the public and the press have recognized and reinforced the association between Autodesk and the DWG name and technology through extensive commentary and media coverage of Autodesk and its CAD software products.

14.     Because of the widespread popularity of Autodesk's AutoCAD products, other software companies have sought to develop interoperable applications.  Autodesk itself recognizes the importance to its customers of achieving interoperability between AutoCAD and third-party programs.  For example, Autodesk offers membership in the Autodesk Developer Network.  This program allows and encourages others to develop software that works with those Autodesk applications that use the DWG technology.

15.     In addition, Autodesk instituted its RealDWG™ program, and similar predecessor programs, under which Autodesk licenses its proprietary DWG technology.  The RealDWG program allows participating software companies, including competitors, to create and market their own software products that are capable of reading and writing DWG files for use with AutoCAD and other Autodesk programs.  Under the terms of their agreements, however, such third parties recognize that the RealDWG name and DWG logo and technology are proprietary to

COMPLAINT                                                                                    6
sf-2553751

1  Autodesk and agree to comply with Autodesk's guidelines for properly using and attributing the

2  RealDWG name and explaining the party's relationship to Autodesk and its DWG technology.

3       16.     In particular, Autodesk has entered into RealDWG agreements with major

4  competitors, Bentley Systems, Inc. and Parametric Technology Corporation, each of whom has its

5  own proprietary file format.  Under these agreements, Autodesk and the other company have

6  agreed to exchange software libraries, including Autodesk RealDWG, to improve the ability to

7  read and write the companies' respective file formats in mixed environments with greater fidelity.

8  While both of these competitors now can offer programs that are interoperable with AutoCAD

9  using DWG technology under a license from Autodesk, neither of these competitors has adopted

10  product names that incorporate the DWG name.

11       17.     Over the years, some Autodesk competitors also have incorporated a reverse-

12  engineered form of Autodesk's proprietary DWG file format into their software.  Typically, such

13  a competitor's program will write a design data file in the native language and file format of the

14  competitor's software, such as DS SolidWorks' .swx proprietary file format, and then convert or

15  translate the file to the reverse-engineered DWG format.  At that point, the competing program

16  will assign the .dwg filename extension to the translated design data file.  While this limited use

17  of ".dwg" solely as a filename extension may be necessary to achieve a level of interoperability

18  with Autodesk programs, DS SolidWorks' conduct and use of the DWG name and mark exceeds

19  that limited purpose.  On information and belief, DS SolidWorks is the only company that both

20  incorporates a reverse-engineered form of Autodesk's DWG file format and engages in such

21  blatant acts of unfair competition and misleading advertising described herein.

22       **C.     DS SolidWorks' Acts of Unfair Competition**

23       18.     DS SolidWorks specifically markets to AutoCAD users to offer them model-based

24  software products.  Through a variety of improper tactics designed to mislead consumers and

25  undermine the value of the Autodesk and DWG brand and technology, DS SolidWorks is unfairly

26  competing with Autodesk.

27

28

COMPLAINT                                                                                      7
sf-2553751

1            **1.    DS SolidWorks' Misleading Marketing**

2        19.    DS SolidWorks has engaged in a variety of misleading marketing tactics that are

3    aimed to confuse design professionals about the ability of DS SolidWorks programs to

4    interoperate with Autodesk's AutoCAD software and about the characteristics of files created or

5    saved using DS SolidWorks programs.

6        20.    For example, DS SolidWorks has adopted a product naming strategy for certain of

7    its CAD software products that use the DWG name to attract the attention of its target audience,

8    specifically AutoCAD users who are familiar with Autodesk's DWG technology.  Such product

9    names include DWGeditor, DWGgateway, DWGseries, DWGviewer, and DWGnavigator.  The

10   inclusion of the term DWG in such product names is not necessary, and indeed, many other CAD

11   software companies, including DS SolidWorks' parent company, Dassault Systèmes S.A., market

12   similar products that do not improperly borrow or trade on the extensive consumer goodwill in

13   Autodesk's DWG technology.

14       21.    In addition, DS SolidWorks operates numerous websites around the world using

15   domain names that incorporate the designations DWGseries, DWGgateway, DWGnavigator,

16   including, for example, DWGSERIES.com, DWGGATEWAY.com, and

17   DWGNAVIGATOR.com.  Attached as Exhibit B to this Complaint are true and correct copies of

18   pages from DS SolidWorks' DWGSERIES.com, DWGGATEWAY.com and

19   DWGNAVIGATOR.com websites, printed as of September 17, 2008.  Each of these websites is

20   targeted specifically and exclusively to Autodesk customers:  "DWGseries is a set of FREE

21   software tools created for current and former AutoCAD® users to open, edit and share DWG data

22   more effectively with others"; "FREE productivity tools for AutoCAD®users"; "FREE software

23   download lets you open and edit any DWG file using any version of AutoCAD."  *See, e.g.,*

24   Exhibit B, page 1.

25       22.    Through these products and websites branded with DWG-based designations and

26   replete with blatant suggestions of affiliation with AutoCAD, DS SolidWorks improperly

27   suggests an association with Autodesk, AutoCAD software and Autodesk's DWG technology,

28   and represents to design professionals, specifically AutoCAD users, that DS SolidWorks can

1  provide fully interoperable tools for working with DWG files. However, DS SolidWorks is not a

2  RealDWG™ participant and has not licensed Autodesk's proprietary DWG technology. Instead,

3  it has, on information and belief, incorporated a reverse-engineered imitation of Autodesk's

4  DWG format without Autodesk's support or consent. Autodesk does not control, and indeed has

5  no way of ensuring, that design data files created using DS SolidWorks' reverse-engineered file

6  format and using the .dwg filename extension are fully interoperable with the AutoCAD program.

7  Nonetheless, through its use of numerous DWG-based product names and websites, DS

8  SolidWorks seeks to mislead design professionals, and specifically users and former users of

9  Autodesk's AutoCAD software who are familiar with Autodesk's proprietary DWG technology,

10  that the DS SolidWorks products also offer authentic DWG technology. DS SolidWorks is thus

11  intentionally trading off of Autodesk's well-established reputation for its DWG technology and

12  misrepresenting the nature, characteristics, and qualities of DS SolidWorks' products and services

13  and their relationship to Autodesk and Autodesk's AutoCAD software and DWG technology.

14       23.    As further evidence of its campaign to usurp Autodesk's goodwill in the DWG

15  name, DS SolidWorks has sought federal trademark registrations for the designations

16  DWGGATEWAY and DWGEDITOR. Autodesk timely opposed DS SolidWorks'

17  DWGGATEWAY application and sought to cancel the DWGEDITOR registration (on the

18  Supplemental Register) based on Autodesk's prior ownership of the mark DWG. DS SolidWorks

19  responded by opposing Autodesk's applications to register its (Autodesk's) REALDWG and

20  DWGX marks. Those proceedings before the Trademark Trial and Appeal Board (the "TTAB")

21  have been consolidated and are pending. The only remedy available to Autodesk before the

22  TTAB, however, is refusal of DS SolidWorks' DWGGATEWAY application and cancellation of

23  the DWGEDITOR registration.

24       24.    DS SolidWorks also misrepresents the quality and capabilities of its software

25  products in its marketing and advertising. DS SolidWorks makes far-reaching claims about the

26  compatibility of its products with AutoCAD products and about the integrity of files created by its

27  products and labeled DWG. Thus, DS SolidWorks claims that its *"unique capability helps you*

28  *maintain file and design process compatibility, win business and save time - all while avoiding*

COMPLAINT                                              9

sf-2553751

1   *expensive AutoCAD upgrade costs or subscription fees.*" *See* Exhibit B, page 10 (emphasis

2   added).  DS SolidWorks further claims that "DWGgateway is the first free data translation plug-

3   in that *lets AutoCAD users work easily with DWG files created by any version of AutoCAD*

4   *software.*" *See* Exhibit B, page 7 (emphasis added).  DS SolidWorks also asserts that its

5   DWGnavigator product will "*Save DWG files to any version of AutoCAD software.*" *See*

6   Exhibit B, page 16 (emphasis added).  Autodesk is informed and believes that these claims are

7   false.  The DS SolidWorks translation product does not accurately capture or translate all of the

8   complexities and relationships stored in an authentic Autodesk DWG file.  Instead, some of the

9   data is lost in translation by the DS SolidWorks program.  This is because, contrary to the

10  impression DS SolidWorks seeks to create, its products do not implement the DWG format as

11  maintained and enhanced by Autodesk; DS SolidWorks is not a RealDWG licensee and is not

12  authorized by Autodesk to use the DWG name or provided with authentic Autodesk DWG

13  technology.  Rather, DS SolidWorks is, on information and belief, relying on reverse engineered

14  re-creations of DWG technology.  This effort at reverse engineering is evidently imperfect, and

15  can cause file corruption, malformed data and instability problems in the ".dwg"-labeled files the

16  DS SolidWorks products save when such files are re-introduced into the AutoCAD program.

17  When such file problems occur, the user may mistakenly associate his negative experience with

18  the AutoCAD software itself.  By engaging in its false and misleading marketing and advertising

19  campaign, DS SolidWorks seeks to undermine the value of Autodesk DWG technology and the

20  RealDWG licensing program.  Moreover, by concealing the inadequacies of its faux DWG files,

21  DS SolidWorks seeks to conceal that *it* is the source of data corruption and instability in DWG-

22  labeled files.

23          25.    DS SolidWorks' use of DWG-based designations is not necessary to achieve

24  interoperability.  Moreover, those designations and its unsubstantiated statements regarding

25  compatibility, all in connection with CAD software products that are directly competitive with

26  Autodesk products, are likely to cause consumer confusion regarding the nature, characteristics

27  and qualities of DS SolidWorks' products and services and their relationship to Autodesk and

28  Autodesk's AutoCAD software, DWG technology and RealDWG licensing program.

COMPLAINT                                                                                      10

### 2.   DS SolidWorks' Misuse of the AutoCAD® Trademark in Its Websites

26.   In addition to the misleading DWG-based product names and domain names outlined above, DS SolidWorks misuses and overemphasizes Autodesk's registered trademark, AutoCAD, throughout the DS SolidWorks websites.

27.   For example, the DWGnavigator.com website states, "DWGnavigator, a [*sic*] AutoCAD file manager…" and "DWGgateway is a free AutoCAD® download for AutoCAD users who do not want to upgrade to the latest version of AutoCAD,…." *See* Exhibit B, pages 16-17. These types of statements improperly suggest that the DS SolidWorks products are a particular version of or associated with AutoCAD.

28.   Moreover, on its websites DS SolidWorks uses the AutoCAD trademark far more than is reasonably necessary. The DS SolidWorks websites, as shown in Exhibit B, visibly demonstrate the repeated use of the AutoCAD mark. In addition, analyses of the DS SolidWorks websites using computer tools clearly show the degree to which DS SolidWorks uses the AutoCAD trademark. A "keyword cloud" is a visual depiction of keywords used on a website, with keywords having a higher density depicted in a larger font. For example, for the DS SolidWorks DWGnavigator.com website the following keyword cloud was generated:

**Keyword Cloud**

dwgnavigator free file manager autocad® users enables manage dwg data generated version autocad software product info faqs support links contact download autocad® management tool solidworks corporation img srcimagesbuindownloaddwggif allautocad width height hspace vspace border easy charge marriquois intuitive windows® explorer files cost relationships copying renaming package including xrefs parties search criteria properties upgrade license compatible save eliminate licenses share work collaborate ranging latest format simple referenced documents understand impact add opening easily send link website colleagues time money autodesk registered trademarks usa andor countries dwggatewaytrade; translation dwggateway continue exchange partners customers suppliers versions addition newer formats presents set challenges earlier encounter problems cnc machines programs require input older xchangeworks click information xchangeworks; plug mechanical desktop® dassault systÃ¨mes corp phone email solidworkscom terms privacy policy piracy prevention

29.   Similarly, a "keyword density" analysis shows the percentage of occurrence of keywords compared to the rest of the text in the website. For example, for the DWGnavigator.com website, the following keyword density analysis showing the top 23 keywords was generated:

| Keyword Density | | |
|---|---|---|
| **Keyword** | **Count** | **Density** |
| autocad | 26 | 9.85% |
| dwg | 15 | 5.68% |
| files | 12 | 4.55% |
| file | 10 | 3.79% |
| version | 10 | 3.79% |
| free | 8 | 3.03% |
| users | 7 | 2.65% |
| dwgnavigator | 6 | 2.27% |
| save | 6 | 2.27% |
| search | 5 | 1.89% |
| software | 5 | 1.89% |
| autodesk | 5 | 1.89% |
| xrefs | 4 | 1.52% |
| upgrade | 4 | 1.52% |
| trademarks | 4 | 1.52% |
| autocad® | 3 | 1.14% |
| data | 3 | 1.14% |
| format | 3 | 1.14% |
| manager | 3 | 1.14% |
| download | 3 | 1.14% |
| properties | 2 | 0.76% |
| solidworks | 2 | 0.76% |

30.   As these analyses illustrate, DS SolidWorks' use of Autodesk's AutoCAD mark and DWG name dominates its websites. The DWGnavigator.com website displays the AutoCAD mark at least 26 times, as almost 10 percent of the relevant text on the site. Similarly, the DWG name is displayed 15 times. By contrast, the DS SolidWorks product name, DWGnavigator, appears only 6 times, and the SolidWorks name itself appears only twice. Other DS SolidWorks websites show a similar pattern. For example, the AutoCAD mark appears 21 times on the DWGgateway.com website.

31.   DS SolidWorks also embeds the terms AutoCAD and DWG in the metadata of certain of its websites. Metadata is a component of a webpage's programming that contains descriptive information about the webpage which is typically not observed when the webpage is displayed in a web browser. Some internet search engines scan metadata for keywords when compiling search results.

COMPLAINT                                                                              12
sf-2553751

32.   By over-emphasizing AutoCAD and DWG on its websites and including those marks in the metadata of its websites, DS SolidWorks intentionally seeks to manipulate internet search engines, which display search results on the basis of keywords found in the websites. Therefore, when an internet user types "AutoCAD" into a search engine, the DS SolidWorks websites will appear more prominently in the list of search results.

33.   DS SolidWorks' repeated use and over-emphasis of Autodesk's AutoCAD registered trademark also falsely suggests to customers that DS SolidWorks software products are associated with Autodesk's AutoCAD program.  DS SolidWorks' efforts can only be an intentional effort to mislead users and to trade off of Autodesk's goodwill and reputation.

### 3.   DS SolidWorks' Trade Dress Infringement

34.   In an effort to further confuse consumers and blur the line between its products and Autodesk's, DS SolidWorks has adopted a logo design that improperly mimics Autodesk's trade dress and RealDWG™ mark.

35.   Since at least as early as 2005, Autodesk has used the mark RealDWG™ to identify its program under which it licenses its DWG technology and file format to third parties.  Since at least as early as 2006, Autodesk has used and promotes itself with the tagline "Experience It Before It's Real."

36.   In addition, since at least as early as March 2007, Autodesk has employed a distinctive frame outline across all of its product packaging and marketing materials as part of its worldwide corporate marketing campaign.  In particular, Autodesk displays a distinctive orange frame outline on its software DVD cases and marketing materials distributed around the world for its Autodesk Inventor product, as shown below:



Through its widespread use of the distinctive orange frame, Autodesk has developed substantial goodwill and consumer recognition in its trade dress.

     37.    Recently, DS SolidWorks has embarked on a marketing campaign featuring a logo design that combines the "real" element of Autodesk's RealDWG™ program and tagline with the distinctive trade dress found on the Autodesk Inventor packaging:



DS SolidWorks is displaying this logo prominently on its recently re-launched website, in print ads and in other marketing materials. DS SolidWorks' use of this "real" logo, with its striking similarity to the competing Autodesk Inventor product packaging including the Autodesk frame and its incorporation of the "real" terminology, falsely suggests to customers that DS SolidWorks software products are associated with or offered in conjunction with Autodesk's RealDWG program. DS SolidWorks' adoption of this logo can only be an intentional effort to trade off of Autodesk's goodwill and cause confusion regarding the Autodesk trade dress, its RealDWG program and its tagline.

## FIRST CLAIM FOR RELIEF

### (UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN – FEDERAL LAW)

38.     Autodesk incorporates by reference paragraphs 1 through 37 above as though fully set forth herein.

39.     Autodesk's DWG name and mark is well-known in the industry as identifying and distinguishing Autodesk's software products, proprietary file format and technology.

40.     DS SolidWorks is not a RealDWG program participant and has not licensed Autodesk's proprietary DWG technology.  DS SolidWorks has incorporated a reverse-engineered version of Autodesk's proprietary DWG file format without Autodesk's support or consent.

41.     By using several DWG-based designations as well as the "real" logo design for its software products, DS SolidWorks is misrepresenting the DS SolidWorks' products and services and their relationship to Autodesk and Autodesk's AutoCAD® software, DWG technology and RealDWG™ licensing program.

42.     DS SolidWorks' conduct is likely to continue to cause confusion or mistake or deception as to the origin, sponsorship, or approval of DS SolidWorks' software products by Autodesk.  DS SolidWorks intends to and will confuse customers as to the relationship between its products identified with DWG-based designations and the "real" logo and Autodesk's DWG technology.

43.     The acts of DS SolidWorks described above constitute unfair competition and false designation of origin in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

44.     DS SolidWorks' actions are likely to injure Autodesk's business reputation as well as the reputation of AutoCAD as a premier high quality software product.  This harm will likely not be calculable.  DS SolidWorks' conduct threatens irreparable injury to Autodesk's business and reputation.

45.     DS SolidWorks' conduct is continuing and will continue unless restrained by the Court.  Autodesk cannot adequately be compensated by damages, and thus has no adequate

1   remedy at law.  In addition, Autodesk has been damaged in an amount to be determined by the

2   Court.

3                            **SECOND CLAIM FOR RELIEF**

4        **(UNFAIR COMPETITION AND FALSE ADVERTISING – FEDERAL LAW)**

5        46.   Autodesk incorporates by reference paragraphs 1 through 45 above as though fully

6   set forth herein.

7        47.   By using several DWG-based designations for its software products and by making

8   promises to AutoCAD users, such as DS SolidWorks' software tools will allow them to "open,

9   edit, and share DWG data more effectively with others," and "Save DWG files to any version of

10  AutoCAD software," DS SolidWorks is misrepresenting the nature, quality and characteristics of

11  DS SolidWorks' software products as being fully compatible and operational with Autodesk's

12  AutoCAD programs.

13       48.   DS SolidWorks' conduct is intended to and is likely to continue to cause confusion

14  or mistake or deception as to the nature, quality and characteristics of DS SolidWorks' software

15  products.

16       49.   The acts of DS SolidWorks described above constitute unfair competition and false

17  advertising in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

18       50.   DS SolidWorks' actions are likely to injure Autodesk's business reputation as well

19  as the reputation of AutoCAD as a premier high quality software product. This harm will likely

20  not be calculable.  DS SolidWorks' conduct threatens irreparable injury to Autodesk's business

21  and reputation.

22       51.   DS SolidWorks' conduct is continuing and will continue unless restrained by the

23  Court. Autodesk cannot adequately be compensated by damages, and thus has no adequate

24  remedy at law.  In addition, Autodesk has been damaged in an amount to be determined by the

25  Court.

26

27

28

COMPLAINT
sf-2553751

16

**THIRD CLAIM FOR RELIEF**

**TRADEMARK INFRINGEMENT - FEDERAL LAW**

52.     Autodesk incorporates by reference paragraphs 1 to 51 above as though fully set forth herein.

53.     Autodesk is the owner of numerous trademark registrations in the United States and around the world for its AUTOCAD® mark, including U.S. Registration No. 1316773 for "computer programs and instructional manuals used therewith sold as a unit, and floppy disk storage containers." That registration is valid, subsisting, and incontestable.

54.     Through its longstanding use and promotion of its AutoCAD® mark for its software, Autodesk has established tremendous goodwill in its AutoCAD® mark.

55.     DS SolidWorks' unauthorized use and over-emphasis of the AutoCAD® registered trademark on its websites and in the metadata of the websites misrepresents the relationship between the DS SolidWorks products and Autodesk's AutoCAD software. Such conduct further is intended to mislead consumers by manipulating internet search engine results.

56.     The above acts by Defendant constitute trademark infringement of Autodesk's registered AUTOCAD mark (U.S. Registration No. 1316773), in violation of section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), in that it is likely to continue to cause confusion regarding the source, sponsorship, origin, or affiliation of the DS SolidWorks programs.

57.     DS SolidWorks' wrongful acts have permitted or will permit it to make substantial sales and profits on the strength of Autodesk's AutoCAD mark and reputation in the industry.

58.     As a direct and proximate result of DS SolidWorks' wrongful conduct, Autodesk, among other things, has been and will be deprived of the value of its federally registered AutoCAD® trademark as an asset.

59.     As a direct and proximate result of DS SolidWorks' wrongful conduct, Autodesk has been injured by DS SolidWorks' wrongful acts, and such harm will continue unless DS SolidWorks' acts are enjoined by the Court. Autodesk has no adequate remedy at law for DS SolidWorks' continuing violation of Autodesk's rights.

## FOURTH CLAIM FOR RELIEF

## TRADE DRESS INFRINGEMENT - FEDERAL LAW

60.     Autodesk incorporates by reference paragraphs 1 through 59 above as though fully set forth herein.

61.     Through extensive promotion of its licensing program, Autodesk has established substantial trademark rights in its REALDWG mark. Likewise, through its marketing and promotion efforts, Autodesk has established trademark rights in its tagline, "Experience It Before It's Real." Similarly, through its use on product packaging and marketing materials around the world, Autodesk has established protectable rights in its distinctive frame design, which CAD users have come to associate with Autodesk and its Autodesk software, including the orange frame on Autodesk Inventor.

62.     DS SolidWorks' depiction of the "real" logo design in connection with its software falsely suggests an association or affiliation with Autodesk and Autodesk's software, DWG technology and RealDWG™ licensing program.

63.     DS SolidWorks' conduct is likely to continue to cause confusion or mistake or deception as to the origin, sponsorship, or approval of DS SolidWorks' software products by Autodesk. DS SolidWorks intends to and will confuse customers as to the relationship between its products identified with the "real" logo and Autodesk's DWG technology.

64.     The acts of DS SolidWorks described above constitute trade dress infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

65.     DS SolidWorks' actions are likely to injure Autodesk's business reputation as well as the reputation of AutoCAD as a premier high quality software product. This harm will likely not be calculable. DS SolidWorks' conduct threatens irreparable injury to Autodesk's business and reputation.

66.     DS SolidWorks' conduct is continuing and will continue unless restrained by the Court. Autodesk cannot adequately be compensated by damages, and thus has no adequate remedy at law. In addition, Autodesk has been damaged in an amount to be determined by the Court.

# FIFTH **CLAIM FOR RELIEF**

## **(UNFAIR BUSINESS PRACTICES – CALIFORNIA LAW)**

67.    Autodesk incorporates by reference paragraphs 1 through 66 above as though fully set forth herein.

68.    The acts of DS SolidWorks described above are likely to mislead the general public and therefore constitute unfair and fraudulent business practices in violation of California Business & Professions Code §§ 17200, *et seq.*

69.    The unfair business practices of DS SolidWorks described above present a continuing threat to members of the public in that DS SolidWorks intends to promote and advertise the sale of its software products by making false and misleading representations regarding the nature, characteristics, or qualities of the products, and of their relationship to Autodesk and Autodesk's DWG technology.

70.    As a direct and proximate result of these acts, DS SolidWorks has received and will receive substantial sales and profits.

71.    As a direct and proximate result of DS SolidWorks' wrongful conduct, Autodesk has been injured by such wrongful acts, and such harm will continue unless the Court enjoins DS SolidWorks' acts.  Autodesk has no adequate remedy at law for DS SolidWorks' continuing violation of Autodesk's rights.

# **SIXTH CLAIM FOR RELIEF**

## **(DECEPTIVE BUSINESS PRACTICES – CALIFORNIA LAW)**

72.    Autodesk incorporates by reference paragraphs 1 through 71 above as though fully set forth herein.

73.    The acts of DS SolidWorks described above are likely to mislead the general public and therefore constitute deceptive and misleading advertising in violation of California Business & Professions Code §§ 17200, *et seq.*

74.    The deceptive and untrue advertising and business practices of DS SolidWorks described above present a continuing threat to members of the public in that DS SolidWorks intends to promote and advertise the sale of its software products by making false and misleading

1    representations regarding the nature, characteristics, or qualities of the products, and of their

2    relationship to Autodesk and Autodesk's DWG technology.

3           75.    As a direct and proximate result of these acts, DS SolidWorks has received and will

4    receive substantial sales and profits.

5           76.    As a direct and proximate result of DS SolidWorks' wrongful conduct, Autodesk

6    has been injured by such wrongful acts, and such harm will continue unless the Court enjoins DS

7    SolidWorks' acts. Autodesk has no adequate remedy at law for DS SolidWorks' continuing

8    violation of Autodesk's rights.

9                          **SEVENTH CLAIM FOR RELIEF**

10                  **(UNLAWFUL BUSINESS PRACTICES – CALIFORNIA LAW)**

11          77.    Autodesk incorporates by reference paragraphs 1 through 76 above as though fully

12   set forth herein.

13          78.    The acts of DS SolidWorks described above are likely to mislead the general public

14   in violation of the Lanham Act, 5 U.S.C. § 1125(a)(1)(A), and therefore unlawful business

15   practices in violation of California Business & Professions Code §§ 17200, *et seq.*

16          79.    The deceptive and untrue advertising and business practices of DS SolidWorks

17   described above present a continuing threat to members of the public in that DS SolidWorks

18   intends to promote and advertise the sale of its software products by making false and misleading

19   representations regarding the nature, characteristics, or qualities of the products, and of their

20   relationship to Autodesk and Autodesk's DWG technology.

21          80.    As a direct and proximate result of these acts, DS SolidWorks has received and will

22   receive substantial sales and profits.

23          81.    As a direct and proximate result of DS SolidWorks' wrongful conduct, Autodesk

24   has been injured by such wrongful acts, and such harm will continue unless the Court enjoins DS

25   SolidWorks' acts. Autodesk has no adequate remedy at law for DS SolidWorks' continuing

26   violation of Autodesk's rights.

27

28

COMPLAINT                                                                                      20
sf-2553751

**EIGHTH CLAIM FOR RELIEF**

**(DECEPTIVE, FALSE, AND MISLEADING ADVERTISING – CALIFORNIA LAW)**

82.    Autodesk incorporates by reference paragraphs 1 through 81 above as though fully set forth herein.

83.    The acts of DS SolidWorks described above constitute untrue and misleading advertising as defined by California Business & Professions Code § 17500, *et seq.*

84.    The acts of untrue and misleading advertising by DS SolidWorks described above present a continuing threat to members of the public in that DS SolidWorks will misrepresent the nature, characteristics, or qualities of DS SolidWorks' products and their relationship to Autodesk and Autodesk's DWG technology.

85.    DS SolidWorks' false and misleading advertising has permitted and will permit DS SolidWorks to make substantial sales and profits on the strength of Autodesk's success, goodwill, and consumer recognition.

86.    As a direct and proximate result of DS SolidWorks' wrongful conduct, Autodesk has been damaged by DS SolidWorks' wrongful acts, and such damage will continue unless the Court enjoins DS SolidWorks' wrongful acts.

**PRAYER FOR RELIEF**

WHEREFORE, Autodesk prays for the following relief:

1.    That the Court preliminarily and permanently enjoin DS SolidWorks, its agents, servants, employees, attorneys, and all others in active concert or participation with DS SolidWorks, from using product designations or domain names that incorporate the term DWG, misrepresenting the nature, quality and characteristics of DS SolidWorks' products and services and their relationship to Autodesk and Autodesk's DWG technology and from committing any other acts of infringement, misleading advertising and/or unfair business practices directed toward obtaining for itself the business and customers of Autodesk;

2.    That the Court preliminarily and permanently enjoin DS SolidWorks, its agents, servants, employees, attorneys, and all others in active concert or participation with DS SolidWorks, from infringing Autodesk's AUTOCAD registered trademark and from

1  misrepresenting the relationship, association, or affiliation between AutoCAD and DS Solidworks

2  programs;

3       3.    That the Court preliminarily and permanently enjoin DS SolidWorks, its agents,

4  servants, employees, attorneys, and all others in active concert or participation with DS

5  SolidWorks, from infringing the Autodesk trade dress and/or REALDWG mark and tagline,

6  including but not limited to DS SolidWorks' use of the "real" logo;

7       4.    That the Court order the United States Patent and Trademark Office to cancel DS

8  SolidWorks' U.S. trademark registration for the DWGEDITOR mark (U.S. Registration

9  No. 3134536) under 15 U.S.C. § 1119;

10      5.    That the Court order DS SolidWorks to abandon its U.S. trademark application for

11 the mark DWGGATEWAY;

12      6.    That the Court award Autodesk the profits made by DS SolidWorks and the actual

13 compensatory damages suffered by Autodesk as a result of DS SolidWorks' unlawful conduct, in

14 an amount to be proven at trial;

15      7.    That the Court award Autodesk treble damages and enhanced profits pursuant to

16 15 U.S.C. § 1117(a);

17      8.    That the Court award Autodesk its costs, prejudgment interest and attorneys' fees

18 pursuant to 15 U.S.C. § 1117;

19      9.    That the Court grant Autodesk any other remedy to which it may be entitled,

20 including all remedies provided for in 15 U.S.C. § 1117 and under California law;

21

22

23

24

25

26

27

28

1         10.   That the Court award such other relief as it deems just and proper.

2    Dated: September 18, 2008          MICHAEL A. JACOBS

3                                      J. THOMAS MCCARTHY
                                  LYNN M. HUMPHREYS

4                                      MORRISON & FOERSTER LLP

5

6                                By: _Michael A C Jacobs/sw_
                                  MICHAEL A. JACOBS

7                                      Attorneys for Plaintiff

8                                      AUTODESK, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                              23
sf-2553751

1

**JURY DEMAND**

2

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 3-6, Autodesk

3

demands a trial by jury as to all issues so triable in this action.

4

5

6

Dated: September 18, 2008                    MICHAEL A. JACOBS

7                                             J. THOMAS MCCARTHY
                                              LYNN M. HUMPHREYS
8                                             MORRISON & FOERSTER LLP

9

10                               By:  _Michael A Jacobs_
                                      MICHAEL A. JACOBS
11

12                                    Attorneys for Plaintiff
                                      AUTODESK, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                                                              24
sf-2553751

# EXHIBIT A

Autodesk, Inc. v. Dassault Systèmes Solidworks

Autodesk - Autodesk – 2D and 3D Design Software for the Architecture, Engineering, Construction, Manufacturing, and Entert... Page 1 of 2

Company   Contact Us   Partners   Search

Industries   Products   Purchase   Services & Support   Communities

United States   Worldwide

## Industries

Architecture, Engineering & Construction
Automotive & Transportation
Education
Government
Manufacturing
Media & Entertainment
Utilities & Telecommunications



**Autodesk's Sustainability Report**
We're optimizing our environmental impact and developing best-in-class tools for sustainable design.
Learn More

**The Autodesk Entertainment Tour**
Check out the latest 3D animation, digital sculpting, and compositing software, October 7-November 20.

**Experience Results Faster**
From self-paced solutions to hands-on classes, Autodesk connects you with training that suits your style.

**Navigation Tool for AutoCAD**

**2D Drawing Software**
Create and share industry-standard designs with Autodesk's 2D drawing software solutions.

**Student Designs**
See what student community members are building with Autodesk design software.

**Autodesk University 2008**



Autodesk® Design Review FREE
View, Print, Measure, Mark-Up

DWG from Autodesk
The Original

Autodesk Labs

Subscription Member Login

Autodesk - Autodesk – 2D and 3D Design Software for the Architecture, Engineering, Construction, Manufacturing, and Entert...   Page 2 of 2

Navigate back and forward through
display history. Download this browser-
style plugin at no cost on Autodesk
Labs.

Meet Autodesk insiders and get
hands-on experience with the latest
tools and techniques at AU 2008.

Sign Up For Email      Careers      Investors

© Copyright 2008 Autodesk, Inc. All rights reserved.   Privacy Policy — Legal Notices & Trademarks — Report Piracy — Site Map

Autodesk - AutoCAD

Company   Contact Us   Partners   Search

United States   Worldwide

Industries   Products   Purchase   Services & Support   Communities

Home   Products

# AutoCAD

| Intro | Shape Your Ideas | Design Faster | Trial Download |



**AutoCAD**

Be more productive with AutoCAD, the world's leading 2D and 3D CAD application. Design, visualize, and document your ideas clearly and efficiently.

Features & Specifications
White Papers
Customer Gallery
Customer Stories
Demonstration
Product Trial
Frequently Asked Questions
News & Events
Upgrade
Companion Products
Documentation

AutoCAD® software lets you design, visualize, and document your ideas clearly and efficiently. With AutoCAD 2009 you'll move to new highs of productivity. New features help conceptualize and visualize designs, accelerate tasks, and allow commands to be easily found.

If you haven't looked at it in a while, now is the time to check out AutoCAD software. From powerful 3D modeling through robust documentation and visualization tools, AutoCAD 2009 is packed with 2D and 3D CAD functionality to help you shape, expand, and visualize your ideas.

**Find Out More About AutoCAD:**

AutoCAD Features

Download Free Trial of AutoCAD

Print
Email

DWG. from Autodesk
The Original.

Download the Trial

Contact Autodesk

1-800-578-3375 ext 131

Have Autodesk Call You

Save up to $2,000 on AutoCAD 2009
Offer expires October 17, 2008.



Autodesk - AutoCAD

**How to Buy**
**Subscription Benefits**

**Related Information:**
Services & Support
Learning Path

Why Upgrade?


View Now

AutoCAD 2009 Webcasts

**AutoCAD LT Users: Make the Move to AutoCAD**
Find out more about making the transition to a 3D CAD program. In this screencast, AutoCAD Technical Marketing Manager Heidi Hewett walks through the key reasons why you should make the move to AutoCAD software.



Sign Up For Email     Careers     Investors

© Copyright 2008 Autodesk, Inc. All rights reserved.   Privacy Policy — Legal Notices & Trademarks — Report Piracy — Site Map

# EXHIBIT B

Autodesk, Inc. v. Dassault Systèmes Solidworks

DWGseries

http://www.dwgseries.com/





**3S SolidWorks**

**DWG series™** from SolidWorks

DWGseries is a set of FREE software tools created for current and former AutoCAD® users to open, edit, and share DWG data more effectively with others.

Product Info    FAQs    Support    News    Quotes    Contact Us

▼ **Free productivity tools for AutoCAD® users**

▼ **Free AutoCAD converter from SolidWorks Corporation**

☒ tell a friend

View DWGseries product demo

**No need to upgrade to the next version of AutoCAD software**

DWGseries software allows you to maintain and share DWG files without the expense of upgrading to the latest version of AutoCAD.

**Open, edit, and view any DWG file using any version of AutoCAD**

Reduce the need to upgrade AutoCAD licenses just to be able to share work and collaborate with other AutoCAD users. DWGseries is a set of FREE software tools created for current and former AutoCAD software users who need to open, edit, create, and share DWG data more effectively with others.

**DWGgateway**

FREE software download lets you open and edit any DWG file using any version of AutoCAD.

**Download free DWGgateway product**

**DWGviewer**

FREE DWGviewer software download - also known as eDrawings Viewer for AutoCAD users - lets you view native DWG and DXF files, and share AutoCAD design concepts with anyone easily via email.

**Download free DWGviewer**

Page 1 of 2

9/17/2008

DWGseries

© 2008 Dassault Systemes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com

Terms of Use   Privacy Policy   Piracy Prevention

## Download free DWGnavigator

### DWGnavigator

**FREE** software download that lets you easily manage your AutoCAD files. It is as intuitive as Windows® Explorer to manage relationships when copying or renaming AutoCAD DWG files, package DWG files including Xrefs, perform a where used search on Xrefs, and search for AutoCAD files on criteria such as properties.

### DWGeditor

**FREE** with the purchase of SolidWorks software, DWGeditor software lets you maintain legacy data without the expense of AutoCAD software upgrades.

You can also download a **FREE** 30-day preview of DWGeditor.

*DWGgateway and Xchangeworks are trademarks of SolidWorks Corporation. eDrawings and DWGeditor are registered trademarks of SolidWorks Corporation. Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries*

http://www.dwgseries.com/

DWGseries



# DWG series™
from SolidWorks

DWGseries is a set of FREE software tools created for current and former AutoCAD® users to open, edit, and share DWG data more effectively with others.

| Product Info | FAQs | Support | News | Quotes | Contact Us |

▼ | Open, edit and share DWG data



▼ | FREE software tools for AutoCAD® software users

tell a friend

**Download DWGgateway**

**Download eDRAWINGS**

**FREE**

**FREE**

## DWG gateway

### Free AutoCAD® data translation software

DWGgateway™ is a free AutoCAD® download for AutoCAD users who do not want to upgrade to the latest version of AutoCAD, but who wish to continue to exchange DWG files with partners, customers and suppliers that use different versions of the AutoCAD DWG file format. In addition, newer versions of AutoCAD will only allow you to save your files in the more recent DWG file formats. This presents a different set of challenges. If you cannot save DWG files to an earlier version of AutoCAD, then you might also encounter problems with CNC machines or other programs that require as input an older version of the DWG file format.

**AutoCAD Message**

Drawing file was created by an incompatible version.

OK

DWGgateway solves these problems by enabling you to open DWG files created by AutoCAD versions R14 through the latest version, and then edit them and save them as any version of AutoCAD, from R2.5 to the latest version. This unique capability helps you maintain file and design-process compatibility, win business and save time - all while avoiding expensive AutoCAD upgrade costs or annual subscription fees.

**View DWGseries product demo**

http://www.dwgseries.com/pages/products/index.html

DWGseries

**Download DWGseries data sheet**

**Download free DWGgateway product**



**Free AutoCAD DWG viewer**

DWGviewer™ software – also known as eDrawings™ software for AutoCAD users – is a free tool for viewing native DWG and DXF files, as well as native SolidWorks® software files. DWGviewer simplifies the sharing of design concepts across multiple CAD environments and with non-CAD users.

**Download free eDrawings Viewer**



**DWGeditor™ is an editing tool lets you maintain DWG legacy data without expensive AutoCAD software upgrades**

DWGeditor is a standalone editing tool for SolidWorks users and their colleagues, who occasionally need to create, share, and edit native DWG files. As a former AutoCAD user, you'll find that DWGeditor offers an easy-to-use, familiar interface and it allows you to maintain legacy 2D data without having to install or upgrade to the latest version of AutoCAD. **Three DWGeditor licenses are provided with each SolidWorks license**, so you can offer DWGeditor to two of your coworkers and save on costs, while protecting your organization's investment in DWG data.

**XchangeWorks**
Click here for information on XchangeWorks™, a free 3D data translation plug-in for AutoCAD® and Mechanical Desktop® users.

http://www.dwgseries.com/pages/products/index.html

9/17/2008

DWGseries

DWGgateway and XchangeWorks are trademarks of SolidWorks Corporation.
eDrawings and DWGeditor are registered trademarks of SolidWorks Corporation.
Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries

© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com
Terms of Use   Privacy Policy   Piracy Prevention

http://www.dwgseries.com/pages/products/index.html

9/17/2008

DWGseries

http://www.dwgseries.com/pages/products/index.html

AutoCAD Free Download and ACAD upgrade

Page 1 of 3



DWG gateway™

The first free data translation plug-in for AutoCAD® users that enables them to work easily with DWG data generated by any version of the software.

Product Info    FAQs    Support    Links    Contact Us



FREE Download
DWGgateway

▼ DWGgateway™

▼

Free AutoCAD® converter from
SolidWorks Corporation





View a demo of DWGgateway

## Why use DWGgateway?

**NEW - DWGgateway now reads AutoCAD 2007**
If you're an AutoCAD user who occasionally has issues sharing files with colleagues, DWGgateway can make your life easier than ever now that it reads files created with AutoCAD 2007. View a product demo of DWGgateway

**No need to upgrade to the next version of AutoCAD software**
You do not have to upgrade your AutoCAD license to the new version of AutoCAD to be compatible with your DWG files.

**Open and edit any DWG file using any version of AutoCAD**
Eliminate the need to upgrade AutoCAD licenses just to be able to share work and collaborate with other AutoCAD users. DWGgateway is the first free data translation plug-in that lets AutoCAD users work easily with DWG files created by any version of AutoCAD software.

## DWGgateway is simple

- Open DWG files created by any version of AutoCAD software.
- Save DWG files to any version of AutoCAD software.
- No need to leave the AutoCAD UI to open, save, or convert files - simply access DWGgateway from inside AutoCAD.
- Quick and easy download - the file size is small and there are no lengthy forms to fill out

9/17/2008

**Page 7**

AutoCAD Free Download and ACAD upgrade

## Create industry standard PDF documents from within AutoCAD

DWGgateway enables AutoCAD users to create PDF documents that can be shared with virtually anyone. DWGgateway includes Adobe® PDF Library technology. Adobe PDF is the de facto standard for electronic document exchange. More than one half-billion copies of its companion software, Adobe® Reader®, have been distributed worldwide, and the world's top 10 PC makers ship their systems with the application.

## What users are saying:

"An excellent option for those who do not want to be forced to constantly upgrade their AutoCAD. I have both opened and used several AutoCAD 2004 drawings on 2006i with no problems!."

Jeff Hamilton
Longwall Associates

## Send a link to this website to your colleagues and save them time and money!



DWGgateway is a trademark of SolidWorks Corporation.

Adobe, the Adobe logo, and Acrobat are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries.

Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries.



© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com

Terms of Use   Privacy Policy   Piracy Prevention

http://www.dwggateway.com/

http://www.dwggateway.com/

AutoCAD Free Download and ACAD upgrade

DWGgateway, AutoCAD Free Download and ACAD Converters



**DWG**gateway™
*from SolidWorks*

The first free data translation plug-in for AutoCAD® users that enables them to work easily with DWG data generated by any version of the software.

Product Info    FAQs    Support    Links    Contact Us

▼ Product Information

▼ Share AutoCAD® design data with free AutoCAD® converters

**DWGgateway™ Data Translation Software**

DWGgateway is a free AutoCAD® download for AutoCAD users who do not want to upgrade to the latest version of AutoCAD, but who wish to continue to exchange DWG files with partners, customers and suppliers that use different versions of the AutoCAD DWG file format. In addition, newer versions of AutoCAD will only allow you to save your files in the more recent DWG file formats. This presents a different set of challenges. If you cannot save DWG files to an earlier version of AutoCAD, then you might also encounter problems with CNC machines or other programs that require as input an older version of the DWG file format.

**Read, Write and Edit Any Version of AutoCAD DWG Files**

DWGgateway solves these problems by enabling you to open DWG files created by AutoCAD versions R14 through the latest version, and then edit them and save them as any version of AutoCAD, from R2.5 to the latest version. This unique capability helps you maintain file and design-process compatibility, win business and save time - all while avoiding expensive AutoCAD upgrade costs or annual subscription fees.

**Create industry standard PDF documents from within AutoCAD**

DWGgateway enables AutoCAD users to create PDF documents that can be shared with anyone. The PDF format is the industry standard for sharing information created in programs such as spreadsheets and word processing. DWGgateway enables AutoCAD users to send their design data using the same PDF file format as their other documents.

See our FAQs for requirements and information on how to use DWGgateway before you

[FREE Download DWGgateway]

Get a button like this one for your website that links to the **DWGgateway™ software download page.**

http://www.dwggateway.com/pages/products/index.html

9/17/2008

DWGgateway, AutoCAD Free Download and ACAD Converters

Page 2 of 3

click Free AutoCAD Download.

DWGgateway is a trademark of SolidWorks Corporation.

Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc. in the USA and/or other countries

© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com
Terms of Use   Privacy Policy   Piracy Prevention

http://www.dwggateway.com/pages/products/index.html

9/17/2008

DWGgateway, AutoCAD Free Download and ACAD Converters

http://www.dwggateway.com/pages/products/index.html

DWGgateway: AutoCAD Free Download and ACAD Converters





# DWG gateway™ from SolidWorks

The first free data translation plug-in for AutoCAD® users that enables them to work easily with DWG data generated by any version of the software.

Product Info    FAQs    Support    Links    Contact Us

▼ Links

▼ Share AutoCAD® design data with free AutoCAD converters



Get a button like this one for your website that links to the **DWGgateway™ software** download page.

## Free AutoCAD® DWG viewer

Download free eDrawings™ Viewer software to view, print, and review all types of eDrawings files. In addition, eDrawings Viewer allows convenient viewing of native AutoCAD® files (DWG and DXF) and native SolidWorks® parts, assemblies, and drawings. The eDrawings Viewer is intended primarily for people who do not use CAD software and thus do not need to publish eDrawings files themselves. Innovative built-in interpretation tools include 3D Pointer, Drawing Layouts, Point-and-click Animation, and Hyperlinking.



## Acrobat® Reader® Software

Download the latest version of Adobe Acrobat Reader software:



http://www.dwggateway.com/pages/links/index.html

DWGgateway, AutoCAD Free Download and ACAD Converters

DWGgateway is a trademark of SolidWorks Corporation.

Adobe, the Adobe logo, and Acrobat are either registered trademarks or trademarks of Adobe Systems
Incorporated in the United States and/or other countries.

Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or
other countries

© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com
Terms of Use   Privacy Policy   Piracy Prevention

Page 14

DWGgateway, AutoCAD Free Download and ACAD Converters

http://www.dwggateway.com/pages/links/index.html

9/17/2008

DWGnavigator



DWG navigator
from SolidWorks

BETA

| Product Info | FAQs | Support | Links | Contact Us |

▼ DWGnavigator



**Free File Manager for AutoCAD® users that enables them to manage their DWG data generated by any version of AutoCAD software**

▼ **Free AutoCAD® file management tool from SolidWorks Corporation**

**Easy-to-use, free-of-charge file manager for AutoCAD users**

DWGnavigator, a AutoCAD file manager that's as intuitive as Windows® Explorer, provides file management for AutoCAD files and is available at no cost. Users can manage relationships when copying or renaming AutoCAD DWG files, package DWG files including Xrefs, perform a where used search on Xrefs, and search for AutoCAD files on criteria such as properties.

**Why use DWGnavigator?**

**No need to upgrade to the next version of AutoCAD software**

You do not have to upgrade your AutoCAD license to the new version of AutoCAD to be compatible with your DWG files.

**Save any DWG file to any version of AutoCAD**

Eliminate the need to upgrade AutoCAD licenses just to be able to share work and collaborate with other AutoCAD users. DWGnavigator allows you to save any DWG file to any version of AutoCAD ranging from AutoCAD version 2.5 to AutoCAD 2007 (the latest format of AutoCAD).

**DWGnavigator is simple**

• Search for DWG files.
• Save DWG files to any version of AutoCAD software.
• Search for referenced documents by doing a Where Used search on Xrefs so that you can understand impact of your changes before you make them.
• Add Properties to your DWG files without opening them.
• Package your DWG files along with all their Xrefs to easily share your work and collaborate with other AutoCAD users.

http://www.dwgnavigator.com/

Page 1 of 3

9/17/2008

**Page 16**

DWGnavigator

Send a link to this website to your colleagues and save them time and money!



tell a friend

*Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries.*

### Free DWGgateway™ Data Translation software

DWGgateway is a free AutoCAD® download for AutoCAD users who do not want to upgrade to the latest version of AutoCAD, but who wish to continue to exchange DWG files with partners, customers and suppliers that use different versions of the AutoCAD DWG file format. In addition, newer versions of AutoCAD will only allow you to save your files in the more recent DWG file formats. This presents a different set of challenges. If you cannot save DWG files to an earlier version of AutoCAD, then you might also encounter problems with CNC machines or other programs that require as input an older version of the DWG file format.

### XchangeWorks

Click here for information on XchangeWorks™, a free 3D data translation plug-in for AutoCAD® and Autodesk Mechanical Desktop® users.

XchangeWorks™

*Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries*

© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com
Terms of Use   Privacy Policy   Piracy Prevention

http://www.dwgnavigator.com/

9/17/2008

http://www.dwgnavigator.com/

DWGnavigator

DWGnavigator



# DWG navigator
from SolidWorks

BETA



**Free File Manager for AutoCAD® users that enables them to manage their DWG data generated by any version of AutoCAD software**

Product Info    FAQs    Support    Links    Contact Us

▼ | Links

▼ | Share AutoCAD® design data with free AutoCAD converters



Free AutoCAD
Download Software



Get a button like this one for your website that links to the **DWGgateway™ software** download page.

### Free AutoCAD® DWG viewer

Download free eDrawings™ Viewer software to view, print, and review all types of eDrawings files. In addition, eDrawings Viewer allows convenient viewing of native AutoCAD® files (DWG and DXF?) and native SolidWorks® parts, assemblies, and drawings. The eDrawings Viewer is intended primarily for people who do not use CAD software and thus do not need to publish eDrawings files themselves. Innovative built-in interpretation tools include 3D Pointer, Virtual Folding, Point-and-click Animation, and Hyperlinking.

### Free DWGgateway™ Data Translation software

DWGgateway is a free AutoCAD® download for AutoCAD users who do not want to upgrade to the latest version of AutoCAD, but who wish to continue to exchange DWG files with partners, customers and suppliers that use different versions of the AutoCAD DWG file format. In addition, newer versions of AutoCAD will only allow you to save your files in the more recent DWG file formats. This presents a different set of challenges. If you cannot save DWG files to an earlier version of AutoCAD, then you might also encounter problems with CNC machines or other programs that require as input an older version of the DWG file format.

### XchangeWorks

Click here for information on XchangeWorks™, a free 3D data translation plug-in for AutoCAD® and Autodesk Mechanical Desktop® users.

FREE
Download
eDRAWINGS

http://www.dwgnavigator.com/pages/links/index.html

9/17/2008

DWGnavigator

XchangeWorks™

*Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries*

© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com
Terms of Use   Privacy Policy   Piracy Prevention

http://www.dwgnavigator.com/pages/links/index.html

9/17/2008

DWGnavigator

http://www.dwgnavigator.com/pages/links/index.html

9/17/2008









**BETA**

**Free File Manager for AutoCAD® users that enables them to manage their DWG data generated by any version of AutoCAD software**

Product Info    FAQs    Support    Links    Contact Us

▼ | **Product Information**

▼ | **Easily manage your AutoCAD® design data with free AutoCAD® file management tool**

**Free AutoCAD file management tool**

DWGnavigator is a free AutoCAD® file management tool for AutoCAD users who do not want to upgrade to the latest version of AutoCAD, but who wish to continue to exchange DWG files with partners, customers and suppliers that use different versions of the AutoCAD DWG file format. In addition, newer versions of AutoCAD will only allow you to save your files in the more recent DWG file formats. This presents a different set of challenges. If you cannot save DWG files to an earlier version of AutoCAD, then you might also encounter problems with CNC machines or other programs that require as input an older version of the DWG file format.

**Save to Any Version of AutoCAD DWG Files**

DWGnavigator solves these problems by enabling you to save DWG files created by AutoCAD versions R14 through the latest version, and then save them as any version of AutoCAD, from R2.5 to the latest version. This unique capability helps you maintain file and design-process compatibility, win business and save time - all while avoiding expensive AutoCAD upgrade costs or annual subscription fees.

**Manage your AutoCAD DWG Files**

DWGnavigator helps you easily manage your DWG file library by allowing you to do all of the following in a manner that is as easy and intuitive to use as Windows Explorer:

• Search to easily find your DWG files.
• Send your DWG files and all of their Xrefs to other AutoCAD users using the DWG Pack-and-Go functionality.
• Add properties to your DWG files without opening them.
• Preview and view your DWG files without the need to have AutoCAD software installed on your machine.
• Add tags to your DWG files to easily find them later.

Get a button like this one for your website that links to the **DWGgateway™ software download page.**



See our FAQs for requirements and information on how to use DWGnavigator before you click Free AutoCAD Download.

*Autodesk and AutoCAD are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries*

© 2008 Dassault Systèmes SolidWorks Corp.
Phone: 800-693-9000; +1-978-371-5011
Email: info@solidworks.com
Terms of Use   Privacy Policy   Piracy Prevention

http://www.dwgnavigator.com/pages/products/index.html

DWGnavigator