MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
J. THOMAS MCCARTHY (CA SBN 034728)
TMcCarthy@mofo.com
LYNN M. HUMPHREYS (CA SBN 168062)
LHumphreys@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
AUTODESK, INC.


CLAUDE M. STERN (CA SBN 96737)
ClaudeStern@quinnemanuel.com
BRIAN C. CANNON (CA SBN 193071)
BrianCannon@quinnemanuel.com
ANDREA PALLIOS ROBERTS (CA SBN 228128)
AndreaPRoberts@quinnemanuel.com
ZACHARY M. FABISH (CA SBN 247535)
ZackFabish@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:08-cv-04397-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER** |

As set forth in the Court's December 18, 2008 Case Management Order, all initial disclosures under Federal Rule of Civil Procedure 26 must be completed by December 30, 2008, on pain of preclusion under Federal Rule of Civil Procedure 37(c). The parties have as of this date disclosed the identities of certain persons to each other under Federal Rule of Civil Procedure 26(a)(1). The parties hereby stipulate to, and respectfully request the Court's approval of, a March 1, 2009 deadline by which to complete their respective Rule 26(a)(1) disclosures, with the understanding that any such express disclosures are subject to the terms of Federal Rules of Civil Procedure 26(e) and 37(c).

| | |
|---|---|
| Dated: December 30, 2008 | Dated: December 30, 2008 |
| MICHAEL A. JACOBS<br>J. THOMAS MCCARTHY<br>LYNN M. HUMPHREYS<br>MORRISON & FOERSTER LLP | CLAUDE M. STERN<br>BRIAN C. CANNON<br>ANDREA PALLIOS ROBERTS<br>ZACHARY M. FABISH<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| By: /s/ Michael A. Jacobs<br>    MICHAEL A. JACOBS | By: /s/ Claude M. Stern<br>    CLAUDE M. STERN |
| Attorneys for Plaintiff<br>AUTODESK, INC. | Attorneys for Defendant<br>DASSAULT SYSTÈMES<br>SOLIDWORKS CORPORATION |

STIPULATION AND [PROPOSED] ORDER
Case No. 3:08-cv-04397-WHA
sf-2624294

1

**[PROPOSED] ORDER**

This order may not be cited to extend any other deadline.

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: December 31, 2008

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED / Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER
Case No. 3:08-cv-04397-WHA
sf-2624294