Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
J. Thomas McCarthy (CA SBN 034728)
TMcCarthy@mofo.com
Lynn M. Humphreys (CA SBN 168062)
LHumphreys@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 269-7522

Attorneys for Plaintiff
AUTODESK, INC.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Brian C. Cannon (Bar No. 193071)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., ,<br><br>    Plaintiff,<br><br>   vs.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION<br><br>    Defendant. | CASE NO. 3:08-cv-04397-WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING PLAINTIFF'S<br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT AND<br>RESPONSE THERETO** |

51459/2760278.1

1  Whereas, on January 7, 2009, Plaintiff Autodesk, Inc. ("Autodesk") filed a Motion for
2  Leave to Amend the Complaint and attached its [Proposed] First Amended Complaint as Exhibit
3  A to its motion;
4  Whereas, a hearing on Autodesk's Motion for Leave to Amend the Complaint is
5  calendared for February 12, 2009;
6  Whereas, although Defendant Dassault Systèmes SolidWorks Corporation ("SolidWorks")
7  does not concede any of the allegations set forth in the proposed amendments, SolidWorks will
8  not oppose Autodesk's Motion for Leave to Amend the Complaint;
9  Plaintiff Autodesk and Defendant SolidWorks hereby stipulate that Autodesk shall file the
10  [Proposed] First Amended Complaint attached as Exhibit A to its motion by January 23, 2009, and
11  SolidWorks shall have until February 13, 2009 to file its response thereto.
12  So stipulated.

DATED: January 20, 2009      MORRISON & FOERSTER LLP


By /s/ Michael A. Jacobs
   Michael A. Jacobs
   Attorneys for Plaintiff Autodesk, Inc.


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Claude M. Stern
   Claude M. Stern
   Attorneys for Defendant Dassault Systèmes
   SolidWorks Corporation.

51459/2760278.1

-1-     CASE NO. 3:08-CV-04397-WHA
STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND RESPONSE THERETO

## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: January 21, 2009

_____
Hon. William Alsup
United States District Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED / Judge William Alsup)*

51459/2760278.1

-2-     CASE NO. 3:08-CV-04397-WHA
STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND RESPONSE THERETO