IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>DASSAULT SYSTEMS SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>        Defendant.<br>                                             / | No. C 08-04397 WHA<br><br>**ORDER RE EXTENSION OF TIME** |

The Court previously approved a stipulation moving the deadline for completion of initial disclosures under FRCP 26 from December 30, 2008 to March 1, 2009. The parties now request a further extension of time to complete initial disclosures and an extension of time for Autodesk to move, answer, or otherwise respond to Solidworks' counterclaims. While the Court understands settlement discussions are ongoing, case deadlines must still be met in the meantime. In the absence of good cause being shown, the requests for extension of time are **DENIED**.

**IT IS SO ORDERED.**

Dated: March 4, 2009

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE