IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DASSAULT SYSTEMS SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>    Defendant.<br>                                             / | No. C 08-04397 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

    The Court is in receipt of plaintiff's June 18, 2009, letter concerning a discovery dispute and **SETS** a further meet-and-confer for **TUESDAY, JUNE 23, 2009, AT 8:30 A.M.** in the attorney lounge on the eighteenth floor of the federal courthouse.  Any unresolved discovery issue(s) will be heard at **10:30 A.M.** in Courtroom 9 on that same day.  Defendant's response is due by **NOON ON JUNE 22**.  Please note that only the lawyers who personally attend the meet-and-confer are permitted to argue at the hearing.

    **IT IS SO ORDERED.**

Dated: June 19, 2009.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE