1

2

3

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | Case No.   C-08-04397 WHA |
| Plaintiff and Counterclaim-Defendant, | ~~[PROPOSED]~~ **ORDER REGARDING MOTIONS TO COMPEL** |
| v. | |
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation, | |
| Defendant and Counterclaim-Plaintiff. | |

12

13

14

15

16

17

Autodesk, Inc. ("Autodesk") filed a letter motion on June 18, 2008, seeking production of documents and explanation of an asserted joint defense and/or common-interest privilege. Docket No. 44.  On June 22, 2009, defendant Dassault Systémes SolidWorks Corporation ("SolidWorks") filed a response and cross motion seeking production of documents and describing the basis of its asserted common-interest privilege.  Docket No. 46.

18

19

20

21

Pursuant to the Court's June 19, 2009 order (Docket No. 45), the parties held a meet and confer on June 23, 2009, at 8:30 a.m.  On June 23, 2009, at 10:30 a.m., the Court heard the parties' arguments and remaining areas of dispute.

During the hearing, it was determined that:

22

23

~~**PLAINTIFF AUTODESK'S PROPOSED LANGUAGE:**~~

24

25

- SolidWorks must produce any document created or dated in 2003 or 2004 that refers to: (i) DWG; and (ii) Autodesk or any Autodesk product.

26

27

28

1

2   ~~DEFENDANT SOLIDWORK'S PROPOSED LANGUAGE:~~

3   ▪  ~~SolidWorks must produce any document created or dated in 2003 or 2004 that~~

4   ~~refers to: (i) DWG in a name or potential name for a SolidWorks product; and (ii)~~

5   ~~Autodesk or any Autodesk product; in connection with the naming or marketing of~~

6   ~~a SolidWorks product that has DWG in the name.~~

7

8   ▪  During depositions, counsel shall not instruct witnesses not to answer questions

9   concerning DWG based names for products, including those that have not been

10  publicly released.

11  ▪  Both parties must produce any non-privileged customer or public opinion testing

12  regarding the phrase "DWG" in a product name, including for unreleased products.

13  ▪  SolidWorks' counsel shall revisit the extent of redactions in SolidWorks'

14  documents.

15  ▪  Autodesk must allow SolidWorks' counsel to access its San Rafael product

16  packaging "museum" as referenced at the hearing.  Autodesk may not rely at trial

17  on any product packaging other than that located in this room at the time of

18  inspection.

19

20  **IT IS SO ORDERED**

21  DATED:   August 7, 2009

22

23                          Judge William Alsup

24

25

26

27

28

2