IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK INC., a Delaware corporation,

    Plaintiff,

v.

DASSAULT SYSTEMS SOLIDWORKS CORPORATION, a Delaware corporation,

    Defendant.

    /

No. C 08-04397 WHA

**ORDER RE DEFENDANT'S SEPTEMBER 1, 2009, LETTER**

With respect to the letter dated September 1, 2009, the Court finds that the disputed designations of issues are adequate within the meaning of paragraph 25 of the order dated October 24, 2008, and all relief is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE