**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

September 9, 2009

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

Honorable William H. Alsup
United States District Court Judge
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Autodesk, Inc. v. Dassault Systèmes SolidWorks Corporation*
      Case No. C-08-04397 WHA

Dear Judge Alsup:

This case is currently set for trial beginning January 11, 2010.  When the Court set the trial date, I mentioned that I had another trial set for the same day in Fort Worth.  The Court stated:

> THE COURT:   We could set it in January, and then if it turns out your other trial goes forward, if you are still facing that trial in December, we could then bump it to March.

(Transcript of Proceedings dated December 18, 2008, at 32.)

Although the Court said then that it would visit the trial date in this matter in December 2009, we thought the Court might wish to know earlier that the Fort Worth matter is still proceeding to trial on January 11, 2010, and might wish to take the scheduling conflict into consideration when looking ahead to the Court's 2010 calendar.  We are also amenable to any opening the Court may have the last week of February or the month of March.

sf-2736518

MORRISON | FOERSTER

Honorable William Alsup
September 9, 2009
Page Two


SolidWorks has reviewed this letter in draft and has informed us they have no objection to Autodesk making this request to the Court.

Respectfully submitted,

Michael A. Jacobs

cc:   Claude M. Stern

sf-2736518