IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK INC., a Delaware corporation,

    Plaintiff,

v.

DASSAULT SYSTEMS SOLIDWORKS CORPORATION, a Delaware corporation,

    Defendant.

No. C 08-04397 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTES**

    The Court is in receipt of the parties' letters of October 5 and October 6, 2009, concerning discovery disputes and hereby **SETS** a further meet-and-confer for October 13, 2009, at **8:00 A.M. ON OCTOBER 13, 2009**, in the Court's jury room in the federal courthouse. Any remaining unsolved issue(s) will be heard by the Court at **11:30 A.M.** on said day. Only those lawyers who participate in the further meet-and-confer in the Court's jury room may be heard at the hearing. Oppositions are due by **5:00 P.M. ON FRIDAY, OCTOBER 9, 2009**.

    **IT IS SO ORDERED.**

Dated: October 7, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE