IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK INC., a Delaware corporation,

    Plaintiff,

v.

DASSAULT SYSTEMES SOLIDWORKS CORPORATION, a Delaware corporation,

    Defendant.

No. C 08-04397 WHA

**ORDER RE EXTENSION TO DISCOVERY CUTOFF**

On October 6, 2009, the day of the deadline for parties to file motions to compel related to fact discovery issues, the parties filed a stipulation to extend the deadline for defendant to file a motion to compel production of unredacted versions of the PTC and Bentley interoperability agreements currently produced in redacted form as ADSK0030788-817 and ADSK0030818–853. An extension is **GRANTED** until **OCTOBER 13, 2009 AT 7:30 A.M.** In deciding whether to grant any motion to compel, the reasons why defendant did not pursue this discovery within the long-standing deadline will be considered.

**IT IS SO ORDERED.**

Dated: October 8, 2009

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE