MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
J. THOMAS MCCARTHY (CA SBN 034728)
TMcCarthy@mofo.com
DAVID E. MELAUGH (CA SBN 219477)
DMelaugh@mofo.com
LYNN M. HUMPHREYS (CA SBN 168062)
LHumphreys@mofo.com
JACQUELINE BOS (CA SBN 243938)
JBos@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:08-cv-04397-WHA<br><br>**DECLARATION OF CHRISTOPHER BRADSHAW IN SUPPORT OF AUTODESK'S OPPOSITION TO SOLIDWORKS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** |

I, Christopher Bradshaw, declare as follows:

1. I am a Senior Vice President and Chief Marketing Officer for Autodesk, Inc. ("Autodesk"). I have been employed with Autodesk since 1991, excepting a short period from 1999-2001. I am fully familiar with the facts set forth herein and if called upon as a witness in this case, I could and would competently testify to the truth thereof.

2. Attached as **Exhibit 1** is a true and correct copy of an Autodesk® FBX® SDK Overview published by Autodesk in March 2006 produced in this litigation with Bates numbers ADSK0056928-957.

3. Attached as **Exhibit 2** is a true and correct copy of a press release issued by Autodesk on December 16, 2008 announcing the interoperability and technology license agreement between Autodesk and Parametric Technology Corporation produced in this litigation with Bates numbers ADSK30412-414.

4. Attached as **Exhibit 3** is a true and correct copy of a press release announcing the interoperability and technology license agreement between Autodesk and Bentley Systems produced in this litigation with Bates numbers ADSK00334858-860.

5. Attached as **Exhibit 4** is a true and correct copy of DWG Unplugged™ software packaging distributed by Autodesk in 1995 produced in this litigation with Bates numbers ADSK0049586-590.

6. Attached as **Exhibit 5** is a true and correct copy of an AutoCAD LT® 1997 software packaging distributed by Autodesk in 1996 and 1997 produced in this litigation with Bates numbers ADSK006630-638.

7. Attached as **Exhibit 6** is a true and correct copy of Autodesk QuickCAD™ software packaging distributed by Autodesk in 1999 produced in this litigation with Bates numbers ADSK 0049558-565.

8. Attached as **Exhibit 7** is a true and correct copy of an AutoCAD LT® 1997 product brochure distributed by Autodesk in 1997 produced in this litigation with Bates numbers ADSK0023503-505.

9. Attached as **Exhibit 8** is a true and correct copy of an advertisement for Autodesk DWG OEM™ software published in Computer Graphics World in March 1996 produced in this litigation with Bates number ADSK0074809.

10. Attached as **Exhibit 9** is a true and correct copy of an advertisement for Autodesk AutoCAD LT® software produced in this litigation with Bates number ADSK0048546.

11. Attached as **Exhibit 10** is a true and correct copy of an advertisement for Autodesk Mechanical® Desktop placed by Autodesk in Cadence Magazine in January 1995 excerpted from a document produced in this litigation with Bates numbers ADSK0074477-500.

12. Attached as **Exhibit 11** is a true and correct copy of the AutoCAD® DWG™ file icon for AutoCAD 2004 that was publicly released in March 2003 produced in this litigation with Bates number ADSK0075267.

13. Attached as **Exhibit 12** is a true and correct copy of Autodesk® Inventor® software packaging from 2003 through 2009 produced in this litigation with Bates numbers ADSK0024743-750.

14. Attached as **Exhibit 13** is a true and correct excerpt (ADSK0074895-96, 935-38) of a presentation I made at Autodesk World Press Day in February 2007 produced in this litigation with Bates numbers ADSK0074895-950.

15. Attached as **Exhibit 14** is a true and correct except of a presentation (ADSK0043076, 114-118) made by Carl Bass to Autodesk investors and the media on Annual Investor Day on April 26, 2007 produced in this litigation with Bates numbers ADSK0043076-120.

16. Attached as **Exhibit 15** is a true and correct copy of an Autodesk corporate video released in March 2007 produced in this litigation with Bates number ADSK0013692.

17. Attached as **Exhibit 16** is a true and correct copy of an advertisement for Autodesk® Inventor® distributed by Autodesk in 2007 produced in this litigation with Bates number ADSK0040198.

18. Attached as **Exhibit 17** is a true and correct copy of an advertisement for Autodesk® Inventor® distributed by Autodesk in 2007 produced in this litigation with Bates number ADSK0040199.

19. Attached as **Exhibit 18** is a true and correct copy of an advertisement for Autodesk® Inventor® distributed by Autodesk in 2007 produced in this litigation with Bates numbers ADSK0053929-932.

20. Attached as **Exhibit 19** is a true and correct copy of Autodesk's RealDWG™ icon produced in this litigation with Bates number ADSK0021935.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2009 at San Francisco, California.

_____
CHRISTOPHER BRADSHAW