1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  J. THOMAS MCCARTHY (CA SBN 034728)
   TMcCarthy@mofo.com
3  DAVID E. MELAUGH (CA SBN 219477)
   DMelaugh@mofo.com
4  LYNN M. HUMPHREYS (CA SBN 168062)
   LHumphreys@mofo.com
5  JACQUELINE BOS (CA SBN 243938)
   JBos@mofo.com
6  NATHAN B. SABRI (CA SBN 252216)
   NSabri@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Plaintiff
   AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.   3:08-cv-04397-WHA<br><br>**AUTODESK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION AND EXHIBITS TO OPPOSITION TO SOLIDWORKS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION** |

PLEASE TAKE NOTICE that Plaintiff Autodesk Inc. ("Autodesk") hereby moves to file the following documents under seal:

- Unredacted version of Autodesk's Opposition to SolidWorks' Motion for Summary Judgment or Summary Adjudication that contains material designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendant Dassault Systèmes SolidWorks Corporation ("SolidWorks").
- Document produced in this litigation, marked as SW0041723-725 (Deposition Exhibit 279) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 1 to the Declaration of Jacqueline Bos dated November 12, 2009 ("Bos Declaration").
- Document produced in this litigation, marked as SW0034535 (Deposition Exhibit 266) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 2 to the Bos Declaration.
- Pages 12-13, 49, 50, 82-83, 87 from the Deposition Transcript of Eric Anderson taken on October 26, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 3 to the Bos Declaration.
- Document produced in this litigation, marked as SW0034570-571 (Deposition Exhibit 264) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 4 to the Bos Declaration.
- Pages 29-31, 39-40, 69-70, 103-104 from the Deposition Transcript of Aaron Kelly taken on September 25, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 5 to the Bos Declaration.
- Document produced in this litigation, marked as SW0034871-877 (Deposition Exhibit 365) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 6 to the Bos Declaration.

- Document produced in this litigation, marked as SW0034409-410 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 7 to the Bos Declaration.
- Document produced in this litigation, marked as SW0038701-702 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 8 to the Bos Declaration.
- Document produced in this litigation, marked as SW0038682-684 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 9 to the Bos Declaration.
- Document produced in this litigation, marked as SW0000987-988 (Deposition Exhibit 25) (designated as TRADE SECRET/COMMERCIALLY SENSITIVE by SolidWorks) and attached as Exhibit 11 to the Bos Declaration.
- Document produced in this litigation, marked as SW0000924 (designated as TRADE SECRET/COMMERCIALLY SENSITIVE by SolidWorks) and attached as Exhibit 13 to the Bos Declaration.
- Pages 71, 79, 82 from the Deposition Transcript of Robert Zuffante taken on September 24, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 24 to the Bos Declaration.
- Pages 166, 199-201 from the Deposition Transcript of Michael A. Riddle taken on September 2, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 25 to the Bos Declaration.
- Document produced in this litigation, marked as SW0032264-266 (Deposition Exhibit 176) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 28 to the Bos Declaration.
- Pages 108, 140, 143, 145 from the Deposition Transcript of Laura Kozikowski taken on June 26, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 37 to the Bos Declaration.

| | |
|---|---|
| 1 | ▪ Document produced in this litigation, marked as SW0031432 (Deposition |
| 2 | Exhibit 180) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY |
| 3 | by SolidWorks) and attached as Exhibit 42 to the Bos Declaration. |
| 4 | ▪ Document produced in this litigation, marked as SW0031150-152 (Deposition |
| 5 | Exhibit 134) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY |
| 6 | by SolidWorks) and attached as Exhibit 43 to the Bos Declaration. |
| 7 | ▪ Document produced in this litigation, marked as SW0032230-32 (Deposition |
| 8 | Exhibit 178) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY |
| 9 | by SolidWorks) and attached as Exhibit 45 to the Bos Declaration. |
| 10 | ▪ Document produced in this litigation, marked as SW0031453 (designated as |
| 11 | CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached |
| 12 | as Exhibit 46 to the Bos Declaration. |
| 13 | ▪ Document produced in this litigation, marked as SW0031444-48 (Deposition |
| 14 | Exhibit 129) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY |
| 15 | by SolidWorks) and attached as Exhibit 47 to the Bos Declaration. |
| 16 | ▪ Document produced in this litigation, marked as SW0031428-31 (Deposition |
| 17 | Exhibit 131) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY |
| 18 | by SolidWorks) and attached as Exhibit 48 to the Bos Declaration. |
| 19 | ▪ Document produced in this litigation, marked as SW0033062-064 (Deposition |
| 20 | Exhibit 132) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY |
| 21 | by SolidWorks) and attached as Exhibit 50 to the Bos Declaration. |
| 22 | ▪ Document produced in this litigation, marked as SW0033073-74 (designated as |
| 23 | CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached |
| 24 | as Exhibit 51 to the Bos Declaration. |
| 25 | ▪ Excerpt (SW0024583) from document produced in this litigation marked as |
| 26 | SW0024573-601 (Deposition Exhibit 33) (designated as CONFIDENTIAL – |
| 27 | ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 52 to the |
| 28 | Bos Declaration. |

- Excerpt (SW0031330) from document produced in this litigation marked as SW0031317-357 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 53 to the Bos Declaration.
- Excerpt (INTER00008332) from document produced in this litigation marked as INTER00008325-359 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 54 to the Bos Declaration.
- Document produced in this litigation, marked as FOST0000407 (designated as CONFIDENTIAL by SolidWorks) and attached as Exhibit 55 to the Bos Declaration.
- Document produced in this litigation, marked as SW0011764-65 (designated as CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY by SolidWorks) and attached as Exhibit 56 to the Bos Declaration.
- Document produced in this litigation, marked as MO0013 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 59 to the Bos Declaration.
- Document produced in this litigation, marked as SW0000896 (Deposition Exhibit 18) (designated as TRADE SECRET/COMMERCIALLY SENSITIVE by SolidWorks) and attached as Exhibit 63 to the Bos Declaration.
- Document produced in this litigation, marked as SW0030614 (Deposition Exhibit 135) (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 65 to the Bos Declaration.
- Page 60 from the Deposition Transcript of Donna Hoffman taken on October 30, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 66 to the Bos Declaration.
- Pages 144 from the Deposition Transcript of Joel Orr taken on October 29, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 68 to the Bos Declaration.

|   |   |
|---|---|
| 1 | ▪ Pages 401-02 from the Deposition Transcript of Vajrang Parvate taken on September 21, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 69 to the Bos Declaration. |
| | ▪ Pages 33-34, 51, 96-97, 155-156, 161, 179-181, 200-202 from the Deposition Transcript of Vajrang Parvate taken on October 28, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 70 to the Bos Declaration. |
| | ▪ Pages 220-22, 363-64, 366 from the Deposition Transcript of Craig Wilkinson taken on September 17, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 71 to the Bos Declaration. |
| | ▪ Pages 157-159, 178, 194 from the Deposition Transcript of Laura Kozikowski taken on October 19, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 72 to the Bos Declaration. |
| | ▪ Pages 6, 84 from the Deposition Transcript of Steven Traher taken on September 22, 2009 (designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by SolidWorks) and attached as Exhibit 73 to the Bos Declaration. |

Pursuant to the Protective Order granted by this Court on September 8, 2009, documents that have been designated as CONFIDENTIAL must be filed under seal. Federal Rule of Civil Procedure 26(c) authorizes a court to enter "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including to insure that, for good cause shown, "confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c). Accordingly, this Court may order that specified documents be filed under seal. *Id.*; L. Civ. R. 79-5.

Autodesk has quoted in its memorandum of points and authorities and attached as the above-referenced Exhibits to the Bos Declaration documents that were designated CONFIDENTIAL ATTORNEY'S EYES ONLY by SolidWorks. Pursuant to the Protective Order and Local Rule 79-5(d), these documents should be filed under seal.

1   On November 10, 2009, counsel for Autodesk attempted to meet and confer and correspond by email with counsel for SolidWorks to discuss confidentiality designations of exhibits designated by SolidWorks as confidential that Autodesk desired to file. On November 12, 2009, counsel for Autodesk again attempted to meet and confer and correspond by email on this topic. The parties were unable to reach agreement by the time this declaration is being filed.

Dated: November 12, 2009

MICHAEL A. JACOBS
J. THOMAS MCCARTHY
DAVID E. MELAUGH
LYNN M. HUMPHREYS
JACQUELINE BOS
NATHAN B. SABRI
MORRISON & FOERSTER LLP


By: */s/ Michael A. Jacobs*
    MICHAEL A. JACOBS

    Attorneys for Plaintiff AUTODESK, INC.