**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AUTODESK INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>  Defendant.<br>_____/ | No. C 08-04397 WHA<br><br>**ORDER DENYING MOTIONS TO SEAL DOCUMENTS RELATED TO SUMMARY JUDGMENT MOTIONS** |

As clearly stated in the Court's "Order Approving Amended Protective Order Subject to Stated Conditions," the Ninth Circuit requires *compelling reasons* to seal documents used in dispositive motions, just as compelling reasons would be needed to justify a closure of a courtroom during trial. The parties were therefore on notice that no request for a sealing order would be allowed on summary judgment motions (or other dispositive motions) unless the movant first shows a compelling reason, a substantially higher standard than "good cause." *This will be true regardless of any stipulation by the parties*. Only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature (like the recipe for Coca Cola, for example) will qualify.

1  Since no compelling reasons were put forth by either party as to *why* each identified
2  document should be filed under seal, and these documents form the bases of the parties' multiple
3  summary judgment motions, the Court has no choice but to deny these motions to file under seal.
4  Solidwork's motion and amended motion to file under seal documents submitted in
5  support of their opposition to Autodesk's motion for summary judgment (Dkts. 88, 104),
6  Solidwork's motion and amended motion to file under seal documents submitted in support of
7  their motion for summary judgment (Dkts. 89, 107), and Solid work's motion to file under seal
8  documents submitted in support of their opposition to Autodesk's motion for partial summary
9  judgment (Dkt. 117) are **DENIED.**  Autodesk's motion to file under seal documents in their
10 opposition to Solidwork's motion for summary judgment is also **DENIED** (Dkt. 142)**.**

**IT IS SO ORDERED.**

Dated: November 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2