UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant. | CASE NO. 3:08-cv-04397-WHA<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBITS TO AUTODESK'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT |

Having considered Plaintiff Autodesk, Inc.'s Administrative Motion to File Under Seal Exhibits to Opposition to Motion for Partial Summary Judgment and Defendant Dassault Systèmes SolidWorks Corporation's Response, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT:

1. The un-redacted version of Autodesk's Opposition to Motion for Summary Judgment and Exhibits 3, 5, 13, 24, 25, 37, 52, 53, 54, 55, 59, 63, 69, 70, 71, 72, and 73, previously lodged with the Court, shall be made part of the public record;

2. The SolidWorks employee email addresses and telephone numbers found in Exhibits 1, 2, 4, 6, 7, 8, 11, 28, 42, 43, 45, 46, 47, 48, 50, 51, 56, and 65, which were previously lodged with the Court, shall be redacted prior to making those exhibits part of the public record;

3. The third party vendor email addresses and telephone numbers found in Exhibits 9, 11, 28, and 56, which were previously lodged with the Court, shall be redacted prior to making those exhibits part of the public record;

4. The names of SolidWorks customers found in Exhibit 1, which was previously lodged with the Court, shall be redacted prior to making that exhibit part of the public record; and

5. The vendor website found in Exhibit 11, which was previously lodged with the Court, shall be redacted prior to making the exhibit part of the public record.

The Clerk of the Court shall file the redacted versions of those exhibits which SolidWorks lodged with the Court on November 19, 2009.

IT IS SO ORDERED.

DATED: __November 20__, 2009

_____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*