QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendant Dassault Systèmes SolidWorks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUTODESK, INC., ,<br><br>             Plaintiff,<br><br>      vs.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION<br><br>             Defendant. | CASE NO. 3:08-cv-04397-WHA<br><br>**EXHIBITS TO DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANT DASSAULT SYSTÈMES SOLIDWORKS CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date: December 3, 2009<br>Time:  8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Judge Alsup<br>Trial Date: January 11, 2010 |
|---|---|

02966.51459/3216292.1

CASE NO. 3:08-CV-04397-WHA
EXHIBITS TO DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF SOLIDWORKS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION