# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

       Plaintiff,

vs.

                        No. 3:08-cv-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

       Defendant.

## CERTIFIED
# COPY

---

DEPOSITION OF MICHAEL A. RIDDLE

Phoenix, Arizona

Wednesday, September 2, 2009

11:00 a.m.

REPORTED BY:
Robin L. B. Osterode
RPR, CSR
AZ Certified Reporter No. 50695
JOB No. 119807

1

2                    DEPOSITION OF MICHAEL A. RIDDLE,

3       commenced at 11:00 a.m. on September 2, 2009, at

4       Phoenix, Arizona, before Robin L. B. Osterode, RPR,

5       CSR, Arizona Certified Reporter No. 50695.

6

7

8                             *   *   *

9

10      APPEARANCES:

11          For Plaintiff:

12              MORRISON & FOERSTER, LLP
                By: Michael A. Jacobs
13              425 Market Street
                San Francisco, California   94105-2482
14              (415) 268-7455

15          For Defendant:

16              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                By: Andrea Pallios Roberts
17              555 Twin Dolphin Drive, Suite 560
                Redwood Shores, California   94065
18              (650) 801-5000

19          Also Present:

20              Lisa Turbis
                Corporate Counsel, Autodesk, Inc.
21

22          The Videographer:

23              Scott Gallaher

24

25

**MICHAEL A. RIDDLE**                                    09/02/09

|  |  |
|---|---|
| | **1** |
| | **2** |
| 11:15:25 | **3** |
| 11:15:25 | **4** |
| 11:15:34 | **5** |
| 11:15:38 | **6** |
| 11:15:44 | **7** |
| 11:15:47 | **8** |
| 11:15:53 | **9** |
| 11:15:56 | **10** |
| 11:16:01 | **11** |
| 11:16:07 | **12** |
| 11:16:10 | **13** |
| 11:16:13 | **14** |
| 11:16:15 | **15** |
| 11:16:18 | **16** |
| 11:16:20 | **17** |
| 11:16:23 | **18** |
| 11:16:26 | **19** |
| 11:16:29 | **20** |
| 11:16:32 | **21** |
| 11:16:35 | **22** |
| 11:16:38 | **23** |
| 11:16:41 | **24** |
| 11:16:45 | **25** |

Phoenix, Arizona
September 2, 2009
11:00 a.m.


              THE VIDEOGRAPHER:   Good morning, here

begins media number one of the video deposition of

Mike Riddle, in the matter of Autodesk versus

Dassault Systemes Solidworks, and the case number is

cv-04397-WHA.

              Today's date is September 2nd, 2009, and

the time is 11:15.  This deposition is taking place

at 3131 East Clarendon Avenue, Phoenix, Arizona.  The

videographer is Scott Gallaher, appearing on behalf

of Sarnoff Court Reporters & Legal Technologies,

located in San Francisco, California.

              All counsel, parties, and the deponent

please take notice that as part of the videotaping of

this deposition, high-quality microphones are being

used.  These microphones are very sensitive.  If any

party, attorney, or deponent wishes to make a

statement or have a conversation off the record, they

should state that they are going off the record and

gain concurrence from all parties.  The videographer

will then stop recording.  All recorded comments made

by any party, attorney, or the deponent during this

deposition will be assumed to be on the record and

| | | |
|---|---|---|
| 11:16:49 | 1 | will be transcribed. |
| 11:16:50 | 2 | Would counsel please identify yourselves, |
| 11:16:52 | 3 | and state whom you represent. |
| 11:16:55 | 4 | MR. JACOBS: Michael Jacobs, Morrison & |
| 11:17:00 | 5 | Foerster, counsel for plaintiff, Autodesk. With me |
| 11:17:01 | 6 | is Lisa Turbis, from Autodesk's legal department. |
| 11:17:05 | 7 | MS. ROBERTS: Andrea Pallios Roberts of |
| 11:17:09 | 8 | Quinn, Emanuel for Dassault Systemes Solidworks and |
| 11:17:11 | 9 | the witness, Mike Riddle. |
| 11:17:14 | 10 | THE VIDEOGRAPHER: And will the reporter |
| 11:17:17 | 11 | please swear the witness. |
| | 12 | |
| | 13 | MICHAEL A. RIDDLE, |
| | 14 | called as a witness herein, having been first duly |
| | 15 | sworn, upon his oath, was examined and testified as |
| | 16 | follows: |
| | 17 | |
| 11:17:28 | 18 | E X A M I N A T I O N |
| 11:17:28 | 19 | BY MS. ROBERTS: |
| 11:17:30 | 20 | Q. Good morning, Mr. Riddle. |
| 11:17:32 | 21 | A. Good morning. |
| 11:17:32 | 22 | Q. I'm going to be asking you a series of |
| 11:17:38 | 23 | questions. I don't know, have you had your |
| 11:17:39 | 24 | deposition taken before? |
| 11:17:40 | 25 | A. Yes, I have. |

MICHAEL A. RIDDLE                                    09/02/09

| | | |
|---|---|---|
| 11:30:55 | 1 | Phoenix? |
| 11:30:56 | 2 | A.    Yes. |
| 11:30:56 | 3 | Q.    And so what did you do at Computerland? |
| 11:30:58 | 4 | A.    I was the chief technician, if you will. |
| 11:31:01 | 5 | Q.    And what was your role as chief technician? |
| 11:31:06 | 6 | A.    I assembled computers, because they came in |
| 11:31:08 | 7 | parts in those days.  Repaired computers, conducted |
| 11:31:12 | 8 | training in how to use them.  Helped the owners of |
| 11:31:16 | 9 | the company evaluate different products to see which |
| 11:31:23 | 10 | ones would make good sense to sell and which would |
| 11:31:23 | 11 | not be reliable. |
| 11:31:25 | 12 | During that time I also had an agreement |
| 11:31:27 | 13 | with them that I was going to be writing a piece of |
| 11:31:31 | 14 | software myself on my own time, with their good |
| 11:31:35 | 15 | graces.  In fact, they provided me a computer at |
| 11:31:39 | 16 | their cost to facilitate that. |
| 11:31:40 | 17 | Q.    Okay.  And did you develop that program |
| 11:31:43 | 18 | that was part of the agreement? |
| 11:31:44 | 19 | A.    Yes, that program I called Interact, it |
| 11:31:48 | 20 | was, to my knowledge the first CAD program for |
| 11:31:51 | 21 | microcomputers, although it was very primitive, |
| 11:31:54 | 22 | considering the capabilities of the day. |
| 11:31:55 | 23 | Q.    Now, we'll get back to Interact, but just |
| 11:32:00 | 24 | in terms of your work history, after -- how long were |
| 11:32:05 | 25 | you at Computerland Phoenix? |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | |
|---|---|
| 11:48:32 | 1 |
| 11:48:33 | 2 |
| 11:48:35 | 3 |
| 11:48:37 | 4 |
| 11:48:41 | 5 |
| 11:48:43 | 6 |
| 11:48:44 | 7 |
| 11:48:48 | 8 |
| 11:48:48 | 9 |
| 11:48:57 | 10 |
| 11:49:02 | 11 |
| 11:49:07 | 12 |
| 11:49:10 | 13 |
| 11:49:12 | 14 |
| 11:49:18 | 15 |
| 11:49:25 | 16 |
| 11:49:25 | 17 |
| 11:49:35 | 18 |
| 11:49:36 | 19 |
| 11:49:43 | 20 |
| 11:49:47 | 21 |
| 11:49:51 | 22 |
| 11:49:55 | 23 |
| 11:50:00 | 24 |
| 11:50:06 | 25 |

talked to came after.

Q.    So when did you actually start writing Interact?

A.    The day I left Marathon Steel.

Q.    And --

A.    That was in 1977.

Q.    Okay.  And how long did it take you to develop the program?

A.    About three years, to the point it was at which I interacted first with John Walker about it. I continued to do work on it on and off for the next couple of years, maybe three years.  I, frankly, was focusing a little more on some of the things that were happening at Autodesk.  It later served as a basis for other products I would make when I became more interested in doing my own products.

Q.    Now, can you describe what Interact did, what it was?

A.    Interact was a program that would let someone interactively describe a drawing by describing the geometry of which it was comprised. You could do things like draw lines or circles or arcs, and unlike what you might do on a piece of paper, the computer would retain the information as separate pieces of geometry.  In other words, if you

Page 30

| | | |
|---|---|---|
| 11:50:10 | 1 | defined it as a line and a circle, it was still a |
| 11:50:12 | 2 | line and a circle mathematically.  It stored that |
| 11:50:14 | 3 | definition.  At the time, this was different from |
| 11:50:22 | 4 | what the very earliest computers were trying to do |
| 11:50:22 | 5 | when they did pictures at all, which were to make a |
| 11:50:25 | 6 | photograph of a bunch of dots, each of a different |
| 11:50:28 | 7 | color, if you would. |
| 11:50:32 | 8 | CAD, as seen in the larger CAD systems, got |
| 11:50:36 | 9 | its power because it retained this structural |
| 11:50:39 | 10 | information.  It retained the definition that a line |
| 11:50:43 | 11 | went from this location to that location.  Pretty |
| 11:50:46 | 12 | much all of it used Cartesian coordinates, the idea |
| 11:50:56 | 13 | of analytic geometry, and it was a very powerful tool |
| 11:50:58 | 14 | to bring to these problems, even if the equipment was |
| 11:51:02 | 15 | primitive in the early days.  By retaining that |
| 11:51:06 | 16 | structure, that structure could be analyzed, it could |
| 11:51:10 | 17 | be modified, you could edit it, you could take |
| 11:51:16 | 18 | something and change one part without having to erase |
| 11:51:17 | 19 | everything as you would manually on a drafting board. |
| 11:51:22 | 20 | We take this for granted now, but at the time this |
| 11:51:25 | 21 | was a very powerful and new capability. |
| 11:51:31 | 22 | Interact started out as an interpretive |
| 11:51:34 | 23 | language, which is -- it was a program that looked at |
| 11:51:38 | 24 | what people said and followed their steps in a very |
| 11:51:42 | 25 | simple way.  Later, it was rewritten as a compiled |

Page 31

11:51:49   1   program, which made it much faster, and allowed it to

11:51:54   2   make bigger and more complicated models.   It's still

11:51:59   3   used as its human interface, the idea of describing

11:52:04   4   the geometry by entering a piece of text and pointing

11:52:07   5   to locations in the drawing with a pointer.   The

11:52:10   6   mouse that we use on computers today hadn't been

11:52:12   7   invented yet.   Well, actually it had been invented,

11:52:16   8   but nobody knew about it.   It was invented in 1968.

11:52:20   9   But it first was popularized by the Apple Macintosh.

11:52:27  10   And that occurred in the 1982, '83 time frame.

11:52:30  11            When I was working on this, the only

11:52:33  12   pointing devices were what were called digitizing

11:52:37  13   tablets.   This was a piece of hardware that was a

11:52:41  14   large flat surface, perhaps 15 inches square with a

11:52:45  15   device you set on it and as you moved around, it

11:52:49  16   would indicate different locations.   It was commonly

11:52:52  17   used in those days, people would put manual drawings

11:52:56  18   on the surface and then trace them out with this hand

11:53:00  19   cursor.   I used it in a more general sense as a way

11:53:02  20   of getting the computer screen to point to things, so

11:53:09  21   that people could interact with their drawings.

11:53:11  22       Q.    So -- sorry, if I can interrupt you.   If we

11:53:13  23   use a drawing of a house as an example --

11:53:16  24       A.    Yes.

11:53:16  25       Q.    -- could you describe what it is that

**MICHAEL A. RIDDLE**                                                                 09/02/09

| | | |
|---|---|---|
| 11:53:18 | 1 | Interact would do with that? |
| 11:53:20 | 2 | A.    Well, you -- |
| 11:53:22 | 3 | Q.    Or what you could do with Interact on that |
| 11:53:28 | 4 | drawing? |
| 11:53:28 | 5 | A.    Well, what you would do is you would sit |
| 11:53:28 | 6 | down and describe I start at this corner, I build a |
| 11:53:30 | 7 | wall 35 feet long, and I go at right angles to that, |
| 11:53:34 | 8 | maybe another 30 feet, or whatever the actual |
| 11:53:37 | 9 | dimensions would be, and you trace out the locations, |
| 11:53:42 | 10 | tell me if you're drawing the line.  The line might |
| 11:53:43 | 11 | have a certain color or heaviness to it, a thick line |
| 11:53:50 | 12 | or a thin line.  You would put, you know, text in the |
| 11:53:52 | 13 | drawing where you might say this is a bedroom, this |
| 11:53:54 | 14 | is a living room.  In the end, you produce something |
| 11:53:57 | 15 | akin to those plates that a draftsman would produce. |
| 11:54:01 | 16 | The advantages were that as you got good at |
| 11:54:04 | 17 | it, you could do a pretty good job pretty fast, but |
| 11:54:08 | 18 | in the early days, the most important thing was that |
| 11:54:12 | 19 | the end result wasn't on the paper.  It could be on |
| 11:54:15 | 20 | paper, but you could produce as many copies on paper |
| 11:54:19 | 21 | as you wanted.  This was important.  You could |
| 11:54:22 | 22 | produce a copy that was kept electronically at |
| 11:54:25 | 23 | another location, a backup, in case you had a fire. |
| 11:54:28 | 24 | Prior to this, there was no way to do that with |
| 11:54:31 | 25 | anything of original quality. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

MICHAEL A. RIDDLE                                    09/02/09

| | |
|---|---|
| 11:54:33 | 1 |
| 11:54:37 | 2 |
| 11:54:43 | 3 |
| 11:54:46 | 4 |
| 11:54:46 | 5 |
| 11:54:49 | 6 |
| 11:54:53 | 7 |
| 11:54:58 | 8 |
| 11:55:02 | 9 |
| 11:55:06 | 10 |
| 11:55:09 | 11 |
| 11:55:16 | 12 |
| 11:55:16 | 13 |
| 11:55:20 | 14 |
| 11:55:20 | 15 |
| 11:55:25 | 16 |
| 11:55:26 | 17 |
| 11:55:29 | 18 |
| 11:55:37 | 19 |
| 11:55:38 | 20 |
| 11:55:43 | 21 |
| 11:55:46 | 22 |
| 11:55:50 | 23 |
| 11:55:50 | 24 |
| 11:55:55 | 25 |

It's hard to realize just how primitive this industry was until at that point in time.  So those were the main advantages that it provided people.

Q.   Okay.  Now, was there a difference in cost between Interact and the CAD systems before it?

A.   I sold Interact for $500 a copy, and the resulting computer hardware was about 2 1/2 to $3,000, and a plotter might be 5 to 10 grand at the time.  My goal was to keep the entire package under 20 grand so it could be financed by small businesses.

Q.   And did you sell any copies of Interact?

A.   To the best of my knowledge, I sold 41 copies.

Q.   And who did they get sold to, what types of customers?

A.   All over the map.  My first copy was sold to a company -- to British Petroleum, and was used to keep track of records for offshore oil wells.  They apparently made a map of the side of the oil rig and when they had to send divers down in the North Sea they kept in the text, which could magnify and shrink tremendously, the keys to their other --

THE REPORTER:  Their other what?

THE WITNESS:  Database.  And say what

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | |
|---|---|
| 11:55:58 | 1 |
| 11:56:04 | 2 |
| 11:56:04 | 3 |
| 11:56:07 | 4 |
| 11:56:10 | 5 |
| 11:56:13 | 6 |
| 11:56:15 | 7 |
| 11:56:20 | 8 |
| 11:56:25 | 9 |
| 11:56:25 | 10 |
| 11:56:29 | 11 |
| 11:56:33 | 12 |
| 11:56:38 | 13 |
| 11:56:40 | 14 |
| 11:56:40 | 15 |
| 11:56:40 | 16 |
| 11:56:41 | 17 |
| 11:56:45 | 18 |
| 11:56:47 | 19 |
| 11:56:50 | 20 |
| 11:56:53 | 21 |
| 11:56:54 | 22 |
| 11:57:00 | 23 |
| 11:57:04 | 24 |
| 11:57:07 | 25 |

maintenance was needed.  So somebody had to go down and do one thing, since as you decompress you come up slowly, they could apparently do the things that were coming up on their maintenance schedule.  It turns out there's things you have to do under the water on those platforms.  They told me that the first time they used it, it paid for itself.  I was impressed.  I had no idea it would be used for that.

The first thing I used it for was to do electronic schematics and circuit board layouts and I sold several for that purpose to small firms.  It was used by several small engineering firms and Frank Lloyd Wright Foundation used it, in an experimental role.

BY MS. ROBERTS:

Q.    And I think you said -- did you say that the Frank Lloyd Wright Foundation used it for an accounting system or was that something different?

A.    No, that was how I became in contact with them, I consulted with them to produce an accounting system for them.

Q.    Okay.  Now, in terms of the customers that got these 41 copies, were those customers that wouldn't have been able to afford or been able to use the big CAD systems that came before Interact?

Page 35

MICHAEL A. RIDDLE                                    09/02/09

| | |
|---|---|
| 11:57:13 | 1 |
| 11:57:15 | 2 |
| 11:57:19 | 3 |
| 11:57:22 | 4 |
| 11:57:25 | 5 |
| 11:57:29 | 6 |
| 11:57:32 | 7 |
| 11:57:36 | 8 |
| 11:57:38 | 9 |
| 11:57:42 | 10 |
| 11:57:44 | 11 |
| 11:57:45 | 12 |
| 11:57:48 | 13 |
| 11:57:54 | 14 |
| 11:57:55 | 15 |
| 11:57:59 | 16 |
| 11:58:01 | 17 |
| 11:58:05 | 18 |
| 11:58:08 | 19 |
| 11:58:14 | 20 |
| 11:58:19 | 21 |
| 11:58:21 | 22 |
| 11:58:24 | 23 |
| 11:58:29 | 24 |
| 11:58:33 | 25 |

A.     I would say the majority of them could not.
They were -- the majority -- I've always gone after
and had as my customers small businesses, but there
were two or three large businesses where individual
entrepreneurs within the business wanted to try using
this for, as I gave you in an example, a non-standard
use, something off the map.  They could afford a
small budget to try it out.  So there were people --
it appealed to people who were experimental or
innovative within their own organizations.

Q.     Okay.

A.     It was very, very definitely a leading
edge, experimental kind of frame of mind that all of
these customers had.

Q.     Okay.  Now, what format did Interact store
its files in?

A.     It stored them on the computer in a
collection of mathematical coordinates and binary
data that I labeled a name that the user gave it with
the file extension of .dwg.

Q.     What is a file extension?

A.     A file extension is the last part of a name
of a computer file.  On pretty much all computer
systems that are currently in use as personal
computers, files on a computer have a name that can

Page 36

**MICHAEL A. RIDDLE**                                                      09/02/09

| | |
|---|---|
| 11:58:37 | 1 |
| 11:58:42 | 2 |
| 11:58:47 | 3 |
| 11:58:50 | 4 |
| 11:58:50 | 5 |
| 11:58:56 | 6 |
| 11:58:56 | 7 |
| 11:59:04 | 8 |
| 11:59:09 | 9 |
| 11:59:12 | 10 |
| 11:59:13 | 11 |
| 11:59:17 | 12 |
| 11:59:17 | 13 |
| 11:59:17 | 14 |
| 11:59:23 | 15 |
| 11:59:23 | 16 |
| 11:59:25 | 17 |
| 11:59:31 | 18 |
| 11:59:34 | 19 |
| 11:59:39 | 20 |
| 11:59:42 | 21 |
| 11:59:47 | 22 |
| 11:59:52 | 23 |
| 11:59:56 | 24 |
| 11:59:59 | 25 |

be a series of locations within folders, the last
name of which is the name of the actual file, and an
extension that indicates the type of data within the
file.

Q.      Okay.  Now, how -- how does the naming
work?

A.      Could you rephrase that?

Q.      Sure.  So you said the extension indicates
the type of data in the file --

A.      Yes.

Q.      -- is that right?

        So what exactly do you mean by that?

A.      Let me put, can I put it in a historical
context?

Q.      Sure.

A.      Okay.  At the time that I was writing
Interact, all files on the computer were located in
one and only one place, a very long list.  It might
have 50, 100, 200 files on this list.  It would have
a name and then a file extension that indicated the
type of data.  For example, .txt was commonly used to
indicate that it was text data.  I picked .dwg to
indicate that it was a drawing data.  This was a very
necessary thing, because in this very long list,
otherwise you wouldn't know what was drawings and

**MICHAEL A. RIDDLE**                    09/02/09

| | | |
|---|---|---|
| 12:00:01 | 1 | what was something else.  If you're working on a |
| 12:00:04 | 2 | project called Harbor, it might be harbor.dwg, |
| 12:00:10 | 3 | harbor.txt, harbor.dat, for numerical data, which was |
| 12:00:21 | 4 | an early abbreviation. |
| 12:00:24 | 5 | And when you would, in the operating |
| 12:00:26 | 6 | system, use what's a command called Directory, you |
| 12:00:31 | 7 | would type DIR and type *.dwg to see a list of what |
| 12:00:40 | 8 | all your drawings were or *.txt to see what all your |
| 12:00:45 | 9 | text files were.  And this helped you sort out the |
| 12:00:48 | 10 | files in the computer.  This was quite a problem |
| 12:00:51 | 11 | operationally, so people started enhancing this file |
| 12:00:54 | 12 | name structure to improve this.  The first thing that |
| 12:00:57 | 13 | happened was that IBM's DOS 2.0 added the concept of |
| 12:01:06 | 14 | folders.  This was, like the file name and file |
| 12:01:10 | 15 | extension, was borrowed from earlier mini computers |
| 12:01:17 | 16 | they would call them, computers whose price was |
| 12:01:20 | 17 | between the microcomputers and the very big machines. |
| 12:01:23 | 18 | The Computer Vision System would have been considered |
| 12:01:27 | 19 | a mini computer.  The big machines would have been |
| 12:01:30 | 20 | the thing like they use to put the man on the moon |
| 12:01:34 | 21 | that filled Houston's space center. |
| 12:01:37 | 22 | And these machines had file folder |
| 12:01:39 | 23 | structures.  So it took the form of several names |
| 12:01:43 | 24 | that you have might say "my drawings/19," well for |
| 12:01:50 | 25 | the time, say, "1978/project/," and then you would |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | | |
|---|---|---|
| 12:01:56 | 1 | have the five or ten things that were drawings, you |
| 12:01:59 | 2 | know, and organize it like that.  This provided some |
| 12:02:02 | 3 | relief to this problem.  The collected set of these |
| 12:02:06 | 4 | pieces with the names all together came to be called |
| 12:02:10 | 5 | the file path. |
| 12:02:11 | 6 | Q.    Okay.  Now, you mentioned the file name in |
| 12:02:16 | 7 | conjunction with the file-type extension; what's the |
| 12:02:19 | 8 | difference? |
| 12:02:19 | 9 | A.    Going back to that first period of time, |
| 12:02:24 | 10 | the file -- the entire file path was made up of eight |
| 12:02:30 | 11 | or less characters that was the name the user gave |
| 12:02:33 | 12 | the file, and three characters that followed a period |
| 12:02:38 | 13 | that described the type of data in the file. |
| 12:02:39 | 14 | Q.    Okay. |
| 12:02:41 | 15 | A.    The collective thing became known |
| 12:02:44 | 16 | generically as the file name. |
| 12:02:46 | 17 | Q.    Okay.  Now, were there any sort of |
| 12:02:49 | 18 | restrictions, you said the file name was eight |
| 12:02:51 | 19 | characters and the file-type extension was three |
| 12:02:55 | 20 | characters -- |
| 12:02:55 | 21 | A.    Yes. |
| 12:02:56 | 22 | Q.    -- was that something that was dictated by |
| 12:02:58 | 23 | the system? |
| 12:02:58 | 24 | A.    By the operating system at the time. |
| 12:03:01 | 25 | Windows 95, which became available in the general |

12:03:04  1   market late in 1984 -- 1994, was the first system

12:03:12  2   that I worked with that allowed that to have names

12:03:15  3   that did not have limitations on the number of

12:03:19  4   characters.  They actually do have a limit, each

12:03:24  5   piece of a file path must be 64 characters or less,

12:03:27  6   the entire file path must be less than 260

12:03:30  7   characters.

12:03:31  8        Q.    Okay.  So back in the time when you were

12:03:33  9   developing Interact, though, the file-type extension

12:03:36  10  had to be three characters, and so that's why you

12:03:39  11  used the three characters?

12:03:40  12       A.    Yes.

12:03:40  13       Q.    And at that time, the folder system hadn't

12:03:47  14  been developed --

12:03:47  15       A.    Hadn't been developed.

12:03:47  16       Q.    -- yet, right?

12:03:47  17       A.    Well, let's say it wasn't available on

12:03:49  18  microcomputers.

12:03:49  19       Q.    Okay.  Now, you mentioned that before the

12:03:54  20  folder system, you would see all the files in a

12:03:57  21  list --

12:03:57  22       A.    Yes.

12:03:58  23       Q.    -- a directory list; is that right?

12:04:00  24             And so you would pick out the drawings by

12:04:02  25  looking for .dwg?

**MICHAEL A. RIDDLE**

| 12:04:05 | 1 | A.    Yes. |
| 12:04:05 | 2 | Q.    Did the .dwg -- was there any -- was there |

12:04:11  3  a purpose for using those three letters?

12:04:14  4      A.    It was my abbreviation for the word

12:04:16  5  "drawing," just as .txt was an abbreviation for the

12:04:20  6  text file, in common use.

12:04:21  7      Q.    Okay.  How did you come up with that idea?

12:04:25  8      A.    I needed something, and it was a drawing.

12:04:27  9      Q.    Do you know if anybody else was using

12:04:32  10  .dwg as a file-type extension?

12:04:36  11      A.    At that time, no.

12:04:36  12      Q.    At that time you didn't know or --

12:04:37  13      A.    No, at that time, quite certainly, nobody

12:04:40  14  was.

12:04:41  15      Q.    Okay.  So I think we are in the -- still in

12:05:04  16  the 1977 to 1980 time frame --

12:05:05  17      A.    Okay.

12:05:06  18      Q.    -- when you're developing Interact.

12:05:10  19            When -- have you ever had any contact with

12:05:14  20  Autodesk?

12:05:15  21      A.    I was one of the original founders of

12:05:19  22  Autodesk.

12:05:19  23      Q.    How did that come to be?

12:05:22  24      A.    When I decided to do a CAD program, I

12:05:27  25  initially took the -- let me start over.  At that

Page 41

| | | |
|---|---|---|
| 12:35:40 | 1 | Thank you. |
| 12:35:48 | 2 | That's what I wrote down. |
| 12:35:49 | 3 | MS. ROBERTS:  Is that right? |
| 12:35:49 | 4 | THE REPORTER:  That's what I wrote down. |
| 12:35:50 | 5 | MS. ROBERTS.  You're right, 1138. |
| 12:35:55 | 6 | If you could pass that to the court |
| 12:35:57 | 7 | reporter. |
| 12:36:13 | 8 | (Marked for identification Exhibit 1138.) |
| 12:36:13 | 9 | BY MS. ROBERTS: |
| 12:36:17 | 10 | Q.    Mr. Riddle, do you recognize this document? |
| 12:36:19 | 11 | A.    One second, please. |
| 12:36:23 | 12 | Q.    Sure. |
| 12:37:02 | 13 | A.    This is one of the agreements I made with |
| 12:37:05 | 14 | John Walker. |
| 12:37:06 | 15 | Q.    Okay. |
| 12:37:08 | 16 | A.    I am not certain if it is the first or the |
| 12:37:10 | 17 | second. |
| 12:37:11 | 18 | Q.    Okay. |
| 12:37:12 | 19 | A.    I believe it's the second. |
| 12:37:14 | 20 | Q.    The second, okay. |
| 12:37:19 | 21 | At the top -- well, the second page is -- |
| 12:37:23 | 22 | there's a signature for Michael Riddle.  Is that your |
| 12:37:25 | 23 | signature? |
| 12:37:30 | 24 | A.    Yes, it is. |
| 12:37:30 | 25 | Q.    The top of the first page says MicroCAD |

| | | |
|---|---|---|
| 12:37:30 | 1 | agreement? |
| 12:37:31 | 2 | A.     Yes. |
| 12:37:31 | 3 | Q.     What is MicroCAD? |
| 12:37:34 | 4 | A.     The initial proposed name for this program |
| 12:37:37 | 5 | was MicroCAD.  The -- it didn't last because we |
| 12:37:46 | 6 | showed an early version of the program at the sixth |
| 12:37:46 | 7 | West Coast Computer Fair, and one of the people who |
| 12:37:50 | 8 | attended went out and trademarked, registered |
| 12:37:54 | 9 | MicroCAD as a trademark and attempted to get us to |
| 12:37:57 | 10 | pay him a good deal of money to get it from him.  So |
| 12:38:00 | 11 | we changed the name of the product instead. |
| 12:38:03 | 12 | Q.     Okay.  And so is it correct that this |
| 12:38:05 | 13 | agreement is an agreement between Autodesk and |
| 12:38:08 | 14 | Evolution Computing? |
| 12:38:12 | 15 | MR. JACOBS:  Objection; document speaks for |
| 12:38:14 | 16 | itself. |
| 12:38:15 | 17 | THE WITNESS:  Yes, like I said, that's |
| 12:38:18 | 18 | further reason why this is the second one.  The |
| 12:38:22 | 19 | original one for Autodesk hadn't been formed yet.  It |
| 12:38:28 | 20 | was labeled something like "Rights for computer |
| 12:38:30 | 21 | software." |
| 12:38:30 | 22 | BY MS. ROBERTS: |
| 12:38:30 | 23 | Q.     Do you remember why there were two |
| 12:38:32 | 24 | agreements? |
| 12:38:32 | 25 | A.     Well, I think in the end there were about |

Page 56

MICHAEL A. RIDDLE

12:38:34  1   four.

12:38:34  2       Q.     Okay.

12:38:34  3       A.     We made the initial agreement, John Walker

12:38:37  4   and I, without reference to legal counsel, and we had

12:38:41  5   not -- as I said, neither of us were real

12:38:47  6   businessmen, and John came back to me and said we

12:38:50  7   needed to reword some things that shouldn't really

12:38:53  8   make any material changes in the business, but were

12:38:57  9   necessary for legal reasons for the business.  And so

12:39:00  10  that's why we rewrote it.

12:39:02  11      Q.     Okay.  And so you think this is the second

12:39:08  12  rewritten one?

12:39:08  13      A.     That's my belief.  If I saw all four at the

12:39:11  14  same time, I could put them in order.

12:39:13  15      Q.     Okay.  Now, if you look through this

12:39:19  16  document, was it your understanding -- what was your

12:39:23  17  understanding that you were providing, that you or

12:39:27  18  Evolution Computing was providing to Autodesk under

12:39:29  19  this agreement?

12:39:30  20      A.     I was providing the source code to what I

12:39:33  21  had shown John, the program Interact.  And the

12:39:36  22  purpose of providing that was so that they could

12:39:40  23  convert the program to another language.  That's why

12:39:42  24  the original agreement, the first one, was called

12:39:45  25  "Rights of conversion to computer software."

**MICHAEL A. RIDDLE**                                                09/02/09

| | |
|---|---|
| 12:39:48 | 1 |
| 12:39:48 | 2 |
| 12:39:53 | 3 |
| 12:39:57 | 4 |
| 12:40:00 | 5 |
| 12:40:05 | 6 |
| 12:40:07 | 7 |
| 12:40:07 | 8 |
| 12:40:12 | 9 |
| 12:40:12 | 10 |
| 12:40:15 | 11 |
| 12:40:17 | 12 |
| 12:40:18 | 13 |
| 12:40:18 | 14 |
| 12:40:18 | 15 |
| 12:40:24 | 16 |
| 12:40:27 | 17 |
| 12:40:27 | 18 |
| 12:40:28 | 19 |
| 12:40:30 | 20 |
| 12:40:32 | 21 |
| 12:40:36 | 22 |
| 12:40:37 | 23 |
| 12:40:37 | 24 |
| 12:40:40 | 25 |

Q.    Okay.

A.    Or something like that phrase.  And they would use that as the basis of rewriting it in a different language, as we were describing earlier.

Q.    Okay.  If you look down beneath the heading "Transfer of rights"?

A.    Yes.

Q.    It says EC, that's Evolution Computing, right?

A.    Yes, as referenced in the first paragraph.

Q.    Right.  "Grants to ADI" -- which is Autodesk?

A.    Autodesk.

Q.    -- "the nonexclusive rights to manufacture, use, sell, assign, and/or sublicense products developed from code.  Subject only to payment of right as defined below."

A.    Yes.

Q.    Do you see that?

      Was it your understanding that this document gave Autodesk a nonexclusive license to the code you were providing?

A.    Yes.

Q.    Was it your understanding you still had a right to use that same code?

Page  58

MICHAEL A. RIDDLE

12:42:50  1      A.      It served that product.

12:42:52  2      Q.      -- was it essential to using the product?

12:42:54  3      A.      I -- it was required by the operating

12:42:57  4  system.  I couldn't see how to do it without

12:42:59  5  something of that nature.

12:43:00  6      Q.      Okay.  And so going back to why DWG is not

12:43:07  7  in this agreement, did you understand that you were

12:43:13  8  conveying any rights to DWG to Autodesk under this

12:43:14  9  agreement?

12:43:14 10      A.      It was never even mentioned in our

12:43:18 11  discussions at any point in time, then or it, to my

12:43:24 12  knowledge, ever.  We never, ever had a discussion in

12:43:28 13  which that term was used as part of an agreement, a

12:43:36 14  business discussion of any kind.

12:43:36 15      Q.      And you're one of the parties in these

12:43:39 16  discussions; from your point of view, why is it that

12:43:43 17  it was never discussed?

12:43:45 18      A.      It just wasn't germane.  It was a way to

12:43:48 19  solve a technical problem, the technical problem was

12:43:52 20  solved.  They got code that showed them how to solve

12:43:55 21  a technical problem, and they implemented a very

12:43:59 22  similar solution.

12:44:00 23      Q.      Did Autodesk ever ask your permission

12:44:07 24  specifically to use .dwg as a file-type extension?

12:44:11 25      A.      No.

Page  61

MICHAEL A. RIDDLE                                    09/02/09

12:44:11  1      Q.    Did you think that they needed to, since

12:44:13  2  you were the one who came up with that extension?

12:44:15  3      A.    No.   These were things that were there to

12:44:21  4  serve the functionality requirements of the operating

12:44:21  5  system.   It just wasn't an issue.

12:44:23  6      Q.    Okay.   And is it your understanding that,

12:44:28  7  at least initially, did Autodesk use the .dwg file

12:44:32  8  extension in the program it created using your codes?

12:44:35  9      A.    It certainly did, to the best of my

12:44:37 10  knowledge.

12:44:38 11      Q.    And do they still use the .dwg file-type

12:44:41 12  extension --

12:44:42 13      A.    Yes, they do.

12:44:43 14      Q.    -- as far as you know?

12:44:46 15            Okay.   We'll mark as Exhibit 1139 this next

12:44:58 16  document.   And I'll give you a moment to look it

12:45:28 17  over, since it's a couple pages long.

12:45:28 18            (Marked for identification Exhibit 1139.)

12:45:28 19            THE WITNESS:   I haven't seen this in a long

12:45:30 20  time.   Could I be provided with a copy of it?

12:45:34 21  BY MS. ROBERTS:

12:45:34 22      Q.    Sorry?

12:45:38 23      A.    Could I be provided with a copy of this, I

12:45:38 24  haven't seen it in a long time.

12:45:39 25      Q.    I believe it's from your files, that's what

Page  62

13:16:51   1    things that would be necessary to compete with it.

13:16:55   2    And so I spent the next couple of years developing

13:16:58   3    that, testing it on a few people, seeing how to make

13:17:02   4    something that would actually be reasonably easy to

13:17:04   5    use.

13:17:05   6         Q.    Now, this new product, when you were

13:17:09   7    developing it, were you developing it at Evolution --

13:17:13   8    your company, Evolution Computing?

13:17:16   9         A.    Yes.   Which at that time was my house.

13:17:18  10         Q.    Right.   And who was the product targeted

13:17:26  11    to?

13:17:26  12         A.    The sorts of people who did technical

13:17:30  13    documentation.

13:17:31  14         Q.    Who would that be?

13:17:32  15         A.    I don't know what you would call them

13:17:35  16    today, you know, it's taken for granted now as a very

13:17:39  17    general capability.   Back then they had people who

13:17:42  18    weren't draftsmen, they weren't the people that

13:17:45  19    AutoCAD had targeted, they were generally not

13:17:48  20    engineers or architects.   They might be people who

13:17:51  21    would do technical illustrations as part of these

13:17:55  22    manuals and so on.   So this was the market that I

13:17:57  23    wanted to go after; to get there I knew it had to be

13:18:00  24    a much less expensive product, but in particular, it

13:18:05  25    could not have the large training and infrastructure

Page 85

MICHAEL A. RIDDLE                                    09/02/09

14:05:29  1      Q.    Not that -- that same year?

14:05:32  2      A.    Not that year, no, several years earlier.

14:05:33  3      Q.    Now, what time of -- what file-type

14:05:42  4   extension did EasyCAD use, or does EasyCAD use if

14:05:44  5   it's still --

14:05:45  6      A.    EasyCAD, through 1987 used .dwg for its

14:05:50  7   file extension, for drawings.

14:05:52  8      Q.    Okay.  And did you still market EasyCAD

14:05:56  9   after 1987?

14:05:57 10      A.    I still marketed it, but in newer versions.

14:05:57 11      Q.    Okay.

14:06:02 12      A.    The version of EasyCAD that I'm referring

14:06:05 13   to was for the DOS program, the old command line

14:06:10 14   program prior to Windows.  Once I came out with the

14:06:13 15   program EasyCAD for Windows, I changed the file

14:06:18 16   extension, for various reasons, technically, to how

14:06:21 17   it would work with Windows.  So there would be a

14:06:24 18   differentiation between the DOS version and the

14:06:27 19   Windows version.

14:06:29 20      Q.    Okay.  So does EasyCAD still use the DWG

14:06:36 21   file-type extension?

14:06:36 22      A.    Not as its own native file format anymore.

14:06:40 23      Q.    What do you mean by that?

14:06:42 24      A.    It still reads and writes DWG files, those

14:06:46 25   files that contain data in the format pioneered by

Page 89

MICHAEL A. RIDDLE                                    09/02/09

| 14:06:51 | 1 | Autodesk, developed by them, that currently have |
| 14:06:57 | 2 | become what I consider to be a de facto exchange |
| 14:06:59 | 3 | format among a great many CAD programs. |
| 14:06:59 | 4 | Q.    Okay. |
| 14:07:01 | 5 | A.    Definitely acknowledged as having |
| 14:07:04 | 6 | originated with AutoCAD. |
| 14:07:06 | 7 | Q.    Now, the .dwg file-type extension that you |
| 14:07:11 | 8 | were using in EasyCAD up to, you said, around 1987 -- |
| 14:07:15 | 9 | A.    Yes. |
| 14:07:15 | 10 | Q.    -- were those DWG files the same as the |
| 14:07:20 | 11 | DWG files that people could be working with in |
| 14:07:23 | 12 | AutoCAD at that time? |
| 14:07:24 | 13 | A.    Not at all.  Neither AutoCAD nor EasyCAD |
| 14:07:30 | 14 | could read each other's file, even though they both |
| 14:07:33 | 15 | had the .dwg drawing extension. |
| 14:07:35 | 16 | Q.    The same file-type extension were the same, |
| 14:07:36 | 17 | but they weren't the same type technology, is that -- |
| 14:07:36 | 18 | A.    No. |
| 14:07:42 | 19 | Q.    -- right? |
| 14:07:42 | 20 | A.    Not at all, not in users' minds at the |
| 14:07:45 | 21 | time. |
| 14:07:45 | 22 | Q.    And though EasyCAD is no longer -- |
| 14:07:45 | 23 | THE REPORTER:  I'm sorry, can you repeat |
| 14:07:45 | 24 | that? |
| 14:07:45 | 25 | BY MS. ROBERTS: |

Page  90

14:10:48   1    I'm picking names off the wall, I'm not thinking of

14:10:53   2    any concrete examples.  There are a couple hundred

14:10:56   3    companies' products that read and write these

14:10:59   4    formats.

14:11:00   5            The format is Autodesk's native file

14:11:04   6    format, it's not a translation.  Other people attempt

14:11:07   7    to remain compatible with that thing as a way of

14:11:17   8    providing some sense of interchange.  Part of this is

14:11:17   9    due to Autodesk's or AutoCAD's extremely strong

14:11:22  10    position in the market.  At one time it got as high

14:11:27  11    as 90 percent of the available market.  I don't

14:11:31  12    believe it's that high today, but it's still

14:11:36  13    intensely significant.  But it no longer, to people

14:11:39  14    outside of the AutoCAD user themself, is associated

14:11:45  15    with just AutoCAD.  It is more associated with a way

14:11:48  16    of getting your files between systems.

14:11:50  17        Q.    Okay.

14:11:52  18        A.    No one officially picked that role.

14:12:07  19            MS. ROBERTS:  I'll mark the next in order,

14:12:09  20    as Exhibit 1141.

14:12:09  21            (Marked for identification Exhibit 1141.)

14:12:28  22            THE WITNESS:  Okay.  Okay.  I'm familiar

14:12:47  23    with this.

14:12:47  24    BY MS. ROBERTS:

14:12:48  25        Q.    Can you tell me what this document is?

Page 93

**MICHAEL A. RIDDLE**

14:12:49   1          A.      This is the first, oh, 20-some-odd pages of

14:12:59   2   the manual for Version 1.0 of EasyCAD.

14:13:03   3          Q.      Okay.  And is it the first 20-some-odd

14:13:07   4   pages or excerpts of pages from the manual?

14:13:12   5          A.      Well, I guess they are -- I guess they're

14:13:15   6   excerpts of different pages and stuff and license

14:13:23   7   agreements.  I haven't looked through each of them,

14:13:23   8   but as I look at it, I recognize it as documentation

14:13:26   9   material we produced for EasyCAD Version 1.

14:13:29  10          Q.      Okay.  And do you -- do you still have a

14:13:34  11   copy of the complete manual of EasyCAD Version 1?

14:13:41  12          A.      Yes.

14:13:41  13          Q.      Okay.  And do you keep that in your

14:13:41  14   ordinary course of business?

14:13:42  15          A.      I saved a copy of pretty much every program

14:13:45  16   I've ever produced.  There are a few gaps, but in

14:13:49  17   general, I've always saved these things.  I find them

14:13:54  18   historically interesting, and I don't know, I don't

14:13:56  19   like to throw things away.  Packrat.

14:13:59  20          Q.      Does this appear to be an accurate copy of

14:14:03  21   portions of that manual?

14:14:04  22          A.      Yes, it does.

14:14:05  23          Q.      If you turn to page, it's 3-44, in the

14:14:16  24   middle, and MR0000157 on the bottom right-hand

14:14:22  25   corner.

14:15:29  1        Q.     Is there a reason for that?

14:15:33  2               MR. JACOBS:   Objection; lacks foundation,

14:15:35  3     calls for speculation.

14:15:36  4               THE WITNESS:   I know that when I oversaw

14:15:40  5     the production of this manual, I saw no need to

14:15:43  6     describe that.   It was not something somebody would

14:15:45  7     look up.

14:15:46  8     BY MS. ROBERTS:

14:15:46  9        Q.     Okay.   And why not?   Or why didn't you

14:15:49  10    think it was something somebody would look up?

14:15:51  11       A.     Because they were concerned with drawings,

14:15:53  12    not the operating system's file extension.

14:15:57  13       Q.     Okay.

14:16:00  14       A.     They wouldn't know to ask a question about

14:16:02  15    it.

14:16:06  16              MS. ROBERTS:   Okay.   We'll mark the next in

14:16:08  17    order as Exhibit 1142.

14:16:27  18              THE REPORTER:   Let me mark that, please.

14:16:29  19              THE WITNESS:   Oh, I'm sorry.

14:16:33  20              THE REPORTER:    That's okay.

14:16:34  21              THE WITNESS:   I've been pretty good until

14:16:37  22    now.

14:16:37  23              (Marked for identification Exhibit 1142.)

14:16:37  24    BY MS. ROBERTS:

14:16:37  25       Q.     And can you tell me whether you've seen

| | | |
|---|---|---|
| 14:16:40 | 1 | this document before or know what this document is? |
| 14:16:42 | 2 | A.    Yes, these are copies of the packaging and |
| 14:16:45 | 3 | the manual of some pages of the manual for EasyCAD |
| 14:16:49 | 4 | Version 1.05. |
| 14:16:51 | 5 | Q.    So this is a version that came later than |
| 14:16:53 | 6 | the version we were just taking a look at? |
| 14:16:56 | 7 | A.    Yes. |
| 14:16:56 | 8 | Q.    Okay.  And is this a manual that you still |
| 14:17:00 | 9 | have a copy -- a complete copy of? |
| 14:17:02 | 10 | A.    Yes, I do. |
| 14:17:02 | 11 | Q.    If you turn to page 369 -- |
| 14:17:08 | 12 | A.    Yes. |
| 14:17:08 | 13 | Q.    -- it lists, like you said, Version 1.05, |
| 14:17:14 | 14 | and a date of October 1986? |
| 14:17:17 | 15 | A.    Yes. |
| 14:17:17 | 16 | Q.    Is that the time period that EasyCAD |
| 14:17:20 | 17 | Version 1.05 was available? |
| 14:17:22 | 18 | A.    Yes, that point in time and later. |
| 14:17:25 | 19 | Q.    Okay.  If you turn to page 386. |
| 14:17:43 | 20 | A.    Yes. |
| 14:17:43 | 21 | Q.    And, actually, 386 -- 386, and then the |
| 14:17:52 | 22 | next page is 623 -- well, let's focus on 386 first. |
| 14:17:58 | 23 | It looks like there's instructions on using the |
| 14:18:00 | 24 | menus.  Do you see that at the top of the page? |
| 14:18:02 | 25 | A.    Yes. |

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

14:22:56   1    at the time.

14:22:56   2        Q.    Okay.   But I notice that DXF file is.  Do

14:22:58   3    you see that?

14:22:59   4        A.    That -- DXF filled a very different niche.

14:23:03   5    It wasn't so much a general anything.  It was a very

14:23:07   6    specific thing.  John considered it a feature of the

14:23:15   7    program, it was identified as such.  It was promoted

14:23:18   8    as such.  This was something that it could do these

14:23:21   9    files was something that was advertised as a benefit

14:23:24   10   of the program, okay?  Just storing your data is not

14:23:32   11   something -- you expect every program to be able to

14:23:35   12   do that.  To do it in some other format that other

14:23:39   13   programs can read, that's a feature or a benefit.

14:23:43   14   And it was indeed described as such to customers.  So

14:23:46   15   it was worth noting this to people.

14:23:48   16       Q.    Okay.

14:23:57   17             We'll mark the next exhibit in order as

14:24:02   18   Exhibit 1143.

14:24:02   19             (Marked for identification Exhibit 1143.)

14:24:02   20   BY MS. ROBERTS:

14:24:02   21       Q.    Can you let me know whether you recognize

14:24:57   22   this document?

14:24:58   23       A.    I do.

14:24:59   24       Q.    What is this document?

14:25:00   25       A.    This is various -- this is a picture of the

14:25:04  1    package or the cover and some selected pages from the

14:25:09  2    manual for Version 2 of EasyCAD.

14:25:13  3         Q.    Okay.  And is this a manual that you

14:25:15  4    maintain in your ordinary course of business?

14:25:18  5         A.    Yes.

14:25:19  6         Q.    If you could turn to -- well, do you recall

14:25:23  7    when EasyCAD 2 was released?

14:25:26  8         A.    '89, maybe, '90, I don't know, somewhere in

14:25:42  9    there.

14:25:42  10        Q.    Okay.

14:25:48  11        A.    I'd say -- my best guess would be 1989.

14:25:51  12        Q.    Okay.  If you turn to page 8406 --

14:26:03  13        A.    Yes.

14:26:04  14        Q.    -- and sort of the middle of the page it

14:26:08  15    says "Update does not support conversion from EasyCAD

14:26:13  16    1.08 and earlier .dwg files.  If you are updating

14:26:18  17    from EasyCAD 1.08 or earlier, please call Evolution

14:26:23  18    Computing and order a special program for this

14:26:25  19    purpose."  Do you see this?

14:26:26  20        A.    Yes.

14:26:28  21        Q.    Okay.  So was EasyCAD 2 -- was .dwg still

14:26:32  22    the file-type extension for EasyCAD 2?

14:26:36  23        A.    No, I changed it.

14:26:37  24        Q.    Okay.  But did EasyCAD 2 still work with

14:26:41  25    the read and write files of the document --

**MICHAEL A. RIDDLE**                                    09/02/09

14:31:40   1    competing CAD product.   It had been in my contract

14:31:47   2    from the beginning.   As I said, when I felt I was no

14:31:47   3    longer being productively useful, working with the

14:31:49   4    people at Autodesk, I ceased working with them in,

14:31:54   5    you know, a direct working capacity.   My only

14:31:57   6    remaining connection was that of receiving the

14:32:00   7    royalties.

14:32:00   8        Q.       Uh-huh.

14:32:03   9        A.       And I went and I produced such a program.

14:32:06   10   Faced with the reality of it, John Walker, in

14:32:11   11   particular, was not happy.   He expressed displeasure

14:32:14   12   with it and tried various ways to convince me to take

14:32:20   13   it off the market.   Failing to convince me of this,

14:32:23   14   he got an injunction against my selling it that

14:32:27   15   lasted for about five months until Generic CAD was

14:32:32   16   put on the market, and he saw that he didn't have the

14:32:36   17   leverage to stop low-cost CAD from becoming a viable

14:32:40   18   product.   At which point the injunction was dropped.

14:32:43   19       Q.       Okay.

14:32:43   20                We'll mark the next document as Exhibit

14:32:46   21   1144.

14:32:46   22                (Marked for identification Exhibit 1144.)

14:32:47   23   BY MS. ROBERTS:

14:32:47   24       Q.       And can you tell me if you recognize this

14:33:25   25   document?

Page 108

14:33:26  1        A.      This is a letter with attachments sent to

14:33:49  2     Thomas Lazear, the president of T&W Systems, the

14:33:54  3     people who initially marketed the Version 1.0 of

14:34:01  4     EasyCAD.

14:34:01  5        Q.      Okay.

14:34:01  6        A.      I will point out that it incorrectly states

14:34:04  7     that document 3 is an employee agreement that I

14:34:07  8     signed, where, in fact, document 3 is, you know, the

14:34:10  9     actual AutoCAD revision agreement, it's not an

14:34:16  10    employee agreement at all.  Oh, I see, let me take

14:34:17  11    that back.

14:34:32  12            Okay.  Yes, okay.  I remove the statement I

14:34:35  13    started to make.

14:34:36  14       Q.      Okay.  Actually, we could turn to page 5,

14:34:43  15    which says "AutoCAD Agreement Revision 1" at the top?

14:34:48  16       A.      Yes.

14:34:48  17       Q.      And if you could compare that to

14:34:54  18    Exhibit 1138, which is the one that says "MicroCAD

14:34:58  19    Agreement" at the top?

14:35:03  20       A.      Yes.

14:35:03  21       Q.      And if you compare the two, does that

14:35:05  22    refresh your recollection as to which agreement came

14:35:12  23    first?

14:35:12  24       A.      The one marked Revision 1 is the third

14:35:15  25    agreement, to the best of my knowledge, of the four.

| 14:35:18 | 1 | Q. And so is the MicroCAD agreement that is |
| 14:35:24 | 2 | Exhibit 1138, did that come prior to this Revision 1? |
| 14:35:28 | 3 | A. This came, and if you'll look at the -- oh, |
| 14:35:31 | 4 | we didn't put a date, this was about 1982. |
| 14:35:34 | 5 | Q. And when you say "this," you're referring |
| 14:35:37 | 6 | to Exhibit 1138? |
| 14:35:38 | 7 | A. Yes. |
| 14:35:39 | 8 | Q. Okay. |
| 14:35:44 | 9 | A. I would like to make a comment about this |
| 14:35:46 | 10 | exhibit. The last letter incorrectly attempts to |
| 14:35:50 | 11 | state that I was still an employee by claiming that |
| 14:35:53 | 12 | they are terminating my employment in 1985. I had |
| 14:35:57 | 13 | severed my employment with them prior to that. At |
| 14:36:02 | 14 | the COMDEX where I introduced EasyCAD, they pulled |
| 14:36:06 | 15 | out that rights of first refusal. I pointed out that |
| 14:36:12 | 16 | I'd always had the right to sell a directly competing |
| 14:36:17 | 17 | CAD product and that I hadn't been an employee for |
| 14:36:20 | 18 | three years. John Walker told me "Prove it." And I |
| 14:36:23 | 19 | said "No, you prove I've been an employee." This |
| 14:36:29 | 20 | letter was a known fraudulent exercise. This, to |
| 14:36:33 | 21 | this day, still angers me, because it was dishonest. |
| 14:36:36 | 22 | Q. So if we could compare, still looking at |
| 14:36:43 | 23 | Exhibit 1138 -- |
| 14:36:46 | 24 | A. Uh-huh. |
| 14:36:47 | 25 | Q. -- and page 5 of what is now Exhibit 1144. |

| | |
|---|---|
| 15:06:40 | 1 |
| 15:06:44 | 2 |
| 15:06:44 | 3 |
| 15:06:49 | 4 |
| 15:06:52 | 5 |
| 15:06:52 | 6 |
| 15:06:56 | 7 |
| 15:06:57 | 8 |
| 15:07:00 | 9 |
| 15:07:00 | 10 |
| 15:07:02 | 11 |
| 15:07:13 | 12 |
| 15:07:58 | 13 |
| 15:08:03 | 14 |
| 15:08:03 | 15 |
| 15:08:07 | 16 |
| 15:08:07 | 17 |
| 14:22:35 | 18 |
| 14:22:35 | 19 |
| 15:08:29 | 20 |
| 15:08:53 | 21 |
| 15:08:57 | 22 |
| 15:09:01 | 23 |
| 15:09:04 | 24 |
| 15:09:08 | 25 |

Other than that, we're good to go.  And I'm done with this.

Q.     Okay.

A.     Okay.  We can shut off the computers at this point.

MS. ROBERTS:  Okay, yeah.  Let's go off the record real quick and turn everything off.

THE WITNESS:  Can we go off the record for a second.

THE VIDEOGRAPHER:  Yeah.  We're off the record.  The time is 3:06.

(Recessed from 3:06 p.m. until 3:07 p.m.)

THE VIDEOGRAPHER:  We're back on the record.  The time is 3:07.  Please continue.

MS. ROBERTS:  We'll mark the next in order, Exhibit 1145.

(Marked for identification Exhibit 1145.)

BY MS. ROBERTS:

Q.     And after taking a look through this, Mr. Riddle, if you can tell me if you recognize this.

A.     These are pages copied from the AutoCAD user's reference, approximately 1985.  I do not know because it doesn't list on it the actual version of the product.

Q.     Okay.

**MICHAEL A. RIDDLE**

09/02/09

| | |
|---|---|
| 15:09:08 | 1 |
| 15:09:11 | 2 |
| 15:09:14 | 3 |
| 15:09:15 | 4 |
| 15:09:17 | 5 |
| 15:09:19 | 6 |
| 15:09:19 | 7 |
| 15:09:22 | 8 |
| 15:09:22 | 9 |
| 15:09:23 | 10 |
| 15:09:26 | 11 |
| 15:09:28 | 12 |
| 15:09:30 | 13 |
| 15:09:32 | 14 |
| 15:09:36 | 15 |
| 15:09:36 | 16 |
| 15:09:38 | 17 |
| 15:09:39 | 18 |
| 15:09:39 | 19 |
| 15:09:48 | 20 |
| 15:09:48 | 21 |
| 15:09:53 | 22 |
| 15:09:55 | 23 |
| 15:09:55 | 24 |
| 15:09:57 | 25 |

A.    You can determine that normally not so much from the manual, as from the label of the disks that come with the manual.

Q.    Okay.  And do you have a copy of this manual in your files?

A.    Yes, I do.

Q.    And do you keep that in the ordinary course of business?

A.    Yes, I do.

Q.    And does this appear to be a true and correct copy of excerpts of that manual?

A.    Yes, what I see of it.

Q.    Okay.  And if you look at page 6488, there's a date September 19, 1985 at the bottom.

A.    Yes.

Q.    As far as you know, is that the date of this particular document?

A.    Yes.

Q.    Okay.  If you turn to the next page, 6489.

A.    Yes.

Q.    At the bottom of the document there's a list of registered trademarks --

A.    Yes.

Q.    -- do you see that?

Is DWG listed as a trademark?

**MICHAEL A. RIDDLE**                                    09/02/09

15:12:46  1        A.     Yes.

15:12:47  2        Q.     Okay.  And the section for D, do you see

15:12:50  3    DWG listed anywhere?

15:12:51  4        A.     No, it's not.

15:12:54  5        Q.     Okay.  But on page 6837, it looks like

15:12:57  6    there's -- I see DXB files and DXF files?

15:13:02  7        A.     Yes, there are.

15:13:03  8        Q.     So those are listed in the index?

15:13:06  9        A.     Yes, they are.  We discussed earlier why

15:13:09 10    that distinction was important.

15:13:10 11        Q.     Okay.

15:13:13 12               We'll mark the next exhibit as

15:13:17 13    Exhibit 1146.

15:13:17 14               (Marked for identification Exhibit 1146.)

14:22:35 15    BY MS. ROBERTS:

14:22:35 16        Q.     And can you tell me whether you recognize

15:13:45 17    this document?

15:13:46 18        A.     Yes, I do.

15:13:47 19        Q.     And what is this document?

15:13:48 20        A.     These are some pages from a short Autodesk

15:13:53 21    tutorial that attempted to ease the process of

15:13:56 22    getting started when using AutoCAD.

15:13:58 23        Q.     Okay.  And is this a document that you have

15:14:06 24    in your own personal files?

15:14:08 25        A.     Yes.

Page 132

**MICHAEL A. RIDDLE**                                    09/02/09

| | |
|---|---|
| 15:14:09 | 1 |
| 15:14:11 | 2 |
| 15:14:12 | 3 |
| 15:14:12 | 4 |
| 15:14:15 | 5 |
| 15:14:19 | 6 |
| 15:14:20 | 7 |
| 15:14:20 | 8 |
| 15:14:23 | 9 |
| 15:14:23 | 10 |
| 15:14:25 | 11 |
| 15:14:27 | 12 |
| 15:14:30 | 13 |
| 15:14:31 | 14 |
| 15:14:32 | 15 |
| 15:14:36 | 16 |
| 15:14:36 | 17 |
| 15:14:37 | 18 |
| 15:14:45 | 19 |
| 15:14:58 | 20 |
| 15:14:58 | 21 |
| 14:22:35 | 22 |
| 14:22:35 | 23 |
| 15:15:14 | 24 |
| 15:15:15 | 25 |

     Q.     And is that a document that you keep in the
ordinary course of business?

     A.     Yes.

     Q.     And at the bottom right-hand corner of the
page, there's a date of January 31st, 1986.  Do you
see that?

     A.     Yes.

     Q.     And as far as you know, is that the date of
this document?

     A.     Yes.

     Q.     And if you look at the second page -- if
you look at the second page of this exhibit, there's
a list of trademarks again?

     A.     Yes.

     Q.     And can you tell me, is DWG listed as a
trademark?

     A.     No, it is not.

     Q.     Okay.

            We'll mark the next in order.  You have to
give it to the court reporter.

            (Marked for identification Exhibit 1147.)

BY MS. ROBERTS:

     Q.     So this is Exhibit 1147.

     A.     Uh-huh.

     Q.     And can you tell me if you recognize this

15:20:30   1      indicating the type of file as part of its file

15:20:32   2      naming convention.

15:20:37   3            Q.      Okay.

15:20:37   4            A.      Separate from the operating systems file

15:20:37   5      type.

15:20:37   6            Q.      Okay.

15:20:44   7                    We'll mark this next in order.

15:21:03   8                    (Marked for identification Exhibit 1149.)

15:21:03   9                 MS. ROBERTS:   This is Exhibit 1149, right?

15:21:08  10                 THE WITNESS:   Uh-huh.

15:21:08  11      BY MS. ROBERTS:

15:21:09  12            Q.      And can you let me know whether you're

15:21:14  13      familiar with this document?

15:21:23  14            A.      Yes, I am.

15:21:23  15            Q.      What is this document?

15:21:24  16            A.      This is the reference manual for AutoCAD

15:21:27  17      Version 11.

15:21:28  18            Q.      Okay.  And do you have a copy of this

15:21:30  19      complete manual in your files?

15:21:31  20            A.      Yes, I do.

15:21:32  21            Q.      Is that something you've kept in the

15:21:33  22      ordinary course of business?

15:21:34  23            A.      Yes.

15:21:35  24            Q.      And does this appear to be a true and

15:21:37  25      correct copy of excerpts of that manual?

15:21:39   1        A.     Yes.

15:21:40   2        Q.     If you turn to page 9761.

15:21:47   3        A.     Yes.

15:21:48   4        Q.     There's a date at the bottom of the page

15:21:50   5   that says August 7th, 1990.  Do you see that?

15:21:53   6        A.     Yes.

15:21:53   7        Q.     If you turn to the next page, there's, once

15:21:57   8   again, a list of Autodesk trademarks.  Do you see

15:22:00   9   that?

15:22:00  10        A.     Yes.

15:22:01  11        Q.     And is DWG listed?

15:22:03  12        A.     It's a much longer list, but it is not

15:22:08  13   listed.

15:22:08  14        Q.     Okay.  It looks like DXF is listed, though;

15:22:11  15   is that right?

15:22:11  16        A.     Yes.

15:22:13  17        Q.     If you turn to page 10323.  This page says,

15:22:32  18   at the top, "Appendix C, drawing interchange and file

15:22:37  19   formats."

15:22:37  20        A.     Yes.

15:22:37  21        Q.     Do you see that?

15:22:42  22               And in the third paragraph it says "Since

15:22:44  23   the AutoCAD drawing database (.dwg file) is written

15:22:51  24   in a very compact format that changes significantly

15:22:58  25   from time to time as new features are added, we do

| | | |
|---|---|---|
| 15:26:17 | 1 | A. Again, the same data is given a different |
| 15:26:23 | 2 | type, as belonging to a different category of file. |
| 15:26:31 | 3 | Q. Okay. |
| 15:26:32 | 4 | We'll mark the next in order. This is |
| 15:26:42 | 5 | Exhibit 1150. |
| 15:26:42 | 6 | A. Uh-huh. |
| 15:26:49 | 7 | Oh, I'm sorry. |
| 15:26:51 | 8 | THE REPORTER: That's okay. |
| 15:26:51 | 9 | (Marked for identification Exhibit 1150.) |
| 15:27:18 | 10 | THE WITNESS: Yes. |
| 15:27:18 | 11 | BY MS. ROBERTS: |
| 15:27:18 | 12 | Q. Have you seen this document before? |
| 15:27:20 | 13 | A. Yes, I have. |
| 15:27:21 | 14 | Q. Do you know -- can you tell me what it is? |
| 15:27:23 | 15 | A. It's the reference manual for AutoCAD |
| 15:27:26 | 16 | Version 10, earlier than the last one we looked at. |
| 15:27:29 | 17 | Q. Okay. Is this a document that you have a |
| 15:27:31 | 18 | copy of in your personal files? |
| 15:27:34 | 19 | A. Yes. |
| 15:27:34 | 20 | Q. And did you keep this manual in the |
| 15:27:37 | 21 | ordinary course of your business? |
| 15:27:38 | 22 | A. Yes. |
| 15:27:39 | 23 | Q. Does this exhibit appear to be a true and |
| 15:27:41 | 24 | correct copy of excerpts -- |
| 15:27:43 | 25 | A. Yes. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**MICHAEL A. RIDDLE**                                    09/02/09

| | |
|---|---|
| 15:27:43 | 1 |
| 15:27:45 | 2 |
| 15:27:45 | 3 |
| 15:27:45 | 4 |
| 15:27:53 | 5 |
| 15:27:56 | 6 |
| 15:27:56 | 7 |
| 15:27:57 | 8 |
| 15:27:59 | 9 |
| 15:28:02 | 10 |
| 15:28:03 | 11 |
| 15:28:05 | 12 |
| 15:28:08 | 13 |
| 15:28:10 | 14 |
| 15:28:13 | 15 |
| 15:28:16 | 16 |
| 15:28:17 | 17 |
| 15:28:31 | 18 |
| 15:28:32 | 19 |
| 15:28:35 | 20 |
| 15:28:35 | 21 |
| 15:28:41 | 22 |
| 15:28:44 | 23 |
| 15:28:46 | 24 |
| 15:28:49 | 25 |

Q.     -- of that manual?

       Yes?

A.     Yes.

Q.     If you turn to page 10451, the date at the
bottom of the page says August 18th, 1988; is that
correct?

A.     Yes.

Q.     And if you turn to the next page at the
bottom of the page there's a list of trademarks once
again?

A.     Yes, growing ever longer.

Q.     And can you tell me is DWG listed as a
trademark of Autodesk?

A.     No, it is not.

Q.     But DXF is; isn't that right?

A.     Yes.

Q.     If you turn to page 10838.

A.     Yes.

Q.     Looking at this page, can you tell what it
is?

A.     AutoCAD has a large number of system
settings, if you will, they're called system
variables.  These are things that you would want to
change in the operation of the program very, very
rarely.  Rather than make explicit commands for each

Page 144

| | | |
|---|---|---|
| 15:31:17 | 1 | looking at, correct? |
| 15:31:18 | 2 | A.      Correct. |
| 15:31:18 | 3 | Q.      Okay.  And DXF is listed in the index, |
| 15:31:21 | 4 | though, right? |
| 15:31:22 | 5 | A.      That is correct. |
| 15:31:25 | 6 | MS. ROBERTS:  We'll mark the next document |
| 15:31:27 | 7 | as Exhibit 1151. |
| 15:31:50 | 8 | (Marked for identification Exhibit 1151.) |
| 15:31:50 | 9 | THE WITNESS:  There's a lot of versions of |
| 15:31:56 | 10 | AutoCAD. |
| 15:31:56 | 11 | BY MS. ROBERTS: |
| 15:31:56 | 12 | Q.      And can you tell me whether you recognize |
| 15:32:04 | 13 | this document? |
| 15:32:04 | 14 | A.      I recognize this document as an AutoCAD |
| 15:32:10 | 15 | reference manual.  It does not state, and I'm not |
| 15:32:16 | 16 | sure which version. |
| 15:32:16 | 17 | Q.      Okay.  Is this a manual that is in your |
| 15:32:17 | 18 | personal files? |
| 15:32:18 | 19 | A.      Yes. |
| 15:32:19 | 20 | Q.      Okay.  And is it something that you've kept |
| 15:32:22 | 21 | in the ordinary course of business? |
| 15:32:23 | 22 | A.      Yes. |
| 15:32:24 | 23 | Q.      And does this appear to be a true and |
| 15:32:26 | 24 | correct copy of excerpts of that manual? |
| 15:32:28 | 25 | A.      Yes. |

Page 147

| | | |
|---|---|---|
| 15:36:00 | 1 | have an index again? |
| 15:36:13 | 2 | A.    Yes. |
| 15:36:14 | 3 | Q.    And looking through, is DWG a separate |
| 15:36:19 | 4 | entry on its own? |
| 15:36:20 | 5 | A.    There is no DWG file, while there are other |
| 15:36:23 | 6 | types of files listed by that.  There are a couple |
| 15:36:26 | 7 | system variable names that start with DWG that do not |
| 15:36:29 | 8 | refer to the file. |
| 15:36:30 | 9 | Q.    Okay.  And when you say there are other |
| 15:36:32 | 10 | file types listed, are you referring to the DXB files |
| 15:36:36 | 11 | and DXF files that -- |
| 15:36:37 | 12 | A.    DXB and DXF, yes. |
| 15:36:40 | 13 | Q.    Okay. |
| 15:36:42 | 14 | We'll mark the next in order, Exhibit 1152. |
| 15:36:42 | 15 | (Marked for identification Exhibit 1152.) |
| 15:36:42 | 16 | BY MS. ROBERTS: |
| 15:37:11 | 17 | Q.    And Mr. Riddle, can you tell me whether you |
| 15:37:14 | 18 | have seen this document before? |
| 15:37:15 | 19 | A.    Yes, I have. |
| 15:37:15 | 20 | Q.    What is this document? |
| 15:37:20 | 21 | A.    This is a getting started manual for |
| 15:37:21 | 22 | AutoCAD Light, 2004. |
| 15:37:22 | 23 | Q.    And do you have an understanding as to what |
| 15:37:26 | 24 | AutoCAD Light is? |
| 15:37:27 | 25 | A.    It's a lower-cost version of AutoCAD.  At |

Page 151

15:37:34  1   this point in time, AutoCAD started selling a

15:37:35  2   lower-cost version to compete with products such as

15:37:37  3   my EasyCAD, Generic CAD, and other lower-cost CAD

15:37:43  4   programs that had come on the market.

15:37:44  5        Q.    Okay.  Is this a manual that you have in

15:37:45  6   your personal files?

15:37:47  7        A.    Yes.

15:37:47  8        Q.    And is this a manual that you've kept in

15:37:49  9   the ordinary course of business?

15:37:51  10        A.    Yes.

15:37:51  11        Q.    And does this appear to be a true and

15:37:54  12   correct copy of excerpts of --

15:37:55  13        A.    Yes.

15:37:55  14        Q.    -- AutoCAD LT?

15:37:58  15        A.    Yes.

15:37:58  16        Q.    If you turn to page 12022.

15:38:05  17        A.    Yes.

15:38:06  18        Q.    We have a list of trademarks again --

15:38:09  19        A.    Even longer.

15:38:12  20        Q.    -- that's even longer.

15:38:12  21              Can you tell me is DWG listed?

15:38:14  22        A.    It will take me a moment.

15:38:16  23        Q.    Sure.

15:38:18  24        A.    It's a long list.  And I'm very careful to

15:38:22  25   list trademarks.  I do not see it in this list.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

MICHAEL A. RIDDLE                                      09/02/09

15:41:19  1        Q.     If you turn to page 12315, we've got an

15:41:31  2    index again.

15:41:32  3        A.     Uh-huh.

15:41:32  4        Q.     And here it looks like DWG files is listed;

15:41:39  5    is that right?

15:41:39  6        A.     Yes.  Yes, it is.

15:41:40  7        Q.     On page 272.

15:41:41  8        A.     Yes.

15:41:42  9        Q.     And if you turn back to the page we were

15:41:44 10    last at, is it correct that it's referring to the

15:41:47 11    glossary, which we were looking at 12303?

15:41:51 12        A.     That is correct.

15:41:52 13        Q.     So it appears that the only entry in the

15:41:57 14    index is to that page that we were looking at,

15:42:00 15    correct?

15:42:00 16        A.     Yes.

15:42:01 17            MS. ROBERTS:  Mark the next exhibit as

15:42:04 18    Exhibit 1153.

15:42:29 19            THE WITNESS:  Uh-huh.

15:42:29 20            (Marked for identification Exhibit 1153.)

15:42:30 21    BY MS. ROBERTS:

15:42:30 22        Q.     And can you tell me if you recognize this

15:42:32 23    document?

15:42:32 24        A.     Yes, I do.

15:42:33 25        Q.     What is this document?

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

MICHAEL A. RIDDLE                                    09/02/09

```
15:42:34   1        A.      This is AutoCAD Release 11 tutorial.
15:42:38   2        Q.      And is this a document that you have in
15:42:39   3   your personal files?
15:42:41   4        A.      Yes.
15:42:41   5        Q.      And is it a document that you've kept in
15:42:45   6   your ordinary course of business?
15:42:46   7        A.      Yes.
15:42:46   8        Q.      And does this appear to be a true and
15:42:49   9   correct copy of excerpts of that manual?
15:42:52  10        A.      Yes.
15:42:52  11        Q.      At the bottom right-hand corner of this
15:42:55  12   first page, it says September 19th, 1990.  Is that
15:42:58  13   correct?
15:42:58  14        A.      Yes.
15:42:58  15        Q.      If you turn to the next page where there's
15:43:03  16   the list of Autodesk trademarks, do you see
15:43:07  17   DWG listed?
15:43:07  18        A.      No, I do not.
15:43:14  19        Q.      If you turn to page 9523, and actually,
15:43:21  20   beginning on page 9520, we have a glossary.
15:43:27  21        A.      Yes.
15:43:28  22        Q.      And then if you skip to page 9523, is there
15:43:33  23   a definition for DWG here?
15:43:35  24        A.      No, there isn't.
15:43:36  25        Q.      Is there a definition for a drawing file?
```

Page 156

MICHAEL A. RIDDLE                                        09/02/09

```
15:43:39   1        A.      Yes, there is.
15:43:39   2        Q.      Do you understand the drawing file to be a
15:43:42   3    DWG file?
15:43:47   4                 MR. JACOBS:  Objection; calls for
15:43:47   5    speculation, lacks foundation.
15:43:47   6                 THE WITNESS:  I would interpret that as
15:43:52   7    meaning my standard DWG files, yes, as a user of the
15:43:53   8    product.
15:43:55   9                 MS. ROBERTS:  Okay.  Ask I'm going to mark
15:44:07  10    as Exhibit 1154.
15:44:39  11                 THE WITNESS:  Yes.
15:44:39  12                 (Marked for identification Exhibit 1154.)
15:44:39  13    BY MS. ROBERTS:
15:44:39  14        Q.      Do you recognize this document?
15:44:41  15        A.      Yes, I do.
15:44:42  16        Q.      What is this document?
15:44:43  17        A.      This is the Generic CAD 3-D drafting
15:44:46  18    training guide.
15:44:48  19        Q.      And what is Generic CAD?
15:44:49  20        A.      Generic CAD is a -- or was a low-cost CAD
15:44:54  21    program that was brought to market about six months
15:44:58  22    after I introduced EasyCAD at COMDEX.  It was later
15:45:05  23    acquired by Autodesk.
15:45:06  24        Q.      Does Generic CAD still exist?
15:45:10  25        A.      Not as a currently sold product, to my
```

Page 157

15:47:40   1              We'll mark the next document as

15:47:43   2    Exhibit 1155.

15:47:43   3              (Marked for identification Exhibit 1155.)

15:47:44   4    BY MS. ROBERTS:

15:47:44   5        Q.    Can you tell me whether you recognize this

15:48:05   6    document?

15:48:05   7        A.    It's from the version of Generic CAD after

15:48:11   8    Autodesk purchased them.

15:48:12   9        Q.    Okay.  Is this a manual that you have in

15:48:18  10    your personal files?

15:48:19  11        A.    Yes, it is.

15:48:20  12        Q.    And is that something that you've kept in

15:48:22  13    your personal files as part of your ordinary course

15:48:25  14    of business?

15:48:26  15        A.    Yes.

15:48:26  16        Q.    And does this appear to be a true and

15:48:30  17    correct copy of excerpts of that manual?

15:48:32  18        A.    Yes.

15:48:33  19        Q.    So if you turn to page 1369, it says "Both

15:48:39  20    Generic software and an Autodesk company," is that

15:48:43  21    because, I think you said, at this point Autodesk had

15:48:47  22    acquired them?

15:48:47  23        A.    Yes.

15:48:48  24        Q.    And if you turn to the next page, 1370,

15:48:58  25    there's a date of 1989 --

| | |
|---|---|
| 15:48:58 | 1 |
| 15:48:58 | 2 |
| 15:48:58 | 3 |
| 15:49:02 | 4 |
| 15:49:04 | 5 |
| 15:49:07 | 6 |
| 15:49:10 | 7 |
| 15:49:10 | 8 |
| 15:49:21 | 9 |
| 15:49:24 | 10 |
| 15:49:25 | 11 |
| 15:49:25 | 12 |
| 15:49:33 | 13 |
| 15:49:36 | 14 |
| 15:49:40 | 15 |
| 15:49:44 | 16 |
| 15:49:52 | 17 |
| 15:49:52 | 18 |
| 15:49:52 | 19 |
| 15:49:52 | 20 |
| 15:49:55 | 21 |
| 15:49:57 | 22 |
| 15:50:00 | 23 |
| 15:50:00 | 24 |
| 15:50:03 | 25 |

A.     Yes.

Q.     -- do you see that?

       Is that consistent with your memory of when

Generic CAD might have been acquired by Autodesk?

A.     Approximately.  I'm not certain when the

acquisition happened, but I know it was in the late

'80s.

Q.     Okay.  If you turn to pages 1386 and 1387,

there's a discussion titled "Working with drawing

files"?

A.     Yes.

Q.     At the bottom of page 1386, it says

"Allowable file names for drawings can be up to eight

characters and generic 3-D drafting will

automatically add a file extension, which will be a

decimal point followed by the letters 3DD."  Do you

have see that?

A.     Yes.

Q.     And then a couple lines down it says "Other

file extensions used by Generic 3-D drafting includes

the following, .dwg for 2-D drawing files for

compatibility with Generic CAD."  Do you see that?

A.     Yes.

Q.     As a CAD user, do you understand that to

mean that Generic CAD worked with .dwg files?

Page 161

15:50:08  1        A.    I would understand that to mean that this

15:50:11  2    copy of Generic CAD ran a file labeled with a

15:50:15  3    .dwg file type.  I would not understand it to mean

15:50:17  4    that that was the product of an AutoCAD output.

15:50:21  5        Q.    Okay.

15:50:52  6              We'll mark as the next exhibit,

15:50:55  7    Exhibit 1156.

15:50:55  8              (Marked for identification Exhibit 1156.)

15:50:55  9    BY MS. ROBERTS:

15:51:18  10       Q.    Can you tell me whether you recognize this

15:51:20  11   document?

15:51:20  12       A.    This is a later version of the Generic CAD

15:51:24  13   manual published by Autodesk.

15:51:26  14       Q.    Okay.  And if you turn to page -- or is

15:51:30  15   this a manual that you have in your personal files?

15:51:32  16       A.    Yes, it is.

15:51:33  17       Q.    And is it a manual that you've kept in your

15:51:36  18   ordinary course of business?

15:51:37  19       A.    Yes.

15:51:37  20       Q.    And does this appear to be a true and

15:51:39  21   correct copy of excerpts of that manual?

15:51:42  22       A.    Yes, it does.

15:51:43  23       Q.    If you turn to page 11824, which is the

15:51:51  24   second page in this exhibit.

15:51:51  25       A.    Yes.

MICHAEL A. RIDDLE                                    09/02/09

| | |
|---|---|
| 15:53:14 | 1 |
| 15:53:27 | 2 |
| 15:53:28 | 3 |
| 15:53:28 | 4 |
| 15:53:39 | 5 |
| 15:53:39 | 6 |
| 15:53:39 | 7 |
| 15:53:41 | 8 |
| 15:53:41 | 9 |
| 15:53:45 | 10 |
| 15:53:45 | 11 |
| 15:53:50 | 12 |
| 15:53:54 | 13 |
| 15:53:56 | 14 |
| 15:53:57 | 15 |
| 15:53:57 | 16 |
| 15:54:00 | 17 |
| 15:54:02 | 18 |
| 15:54:03 | 19 |
| 15:54:03 | 20 |
| 15:54:05 | 21 |
| 15:54:08 | 22 |
| 15:54:08 | 23 |
| 15:54:11 | 24 |
| 15:54:17 | 25 |

Exhibit 1157.

You have to give it to the court reporter.

A.     Some habits die hard.

(Marked for identification Exhibit 1157.)

THE WITNESS:  Yes.

BY MS. ROBERTS:

Q.     Do you recognize this document?

A.     Yes.

Q.     And what do you recognize this document to be?

A.     Generic CAD User's Guide, from approximately 1992.  Yeah, from 1992.

Q.     And is this a manual that you have in your personal files?

A.     Yes.

Q.     And is that a manual that you've kept in your personal files as part of the ordinary course of business?

A.     Yes.

Q.     And does this appear to be a true and correct copy of excerpts of that manual?

A.     Yes.

Q.     Okay.  And you noted that it appears to be dated 1992; is that based on the date on page 11386?

A.     Yes.

Page 164

**MICHAEL A. RIDDLE**                                    09/02/09

| | |
|---|---|
| 16:31:16 | 1 |
| 16:31:19 | 2 |
| 16:31:21 | 3 |
| 16:31:26 | 4 |
| 16:31:27 | 5 |
| 16:31:29 | 6 |
| 16:31:32 | 7 |
| 16:31:40 | 8 |
| 16:31:40 | 9 |
| 16:31:41 | 10 |
| 16:31:44 | 11 |
| 16:31:47 | 12 |
| 16:31:50 | 13 |
| 16:31:52 | 14 |
| 16:31:57 | 15 |
| 16:32:00 | 16 |
| 16:32:04 | 17 |
| 16:32:09 | 18 |
| 16:32:09 | 19 |
| 16:32:14 | 20 |
| 16:32:16 | 21 |
| 16:32:18 | 22 |
| 16:32:21 | 23 |
| 16:32:22 | 24 |
| 16:32:27 | 25 |

EasyCAD," you expected the recipients of these
materials to understand that you were referring to
the DWG format, as developed and enhanced by Autodesk
over the years, didn't you?

A.    I did not expect that necessarily they
would know that it was developed or enhanced by
AutoCAD.  Many people in Europe do not or did not at
the time.  I expected them to understand that what
people were passing around as drawings, I would be
able to read.  That it was, in fact, the format
developed by Autodesk, I do not in any way disagree.

Q.    And in the United States, you anticipated
that customers would understand, when you referred to
"DWG," that you were not referring to your own
DWG file format from just a few years before until
approximately 1987, but rather, were referring to the
DWG file format owned, developed, and enhanced by
Autodesk?

A.    There's an implication in your question I
don't like, but I'll go along with it.

Q.    You'll agree with what I said?

A.    I agree with the wording, but not the
implication.

Q.    And, similarly, with DXF, by the way, when
you wrote DXF there, you understood that people would

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

MICHAEL A. RIDDLE                                      09/02/09

16:32:29   1   understand that that was the AutoCAD document

16:32:32   2   exchange format?

16:32:33   3       A.    And in the case of DXF, there is a much

16:32:36   4   wider agreement that that is indeed something with

16:32:43   5   AutoCAD, because AutoCAD always did make it clear

16:32:43   6   that that was a trademark and their intellectual

16:32:45   7   property and form of exchanging data.  They never did

16:32:48   8   so with DWG.  DWG became a very generic way, sort of

16:32:54   9   like Xerox used to be used to explain we were

16:32:57  10   copying, but exchanging drawing files.

16:33:00  11       Q.    Well, I thought you just said that when --

16:33:02  12   that you expected in the United States that when you

16:33:03  13   used "DWG" in these marketing materials --

16:33:05  14       A.    Uh-huh.

16:33:06  15       Q.    -- you understood that you expected that

16:33:10  16   the recipients of "the names say it all, FastCAD and

16:33:15  17   EasyCAD," would understand that the DWG that's being

16:33:18  18   referred to there is the DWG as owned, developed, and

16:33:22  19   enhanced by Autodesk?

16:33:23  20       A.    You are asking me to make a statement about

16:33:25  21   what I believe they understood.  What I believe they

16:33:28  22   understood was that it would read files written by a

16:33:31  23   great many CAD programs, among them DWG.  Yes, I do

16:33:36  24   stipulate that AutoCAD was the original author and

16:33:38  25   creator, the company that created such file formats.

Page 195

CERTIFICATE

I, ROBIN L. B. OSTERODE, Certified

Reporter for the State of Arizona and Certified

Shorthand Reporter for the State of California

certify:

That the foregoing deposition was taken

by me; that I am authorized to administer an oath;

that the witness, before testifying, was duly sworn

by me to testify to the whole truth; that the

questions propounded by counsel and the answers of

the witness were taken down by me in shorthand and

thereafter reduced to print by computer-aided

transcription under my direction; that deposition

review and signature was requested; that the

foregoing pages are a full, true, and accurate

transcript of all proceedings and testimony had upon

the taking of said deposition, all to the best of my

skill and ability.

I FURTHER CERTIFY that I am in no way

related to nor employed by any of the parties hereto,

nor am I in any way interested in the outcome hereof.

DATED this __11__ day of __September__, 20__09__.


_Robin L. B. Osterode_
ROBIN L. B. OSTERODE
AZ CR No. 50695
CA CSR No. 7750

# EXHIBIT 1138

Micro-CAD Agreement

This agreement is between Autodesk, Inc. (ADI) and Evolution Computing (EC). It covers the transfer of a computer-aided drafting package developed by EC (PACKAGE). This package currently exists as a program in source code and executable form for the Marinchip 9900 computer (CODE).

TRANSFER OF SOFTWARE

Upon execution of this agreement, EC will deliver to ADI complete source code (CODE), including all documentation, both user and internal, in machine readable form, for the Marinchip 9900 system.

ACCEPTANCE

Once ADI has generated PACKAGE from the source code delivered by EC and tested the generated PACKAGE on a Marinchip 9900 system, PACKAGE will be deemed to be accepted by ADI.

Within 6 months of the first sale by ADI of a product derived from PACKAGE, EC will deliver to ADI a three-dimensional version of PACKAGE. If EC fails to deliver this package to ADI, ADI may, at its option, develop this capability on its own. If ADI develops the three-dimensional extension of the package itself after the 6 month period has expired, ADI will pay EC a royalty of 30% on profits as defined below from sales of the three-dimensional package.

CONFIDENTIALITY

ADI agrees not to disclose source code for the PACKAGE to any third party without the written consent, in advance, of EC. This will apply to conversions of the source code for other machines as well as the original 9900 implementation. No restrictions shall apply to the documentation for the package, which may be distributed as ADI sees fit.

TRANSFER OF RIGHTS

EC grants to ADI the non-exclusive right to manufacture, use, sell, assign, and/or sublicense products it develops from CODE, subject only to payment of royalties as defined below to EC.

Delivery of CODE to ADI shall not in any way affect EC's ownership of the original CODE, or preclude EC from using CODE as it wishes, including but not limited to conversion of CODE to other machines, and marketing of PACKAGE in direct competition with ADI. ADI agrees not to sell PACKAGE on the Marinchip 9900 system.

CONSULTING

Once PACKAGE has been accepted by ADI, EC will have no obligations to ADI to render any assistance to ADI regarding PACKAGE. ADI is not obligated to reveal to EC any technical details of its work on PACKAGE, nor to render any assistance to EC regarding the PACKAGE. If any assistance is voluntarily rendered by one party to the other, it will not affect the terms of this agreement or the ownership of PACKAGE.

ADI agrees not to reveal the identity of any of the principals of EC to any person without the prior consent of EC, and not to disclose the

Confidential

EXHIBIT NO. 1138
9/2/09
Riddle
jmsteno.com

MR0000009

connection between its PACKAGE and that of EC. EC agrees not to disclose the connection between ADI's versions of PACKAGE and EC's without the prior consent of ADI.

## TRADEMARKS

EC agrees not to use ADI's trademark "MicroCAD" in connection with its PACKAGE. Should ADI change the name of its PACKAGE, EC agrees not to use the new name designated by ADI as the name of the PACKAGE, except if that name has previously been used in connection with EC's versions of the PACKAGE.

## ROYALTIES

ADI agrees to pay EC a royalty on a quarterly basis equal to 40% of the profits received by ADI from the sales of PACKAGE and any products derived from the original CODE delivered by EC to ADI. Profit is defined as gross receipts from sales of PACKAGE less advertising, sales costs, commissions, royalties to third parties, and other expenses directly related to development, sales, and support of PACKAGE. General overhead expenses will not be charged against PACKAGE sales, nor will hardware costs except graphic hardware purchased exclusively for development, support, or marketing of PACKAGE, in excess of $4000 over the term of this agreement.

If ADI makes no profit from the sale of PACKAGE in a quarter, no royalties will be paid to EC, but losses from marketing PACKAGE will not be carried forward and charged against royalties to EC.

If ADI develops additional products used with PACKAGE but not based on CODE, and if these packages are sold as separate items by ADI, no royalties will be paid to EC on these products.

## INDEMNIFICATION

EC warrants that it has the legal right to deliver CODE to ADI and is authorized to execute this agreement regarding PACKAGE. EC is responsible for payment of any subsidiary royalties to persons involved in the development and marketing of EC's existing package, and ADI shall not be responsible for any such payments.


EVOLUTION COMPUTING (EC)            AUTODESK, INC.  (ADI)




Michael Riddle                     John Walker, President

# EXHIBIT 1141



EXHIBIT NO. 1141
9/2/09
Riddle
jmsteno.com

MR0000081



**Version 1.0**
**February 1986**



**T&W SYSTEMS, INC.**
7372 Prince Drive, Suite 106
Huntington Beach, CA 92647
(714) 847-9960

MR0000085

*Note: You can pause the scrolling list display with CTRL-S, then press any key to resume the listing. Pressing CTRL-C will end the listing and return you to your drawing.  (Keyboard equivalent: LIST)*

**DIR** (Directory listing) allows you to obtain a directory listing of the files on your computer's disks. DIR works similarly to DOS's *DIR* command. After you select this option, the prompt line will display "file pattern:". To examine all files in the current directory, type *.* and press [RETURN].

You may use any of DOS's normal options (drive and/or directory path names, letters, numbers, asterisks, and question marks) to obtain a directory listing. Unlike DOS's *DIR* command, however, you must enter some sort of a search pattern. If you leave the prompt line blank and merely press [RETURN], the DIR command will terminate. If you just want a listing of drawing files in the current directory, use the **Drawings** command below. *(Keyboard equivalent: DIR)*

**Drawings**: Selecting this option causes EasyCAD to display a list of all the drawing files in the current directory (those with a **.DWG** extender in the file name). *(Keyboard equivalent: DIR *.DWG)*

**Menus**: Selecting this option causes EasyCAD to display a list of all the menu files in the current directory (those with a **.MNU** extender in the file name).  *(Keyboard equivalent: DIR *.MNU)*

——**Fonts**: Selecting this option causes EasyCAD to display a list of all the font files in the current directory (those with a **.FNT** extender in the file name).  *(Keyboard equivalent: DIR *.FNT)*

3-44

MR0000157

# EXHIBIT 1142



EXHIBIT NO. 1142
9/2/09
Riddle
msteno.com

MR0000365



**Version 1.05**
**October 1986**

**Evolution Computing**
437 S. 48th Street, Suite 106
Tempe, AZ 85281
(602) 967-8633

MR0000369

CONTROL

**DIR** (Directory listing) lists the files on your computer's disks. DIR works much like DOS's *DIR* command. After you select this option, the prompt reads "file pattern:". To examine all files in the current directory, type *.* and press RETURN. EasyCAD replaces the drawing screen with a list of files matching the search pattern you typed. Press any key or button to return to your drawing.

You may use any of DOS's normal options (drive and/or directory path names, letters, numbers, asterisks, and question marks) to obtain a directory listing. Unlike DOS's *DIR* command, however, you must enter some sort of search pattern. If you leave the pattern blank and simply press RETURN, EasyCAD cancels the DIR command. If you just want a listing of drawing files in the current directory, use the Drawings command below. *(Keyboard equivalent: DIR)*

**Drawings** displays the drawing files in the current directory (those with the type extension .DWG in their filename). *(Keyboard equivalent: DIR *.DWG)*

**Menus** displays the menu files in the current directory (those with the type extension .MNU in their filename). *(Keyboard equivalent: DIR *.MNU)*

**Fonts** displays the font files in the current directory (those with the type extension .FNT in their filename). *(Keyboard equivalent: DIR *.FNT)*

6-47

MR0000623

## F: THE UTILITIES DISK

*VersaCAD .TWG to EasyCAD .DWG:*
- Ellipses and elliptical arcs convert to ordinary circles and non-elliptical arcs.
- Bezier curves are converted to Splines.
- Symbols are not converted.

*EasyCAD .DWG to VersaCAD .TWG:*
- Smooth Polygons are not converted.
- Dimensions are not converted.
- Splines are converted to Bezier curves.

*AutoCAD .DXF to EasyCAD .DWG:*
- Solids and traces are converted to polygons.
- Polylines are converted to grouped series of lines and arcs.
- Polylines are converted without width.
- Right and centered text are converted to left aligned text.
- AutoCAD's standard text font is approximately one-third wider than EasyCAD's standard text font, so you may need to readjust text size manually.
- Shapes are not converted.
- Attribute definitions and attributes are not converted.
- AutoCAD's line types are converted to the nearest equivalent, as follows:

| AutoCAD | EasyCAD |
|---|---|
| Continuous | 1 |
| Dashed | 8 |
| Hidden | 7 |
| Center | 6 |
| Phantom | 5 |
| Dot | 4 |
| DashDot | 6 |
| Border | 3 |
| Divide | 2 |

MR0000718

# EXHIBIT 1143





EXHIBIT NO. 1143
9/2/09
Riddle
jmsteno.com

MR0008139



EVOLUTION
**EasyCAD 2**
COMPUTING

# User's Guide

437 South 48th Street
Suite 106
Tempe, Arizona 85281
(602) 967-8633

MR0008143

EasyCAD software designed and written by
    Michael Riddle, Evolution Computing.

Device drivers and utilities by
    Michael Riddle, Scott Boster, Susan Montooth, Steve Levy,
    Evolution Computing.

On-line help and installation help by
    John Steen, Scott Boster, Michele Vening,
    Evolution Computing.

User's Guide designed and written by
    Susan Montooth, Evolution Computing
    with revisions by Michele Vening, Evolution Computing.

EasyCAD® is a registered trademark of Evolution Computing

Software and documentation © 1986, 1987, 1988, 1989, 1990
by Evolution Computing.
All rights reserved. Published September, 1990.
Produced in the United States of America.

This document or any part thereof may not be reproduced, stored or trans-
mitted in any media, in any form, including but not limited to electronic,
photocopying, mechanical copying, electrostatic copying, recording or
other means without express written permission from Evolution
Computing.

COPYRIGHT NOTICE PER INTERNATIONAL CONVENTIONS

iv

MR0008144

## PART 3—REFERENCE GUIDE

**UPDATE** converts a drawing file to the current version, saving the imported drawing to disk. (Update does not load a new drawing.) EasyCAD displays a list of available drawings (files with the type extension *.fcd*). You can select a drawing with the cursor or type a drawing file name. See *File names* in *General Concepts* (Part 1, Chapter 4). You may use the ? and * characters for wild card searches (see your DOS manual for more information). For example, to update all drawings in the current direcotry, type **\*.fcd**.

After you pick the name, EasyCAD asks (with a dialog box) if you want to save the current drawing. (EasyCAD clears the current drawing from memory, like the NEW command.)

Next, EasyCAD switches to the text screen to give you the current status of the drawing. EasyCAD updates your drawing and saves the new, updated version on the disk. EasyCAD lets you know if the file didn't need updating.

When you update drawings from earlier versions of EasyCAD or FastCAD, please keep these points in mind:
- *UPDATE deletes the original .fcd file!* If you want to keep drawings in the old format, make backup copies *before* using UPDATE.
- This is a one-way conversion—Evolution Computing does *not* provide a way to convert drawings back to the old format.

*Please note:* UPDATE does not support conversion from EasyCAD 1.08 and earlier.*dwg* files. If you are updating from EasyCAD 1.08 or earlier, please call Evolution Computing and order a special program for this purpose.

*Text equivalent: UPDATE*

**IMPORT** converts drawings from AutoCAD DXF, Evolution Computing EXF, or IGES files, then saves them to disk. You'll find more information about DXF, EXF, and conversion in *Importing and Exporting* (Appendix 4). *Please note:* The IGES converter is an extra-cost add-on available through Evolution Computing.

When you choose IMPORT from the FILE menu, EasyCAD asks (with a dialog box) what format to convert from.

After you choose a format, EasyCAD asks which file to convert. Press **RETURN** to accept the default (convert all files with the extension *.dxf* or *.exf*, depending on which button you chose) or type a file name. You may

MR0008406

# EXHIBIT 1145

AUTOCAD™ USER REFERENCE



AUTODESK, INC.

EXHIBIT NO. 1145
9/2/09
Riddle
justcno.com

MR0006485

# AUTOCAD™

## USER REFERENCE



AUTODESK, INC.

MR0006486

Autodesk, Inc.

# The AutoCAD™ Drafting Package

## User Reference

Publication 106-008

Sept 19, 1985

MR0006488

(C) Copyright 1982,83,84,85    Autodesk, Inc.

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

Autodesk Inc. makes no warranty, either expressed or implied, including but not limited to any implied warranties of merchantability or fitness for a particular purpose, regarding these materials and makes such materials available solely on an "as-is" basis.

In no event shall Autodesk Inc. be liable to anyone for special, collateral, incidental, or consequential damages in connection with or arising out of purchase or use of these materials. The sole and exclusive liability to Autodesk Inc., regardless of the form of action, shall not exceed the purchase price of the materials described herein.

For condition of use and permission to use these materials for publication in other than the English language, contact Autodesk Inc.

Autodesk Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

This manual was published in April, 1985, based on Version 2.1x of the AutoCAD™ drafting package. The manual was prepared using the MicroScript™ text formatting program from MicroType, San Jose, CA.

IBM and PC-DOS are registered trademarks of International Business Machines Corporation. MS-DOS is a trademark of Microsoft Corporation. TouchPen is a registered trademark of Sun-Flex Company. dBASE II is a registered trademark of Ashton-Tate. BASIC is a registered trademark of the Trustees of Dartmouth College.

AutoCAD, AutoCAD 2, AutoCAD-80, AutoCAD-86, 3D Level 1, and CAD/camera are trademarks of Autodesk Inc.

AutoCAD -- (2) GETTING STARTED

If, after searching all these directories, AutoCAD is still unable to find a needed library file, it will ask you for another file name to use. You can respond with a simple file name, in which case the search outlined above will be repeated, or you can specify a fully qualified file name, with a drive letter and/or directory prefix. In the latter case, only the specified directory will be searched.

## 2.4   The Main Menu

After the program is loaded, AutoCAD's Main Menu appears on the text display screen. The menu provides access to various parts of AutoCAD, such as the interactive Drawing Editor with which drawings are created. The menu display looks like this:

    Main Menu

        0.  Exit AutoCAD
        1.  Begin a NEW drawing
        2.  Edit an EXISTING drawing
        3.  Plot a drawing
        4.  Printer plot a drawing

        5.  Configure AutoCAD
        6.  File utilities
        7.  Compile shape/font description file
        8.  Convert old drawing file

    Enter Selection:  __

A menu selection is made by simply typing in the number for the desired task and pressing RETURN or the space bar. This results in a short dialogue prompting you for additional information. If you make a mistake during the dialogue, press **CTRL C** to return to the "Enter Selection:" prompt.

### 2.4.1   Task 0 - Exit AutoCAD

When you select Main Menu Task 0, AutoCAD terminates and returns control to the operating system. After this entry the operating system prompt reappears.

### 2.4.2   Task 1 - Begin a New Drawing

To start a new drawing, select Main Menu Task 1. AutoCAD then asks for the name of the drawing to be created.

    Enter selection:  1
    Enter NAME of drawing:

The name you enter becomes the file name used to store the drawing on disk. All drawings are given the file type ".DWG", and this is automatically appended to the name you enter (don't type the .DWG). The drawing name may be from 1 to 8 characters long and may consist of letters, digits, and the special characters "$" (dollar), "-" (hyphen), and "_" (underscore). Some examples of valid drawing names are:

22

AutoCAD -- (2) GETTING STARTED

### 2.4.8   Task 7 - Compile Shape/Font File

Main Menu Task 7 converts Shape descriptions into a form usable by AutoCAD's Drawing Editor. This task is needed only when a Shape or Font file is created or modified; it is fully described in Appendix B.

### 2.4.9   Task 8 - Convert Old Drawing File

Because Version 2.0 of AutoCAD included major changes to the internal organization of drawing files, a facility has been provided for easy upgrade of drawings created with versions older than 2.0. If you edit or plot an old-format drawing (using Menu Tasks 2, 3, or 4), AutoCAD automatically converts the drawing to the new format. This conversion process is also necessary for drawing files that are to be inserted in other drawings; however, conversion is not automatically performed during drawing insertion. Task 8 is provided to convert these drawings to the new format explicitly.

When you select Task 8, AutoCAD prompts with:

> Enter NAME of drawing:

Reply with the name of the drawing file to be converted. Wild-card characters "?" and "*" are permitted; for example, a response of "B:*" converts all drawing files in the logged directory on drive B.

NOTE: When you convert a single file, the old-format file is retained, with its file type changed from ".DWG" to ".OLD". However, if you convert several drawing files at a time by using wild-card characters in the name you enter, the old files are not retained. New-format drawing files cannot be used with an older version of AutoCAD.

For further information on upgrading to Version 2.1 from a version older than 2.0, refer to Appendix E. If you are upgrading from Version 2.0 to Version 2.1, no drawing conversion is required.

### 2.5   Drawing Editor Usage

When you enter the Drawing Editor by selecting Main Menu Task 1 or 2, AutoCAD clears the screen and then displays your drawing as you last left it. (If this is a new drawing, the screen remains blank.) On the right-hand edge of the screen there is a menu of commands, and at the bottom is the prompt:

> Command:

This signifies that AutoCAD is in Command mode and is ready to accept a command. You can now use the AutoCAD commands to create, view, modify and make plots of drawings. Choose the operation you want to perform and use the keyboard or menu to enter the appropriate command. Entering a command puts the program into Data Entry mode. In this mode you are prompted to specify coordinates (points) and supply other data needed to complete the operation. After the required information is provided, the function is performed. The display changes accordingly and the program returns to Command mode.

As described in Chapter 1, some AutoCAD installations use a single monitor for both text and graphics, while others use separate monitors. In a single-screen system, a small area below the graphics image is provided for Drawing Editor prompts and command/data entry. While the Drawing Editor is active, a "toggle" control key permits you to flip between graphics mode

26

# EXHIBIT 1146

Autodesk, Inc.

# How to Get Started in AutoCAD™
# Without Reading the Manual



Kelvin Throop

6.0000

Publication TD112-000

January 31, 1986



EXHIBIT NO. 1146
9/2/09
Riddle
jmsteno.com

MR0007038

(C) Copyright 1986    Autodesk, Inc.

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

Autodesk, Inc. makes no warranty, either expressed or implied, including but not limited to any implied warranties of merchantability or fitness for a particular purpose, regarding these materials and makes such materials available solely on an "as-is" basis.

In no event shall Autodesk, Inc. be liable to anyone for special, collateral, incidental, or consequential damages in connection with or arising out of purchase or use of these materials. The sole and exclusive liability to Autodesk, Inc., regardless of the form of action, shall not exceed the purchase price of the materials described herein.

For condition of use and permission to use these materials for publication in other than the English language, contact Autodesk, Inc.

Autodesk, Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

This manual was published in January, 1986, based on Version 2.1x of the AutoCAD$^{tm}$ drafting package. The manual was prepared using the MicroScript$^{tm}$ text formatting program from Command Technology Corp., Oakland, CA. The text was printed on a Hewlett-Packard LaserJet Plus.

AutoCAD, AutoCAD 2, AutoCAD-80, AutoCAD-86, ADE, 3D Level 1, CAD/camera, and AutoLISP are trademarks of Autodesk, Inc.

# EXHIBIT 1149

# AUTOCAD®

Reference

Manual



EXHIBIT NO. 1149
9/2/09
Riddle

MR0009759



AUTOCAD®
RELEASE 11

Reference
Manual



AUTODESK®

MR0009760



# AutoCAD® Release 11 Reference Manual

Autodesk, Inc.

Publication  AC11RM

August 7, 1990

MR0009761

Copyright © 1982, 83, 84, 85, 86, 87, 88, 89, 90   Autodesk, Inc.

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

AUTODESK, INC. MAKES NO WARRANTY, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, REGARDING THESE MATERIALS AND MAKES SUCH MATERIALS AVAILABLE SOLELY ON AN "AS-IS" BASIS.

IN NO EVENT SHALL AUTODESK, INC. BE LIABLE TO ANYONE FOR SPECIAL, COLLATERAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF PURCHASE OR USE OF THESE MATERIALS. THE SOLE AND EXCLUSIVE LIABILITY TO AUTODESK, INC., REGARDLESS OF THE FORM OF ACTION, SHALL NOT EXCEED THE PURCHASE PRICE OF THE MATERIALS DESCRIBED HEREIN.

For conditions of use and permission to use these materials for publication in other than the English language, contact Autodesk, Inc.

Autodesk, Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

Autodesk Trademarks

The following trademarks are registered in the U.S. Patent and Trademark Office by Autodesk, Inc.: ADI, AutoCAD, AutoCAD AEC, ATC, AutoCAD Training Center, Autodesk, the Autodesk logo, AutoLISP, AutoShade, and AutoSketch.

The following are trademarks of Autodesk, Inc.: ACAD, Advanced Modeling Extension, AME, Advanced User Interface, Autodesk Animator, Autodesk Animator Filmaker, Autodesk Animator Clips, Autodesk Cyberspace, Autodesk Device Interface, Autodesk RenderMan, AutoCAD 386, AutoCAD Development System, AutoFlix, AUI, AutoSolid, CA Lab, DXF, and Generic CADD.

Third-Party Trademarks

Autodesk RenderMan is a trademark of Autodesk, Inc. RenderMan is a registered trademark of Pixar, used by Autodesk under license from Pixar.

All other brand and product names are trademarks or registered trademarks of their respective companies.

MR0009762



# Appendix C

# Drawing Interchange and File Formats

AutoCAD can be used by itself as a complete drawing editor. In some applications, however, other programs must examine drawings created by AutoCAD or generate drawings to be viewed, modified, or plotted with AutoCAD.

For example, if you've made an architectural drawing with AutoCAD, using Inserted parts to represent windows, doors, and so on, you can process the drawing file and produce a bill of materials of all the items used in the drawing, or even make energy-use calculations based on the area and the number and type of windows used. Another possible application is to use AutoCAD to describe structures that are then sent to a large computer for finite-element structural analysis. You can compute stresses and displacements and send back information to display the deformed structure as an AutoCAD drawing.

Since the AutoCAD drawing database (*.dwg* file) is written in a very compact format that changes significantly from time to time as new features are added, we do not document its format and do not recommend that you attempt to write programs to read it directly. To assist in interchanging drawings between AutoCAD and other programs, a Drawing Interchange file format (DXF™) has been defined. All implementations of AutoCAD accept this format and are able to convert it to and from their internal drawing file representation.

AutoCAD also supports the Initial Graphics Exchange Specification (IGES) file format. The information comprising an AutoCAD drawing can be written out in IGES format, and IGES files can be read and converted to the AutoCAD internal format.

# ASCII Drawing Interchange (DXF) Files

This section describes the AutoCAD DXF (drawing interchange file) format and the commands provided to read and write these files. DXF files are standard ASCII text files. They can easily be translated to the formats of other CAD systems or submitted to other programs for specialized analysis. AutoCAD can also produce or read a binary form of the full DXF file. This feature is described in detail later in this chapter.

## Dxfout Command—Writing a DXF File

You can generate a drawing interchange file from an existing drawing by means of the drawing editor's Dxfout command. The command format is:

Command: DXFOUT File name <*default*>: *name or* ⏎ .

MR0010323



# Appendix D

# Upgrading from an Older Version

This appendix contains important information for experienced AutoCAD users who are upgrading to AutoCAD Release 11 from an earlier version. For a summary of the new features in Release 11, see appendix F.

## Converting Old Drawings—Main Menu Task 8

Release 11 of AutoCAD can be used with drawings, slides, and DXF files that were originally produced on an older version of AutoCAD. The generally extensible approach taken to the design of drawing files protects your investment by ensuring that drawings you create with any version of AutoCAD will be readable by the latest version. However, drawings, slides, and DXF files produced or edited by AutoCAD Release 11 *cannot* generally be used with older versions. That is, drawings, slides, and DXF files are *upward compatible*, but not downward compatible.

If a drawing was produced by a very old version of AutoCAD (before Version 2.0), or if it contains Repeat/Endrep entities (replaced by Minsert in Version 2.5), the drawing must be converted to the new format before you can edit it with the latest version. In most cases, this conversion process is automatic, occurring whenever you edit or plot an old drawing with Release 11. However, the Insert command cannot import drawings that need conversion, and the presence of Repeat/Endrep entities is detected too late for automatic conversion to take place. Therefore, Main menu task 8 is provided to let you convert old drawings to the new format explicitly, either one at a time or several at once.

When you select task 8, AutoCAD prompts with:

> Enter NAME of drawing:

Reply with the name of the drawing file to be converted. Wild-card characters ? and * are permitted, as is a directory prefix. For example, a response of **proposal/may*** converts all drawing files in the "proposal" subdirectory whose names begin with "may."

*Note:* When you convert a file, the old-format file is retained, with its file type changed from *.dwg* to *.old*.

---

MR0010363

# EXHIBIT 1150



# AutoCAD®
Reference
Manual

EXHIBIT NO. _1150_
9/2/09
Riddle
jmsteno.com

MR0010449



**AutoCAD®** Reference Manual

MR0010450

AUTODESK, INC.

# AutoCAD® Release 10

## Reference Manual

Publication TD106-011

August 18, 1988

MR0010451

Copyright © 1982,83,84,85,86,87,88    Autodesk, Inc.

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

Autodesk, Inc. makes no warranty, either expressed or implied, including but not limited to any implied warranties of merchantability or fitness for a particular purpose, regarding these materials and makes such materials available solely on an "as–is" basis.

In no event shall Autodesk, Inc. be liable to anyone for special, collateral, incidental, or consequential damages in connection with or arising out of purchase or use of these materials. The sole and exclusive liability to Autodesk, Inc., regardless of the form of action, shall not exceed the purchase price of the materials described herein.

For condition of use and permission to use these materials for publication in other than the English language, contact Autodesk, Inc.

Autodesk, Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

This manual was published in July, 1988, based on Release 10 of the AutoCAD® design package. It was prepared using the GML/PC™ document composition system from Command Technology Corp., Oakland, CA. and was printed on a Hewlett–Packard LaserJet Series II.

Autodesk, the Autodesk logo, AutoCAD, AutoCAD AEC, AutoLISP, AutoSketch, and CAD/camera are U.S. registered trademarks of Autodesk, Inc. ACAD, ADE, Autodesk Device Interface, ADI, Advanced User Interface, AUI, AutoFlix, AutoShade, AutoSolid, and DXF are additional trademarks of Autodesk, Inc.

AEGIS is a trademark of Apollo Computer Inc. Apple is a registered trademark of Apple Computer, Inc. BASIC is a registered trademark of the Trustees of Dartmouth College. dBASE III is a registered trademark of Ashton–Tate. IBM, PC-DOS, and OS/2 are registered trademarks of International Business Machines Corporation. Intel is a trademark of Intel Corporation. Lotus is a trademark of Lotus Development Corp. Macintosh is a trademark of Apple Computer, Inc. Microsoft and MS-DOS are registered trademarks of Microsoft Corporation. UNIX is a trademark of AT&T Bell Laboratories. VMS is a trademark of Digital Equipment Corporation. WordStar is a registered trademark of MicroPro International Corp.

1 2 3 4 5 6 7 8 9 10 BI

# Appendix D

# Upgrading From an Older Version

This appendix contains important information for experienced AutoCAD users who are upgrading to AutoCAD Release 10 from an earlier version. For a summary of the new features in Release 10, see Appendix F.

## D.1  Converting Old Drawings — Main Menu Task 8

Release 10 of AutoCAD can be used with drawings, slides, and DXF files that were originally produced on an older version of AutoCAD. The generally extensible approach taken to the design of drawing files protects your investment by ensuring that drawings you create with any version of AutoCAD will be readable by the latest version. However, drawings, slides, and DXF files produced or edited by AutoCAD Release 10 *cannot* generally be used with older versions. That is, drawings, slides, and DXF files are *upward compatible*, but not downward compatible.

If a drawing was produced by a very old version of AutoCAD (before Version 2.0), or if it contains REPEAT/ENDREP entities (replaced by MINSERT in Version 2.5), the drawing must be converted to the new format before you can edit it with the latest version. In most cases, this conversion process is automatic, occurring whenever you edit or plot an old drawing with Release 10. However, the INSERT command cannot import drawings that need conversion, and the presence of REPEAT/ENDREP entities is detected too late for automatic conversion to take place. Therefore, Main Menu Task 8 is provided to let you convert old drawings to the new format explicitly, either one at a time or several at once.

When you select Task 8, AutoCAD prompts with:

> Enter NAME of drawing:

Reply with the name of the drawing file to be converted. Wild-card characters "?" and "*" are permitted, as is a directory prefix. For example, a response of "proposal/may*" converts all drawing files in the "proposal" subdirectory whose names begin with "may".

NOTE: When you convert a single file, the old-format file is retained, with its file type changed from ".dwg" to ".old". However, if you convert several drawing files at once by using wild-card characters in the name you enter, the old files are *not* retained. This distinction is made to avoid filling up your disk with ".old" files; be sure to make a backup of the original ".dwg" files before using the wild-card method of drawing conversion.

## D.2  Command Changes and Other Compatibility Issues

AutoCAD is very much alive and continually growing and evolving. We try to maintain compatibility not just at the drawing file level, but also at the command prompt and menu level. However, we sometimes find it necessary to change a prompt sequence slightly, or make other changes that may affect existing menus, scripts, etc. We've summarized these changes in the following sections. See Appendix F for a summary of other new features.

Whenever additions or changes are made to AutoCAD, the standard menu file is updated to include all the new commands, and to agree with any command changes. Similarly, the DXF file format is extended as necessary to accommodate any new header variables and new entity types.

**APPENDICES**

*421*

MR0010905

# EXHIBIT 1151



# AUTODESK, INC.

EXHIBIT NO. 451

9/2/09

Riddle

jmstcno.com

MR0003173



# AutoCAD®

Reference
Manual

MR0003174



AutoCAD® Reference Manual

MR0003175

**Copyright © 1982,83,84,85,86,87,88    Autodesk, Inc.**

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

Autodesk, Inc. makes no warranty, either expressed or implied, including but not limited to any implied warranties of merchantability or fitness for a particular purpose, regarding these materials and makes such materials available solely on an "as-is" basis.

In no event shall Autodesk, Inc. be liable to anyone for special, collateral, incidental, or consequential damages in connection with or arising out of purchase or use of these materials. The sole and exclusive liability to Autodesk, Inc., regardless of the form of action, shall not exceed the purchase price of the materials described herein.

For condition of use and permission to use these materials for publication in other than the English language, contact Autodesk, Inc.

Autodesk, Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

This manual was published in November, 1988, based on Release 10 of the AutoCAD® design package. It was prepared using the GML/PC™ document composition system from Command Technology Corp., Oakland, CA. and was printed on a Hewlett-Packard LaserJet Series II.

Autodesk, the Autodesk logo, AutoCAD, AutoCAD AEC, AutoLISP, AutoSketch, and CAD/camera are U.S. registered trademarks of Autodesk, Inc.  ACAD, ADE, Autodesk Device Interface, ADI, Advanced User Interface, AUI, AutoFlix, AutoShade, AutoSolid, and DXF are additional trademarks of Autodesk, Inc.

AEGIS is a trademark of Apollo Computer Inc.  Apple is a registered trademark of Apple Computer, Inc.  BASIC is a registered trademark of the Trustees of Dartmouth College.  dBASE III is a registered trademark of Ashton-Tate.  IBM, PC-DOS, and OS/2 are registered trademarks of International Business Machines Corporation.  Intel is a trademark of Intel Corporation.  Lotus is a trademark of Lotus Development Corp.  Macintosh is a trademark of Apple Computer, Inc.  Microsoft and MS-DOS are registered trademarks of Microsoft Corporation.  UNIX is a trademark of AT&T Bell Laboratories.  VMS is a trademark of Digital Equipment Corporation.  WordStar is a registered trademark of MicroPro International Corp.

T 2 3 4 5 6 7 8 9 10 BI

*(3) Utility Commands*

## 3.8  FILES Command — Directory Access

The FILES command lets you list a disk directory or delete, rename, and copy files without leaving AutoCAD's Drawing Editor. (You can perform the same functions from the Main Menu by selecting Task 6. Also, the SHELL command, described later in this chapter, provides access to the operating system's file manipulation commands.)

Command: **FILES**

The same file utility is used by the Drawing Editor and by the Main Menu. Regardless of the way you invoke it, AutoCAD's file utility displays the following menu:

File Utility Menu

    0.   Exit File Utility Menu
    1.   List Drawing files
    2.   List user specified files
    3.   Delete files
    4.   Rename files
    5.   Copy file

Enter selection (0 to 5) <0>:

Enter the number corresponding to the subtask you want to perform. As indicated, subtask 0 (Exit File Utility Menu) is the default.

## 3.8.1  Listing Drawing File Names

Selection 1 from the File Utility Menu searches for and lists the names of AutoCAD drawing (".dwg") files. AutoCAD needs to know which directory to search, so it prompts:

Enter drive or directory:

You can reply with a directory prefix, or press RETURN to specify the current working directory. On DOS and OS/2 systems, the prefix can begin with a drive letter followed by a colon, as in "b:" or "b:/drawings".

Following the list of file names, AutoCAD displays the total number of files listed and then waits for you to press RETURN. When you do so, the File Utility Menu reappears and you can make another selection from it.

## 3.8.2  Listing Other File Names

Using File Utility Menu Selection 2, you can direct AutoCAD to search for a file whose name you supply explicitly. When you choose this menu item, AutoCAD prompts:

Enter file search specification:

Enter a file name, with wild-card characters "?" and "*" if desired. A "?" matches any character in that position, whereas "*" matches all characters up to a period or to the end of the file name. You can include a directory prefix, as in "/drawings/widget.bak". On DOS and OS/2 systems, you can scan a disk drive other than the default by including the drive letter in your response, as in "b:widget.bak".

For instance, to list all the AutoCAD menu files in the "work" directory, enter:

    /work/*.mnu

You can use this technique to list the names of files used or created by AutoCAD for various purposes. The type of file is indicated by the three-letter extension following the period in the file name. For instance, for a file named "house-14.dwg", "dwg" is the file type.

UTILITY COMMANDS

55

MR0003247

*AutoCAD Reference Manual*

The file types used by AutoCAD are listed below.

```
bak   -   Drawing file backup
dwg   -   Drawing file
dxb   -   Binary drawing interchange file
dxf   -   Drawing interchange file
dxx   -   Attribute extract file (DXF format)
flm   -   Filmroll file (for AutoShade)
igs   -   IGES interchange file
lin   -   Linetype library file
lsp   -   AutoLISP program library file
lst   -   Printer plot output file
mnu   -   Menu source file
mnx   -   Compiled menu file
old   -   Original version of converted drawing file
pat   -   Hatch pattern library file
plt   -   Plot output file
prp   -   ADI printer plotter output file
scr   -   Command script file
shp   -   Shape/font definition source file
shx   -   Shape/font definition compiled file
slb   -   Slide library file
sld   -   Slide file
txt   -   Attribute extract or template file (CDF/SDF format)
```

To list all the files in the current working directory, enter a file search specification of:

<u>*.*</u>

### 3.8.3 Deleting Files

File Utility Menu Selection 3 allows you to delete specified files. This can be very handy. If you're running out of disk space, for example, you can make some room by deleting unneeded files (perhaps some ".bak" backup files). The prompt is:

   Enter file deletion specification:

As with selection 2, you should supply an explicit file name, optionally containing the "?" and "*" wild-card characters. If no wild-cards are used (the name is unambiguous and refers to a single file), the specified file is simply deleted. However, if wild-card characters are included, AutoCAD prompts you with each matching file name, and asks whether you want to delete it. For example, if you specified "?x.*", the following dialogue might ensue:

   Delete ex.bak? <N> <u>Y</u>
   Delete ex.dwg? <N> <u>RETURN</u>
   Delete 2x.dwg? <N> <u>Y</u>

A "Y" response deletes the file, whereas "N" retains it on the disk. As indicated, retention of the file is the default.

> Deleting a file permanently erases it from the disk. Be sure that you no longer need the file or that you have a copy of it on another disk. Also, be careful to avoid deleting AutoCAD's temporary files. All have the file type ".$ac", ".ac$", or ".$a".

MR0003248

*(3) Utility Commands*

### 3.8.4  Renaming Files

Selection 4 on the File Utility Menu permits you to change the name of an existing file.  A sample dialogue is shown below.

      Enter current filename:  <u>widget.dwg</u>
      Enter new filename:  <u>thingo.dwg</u>

These responses cause AutoCAD to change the name of file "widget.dwg" to "thingo.dwg".

You can even use this technique to move a file from one directory to another, simply by renaming it.  For example:

      Enter current filename:  <u>/dir1/file1</u>
      Enter new filename:  <u>/dir2/file1</u>

would move "file1" from the "dir1" directory on to the "dir2" directory.  This technique *cannot* be used to move a file from one disk drive to another.

### 3.8.5  Copying Files

Using selection 5 from the File Utility Menu, you can make a copy of an existing file.  A sample dialogue is shown below.

      Enter name of source file:  <u>abc.dwg</u>
      Enter name or destination file:  <u>abc.sav</u>

Here, a copy of file "abc.dwg" is written to "abc.sav".  On DOS and OS/2 systems, you can copy a file from one disk drive to another, as in:

      Source filename:  <u>abc.dwg</u>
      Destination filename:  <u>b:abc.dwg</u>

This would copy file "abc.dwg" from the current working directory to drive B's working directory.

### 3.9  MULTIPLE Command Modifier

If you enter the MULTIPLE command at AutoCAD's main "Command:" prompt, the next command you enter is saved.  Then, each time the "Command:" prompt reappears, the saved command will be automatically repeated until you enter CTRL C to stop the repetition.

For example, if you want to draw a series of circles, you can just enter:

      Command:  <u>MULTIPLE</u>  <u>CIRCLE</u>

and AutoCAD will repeat the CIRCLE command until a CTRL C stops it.

The MULTIPLE command doesn't issue a prompt, so you can view it as an adjective that modifies the next command.  MULTIPLE is most useful in conjunction with drawing, editing, and inquiry commands.  However, since it repeats only the command name, any parameters must be respecified on each subsequent execution.

MULTIPLE cannot be used to repeat commands initiated by AutoLISP's (command) function.  For example, if you try something like:

      `(command "MULTIPLE" "POINT" P1 P2 P3)`

the MULTIPLE request will be ignored.  It is also ignored by the PLOT and PRPLOT commands.

UTILITY COMMANDS

57

MR0003249

# Appendix D

# Upgrading From an Older Version

This appendix contains important information for experienced AutoCAD users who are upgrading to AutoCAD Release 10 from an earlier version. For a summary of the new features in Release 10, see Appendix F.

## D.1  Converting Old Drawings — Main Menu Task 8

Release 10 of AutoCAD can be used with drawings, slides, and DXF files that were originally produced on an older version of AutoCAD. The generally extensible approach taken to the design of drawing files protects your investment by ensuring that drawings you create with any version of AutoCAD will be readable by the latest version. However, drawings, slides, and DXF files produced or edited by AutoCAD Release 10 *cannot* generally be used with older versions. That is, drawings, slides, and DXF files are *upward compatible*, but not downward compatible.

If a drawing was produced by a very old version of AutoCAD (before Version 2.0), or if it contains REPEAT/ENDREP entities (replaced by MINSERT in Version 2.5), the drawing must be converted to the new format before you can edit it with the latest version. In most cases, this conversion process is automatic, occurring whenever you edit or plot an old drawing with Release 10. However, the INSERT command cannot import drawings that need conversion, and the presence of REPEAT/ENDREP entities is detected too late for automatic conversion to take place. Therefore, Main Menu Task 8 is provided to let you convert old drawings to the new format explicitly, either one at a time or several at once.

When you select Task 8, AutoCAD prompts with:

Enter NAME of drawing:

Reply with the name of the drawing file to be converted. Wild-card characters "?" and "*" are permitted, as is a directory prefix. For example, a response of "proposal/may*" converts all drawing files in the "proposal" subdirectory whose names begin with "may".

NOTE: When you convert a single file, the old-format file is retained, with its file type changed from ".dwg" to ".old". However, if you convert several drawing files at once by using wild-card characters in the name you enter, the old files are *not* retained. This distinction is made to avoid filling up your disk with ".old" files; be sure to make a backup of the original ".dwg" files before using the wild-card method of drawing conversion.

## D.2  Command Changes and Other Compatibility Issues

AutoCAD is very much alive and continually growing and evolving. We try to maintain compatibility not just at the drawing file level, but also at the command prompt and menu level. However, we sometimes find it necessary to change a prompt sequence slightly, or make other changes that may affect existing menus, scripts, etc. We've summarized these changes in the following sections. See Appendix F for a summary of other new features.

Whenever additions or changes are made to AutoCAD, the standard menu file is updated to include all the new commands, and to agree with any command changes. Similarly, the DXF file format is extended as necessary to accommodate any new header variables and new entity types.

*421*

APPENDICES

MR0003629

# EXHIBIT 1152

AutoCAD LT®

autodesk | Getting Started

2004


EXHIBIT NO. 1152
9/2/09
Riddle

MR0012019

AutoCAD LT®

**autodesk®**

**Getting Started**

2004

05718-010000-5000A        February 2003

MR0012021

Copyright © 2003 Autodesk, Inc.

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

AUTODESK, INC., MAKES NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THESE MATERIALS, AND MAKES SUCH MATERIALS AVAILABLE SOLELY ON AN "AS-IS" BASIS.

IN NO EVENT SHALL AUTODESK, INC., BE LIABLE TO ANYONE FOR SPECIAL, COLLATERAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF PURCHASE OR USE OF THESE MATERIALS. THE SOLE AND EXCLUSIVE LIABILITY TO AUTODESK, INC., REGARDLESS OF THE FORM OF ACTION, SHALL NOT EXCEED THE PURCHASE PRICE OF THE MATERIALS DESCRIBED HEREIN.

Autodesk, Inc., reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

Autodesk Trademarks

The following are registered trademarks of Autodesk, Inc., in the USA and/or other countries: 3D Props, 3D Studio, 3D Studio MAX, 3D Studio VIZ, 3DSurfer, ActiveShapes, ActiveShapes (logo), Actrix, ADI, AEC Authority (logo), AEC-X, Animator Pro, Animator Studio, ATC, AUGI, AutoCAD, AutoCAD LT, AutoCAD Map, Autodesk, Autodesk Inventor, Autodesk (logo), Autodesk MapGuide, Autodesk University (logo), Autodesk WalkThrough, Autodesk World, AutoLISP, AutoSketch, Biped, bringing information down to earth, CAD Overlay, Character Studio, Cinepak, Cinepak (logo), Codec Central, Combustion, Design Your World, Design Your World (logo), Discreet, EditDV, Education by Design, gmax, Heidi, HOOPS, Hyperwire, i-drop, Inside Track, Kinetix, MaterialSpec, Mechanical Desktop, NAAUG, ObjectARX, PeopleTracker, Physique, Planix, Powered with Autodesk Technology (logo), RadioRay, Revit, Softdesk, Texture Universe, The AEC Authority, The Auto Architect, VISION*, Visual, Visual Construction, Visual Drainage, Visual Hydro, Visual Landscape, Visual Roads, Visual Survey, Visual Toolbox, Visual TugBoat, Visual LISP, Volo, WHIP!, and WHIP! (logo).

The following are trademarks of Autodesk, Inc., in the USA and/or other countries: 3ds max, AutoCAD Architectural Desktop, AutoCAD Learning Assistance, AutoCAD LT Learning Assistance, AutoCAD Simulator, AutoCAD SQL Extension, AutoCAD SQL Interface, Autodesk Envision, Autodesk Map, Autodesk Streamline, AutoSnap, AutoTrack, Built with ObjectARX (logo), Burn, Buzzsaw, Buzzsaw.com, Cinestream, Cleaner, Cleaner Central, ClearScale, Colour Warper, Content Explorer, Dancing Baby (image), DesignCenter, Design Doctor, Designer's Toolkit, DesignProf, DesignServer, Design Web Format, DWF, DWG Linking, DXF, Extending the Design Team, GDX Driver, gmax (logo), gmax ready (logo),Heads-up Design, IntroDV, jobnet, ObjectDBX, onscreen onair online, Plans & Specs, Plasma, PolarSnap, ProjectPoint, Reactor, Real-time Roto, Render Queue, Visual Bridge, Visual Syllabus, and Where Design Connects.

Autodesk Canada Inc. Trademarks

The following are registered trademarks of Autodesk Canada Inc. in the USA and/or Canada, and/or other countries: discreet, fire, flame, flint, flint RT, frost, glass, inferno, MountStone, riot, river, smoke, sparks, stone, stream, vapour, wire.

The following are trademarks of Autodesk Canada Inc., in the USA, Canada, and/or other countries: backburner, backdraft, Multi-Master Editing.

Third Party Trademarks

All other brand names, product names or trademarks belong to their respective holders.

Third Party Software Program Credits

ACIS Copyright © 1989-2001 Spatial Corp. Portions Copyright © 2002 Autodesk, Inc.

Copyright © 1997 Microsoft Corporation. All rights reserved.

International CorrectSpell™ Spelling Correction System © 1995 by Lernout & Hauspie Speech Products, N.V. All rights reserved.

InstallShield™ 3.0. Copyright © 1997 InstallShield Software Corporation. All rights reserved.

PANTONE ® Colors displayed in the software application or in the user documentation may not match PANTONE-identified standards. Consult current PANTONE Color Publications for accurate color.

PANTONE ® and other Pantone, Inc. trademarks are the property of Pantone, Inc. © Pantone, Inc., 2002

Pantone, Inc. is the copyright owner of color data and/or software which are licensed to Autodesk, Inc., to distribute for use only in combination with certain Autodesk software products. PANTONE Color Data and/or Software shall not be copied onto another disk or into memory unless as part of the execution of this Autodesk software product.

Portions Copyright © 1991-1996 Arthur D. Applegate. All rights reserved.

Portions of this software are based on the work of the Independent JPEG Group.

RAL DESIGN © RAL, Sankt Augustin, 2002

RAL CLASSIC © RAL, Sankt Augustin, 2002

Representation of the RAL Colors is done with the approval of RAL Deutsches Institut für Gütesicherung und Kennzeichnung e.V. (RAL German Institute for Quality Assurance and Certification, re. Assoc.), D-53757 Sankt Augustin."

Copyright © Stade de France - Macary, Zublena et Regembal, Costantini - Architectes, ADAGP - Paris - 2003

Typefaces from the Bitstream ® typeface library copyright 1992.

Typefaces from Payne Loving Trust © 1996. All rights reserved.

GOVERNMENT USE

Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 12.212 (Commercial Computer Software-Restricted Rights) and DFAR 227.7202 (Rights in Technical Data and Computer Software), as applicable.

1 2 3 4 5 6 7 8 9 10 ASI

# Glossary

Commands associated with definitions are shown in parentheses at the end of the definition.

**absolute coordinates**   Coordinate values measured from a coordinate system's origin point. *See also* **origin, relative coordinates, user coordinate system (UCS), world coordinates,** *and* **world coordinate system (WCS).**

**acquisition marker**   During tracking, the temporary plus sign displayed at the location of an acquired point.

**alias**   A shortcut for an AutoCAD LT® command. For example, *CP* is an alias for COPY, and *Z* is an alias for ZOOM. You define aliases in the *aclt.pgp* file.

**aligned dimension**   A dimension that measures the distance between two points at any angle. The dimension line is parallel to the line connecting the dimension's definition points. (DIMALIGNED)

**angular dimension**   A dimension that measures angles or arc segments and consists of text, extension lines, and leaders. (DIMANGULAR)

**angular unit**   The unit of measurement for an angle. Angular units can be measured in decimal degrees, degrees/minutes/seconds, grads, and radians.

**annotations**   Text, dimensions, tolerances, symbols, or notes.

**array**   1. Multiple copies of selected objects in a rectangular or polar (radial) pattern. (ARRAY) 2. A collection of data items, each identified by a subscript or key, arranged so a computer can examine the collection and retrieve data with the key.

**arrowhead**   A terminator, such as an arrowhead, slash, or dot, at the end of a dimension line showing where a dimension begins and ends.

**aspect ratio**   Ratio of display width to height.

269

MR0012300

**drawing extents**   The smallest rectangle that contains all objects in a drawing, positioned on the screen to display the largest possible view of all objects. (ZOOM)

**drawing limits**   *See* grid limits.

**DWF**   For *Design Web Format.* A highly compressed file format that is created from a DWG file. DWF files are easy to publish and view on the Web. *See also* DWG *and* DXF.

**DWG**   Standard file format for saving vector graphics from within AutoCAD. *See also* DWF *and* DXF.

**DXF**   For *drawing interchange format.* An ASCII or binary file format of an AutoCAD LT drawing file for exporting AutoCAD LT drawings to other applications or for importing drawings from other applications. *See also* DWF *and* DWG.

**embed**   To use object linking and embedding (OLE) information from a source document in a destination document. An embedded object is a copy of the information from a source document that is placed in the destination document and has no link to the source document. *See also* **link**.

**explode**   To disassemble a complex object, such as a block, dimension, solid, or polyline, into simpler objects. In the case of a block, the block definition is unchanged. The block reference is replaced by the components of the block. *See also* **block, block definition,** *and* **block reference.** (EXPLODE)

**exploded dimension**   Independent objects that have the appearance of a dimension but are not associated with the dimensioned object or each other. Controlled by the DIMASSOC system variable. *See also* **associative dimension** *and* **explode.** (EXPLODE)

**extents**   *See* **drawing extents.**

**external reference (xref)**   A drawing file referenced by another drawing. (XREF)

**feature control frame**   The tolerance that applies to specific features or patterns of features. Feature control frames always contain at least a geometric characteristic symbol to indicate the type of control and a tolerance value to indicate the amount of acceptable variation.

**fence**   A multisegmented line specified to select objects it passes through.

**fill**   A solid color covering an area bounded by lines or curves. (FILL)

**floating viewports**   *See* **layout viewports.**

**font**   A character set, comprising letters, numbers, punctuation marks, and symbols of a distinctive proportion and design.

**freeze**   A setting that suppresses the display of objects on selected layers. Objects on frozen layers are not displayed, regenerated, or plotted. Freezing layers shortens regenerating time. *See also* **thaw.** (LAYER)

**geometry**   All graphical objects such as lines, circles, arcs, polylines, and dimensions. Nongraphical objects, such as linetypes, lineweights, text styles, and layers are not considered geometry. *See also* **named object.**

**graphics area**   *See* **drawing area.**

**graphics screen**   *See* **drawing area.**

**graphics window**   *See* **AutoCAD LT window** *and* **drawing area.**

MR0012303

drawing
    area. *See* drawing area
    files. *See* drawings and drawing files
    in model space. *See* models and model space
    objects. *See* drawing objects
    tutorial, 51–87
    using command line, 48
    using menu commands, 48
    using toolbar buttons, 48
drawing area
    defined, 271
    grid values, setting, 58
    limits, 56, 90, 105
    Quick Setup wizard, 55, 90
    setup for tutorial, 55–62
    snap values, setting, 58
    starting new drawings, 56
    unit precision
        setting, 58, 90
    unit type
        setting, 56, 90
drawing extents, 272
drawing interchange format (DXF), 210
drawing limits, 56, 90, 105
    *See also* grid limits
drawing objects
    arcs, 132
    circles, 66, 132
    commands used in, 254
    construction lines and construction
        geometry, 136
    donuts, 134
    double lines, 128
    drawing tutorial, 51–87
    ellipses, 134
    elliptical arcs, 134
    fillets, 69, 156, 157
    horizontal lines, 72
    layouts. *See* layouts
    line segments, 128
    lines, 63, 64, 67, 72, 128
    parallel lines, 129
    point objects, 136, 137
    polygons, 71, 130
    polylines, 130
    rays, 136
    spline curves, 134, 135
    vertical lines, 69
    xlines, 136
Drawing Properties dialog box, 211
drawing tutorial
    annotating drawings, 85
    creating objects, 63–80
    dimensioning drawings, 81–84
    drawing area setup, 55–62
    overview, 51

drawing tutorial (*continued*)
    preparing workspace, 52
    printing or plotting drawings, 86
drawing units
    compared to scale, 92
    unit precision
        setting, 59, 90
    unit type
        setting, 56, 90
Drawing Units dialog box, 59
drawings and drawing files
    commands used in, 250, 252
    copying objects between drawings, 148
    copying objects within drawings, 148
    Create New Drawing dialog box, 53, 56
    dimensioning. *See* dimensions and
        dimensioning
    drawing area. *See* drawing area
    drawing limits, 56, 90, 105
    drawing. *See* drawing
    DWF files, 3, 210, 219
    existing drawings
        opening, 72, 242
    external references, 212
    finding and replacing text, 190
    hyperlinks attached to objects, 218
    inserting blocks, 175
    keywords, 211
    layers. *See* layers
    linetypes. *See* linetypes
    new drawings
        starting, 53, 56, 90, 91
    plotting. *See* plotters and plotting
    printing. *See* printers and printing
    properties, 211
    purging unneeded items, 168
    reusing. *See* reusing drawing content
    saving, 62
    sharing objects between drawings, 210
    signing with digital signatures, 211
    summary information, 211
    template drawing files, 91
    Web pages including drawings, 218
    xrefs, 212
    zooming in or out, 118
DRAWORDER command, 255
drivers, plotters, 234
DSETTINGS command, 253
DSVIEWER command, 254
DVIEW command, 254
DWF files, 3, 210, 219, 272
DWG files, 272
DWGPROPS command, 264, 267
DWT files, 91
DXF files, 210, 272

MR0012315

# EXHIBIT 1153



# AutoCAD® Release 11
# Tutorial



EXHIBIT NO. 453
9/2/09
jmsteno.com
Riddle

Autodesk, Inc.

Publication  AC11TUT                              September 19, 1990

MR0009290

Copyright © 1982, 83, 84, 85, 86, 87, 88, 89, 90 Autodesk, Inc.

All Rights Reserved

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

AUTODESK, INC. MAKES NO WARRANTY, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, REGARDING THESE MATERIALS AND MAKES SUCH MATERIALS AVAILABLE SOLELY ON AN "AS-IS" BASIS.

IN NO EVENT SHALL AUTODESK, INC. BE LIABLE TO ANYONE FOR SPECIAL, COLLATERAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF PURCHASE OR USE OF THESE MATERIALS. THE SOLE AND EXCLUSIVE LIABILITY TO AUTODESK, INC., REGARDLESS OF THE FORM OF ACTION, SHALL NOT EXCEED THE PURCHASE PRICE OF THE MATERIALS DESCRIBED HEREIN.

For conditions of use and permission to use these materials for publication in other than the English language, contact Autodesk, Inc.

Autodesk, Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

Autodesk Trademarks

The following trademarks are registered in the U.S. Patent and Trademark Office by Autodesk, Inc.: ADI, AutoCAD, AutoCAD AEC, ATC, AutoCAD Training Center, Autodesk, the Autodesk logo, AutoLISP, AutoShade, and AutoSketch.

The following are trademarks of Autodesk, Inc.: ACAD, Advanced Modeling Extension, AME, Advanced User Interface, Autodesk Animator, Autodesk Animator Flimaker, Autodesk Animator Clips, Autodesk Cyberspace, Autodesk Device Interface, Autodesk RenderMan, AutoCAD 386, AutoCAD Development System, Autoflix, AUI, AutoSolid, CA Lab, DXF, and Generic CADD.

Third-Party Trademarks

All other brand and product names are trademarks or registered trademarks of their respective companies.

1 2 3 4 5 6 7 8 9 10 RR

MR0009291



# Chapter 1

# About the AutoCAD Tutorial

In this tutorial, you'll follow step-by-step instructions to create drawings using AutoCAD® commands and features. This tutorial is organized into the following seven chapters:

- Chapter 1 discusses the scope of the tutorial, what you need before you begin the tutorial, and the notational conventions in this document.

- Chapter 2 includes basic information about how AutoCAD creates and locates objects, displays prompts, and saves your work.

- Chapter 3 has you create a two-dimensional drawing. The chapter explains how to generate a two-view drawing of a small mechanical part. You will learn how to annotate the part using linear, diameter, radius, and ordinate dimensioning, as well as dimension styles.

- Chapter 4 explains the concepts and commands you will need to know to work in three-dimensional space. This chapter uses the drawing from chapter 3 as the basis for a three-dimensional wireframe model. You will learn about the many powerful three-dimensional modeling capabilities of AutoCAD.

- Chapter 5 provides an overview of the AutoCAD surface generation commands.

- Chapter 6 teaches you how to use viewports with the new paper space feature in AutoCAD Release 11.

- Chapter 7 explains how to combine drawings and improve productivity in a CAD project by using external references.

When you finish the tutorial, turn to the referenced sections of the *AutoCAD Reference Manual* and experiment with more AutoCAD commands and drawing techniques.

## Before You Begin

Before you begin this tutorial, make sure AutoCAD is installed and configured for your workstation. For installation and configuration information, see the *AutoCAD Installation and Performance Guide*.

You'll need the following drawing files for the exercises in this tutorial: airplane.dwg, meshes.dwg, house.dwg, and tutorial.dwg. If you didn't install these files during the installation of AutoCAD, copy them from the disk labeled Support disk into the directory where you loaded the AutoCAD software.

This tutorial assumes that you are running AutoCAD Release 11 and that your workstation consists of a computer and keyboard, graphics monitor, and a pointing device such as a mouse or digitizer puck.

MR0009296

# EXHIBIT 1154



# 3D Drafting
## T R A I N I N G   G U I D E

S O F T W A R E

EXHIBIT NO. 1154
9/2/09
Riddle
jmsteno.com

MR0002685

# 3DD Training Guide



© 1989
Generic Software, Inc.
11911 North Creek Parkway, South
Bothell, Washington 98011
U. S. A.

MR0002686

converted to a hole. (You could do that now as practice before moving on to the gear.)

# The gear in 3D

Having been introduced to holes, polygons, and tracking with cursor free turned on, you are ready to tackle the gear.

On 3DD's Samp/Util disk are some sample drawings, including one called 2DGEAR.DWG. You will be loading this 2D Generic CADD drawing into 3DD, so if you have not copied it onto your hard disk, do so now. (Alternatively, you can load it directly from the Samp/Util disk if you like.)

There is no setup other than to have a blank drawing screen with Oblique View Projection selected.

Set Facets to 10.

- Press FC (Settings -> Facets).

- Type *10* (press ENTER).

Load the 2DGEAR.DWG 2D drawing into 3DD.

- Press D2 (Drawing -> 2D Load).

ENTER DRAWING FILE NAME >

- Type *2dgear* (press ENTER).

> When you enter a drawing file name, 3DD looks for the file in the appropriate default directory. (You set default directories when you configured the 3DD program.) If you copied the 2DGEAR.DWG file into a directory other than your default 2D drawing file directory you will need to type in the full pathname for the file—for example, C:\CADD\3DD\SAMPLES\2DGEAR.

If you get a DRAWING FILE NOT FOUND... prompt and are unable to find the 2DGEAR.DWG file on your hard disk or let 3DD know where it is, load the file directly from the Samp/Util disk. Place this disk in one of your

MR0002758

# EXHIBIT 1155



**IBM PC**

Generic
S O F T W A R E

EXHIBIT NO. 1155
9/2/09
Riddle

MR0001367

# Generic 3D Drafting

# Manual



An **Autodesk** Company

MR0001369

DRAWPLOT Printer Driver
Copyright 1986 Jewel Technologies, Inc.

Copyright 1989
by Generic Software, Inc.
Bothell, Washington 98011
All rights reserved

The contents of this publication may not be
reproduced in any form by any means, in part or in
whole, without the prior written permission of:
**Generic Software, Inc.**
11911 North Creek Parkway S.
Bothell, Washington 98011
U. S. A.

**Generic 3D Drafting**
is a trademark of Generic Software, Inc.

**Orders *Only*:**
**800 228-3601**

**Technical Support:**
(see the page following the license agreement)
**206 487-2934**

Revision 2,
November, 1989

MR0001370

The cursor itself can be rotated, aligned with existing objects, or returned to its home position. To further aid in the visualization of three-dimensional directions, the cursor is color-coded and can be labeled with X, Y, and Z direction indicators.

Generic 3D Drafting implements both components and layers, and adds groups as an additional method for organizing objects in a drawing into parts, sub-assemblies, or any other heirarchy required by a particular application.

Several projection types give you the ability to move back and forth between Isometric, Oblique, Flat (2D), and user-defined Perspective views. You can also select from standard view angles such as front, rear, top, etc. for any of these projections, and remove hidden lines in any view.

Generic 3D Drafting is compatible with Generic CADD in both directions - you can load 2D drawings into 3D Drafting and expand them to three dimensions, and 3D drawings can be save in 2D .DWG format for further editing, printing or plotting in Generic CADD.

Generic 3D Drafting can create .GX2 format images on supported video cards for transfer to Generic Presentation for creation of slide show presentations, demonstrations, etc.

Additional Generic products such as AutoConvert and DeskConvert provide compatibility with other CAD software and desktop publishing programs.

Generic 3D Drafting provides an ideal combination of power and ease of use for conceptual modeling, converting 2D drawings to 3D, graphic presentation of three-dimensional data, and many other applications.

If you are currently a Generic CADD user, and have already installed your new software, you can probably skip the next few chapters and just start using the program, referring to the reference portion of this manual starting with chapter five, whenever you need help. You may want to skim chapter four, Getting Started, to familarize yourself with the conceptual differences between Generic 3D Drafting and Generic CADD.

If you have never used a Generic program before, you're in for a treat with 3D Drafting. The first few chapters of the manual will have you set to go in no time. After that, you can either dive right in, or start with the accompanying tutorial to gain some experience before starting your own drawings.

MR0001382

# Working with Drawing Files

You should be familiar with your computer and its operating system before running Generic 3D Drafting. The program creates files in which to store drawing information. You may wish to copy these files for back-up purposes, or delete them when you don't need them any more.

On the IBM PC, the operating system, PC-DOS or MS-DOS performs a number of functions on files. The most complete information on these functions can be found in the DOS manual which came with your computer.

When your operating system is running, you will see a prompt on the screen, something like A or C. This indicates which disk drive you are currently working with. Whenever you see this prompt, you can perform any of the following DOS functions:

## DIR

Causes a list of files on the current disk to be displayed on the screen. The file size and date and time created will also be shown. If you wish, you can get a list of the files on another disk by including the letter name of that disk after the word DIR, for example:

**DIR B: <ENTER>**

would give you a listing of the files on the B: disk drive

## COPY

Allows you to copy a file. You need to specify after the word COPY what file you want to copy, and where you want to copy it to, for instance:

**COPY A:MYFILE B: <ENTER>**

will copy a file called MYFIL, which is found on the A: disk drive to the disk in the B: disk drive.

## ERASE

Erases a file from a diskette. For example:

**ERASE A:MYFILE <ENTER>**

will erase the file MYFILE from the disk in the A: disk drive. Use this command carefully!

To change from one disk drive to another, just type the letter name of the disk, followed by a colon. If the current prompt is A, and you type:

**B: <ENTER>**

the prompt will change to B, and the new current drive will be B.

Allowable file names for drawings can be up to eight characters, and Generic 3D Drafting will automatically add a "file extension", which will be

MR0001386

a decimal point followed by the three letters 3DD. All 3D drawing files created by 3D Drafting have the form:

FILENAME.3DD

Other file extensions used by Generic 3D Drafting include the following:

.DWG for 2D Drawing file, for compatibility with Generic CADD

.CM3 for Components

.BAK for Back-up drawing files

.MNU for menu files

When using DOS commands as described above, there are two special characters which can be used in file names to allow a little more flexibility with these commands. These are the characters "*", which means "anything", and the character "?", which means "any character". When copying files, for example, the following DOS command:

COPY A:*.3DD B: <ENTER>

would copy ALL files with the extension ".3DD" from disk A to B, while the command:

COPY A:PLAN??.DWG B: <ENTER>

would copy only those files whose names included PLAN as the first four characters, followed by up to two more characters, and the extension ".DWG". The following files WOULD be copied by this command:

PLAN.DWG

PLAN3.DWG

PLAN27.DWG

PLANS.DWG

while the following files would NOT be copied by the above command:

PLAN234.DWG

(too many letters after plan)

BPLAN.DWG

(a letter in front of PLAN)

PLAN12.3DD

(wrong extension)

There are many more features of these commands, and other commands which may be of use to you in your DOS manual. Use these commands to manage your files, and be sure to make back-up copies of important drawings that you have made by copying onto other diskettes.

MR0001387

# SAVE 2D DRAWING 

*Menu Item:*
**SAVE 2D**

*Menu:*
**DRAWING**

*Type:*
**File I/O**

*Purpose:*
**Flattens the currently displayed drawing onto the XY plane and saves it in Generic .DWG format**

There are many occasions in which you may want to move your drawing over to Generic CADD and use the 2D CADD features to enhance your drawing. Compatibility with Generic CADD allows you to add text, dimensions, fills, hatches, etc.

When you save a 2D Drawing file, it is flattened out onto a single XY plane, in the current projection, at the current rotation. If you want to save a Hidden Line view, use the Hidden Save (HS) command, described in the Hidden chapter.

To save a 2D file, choose SAVE 2D from the DRAWING menu or type S2 on the keyboard. You will be asked for a file name, and shown a default file name made up of the same name as the current 3D drawing file with the .3DD extension replaced by .DWG. If you would like to save the 2D file using this name, just press ENTER. If you want to use a different file name, type the name. Unless you specify a different disk drive and/or directory, the file will be saved in the current path for 2D Drawing files.

Because of the way that Polygons overlap at corners, there are usually duplicate lines in the 2D drawing file. These can be removed with the Strip utility discussed at the end of this manual.

MR0001594



# LOAD 2D DRAWING

*Menu Item:*
**LOAD 2D**

*Menu:*
**DRAWING**

*Type:*
**File I/O**

*Purpose:*
**Loads a specified 2D drawing file (.DWG) onto the XY plane at a desired location**

In addition to saving 2D drawing files, you can also load 2D drawing files into 3D Drafting. Since 2D drawings are flat, they have to be loaded onto a single plane.

Since 2D drawing files use X and Y coordinates and 3D drawings use X, Y, and Z coordinates, 2D drawing come into 3D on the XY plane. As when you load 3D drawings, you can place the Origin of the 2D drawing file wherever you want in 3D space. If you want to load the 2D drawing onto a particular plane, you may want to rotate the appropriate objects so that the target plane is facing in the right direction.

When you are ready to load a 2D drawing file, select LOAD 2D from the DRAWING menu or type D2 on the keyboard. You will be asked for the name of the 2D drawing file that you want to load. Type a file name, which will be loaded from the default directory for 2D drawing files unless you specify a complete pathname including disk drive designator and/or directory name, if appropriate.

If the file exists, you will be asked where you want to put the origin of the 2D drawing. Select a point either by showing a point on the screen or by typing coordinates. When the file is loaded, the 2D origin will be placed at this point, and the file will be loaded onto a single plane aligned in the XY direction, with the "front" of the drawing facing in the positive Z direction.

**IMPORTANT:** All Layers, Line Types, and Colors will be retained from the 2D drawing. Line Width, not supported in 3D Drafting, will be lost. Entity types such as Hatches, Fills, and Text, which are not supported in 3D Drafting will also not be loaded.

MR0001595



# HIDE AND SAVE .DWG

*Menu Item:*
**SAVE .DWG**

*Menu:*
**HIDDEN LNS**

*Type:*
**File I/O**

*Purpose:*
**Creates a Hidden
Line View on the
screen and saves it
to a 2D .DWG file**

Another option for creating a 2D drawing file with hidden lines removed is to save the hidden lines directly to the .DWG file without creating a Hidden View first.

The Hide and Save .DWG command does not create a Hidden Line View in the database, but instead creates only a screen view and a 2D drawing file. This keeps the Hidden Line View out of your 3D drawing file, which helps keep the file smaller.

When you select SAVE .DWG from the HIDDEN LNS menu or type HS on the keyboard, you will be asked for the name of the .DWG file that you want to create. Type a file name and press ENTER.

If you do not specify a complete path name, the file will be saved in the default path for 2D drawing files.

In any case, the hidden lines will be removed on the screen as well, so that you can see how it turned out. Remember that the View is not saved to the database, so the next time you do a Redraw or Zoom anywhere, you will be returned to a non-hidden view.

MR0001626

Drag Images, 10-7
Draw 2D, 11-1
Draw 3D, 12-1
Drawing, 17-1
Drawing
    Area, 4-4
    Change, 17-5
    Erase, 17-2
    Files, Working with, 1-6
    Limits, 6-8
    Load, 17-8
    Re-Origin, 17-4
    Re-Scale, 17-3
    Save, 17-6
    Screen, 4-4
Drawing,
    Load 2D, 17-10
    Save 2D, 17-9
Drivers, Mouse, 2-8
**DS, 17-6**
Dump
    Hidden View, 20-7
    Component, 19-14
**DV, 7-8**
DWG,
    Hide and Save, 20-8
    Load, 17-10
    Save, 17-9
**DX, 17-3**
**DZ, 17-3**

**E**

**ED, 13-18**
Edit All Layers, 16-7

Edit, 13-1
**EL, 14-10**
EMS, Support, 1-3
End, Track, 23-9
ENTER Key, 4-10
Entities, about, 4-7
**ER, 13-11**
Erase Last, 14-10
Erase, 13-11, 14-9
ERASE, DOS Command, 1-6
Erase,
    Drawing, 17-2
    Layer, 16-8
    Un-, 13-12
    Window, 15-8
ESC Key, 4-10
Escape, 4-10
**EX, 13-16**
Expanded Memory, Support, 1-3
Explode, 19-10
Extrude Depth, 13-18
Extrude, 13-16
Extrude,
    Object, 14-11
    Window, 15-9
Extruded Line, 12-6
Extrusion Depth, 6-10

**F**

Facets, 6-5
**FC, 6-5**
Feet & Inches, 7-3
Feet, 7-2
**FI, 7-3**

MR0001675

# EXHIBIT 1156



# GENERIC
# CADD
## 6.0

## Installation &
## Troubleshooting
## Guide





AUTODESK



EXHIBIT NO. 1156
9/2/09
Riddle

MR0011823

© Copyright 1992
by Autodesk Retail Products
Bothell, Washington 98011

All rights reserved

The contents of this publication may not be reproduced in
any form, in part or in whole, without the prior written
consent of:

**Autodesk Retail Products**
11911 North Creek Parkway South
Bothell, Washington 98011


All other company names and product names mentioned
are the property of their respective owners.

## Select drive

The CADD 6.0 installation program will list all hard drives it finds on your system.

*If you are installing CADD 6.0 onto a network drive, please see Appendix A.*

- Use the UP and DOWN arrow keys to move your cursor to the appropriate drive.
- Press ENTER to accept it.

## Select subdirectories

*If you do not understand the concepts of DOS paths and subdirectories, please see your DOS documentation.*

You are next prompted for the subdirectory name you want CADD 6.0 installed into. The default name of \CADD6 is displayed. To accept this default, press ENTER. If you want to use a different subdirectory name, BACKSPACE over the displayed name and type in the preferred name. Press ENTER. If the subdirectory name you typed does not exist, it will be created.

**Warning:** We recommend that you do *not* install CADD 6.0 into a directory which already contains a previous version of CADD. See Chapter 1, "Getting started."

After selecting the subdirectory for the main CADD 6.0 program files, you will be prompted for a subdirectory name for the drawing files (GCD), component files (CMP), hatch files (HCH), font files (FNT), and macro files (MCR). In each case, press ENTER to accept the displayed default path, or BACKSPACE and type in the preferred subdirectory name, followed by ENTER.

## Decide on renaming of existing drawing files

The Install program will look for any pre-existing drawing files with an extension of .DWG in the specified drawing file subdirectory. If any such files are found, you will be asked if you want to rename them to have a .GCD extension (the proper file extension for CADD 6.0 drawings). Type **Y** to rename the drawing files, or **N** to leave them with the existing file extension. See Chapter 1, "Getting started," for more information on CADD file extensions.

MR0011833

# EXHIBIT 1157



# GENERIC

# CADD

## 6.0

### User's Guide

**AUTODESK**

EXHIBIT NO. 457
9/2/09
Riddle

MR0011383



# GENERIC

# CADD

## 6.0

**User's Guide**





AUTODESK

MR0011385

© Copyright 1992
by Autodesk Retail Products
Bothell, Washington 98011

All rights reserved

The contents of this publication may not be reproduced in
any form, in part or in whole, without the prior written
consent of:

Autodesk Retail Products
11911 North Creek Parkway South
Bothell, Washington 98011


All other company names and product names mentioned
are the property of their respective owners.

MR0011386



the transitions

AutoConvert converts drawings between one of four Generic formats and the AutoCAD DXF format. The four Generic formats are the drawing (.GCD/.DWG) and component (.CMP) files in Generic CADD, and the drawing (.3DD) and component (.CM3) files in Generic 3D.

Generic CADD 6.0, 5.0, and Level 3 formats are supported.

The DXF format is used by AutoCAD, AutoSketch, most other PC CAD packages, and some desktop publishing, scanner, and plotter software.

AutoConvert should be able to read all DXF files, regardless of which program was used to create them. In general, if a program can read DXF files created in AutoCAD Release 10 or Release 11, it will have no difficulty reading DXF files created in AutoConvert.

## System requirements

### Minimum system requirements

IBM PC, XT, AT, PS/2 or 100%-compatible computer with 640K RAM minimum.

1 floppy disk drive and 1 hard disk drive.

DOS version 3.0 or later.

### Recommended:

80286 (AT)-class computer, math coprocessor, hard disk, and expanded memory.

MR0011644

Delete key   1-3
Delete row   16-16, 16-18
Delete Row command   16-19
Deselecting objects   10-8
DESQview   A-34
Diameter dimension command   9-5
Diameter dimensions   9-4
Digitizer   1-2
Dimension Change command   11-10
Dimension Mode command   9-3
Dimension Settings command   9-5
Dimensions   9-1—9-7
    angular   9-4
    arrowheads   9-2
    cumulative mode   9-3
    diameter   9-4
    direction   9-5
        changing 11-10
    extension lines   9-2, 9-5
    linear   9-2
    modes   9-3
    offset   9-2
    partitioned mode   9-3
    parts   9-2
    Proximity Fixed option   9-6
    radial   9-4
    settings   9-5
        changing   11-10
    single mode   9-3
    text   9-2, 9-7
        above-line offset   9-7
        centering   9-7
        changing   11-10
        fonts   9-7
        in-line offset   9-7
        tolerance   9-7
Direct-distance entry   4-4, 4-5
Direction (dimensions)   9-5
Directory structure   12-3
Disk drive
    floppy   A-2
    hard   A-2, A-33
Display
    attributes   8-6
    construction points   2-6
    options   2-5
    reference points   2-6
    scale   2-3
    standard points   2-6
Display Coordinates command   4-3
Display coordinates, setting   4-2

Distance calculation   4-6
DOS command line parameters   15-4, 15-12
DOS filenames   1-8, 15-4
    rules   16-12
DOS version 3.0   A-2
Dots-and-dashes   7-7
Double lines   3-3
    distance between   3-3
    offsets   3-3
    solid   7-8
Double Settings command   3-3
Double-click   15-7
DP command   2-3, 12-2
Draw a basketball court (tutorial)   13-10
Draw a fitting (tutorial)   13-30
Draw a wrench (tutorial)   13-77
Draw gasket with six bolt holes (tutorial)   13-21
Draw isometric view of angle bracket
    (tutorial)   13-61
Drawing   3-1
    exchange format (DXF)   A-1
    in CADD, about   3-2
    multiple objects   3-7
    name   1-8
    opening   1-8
    overwriting   1-9
    saving   1-8
    scale   2-2
    screen   1-2
        clearing   1-9
Drawing Remove command   1-9
Drive, changing (AutoConvert)   A-10
DWG format   A-2
DX command   1-9
DXF <--> CMP conversion chart   A-36
DXF <--> DWG conversion chart   A-36
DXF <--> GCD conversion chart   A-36
DXF,
    convert from   A-8
    convert to   A-12
    drawing exchange format   A-1
    file
        merging with existing drawing   A-45
    fonts, unmatched   A-21
    format   7-2
    line types, unmatched   A-20
DXFIN command   A-1
DXFIN problems   A-44
DXFOUT command   A-1

MR0011706