# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

     Plaintiff,

   vs.               No. 3:08-CV-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

     Defendant.

# CERTIFIED
# COPY

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MEGAN REILLY

Redwood Shores, California

Wednesday, August 26, 2009

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 118016

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

08/26/09

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    AUTODESK, INC.,

5           Plaintiff,

6       vs.                      No. 3:08-CV-04397-WHA

7    DASSAULT SYSTEMES SOLIDWORKS
     CORPORATION,
8
            Defendant.
9    _____

10

11

12

13

14

15        Confidential videotaped deposition of MEGAN

16   REILLY, taken on behalf of Defendant Dassault

17   Systemes SolidWorks Corporation, at 555 Twin Dolphin

18   Drive, Suite 560, Redwood Shores, California,

19   beginning at 9:13 a.m. and ending at 4:55 p.m., on

20   Wednesday, August 26, 2009, before SUZANNE F.

21   BOSCHETTI, Certified Shorthand Reporter No. 5111.

22

23

24

25

Page 2

```
 1    APPEARANCES:
 2
 3    For Plaintiff:
 4         MORRISON & FOERSTER LLP
           BY:   DAVID E. MELAUGH
 5         Attorney at Law
           425 Market Street
 6         San Francisco, California 94105-2482
           (415) 268-6240
 7
           AUTODESK, INC.
 8         BY:   RICHARD M. FOEHR
           Attorney at Law
 9         111 McInnis Parkway
           San Rafael, California 94903
10         (415) 507-5000
11    For Defendant Dassault Systemes SolidWorks
      Corporation:
12
           QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
13         BY:   CLAUDE M. STERN
           BY:   EVETTE D. PENNYPACKER
14         Attorneys at Law
           555 Twin Dolphin Drive, Suite 560
15         Redwood Shores, California 94065
           (650) 801-5000
16
      Videographer:
17
           RAY TYLER
18         SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
           450 Sansome Street, Suite 1550
19         San Francisco, California
           (415) 274-9977
20
21
22
23
24
25
```

|  |  |
|---|---|
| 1 | Redwood Shores, California; Wednesday, August 26, 2009 |
| 2 | 9:13 a.m. - 4:55 p.m. |
| 09:13:01  3 |  |
| 09:13:01  4 | VIDEO OPERATOR:   Good morning.   Here begins |
| 09:13:17  5 | media No. 1 of the deposition of Megan Reilly in the |
| 09:13:19  6 | matter of Autodesk Incorporated versus Dassault |
| 09:13:24  7 | Systemes SolidWorks Corporation, in the U.S. District |
| 09:13:27  8 | Court, Northern District of California.   The case |
| 09:13:30  9 | number is 3:08-CV-04397-WHA. |
| 09:13:36  10 | Today's date is August 26th, 2009.   The |
| 09:13:39  11 | current time is 9:13 a.m.   This deposition is taking |
| 09:13:43  12 | place at Quinn Emanuel at 555 Twin Dolphin Drive, |
| 09:13:47  13 | Redwood Shores, California, and is being taken on |
| 09:13:50  14 | behalf of the defendants.   The videographer is Ray |
| 09:13:54  15 | Tyler appearing on behalf of Sarnoff Court Reporters |
| 09:13:56  16 | and Legal Technologies.   The court reporter is |
| 09:13:57  17 | Suzanne Boschetti, also representing Sarnoff Court |
| 09:14:01  18 | Reporters. |
| 09:14:02  19 | All counsel, parties and the deponent, |
| 09:14:04  20 | please take notice that as part of the videotaping of |
| 09:14:07  21 | this deposition, very high quality microphones are |
| 09:14:10  22 | being used.   These microphones are very sensitive. |
| 09:14:12  23 | If any party, attorney or the deponent wishes to make |
| 09:14:16  24 | a statement or have a conversation off the record, |
| 09:14:18  25 | they should state that they are going off the record |

Page 8

| | | |
|---|---|---|
| 09:14:19 | 1 | and gain concurrence from all parties.  The |
| 09:14:22 | 2 | videographer will then stop recording.  All recorded |
| 09:14:25 | 3 | comments made by any party, attorney or the deponent |
| 09:14:28 | 4 | during this deposition will be assumed to be on the |
| 09:14:30 | 5 | record and will be transcribed. |
| 09:14:32 | 6 | Would counsel please identify yourselves and |
| 09:14:34 | 7 | state whom you represent. |
| 09:14:36 | 8 | MR. STERN:  Claude Stern and Evette |
| 09:14:40 | 9 | Pennypacker of Quinn Emanuel on behalf of the |
| 09:14:43 | 10 | defendant and counterclaimant SolidWorks. |
| 09:14:46 | 11 | MR. MELAUGH:  David Melaugh of Morrison & |
| 09:14:50 | 12 | Foerster on behalf of plaintiff Autodesk and deponent |
| 09:14:54 | 13 | Megan Reilly. |
| 09:14:56 | 14 | VIDEO OPERATOR:  Would the court reporter -- |
| 09:14:57 | 15 | MR. STERN:  Just for the record, Rich Foehr |
| 09:15:00 | 16 | of Autodesk is also in the -- in the room. |
| 09:15:03 | 17 | VIDEO OPERATOR:  Would the court reporter |
| 09:15:05 | 18 | please swear in the witness. |
| | 19 | |
| | 20 | MEGAN REILLY, |
| | 21 | having been administered an oath, was examined and |
| | 22 | testified as follows: |
| | 23 | |
| 09:15:16 | 24 | EXAMINATION |
| 09:15:16 | 25 | BY MR. STERN: |

| | | |
|---|---|---|
| 10:32:32 | 1 | don't exactly know how it works, but sometimes if you |
| 10:32:34 | 2 | have even an earlier version of something, you might |
| 10:32:36 | 3 | not be able to open up a later version. |
| 10:32:38 | 4 | Q.  Right.  And if you have a later version that |
| 10:32:40 | 5 | can open up an earlier version, that's called reverse |
| 10:32:44 | 6 | compatible, right? |
| 10:32:46 | 7 | A.  Okay. |
| 10:32:46 | 8 | Q.  You didn't know that? |
| 10:32:47 | 9 | A.  I didn't know that. |
| 10:32:48 | 10 | Q.  So here's the question.  Do you have any |
| 10:32:51 | 11 | understanding of the compatibility, either reverse or |
| 10:32:54 | 12 | forward, of different AutoCAD versions? |
| 10:32:56 | 13 | A.  No. |
| 10:32:57 | 14 | Q.  Okay.  While you were at Autodesk, did you |
| 10:33:01 | 15 | have any understanding that there were companies |
| 10:33:05 | 16 | other than Autodesk that were creating products that |
| 10:33:10 | 17 | created files with the .dwg file extension? |
| 10:33:16 | 18 | A.  Yes. |
| 10:33:16 | 19 | Q.  Okay.  Now, let me just repeat that again. |
| 10:33:20 | 20 | So you -- I'm going to push you on this, and I know |
| 10:33:23 | 21 | I'm going to get the answer that I don't recall, but |
| 10:33:25 | 22 | that's okay. |
| 10:33:26 | 23 | Do you recall when you first learned that |
| 10:33:28 | 24 | there were companies other than Autodesk that were |
| 10:33:30 | 25 | developing or publishing software products that |

Page 77

| Time | Line | |
|---|---|---|
| 10:41:16 | 1 | A. Yes. |
| 10:41:17 | 2 | Q. Okay. While you were at Autodesk, did you |
| 10:41:24 | 3 | develop any idea what products -- withdraw that. |
| 10:41:28 | 4 | Sorry. Let me start from the beginning. |
| 10:41:30 | 5 | When you were at Autodesk, did anyone tell |
| 10:41:33 | 6 | you that DWG was a brand? |
| 10:41:43 | 7 | A. No. |
| 10:41:43 | 8 | Q. Okay. While you were at Autodesk, did you |
| 10:41:47 | 9 | ever see any materials -- when I say materials, I'm |
| 10:41:49 | 10 | talking about written or electronic in form. And |
| 10:41:52 | 11 | they could be anything, PowerPoints, emails, hard |
| 10:41:56 | 12 | copy memoranda, anything that's either readable on a |
| 10:42:01 | 13 | screen or readable in physical format -- that |
| 10:42:07 | 14 | indicated that DWG was a brand that belonged to |
| 10:42:11 | 15 | Autodesk? |
| 10:42:12 | 16 | A. I don't recall. |
| 10:42:12 | 17 | Q. Okay. Did you see any such materials that |
| 10:42:16 | 18 | described the word AutoCAD as being a brand of |
| 10:42:20 | 19 | Autodesk? |
| 10:42:21 | 20 | A. Yes. |
| 10:42:21 | 21 | Q. Same question with respect to the word |
| 10:42:24 | 22 | Autodesk. Did you see materials that indicated that |
| 10:42:26 | 23 | Autodesk was a brand? |
| 10:42:28 | 24 | A. Yes. |
| 10:42:28 | 25 | Q. Were you -- did you ever, in the time that |

| | | |
|---|---|---|
| 10:48:33 | 1 | Q.  Have you ever been involved in campaigns |
| 10:48:35 | 2 | where that is in fact the practice to make sure that |
| 10:48:38 | 3 | the branded word has got a little "r" with a circle |
| 10:48:42 | 4 | around it or a little "tm" or sometimes a little "sm" |
| 10:48:46 | 5 | for service mark -- |
| 10:48:47 | 6 | A.  Yes. |
| 10:48:47 | 7 | Q.  -- next to it?  Are you aware of that? |
| 10:48:49 | 8 | A.  Yes. |
| 10:48:49 | 9 | Q.  Okay.  Would you agree with me that in your |
| 10:48:52 | 10 | experience as a person who's been in the branding |
| 10:48:56 | 11 | world for 20 years or so, that that's the standard |
| 10:49:01 | 12 | practice of reflecting the essence of a brand in an |
| 10:49:03 | 13 | advertisement? |
| 10:49:04 | 14 | A.  In my opinion, yes. |
| 10:49:05 | 15 | Q.  Okay.  Directing your attention to the use |
| 10:49:08 | 16 | of the word "DWG files" in that sentence I just read, |
| 10:49:13 | 17 | do you have any understanding why in that particular |
| 10:49:15 | 18 | phrase, the word DWG does not have any sort of little |
| 10:49:19 | 19 | circle "r" or little "tm" or little "sm" next it to? |
| 10:49:23 | 20 | A.  No. |
| 10:49:23 | 21 | Q.  I -- I take it, to the best of your |
| 10:49:25 | 22 | knowledge, you had nothing to do with this particular |
| 10:49:27 | 23 | product; is that right? |
| 10:49:29 | 24 | A.  The DWG product? |
| 10:49:31 | 25 | Q.  Yes.  Yes. |

10:49:32   1        A.   I just told you I worked on the DWG product.

10:49:35   2        Q.   No, this ad, I mean.

10:49:37   3        A.   This ad, I believe that this is part of ACS

10:49:42   4   and this was the other product that I worked on.   I

10:49:45   5   think I mentioned that before.   DWF and Buzzsaw.

10:49:48   6        Q.   You'll have to just excuse me one second.   I

10:49:51   7   have to get my glasses because I have old man's eyes

10:49:54   8   and I can't see anything at this point.

10:50:17   9             All right.   If you look at -- well, let's --

10:50:24  10   let's go into the next document.   Take a look at --

10:50:31  11   well, you know, let me -- before I take you, let me

10:50:35  12   ask you this.   While you were at Autodesk, were you

10:50:40  13   familiar with certain brand guidelines that were

10:50:43  14   published by Autodesk about how the Autodesk brands

10:50:46  15   were to be presented?

10:50:51  16        A.   There usually are guidelines.   I don't

10:50:53  17   remember specifically those guidelines, but there

10:50:55  18   usually are guidelines.

10:50:56  19        Q.   But I mean -- I'm not asking you to remember

10:50:58  20   what the guidelines are, but do you recall that

10:51:01  21   Autodesk had branding guidelines like, for example,

10:51:03  22   the word Autodesk should appear in a certain font and

10:51:06  23   in a certain color --

10:51:07  24        A.   Yes.

10:51:07  25        Q.   -- with a certain -- okay.   Do you recall

Page  92

| | | |
|---|---|---|
| 10:51:10 | 1 | ever seeing any brand guidelines regarding the word |
| 10:51:14 | 2 | DWG? |
| 10:51:17 | 3 | A.  I don't recall. |
| 10:51:17 | 4 | Q.  Do you recall the -- the -- any brand |
| 10:51:21 | 5 | guidelines at all regarding any DWG based product |
| 10:51:25 | 6 | that ever was developed by Autodesk? |
| 10:51:29 | 7 | A.  I don't recall. |
| 10:51:31 | 8 | Q.  Okay.  Directing your attention now, if I |
| 10:51:34 | 9 | can, to this document, which is -- oh, you know what, |
| 10:51:40 | 10 | let's skip ahead.  Let's get into some fun ones. |
| 10:51:46 | 11 | Well, let me ask you this:  Do you recall any brand |
| 10:51:49 | 12 | training programs at Autodesk? |
| 10:51:52 | 13 | A.  No. |
| 10:51:52 | 14 | Q.  Do you recall ever participating in any |
| 10:51:57 | 15 | brand training program where people were instructed |
| 10:52:00 | 16 | as to how the letters DWG should or should not be |
| 10:52:05 | 17 | presented in any medium? |
| 10:52:07 | 18 | A.  I don't recall. |
| 10:52:22 | 19 | Q.  Do you know someone by the name of Shaan |
| 10:52:25 | 20 | Hurley?  Shaan is S-h-a-a-n, Hurley is H-u-r-l-e-y. |
| 10:52:30 | 21 | A.  I believe he was on the PTD team. |
| 10:52:32 | 22 | Q.  Okay.  Was he a -- a peer or a subordinate |
| 10:52:37 | 23 | or a -- |
| 10:52:37 | 24 | A.  I honestly don't remember. |
| 10:52:39 | 25 | Q.  Did you ever meet him? |

Page 93

| | | |
|---|---|---|
| 10:52:41 | 1 | A. I may have. I think so. |
| 10:52:43 | 2 | Q. Okay. Do you recall any work that you ever |
| 10:52:45 | 3 | did with him? |
| 10:52:46 | 4 | A. He was on the PTD team, so I suppose I |
| 10:52:51 | 5 | probably did. |
| 10:52:55 | 6 | Q. Did you ever hear of a group called BIDPM? |
| 10:53:00 | 7 | A. Not that I recall. |
| 10:53:01 | 8 | Q. Take a look at Exhibit 1014. |
| 10:53:05 | 9 | A. Okay. |
| 10:53:12 | 10 | Q. This is an email that was sent to a variety |
| 10:53:15 | 11 | of people. Your name is not on this email, but |
| 10:53:19 | 12 | there's a group that's the recipient of this email |
| 10:53:23 | 13 | and the group is called BIDPM. |
| 10:53:26 | 14 | Do you see that? |
| 10:53:28 | 15 | A. I see it. |
| 10:53:29 | 16 | Q. Do you -- do you have any idea what that is? |
| 10:53:31 | 17 | A. No. |
| 10:53:31 | 18 | Q. Okay. To the best of your knowledge, you |
| 10:53:35 | 19 | never received this email, right? |
| 10:53:39 | 20 | A. It's been a long time, but I don't think so. |
| 10:53:51 | 21 | Q. Okay. Did you ever work on -- while you |
| 10:54:23 | 22 | were at Autodesk, did you ever even hear of any |
| 10:54:28 | 23 | marketing campaign called "Experience It Before It's |
| 10:54:36 | 24 | Real"? |
| 10:54:37 | 25 | A. No. |

Page 94

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:07:57 | 1 | organizations on Campbell's products, did you ever |
| 11:07:59 | 2 | learn about other companies selling a product called |
| 11:08:02 | 3 | Campbell's in the food category? |
| 11:08:07 | 4 | A. Someone using the name Campbell's? |
| 11:08:09 | 5 | Q. Mm-hmm. |
| 11:08:10 | 6 | A. No. |
| 11:08:10 | 7 | Q. Right. When you heard that there were other |
| 11:08:14 | 8 | companies that were selling products that used DWG |
| 11:08:17 | 9 | file formats, did you raise a question to anybody |
| 11:08:21 | 10 | about how are they capable of doing that if we, |
| 11:08:24 | 11 | Autodesk, own this as a brand? |
| 11:08:25 | 12 | A. I didn't. |
| 11:08:26 | 13 | Q. Did you hear anybody ask that? |
| 11:08:29 | 14 | A. Not that I recall. |
| 11:08:30 | 15 | Q. Okay. Did you hear any discussion in the |
| 11:08:33 | 16 | organization about whether or not it was even |
| 11:08:36 | 17 | possible to own DWG as a brand? |
| 11:08:41 | 18 | A. No, I don't remember that at all. |
| 11:08:43 | 19 | Q. Okay. This is a yes or no question. Did |
| 11:08:46 | 20 | you have any discussions with any lawyers, not your |
| 11:08:50 | 21 | current lawyers, but lawyers while you were employed |
| 11:08:53 | 22 | by Autodesk, about the extent to which DWG was |
| 11:08:57 | 23 | protectable at all as a trademark? |
| 11:08:59 | 24 | MR. MELAUGH: Objection. Asks for |
| 11:09:01 | 25 | communications with counsel. I direct you not to |

Page 105

| | | |
|---|---|---|
| 11:09:02 | 1 | answer that question. |
| 11:09:03 | 2 | MR. STERN:  I'm not asking for what the |
| 11:09:04 | 3 | communication was, I'm asking for foundational |
| 11:09:06 | 4 | questions on whether there were any communications. |
| 11:09:08 | 5 | THE WITNESS:  Not that I recall. |
| 11:09:09 | 6 | MR. MELAUGH:  Objection.  Asks |
| 11:09:10 | 7 | for attorney-client communication. |
| 11:09:11 | 8 | MR. STERN:  I got the answer. |
| 11:09:12 | 9 | MR. MELAUGH:  Direct you not to answer. |
| 11:09:16 | 10 | MR. STERN:  Well, I got the answer. |
| 11:09:18 | 11 | Q.  Just so that we're clear, and I want to make |
| 11:09:22 | 12 | this -- nobody at Autodesk ever expressed to you the |
| 11:09:24 | 13 | thought that there might be any sort of difficulty in |
| 11:09:27 | 14 | establishing DWG as a trademark or brand? |
| 11:09:33 | 15 | A.  Not that I recall. |
| 11:09:34 | 16 | Q.  And you cannot recall who used the phrase |
| 11:09:38 | 17 | reclaim DWG, correct? |
| 11:09:43 | 18 | A.  Initially?  I don't understand what you |
| 11:09:45 | 19 | mean, time frame. |
| 11:09:45 | 20 | Q.  At any time.  Anytime.  Anytime. |
| 11:09:49 | 21 | A.  Many people may have said it.  I have no |
| 11:09:52 | 22 | idea. |
| 11:09:52 | 23 | Q.  I'm not asking if they may have said it, I'm |
| 11:09:55 | 24 | asking if you have any recollection of anyone -- |
| 11:09:56 | 25 | A.  I don't have a recollection of it. |

Page 106

| | | |
|---|---|---|
| 11:41:05 | 1 | Q.   The file extension is called .dwg, correct? |
| 11:41:09 | 2 | A.   Yes. |
| 11:41:09 | 3 | Q.   My question is what is the product or |
| 11:41:13 | 4 | service which has the brand DWG? |
| 11:41:17 | 5 | MR. MELAUGH:  Objection.  Vague. |
| 11:41:18 | 6 | THE WITNESS:  I don't think I can answer |
| 11:41:19 | 7 | that question.  I don't know. |
| 11:41:19 | 8 | BY MR. STERN: |
| 11:41:21 | 9 | Q.   That's fine.  That's fine. |
| 11:41:23 | 10 | Do you recall ever having any discussion |
| 11:41:40 | 11 | with anybody at Autodesk concerning use of the DWG |
| 11:41:53 | 12 | name or word to strengthen the AutoCAD brand? |
| 11:42:02 | 13 | A.   No. |
| 11:42:03 | 14 | Q.   Can you explain to me how DW -- DWG was |
| 11:42:10 | 15 | going to be used to revitalize the AutoCAD brand, if |
| 11:42:16 | 16 | at all? |
| 11:42:17 | 17 | A.   I don't think the two were connected |
| 11:42:19 | 18 | necessarily. |
| 11:42:19 | 19 | Q.   That's fine. |
| 11:42:20 | 20 | A.   My recollection of it. |
| 11:42:21 | 21 | Q.   That's fine. |
| 11:43:00 | 22 | Okay.  Let's dig into these things. |
| 11:43:02 | 23 | Let's mark this next in order. |
| 11:43:22 | 24 | (Discussion off the record.) |
| 11:43:22 | 25 | (Deposition Exhibit 1075 marked by |

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

08/26/09

| | | |
|---|---|---|
| 12:07:13 | 1 | application from the bad DWG files that |
| 12:07:15 | 2 | Autodesk receives." |
| 12:07:18 | 3 | Do you see that? |
| 12:07:18 | 4 | A.  I see it. |
| 12:07:19 | 5 | Q.  Okay.  Let me ask you this.  This is a |
| 12:07:22 | 6 | question of whether you understand the following: |
| 12:07:25 | 7 | Did you understand at any point in time while you |
| 12:07:28 | 8 | were at Autodesk that certain competitors of Autodesk |
| 12:07:31 | 9 | had products that could create a picture for CAD |
| 12:07:36 | 10 | purposes -- |
| 12:07:37 | 11 | A.  Mm-hmm. |
| 12:07:38 | 12 | Q.  -- in a DWG file format? |
| 12:07:42 | 13 | A.  Yes, I answered that already.  I said that I |
| 12:07:44 | 14 | knew that SolidWorks did that. |
| 12:07:46 | 15 | Q.  Okay.  And you understood that SolidWorks |
| 12:07:51 | 16 | was selling a product that allowed its customers to |
| 12:07:55 | 17 | also create files with that extension .dwg? |
| 12:07:58 | 18 | A.  I found that out, yes. |
| 12:08:00 | 19 | Q.  Okay.  Now, did you understand that Autodesk |
| 12:08:05 | 20 | was taking the position that those files created by |
| 12:08:09 | 21 | SolidWorks in the .dwg format might be problematic |
| 12:08:15 | 22 | for the users, that they might not be open or |
| 12:08:19 | 23 | compatible with AutoCAD products? |
| 12:08:25 | 24 | A.  I'm not sure I remember. |
| 12:08:26 | 25 | Q.  Okay.  I'm just asking.  In all events, |

Page 158

| | | |
|---|---|---|
| 03:47:02 | 1 | Q.   The initiative goals, all the goals lead to |
| 03:47:06 | 2 | "Own" DWG; do you see that? |
| 03:47:07 | 3 | A.   Yes. |
| 03:47:07 | 4 | Q.   And again, go to the next page, 14426, |
| 03:47:11 | 5 | there's two phases, Assert and Educate, and Attack; |
| 03:47:15 | 6 | do you see that? |
| 03:47:16 | 7 | A.   Yes, I do. |
| 03:47:17 | 8 | Q.   And that's consistent with the prior emails |
| 03:47:18 | 9 | that we saw, right? |
| 03:47:20 | 10 | A.   Mm-hmm.   Yes, it is. |
| 03:47:23 | 11 | Q.   And then did anybody ever tell you that part |
| 03:47:35 | 12 | of the strategy for attacking competitors was to file |
| 03:47:40 | 13 | proceedings with the Trademark Office of the United |
| 03:47:42 | 14 | States? |
| 03:47:42 | 15 | A.   I didn't know about the legal issues. |
| 03:47:45 | 16 | Q.   Then directing your attention to the next |
| 03:47:49 | 17 | page, 14427? |
| 03:47:52 | 18 | A.   Okay. |
| 03:47:52 | 19 | Q.   Right there, those are the three things that |
| 03:47:56 | 20 | are associated with Autodesk or that Autodesk makes |
| 03:47:58 | 21 | that have the name DWG in them, namely the .DWG file |
| 03:48:04 | 22 | format, RealDWG, DWG TrueView and DWG TrueConvert, |
| 03:48:09 | 23 | right? |
| 03:48:10 | 24 | A.   Yes. |
| 03:48:10 | 25 | Q.   Are you aware of anything else, any other |

Page 279

03:48:12  1  product or service offered by Autodesk as of this

03:48:15  2  date, namely December 2005, that had the name DWG in

03:48:19  3  it?

03:48:20  4      A.  Not that I can remember.

03:48:21  5      Q.  Okay.  Let me ask you with respect to each

03:48:25  6  of these products, did you ever see any sort of

03:48:28  7  branding guidelines as to what sort of font the

03:48:32  8  letters DWG should be in?

03:48:34  9      A.  Regarding the font, no.

03:48:36  10     Q.  What about the color?

03:48:38  11     A.  Not that I remember.

03:48:39  12     Q.  What about the shape?

03:48:41  13     A.  Not that I remember.

03:48:41  14     Q.  What about any sort of fields or images that

03:48:45  15  should be associated with the word or letters DWG?

03:48:48  16     A.  Not that I remember.

03:48:49  17     Q.  Did you ever see any sort of rules or

03:48:51  18  guidelines as to when DWG should be used in capital

03:48:55  19  letters versus in small letters, as in .dwg?

03:49:01  20     A.  Not rules, no, I've just seen it written out

03:49:04  21  before.

03:49:05  22     Q.  Sure.  But did you see any sort of

03:49:07  23  guidelines for people, like this is when we will

03:49:10  24  spell it in caps and this is when we will use lower

03:49:13  25  case?

| | | |
|---|---|---|
| 03:49:14 | 1 | A.  No. |
| 03:49:22 | 2 | Q.  What is on page 14429, you see there's the |
| 03:49:26 | 3 | "reclaim the mindshare of users." |
| 03:49:30 | 4 | Do you see that? |
| 03:49:31 | 5 | A.  Yes. |
| 03:49:31 | 6 | Q.  Now, I can give you the testimony if you'd |
| 03:49:34 | 7 | like of Mr. -- do you know Mr. Gilmour, do you know? |
| 03:49:38 | 8 | A.  No. |
| 03:49:39 | 9 | Q.  Shawn Gilmour? |
| 03:49:40 | 10 | A.  Oh, yes.  I remember that name.  He's PTD. |
| 03:49:43 | 11 | Q.  Now Mr. Gilmour testified under oath in his |
| 03:49:46 | 12 | office that the word -- you can only reclaim |
| 03:49:48 | 13 | something that you've lost.  In your own view -- I |
| 03:49:51 | 14 | can show you the testimony -- in your own view when a |
| 03:49:54 | 15 | person says that they're reclaiming something, would |
| 03:49:56 | 16 | you agree that a person reclaims that which they |
| 03:49:59 | 17 | lost? |
| 03:49:59 | 18 | MR. MELAUGH:  Objection to the extent it |
| 03:50:00 | 19 | misstates prior testimony. |
| 03:50:04 | 20 | THE WITNESS:  I don't really know. |
| 03:50:04 | 21 | BY MR. STERN: |
| 03:50:06 | 22 | Q.  Well, you have a map, you have an |
| 03:50:08 | 23 | undergraduate degree, a college degree in marketing. |
| 03:50:11 | 24 | My question is this:  Wouldn't you agree with me that |
| 03:50:13 | 25 | a person doesn't need to reclaim that which they |

| | | |
|---|---|---|
| 04:34:22 | 1 | vision grounded in solving real world |
| 04:34:27 | 2 | problems for our customer so they can |
| 04:34:30 | 3 | be more productive and make their ideas |
| 04:34:34 | 4 | reality." |
| 04:34:35 | 5 | Do you see that? |
| 04:34:36 | 6 | A.  Yes. |
| 04:34:36 | 7 | Q.  That was tested.  And this is what the |
| 04:34:39 | 8 | response was: |
| 04:34:39 | 9 | "Reactions to the marketing message |
| 04:34:41 | 10 | were mixed."  First bullet point. |
| 04:34:44 | 11 | "Message as a whole was not |
| 04:34:45 | 12 | particularly compelling.  Generic, not |
| 04:34:49 | 13 | specific to AutoCAD." |
| 04:34:51 | 14 | Do you see that? |
| 04:34:52 | 15 | A.  Yes. |
| 04:34:52 | 16 | Q.  Would you agree that CAD products, that is |
| 04:34:58 | 17 | to say, products that are used by people to design |
| 04:35:01 | 18 | real world machines or devices or components -- |
| 04:35:11 | 19 | withdraw that.  Misspoke. |
| 04:35:13 | 20 | Would you agree that CAD products are used |
| 04:35:15 | 21 | by customers to design real world products or |
| 04:35:19 | 22 | devices? |
| 04:35:20 | 23 | A.  Yes. |
| 04:35:20 | 24 | Q.  And would you agree that the idea that a CAD |
| 04:35:26 | 25 | product makes ideas real is a relatively generic |

Page 309

| | | |
|---|---|---|
| 04:35:31 | 1 | description of what CAD products do? |
| 04:35:35 | 2 | MR. MELAUGH:  Objection.  Vague. |
| 04:35:41 | 3 | THE WITNESS:  Making ideas real were a part |
| 04:35:43 | 4 | of an overall campaign for Autodesk. |
| 04:35:43 | 5 | BY MR. STERN: |
| 04:35:46 | 6 | Q.  That may be.  That's -- that's perfectly |
| 04:35:49 | 7 | possible, but wouldn't you agree that what is generic |
| 04:35:53 | 8 | is the idea of a software product in the CAD field |
| 04:35:57 | 9 | making ideas real?  Put another way, all CAD products |
| 04:36:02 | 10 | are used to make ideas real? |
| 04:36:05 | 11 | MR. MELAUGH:  Objection.  Calls for -- |
| 04:36:05 | 12 | BY MR. STERN: |
| 04:36:07 | 13 | Q.  Isn't that right? |
| 04:36:07 | 14 | MR. MELAUGH:  Objection.  Calls for |
| 04:36:08 | 15 | speculation.  Vague. |
| 04:36:10 | 16 | THE WITNESS:  I'm not sure how to answer |
| 04:36:12 | 17 | that question. |
| 04:36:12 | 18 | BY MR. STERN: |
| 04:36:15 | 19 | Q.  Well, a CAD product, a computer-aided design |
| 04:36:18 | 20 | product, is used by an engineer to model a product, |
| 04:36:22 | 21 | right? |
| 04:36:23 | 22 | A.  Yes. |
| 04:36:24 | 23 | Q.  You do a drawing of a product and you have |
| 04:36:27 | 24 | very sophisticated tools embedded in the software |
| 04:36:31 | 25 | that allow you to make that drawing and model so |

Page 310

04:36:35  1    precise that you could actually manufacture that item

04:36:39  2    in the real world, right?

04:36:40  3         A.   That's the hope, yes.

04:36:41  4         Q.   And the purpose of a CAD product is to give

04:36:44  5    the user the ability to actually visualize how that

04:36:49  6    product is going to really operate in reality, right?

04:36:52  7    That's true of all CAD products, right?

04:36:54  8              MR. MELAUGH:   Objection, vague.

04:36:55  9              THE WITNESS:   I don't know --

04:36:56  10             MR. MELAUGH:   Calls for speculation.

04:36:57  11             THE WITNESS:   -- all the CAD products.   I

04:36:58  12   can only talk to AutoCAD --

04:36:58  13   BY MR. STERN:

04:37:00  14        Q.   Well, that's -- that's true of all CAD

04:37:01  15   products?

04:37:01  16        A.   -- and the research that we've done.

04:37:02  17        Q.   Well, that's true of AutoCAD's products,

04:37:05  18   right?

04:37:05  19        A.   Yes.

04:37:05  20        Q.   Are you saying that your familiarity with

04:37:07  21   the CAD market is limited to just what AutoCAD did?

04:37:11  22        A.   As I told you before, I've never -- I've

04:37:13  23   never operated a CAD product.

04:37:14  24        Q.   Well, you've never operated AutoCAD?

04:37:16  25             MR. MELAUGH:   Misstates prior testimony.

Page 311

MEGAN REILLY
**CONFIDENTIAL ATTORNEYS' EYES ONLY**

08/26/09

| | | |
|---|---|---|
| 04:37:18 | 1 | MR. STERN:  You got to read the rule, Dave. |
| 04:37:20 | 2 | You got to read the rule, because I'm going to haul |
| 04:37:22 | 3 | you in front of Judge Alsup.  Read his rule.  You get |
| 04:37:25 | 4 | to say one thing.  What you get to say is objection |
| 04:37:28 | 5 | as to form. |
| 04:37:35 | 6 | Q.  Let's start again.  Are you saying that your |
| 04:37:39 | 7 | familiarity with the market, with the CAD market is |
| 04:37:41 | 8 | limited to just what AutoCAD did? |
| 04:37:46 | 9 | A.  No, I have research on other products as |
| 04:37:49 | 10 | well. |
| 04:37:49 | 11 | Q.  So you understand that a computer-aided |
| 04:37:52 | 12 | design product is one that allows the user to render |
| 04:37:57 | 13 | a product so that it is actually ultimately going to |
| 04:38:02 | 14 | be built in reality? |
| 04:38:03 | 15 | A.  That is the hope, yes. |
| 04:38:04 | 16 | Q.  That's a description of how the product |
| 04:38:06 | 17 | works, correct? |
| 04:38:10 | 18 | A.  It is a description, yes. |
| 04:38:12 | 19 | Q.  Okay.  Now, when it said -- when this result |
| 04:38:18 | 20 | says "Generic, not specific to AutoCAD," what do you |
| 04:38:22 | 21 | understand that means? |
| 04:38:23 | 22 | A.  Could mean a lot of different things. |
| 04:38:25 | 23 | Q.  What do you understand it means? |
| 04:38:26 | 24 | A.  That it could mean other Autodesk products. |
| 04:38:29 | 25 | Q.  Could it mean other CAD products? |

Page 312

| | |
|---|---|
| 04:38:32 | 1 |
| 04:38:34 | 2 |
| 04:38:58 | 3 |
| 04:39:01 | 4 |
| 04:39:02 | 5 |
| 04:39:06 | 6 |
| 04:39:09 | 7 |
| 04:39:09 | 8 |
| 04:39:09 | 9 |
| 04:39:09 | 10 |
| 04:39:12 | 11 |
| 04:39:14 | 12 |
| 04:39:16 | 13 |
| 04:39:18 | 14 |
| 04:39:21 | 15 |
| 04:39:23 | 16 |
| 04:39:29 | 17 |
| 04:39:35 | 18 |
| 04:39:45 | 19 |
| 04:39:45 | 20 |
| 04:39:45 | 21 |
| 04:39:45 | 22 |
| 04:40:10 | 23 |
| 04:40:13 | 24 |
| 04:40:17 | 25 |

A.   It doesn't say, so I guess it could.

Q.   Okay.   Look at page 11, that's Reilly 11.
It says, second bullet point:

        "AutoCAD relationship to Autodesk

        is tangential.   Many unaware of

        connection or unfamiliar with

        Autodesk."

        Do you see that?

A.   Yes.

Q.   Was that your conclusion as a marketing
person at Autodesk that actually of all the brands
that Autodesk might have, all the products that
Autodesk might have, that the dominant brand that
they had, the best brand name that they were known
for was AutoCAD?

A.   My -- I believed that most people who knew
Autodesk thought of AutoCAD.

Q.   Okay.

        MR. STERN:   Next in order.

        (Deposition Exhibit 1108 marked by

        the court reporter.)

BY MR. STERN:

Q.   Okay.   I want you to take a look at the back
page of this.   This is a search that was done in
October 14th of 2005 -- well, first of all, start

Page 313

| | | |
|---|---|---|
| 04:42:03 | 1 | able to post those? |
| 04:42:04 | 2 | A.   Yes. |
| 04:42:04 | 3 | Q.   Okay.  So if you look at the first one, |
| 04:42:06 | 4 | which is "Open, view & convert DWG" -- this is a |
| 04:42:12 | 5 | terrible copy.  I -- I think we have a better copy |
| 04:42:16 | 6 | here.  I think we do have a better copy.  Take a look |
| 04:42:23 | 7 | at -- actually, we don't.  I take that back.  This is |
| 04:42:25 | 8 | a separate page.  We'll try to work with this one. |
| 04:42:28 | 9 | If you take a look at this, does that look |
| 04:42:30 | 10 | like it's the Autodesk search site that's coming up? |
| 04:42:35 | 11 | A.   I'm sorry? |
| 04:42:36 | 12 | Q.   If you look at that very blurry line -- |
| 04:42:38 | 13 | A.   Here?  I can't tell what you that says. |
| 04:42:40 | 14 | Q.   Look at where it says "Convert AutoCAD to |
| 04:42:43 | 15 | PDF."  Do you see that one below it? |
| 04:42:45 | 16 | A.   Yes. |
| 04:42:45 | 17 | Q.   Does that look like the AutoCAD -- Autodesk |
| 04:42:48 | 18 | search site? |
| 04:42:49 | 19 | A.   I'm thinking not. |
| 04:42:50 | 20 | Q.   Good. |
| 04:42:51 | 21 | A.   But I'm not sure. |
| 04:42:52 | 22 | Q.   The one below it says "DWG Viewer"? |
| 04:42:54 | 23 | A.   I can't read that at all. |
| 04:42:55 | 24 | Q.   Okay.  And then the one that says "DWG"? |
| 04:42:58 | 25 | A.   It doesn't look like it's Autodesk. |

Page 316

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY                    08/26/09

| | | |
|---|---|---|
| 04:43:00 | 1 | Q.  Okay.  And the one that says "ContourCAM"? |
| 04:43:03 | 2 | A.  Can't read that at all. |
| 04:43:04 | 3 | Q.  And the one that says "DWG Converters"? |
| 04:43:06 | 4 | A.  I can't read that. |
| 04:43:07 | 5 | Q.  Okay.  It says "AutoDWG" -- |
| 04:43:10 | 6 | A.  Okay. |
| 04:43:11 | 7 | Q.  -- do you see that? |
| 04:43:12 | 8 | A.  Yes, now I see that. |
| 04:43:13 | 9 | Q.  None of these page search sites as of this |
| 04:43:15 | 10 | date, as of October 13th, 2005, resulted in a |
| 04:43:19 | 11 | Autodesk search page, correct? |
| 04:43:21 | 12 | A.  It looks that way. |
| 04:43:23 | 13 | MR. MELAUGH:  Objection. |
| 04:43:23 | 14 | BY MR. STERN: |
| 04:43:24 | 15 | Q.  Now go to the left side, go to the left |
| 04:43:27 | 16 | side, which is the far left side.  You understand -- |
| 04:43:29 | 17 | you see this grayed box here at the very top on the |
| 04:43:32 | 18 | far left side? |
| 04:43:33 | 19 | A.  Yes. |
| 04:43:33 | 20 | Q.  You understand those are paid results as |
| 04:43:36 | 21 | well? |
| 04:43:36 | 22 | A.  Yes. |
| 04:43:36 | 23 | Q.  Okay.  Now if you look at the top one, it |
| 04:43:38 | 24 | says "Free download DWGgateway." |
| 04:43:41 | 25 | Do you see that? |

Page 317

| | | |
|---|---|---|
| 04:43:42 | 1 | A.   Yes. |
| 04:43:42 | 2 | Q.   And then there's a site that says |
| 04:43:48 | 3 | "www.DWGgateway.com." |
| 04:43:49 | 4 | Do you see that? |
| 04:43:50 | 5 | A.   I see something. |
| 04:43:51 | 6 | Q.   Do you know who that is? |
| 04:43:51 | 7 | A.   No. |
| 04:43:52 | 8 | Q.   You don't know that's my client? |
| 04:43:54 | 9 | A.   No. |
| 04:43:54 | 10 | Q.   Okay.  The next one says "Free DWG Viewer." |
| 04:43:57 | 11 | Do you see that? |
| 04:43:57 | 12 | A.   Yes. |
| 04:43:58 | 13 | Q.   And you probably can -- can you barely make |
| 04:44:00 | 14 | out the word "Bentley" there? |
| 04:44:03 | 15 | A.   I see that. |
| 04:44:03 | 16 | Q.   Okay.  So the first two sites are not |
| 04:44:05 | 17 | Autodesk for the paid sites? |
| 04:44:08 | 18 | A.   Yes. |
| 04:44:08 | 19 | Q.   Now let's talk about the nonfree, nonpaid |
| 04:44:11 | 20 | search results on this page. |
| 04:44:13 | 21 | A.   Okay. |
| 04:44:13 | 22 | Q.   The first one says "Free DWG Viewer." |
| 04:44:16 | 23 | Do you see that? |
| 04:44:16 | 24 | A.   I do. |
| 04:44:17 | 25 | Q.   And can you make out -- there's a long site, |

Page 318

| 04:44:21 | 1 | and I'm going to suggest to you that if you look |
| 04:44:23 | 2 | carefully, that first word may be InterGraph, |
| 04:44:28 | 3 | www.intergraph. |
| 04:44:29 | 4 | A.  I see graph. |
| 04:44:30 | 5 | Q.  Do you see that? |
| 04:44:30 | 6 | A.  I see graph. |
| 04:44:31 | 7 | Q.  But in all events, it's not Autodesk, is it? |
| 04:44:33 | 8 | A.  No. |
| 04:44:33 | 9 | Q.  The next site down says "Dr. DWG Inc."  Do |
| 04:44:37 | 10 | you see that? |
| 04:44:37 | 11 | A.  Yes. |
| 04:44:38 | 12 | Q.  And if you look at the URL underneath that |
| 04:44:40 | 13 | posting, I think if you look carefully you'll see |
| 04:44:43 | 14 | "dr.DWG.com." |
| 04:44:45 | 15 | A.  It's not Autodesk. |
| 04:44:46 | 16 | Q.  It's not Autodesk, is it? |
| 04:44:48 | 17 | A.  No. |
| 04:44:48 | 18 | Q.  Can you see in any of these listings as you |
| 04:44:52 | 19 | go down the page, to the extent that you can read |
| 04:44:53 | 20 | them at all -- |
| 04:44:54 | 21 | A.  Yeah. |
| 04:44:54 | 22 | Q.  -- any Autodesk reference? |
| 04:44:56 | 23 | A.  I can barely read them, but I don't think |
| 04:44:59 | 24 | so. |
| 04:44:59 | 25 | Q.  Okay.  Now -- now, let's talk about this, |

Page 319

04:45:02  1    what this Web page did.  Look at the very bottom of

04:45:06  2    page 13795.

04:45:08  3          A.  Okay.

04:45:09  4          Q.  And do you see what he says -- Mark

04:45:12  5    Strassman sends to Tracey Stout an email.

04:45:13  6          A.  Mm-hmm.

04:45:14  7          Q.  It's got this search result page.

04:45:16  8          A.  Mm-hmm.

04:45:17  9          Q.  And he says, "This makes me ill.  Look at

04:45:28  10   all the advertisers and top search results."

04:45:31  11         Do you see that?

04:45:32  12         A.  Yes.

04:45:32  13         Q.  Now this would suggest to someone --

04:45:34  14   withdraw.

04:45:35  15         Did this suggest to you that as of October

04:45:38  16   13th, 2005, if you did a DWG search on Google, none

04:45:43  17   of the results on the top line, first page were

04:45:46  18   Autodesk?

04:45:47  19         A.  At this time this is what it shows.

04:45:50  20         Q.  Okay.  Then this -- the -- the -- the string

04:45:58  21   continues.  And I'm not going -- you can read it.

04:46:01  22   You're more than happy to read it, but they're all

04:46:03  23   one-line responses.  And they continue, as you can

04:46:07  24   see, until it gets to Melissa Christensen on October

04:46:11  25   13th at 5:34 p.m. where she says "We should include

Page  320

| Time | | |
|---|---|---|
| 04:46:17 | 1 | Megan Reilly from Karen Becker's team." |
| 04:46:17 | 2 | A.  Okay. |
| 04:46:19 | 3 | Q.  Do you see that? |
| 04:46:20 | 4 | A.  Yes. |
| 04:46:20 | 5 | Q.  And as -- as you'll -- as you'll see, nobody |
| 04:46:21 | 6 | at this point is really saying anything except -- |
| 04:46:24 | 7 | really not saying anything, they're just sort of |
| 04:46:27 | 8 | copying other people on this.  And then it get to |
| 04:46:29 | 9 | John Kraft, who's the consultant, right? |
| 04:46:31 | 10 | A.  Right. |
| 04:46:31 | 11 | Q.  And -- and this is now from Melissa |
| 04:46:34 | 12 | Christensen.  And if you turn the page from Melissa |
| 04:46:37 | 13 | Christensen to John Kraft, right -- |
| 04:46:40 | 14 | A.  Yep. |
| 04:46:40 | 15 | Q.  -- my question is was this the email string |
| 04:46:46 | 16 | that prompted Autodesk to decide that it was going to |
| 04:46:54 | 17 | start trying to buy DWG-based search terms in Google? |
| 04:47:03 | 18 | A.  Honestly, you'd have to ask Melissa |
| 04:47:06 | 19 | Christensen.  I don't know when her Google program |
| 04:47:10 | 20 | started. |
| 04:47:11 | 21 | Q.  Okay.  I will.  I appreciate that. |
| 04:47:13 | 22 | Go to Exhibit 1025 if you could. |
| 04:47:26 | 23 | VIDEO OPERATOR:  The time is 4:47.  We are |
| 04:47:31 | 24 | going off the record, and this will be the completion |
| 04:47:33 | 25 | of media No. 3. |

Page 321

| | | |
|---|---|---|
| 04:49:28 | 1 | (Recess.) |
| 04:49:29 | 2 | VIDEO OPERATOR:  The time is 4:49.  We're |
| 04:49:44 | 3 | back on record, and this will be the beginning of |
| 04:49:46 | 4 | media No. 4 in the deposition of Megan Reilly. |
| 04:49:46 | 5 | BY MR. STERN: |
| 04:49:50 | 6 | Q.  Megan, I -- Ms. Reilly, I want to ask you |
| 04:49:53 | 7 | some questions to close out an area so we don't have |
| 04:49:55 | 8 | to explore it.  There are branding guidelines we've |
| 04:49:58 | 9 | seen from Autodesk that describe ways of putting |
| 04:50:01 | 10 | various different colored rectangular boxes around |
| 04:50:05 | 11 | what are called the hero words or the names of |
| 04:50:07 | 12 | various products. |
| 04:50:09 | 13 | Were you involved in all the design or |
| 04:50:12 | 14 | implementation of that branding name design? |
| 04:50:13 | 15 | A.  I don't think so. |
| 04:50:14 | 16 | Q.  Okay.  We've seen something with your name |
| 04:50:15 | 17 | on it.  I just want to make sure. |
| 04:50:17 | 18 | A.  I don't think so. |
| 04:50:17 | 19 | Q.  There was a video that was produced at -- I |
| 04:50:26 | 20 | think it was Autodesk University 2007.  I think you |
| 04:50:29 | 21 | were gone.  But it involved various implementations |
| 04:50:36 | 22 | of various terms that appeared in various boxes, |
| 04:50:45 | 23 | various colored boxes. |
| 04:50:47 | 24 | A.  Okay. |
| 04:50:47 | 25 | Q.  Were you involved in the development of that |

Page 322

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

08/26/09

| | | |
|---|---|---|
| 04:50:50 | 1 | video? |
| 04:50:51 | 2 | A.   No, I was at 1 AU. |
| 04:50:59 | 3 | Q.   Okay.   And you were not involved in any way, |
| 04:51:11 | 4 | shape or form in compatibility testing, correct? |
| 04:51:13 | 5 | A.   Not that I remember. |
| 04:51:20 | 6 | Q.   Here it is.   Take a look at Exhibit 27. |
| 04:51:32 | 7 | A.   Okay.   Okay. |
| 04:51:42 | 8 | Q.   Exhibit 27 is a PowerPoint that was prepared |
| 04:51:45 | 9 | by Goodman Marketing. |
| 04:51:46 | 10 | Do you see that? |
| 04:51:46 | 11 | A.   Yes. |
| 04:51:47 | 12 | Q.   It was in March of 2006. |
| 04:51:49 | 13 | Do you see that? |
| 04:51:49 | 14 | A.   I do. |
| 04:51:50 | 15 | Q.   And I think we already may have gone through |
| 04:51:52 | 16 | it this morning.   I think you said you were not |
| 04:51:54 | 17 | involved in the development of this? |
| 04:51:55 | 18 | A.   I don't remember Goodman Marketing. |
| 04:51:56 | 19 | Q.   Okay.   So I'm not going to bother going |
| 04:51:59 | 20 | through this with you. |
| 04:52:00 | 21 | Take a look on page 15 of that same |
| 04:52:03 | 22 | document. |
| 04:52:03 | 23 | A.   Okay.   The number 15 on the slide? |
| 04:52:06 | 24 | Q.   No, it's a -- yeah, number 15 on the slide. |
| 04:52:08 | 25 | It's -- it's document Autodesk 13878. |

Page 323

04:52:12   1        A.   Okay.

04:52:12   2        Q.   Do you see that?

04:52:13   3        A.   Yes.

04:52:13   4        Q.   This is yet a different search done.

04:52:16   5   Presumably this one was done -- I don't see a date on

04:52:19   6   it.  If you do --

04:52:20   7        A.   It's March, I think.

04:52:22   8        Q.   Where -- where are you looking?

04:52:23   9        A.   Well, I don't know.  No, I'm sorry.  It's a

04:52:25   10  different -- there is a date on here, but I don't

04:52:27   11  think it has to do with that.  It's underneath new

04:52:31   12  results for DWG.

04:52:33   13       Q.   Oh, no, that's the date of the publication.

04:52:36   14       A.   Yeah.

04:52:36   15       Q.   Well, this -- this -- the date of this

04:52:38   16  presentation is March 31st, 2006, so this could have

04:52:41   17  been done the day before.  It might have been.  But

04:52:43   18  in all events, taking a look at this page --

04:52:46   19       A.   Okay.

04:52:47   20       Q.   -- and using the same protocol that we used

04:52:50   21  before, do you see on the right side, far right

04:52:53   22  window, we have the paid, the sponsored results?

04:52:55   23       A.   Yes.

04:52:55   24       Q.   If you look down those, that side, do you

04:52:57   25  see any Autodesk sponsored results?

Page  324

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

08/26/09

04:53:04   1      A.   I don't.  Of the four I see, no.

04:53:05   2      Q.   Okay.  And then you have the -- the

04:53:07   3  gray-linked window at the very top on the left side.

04:53:11   4           Do you see that?

04:53:12   5      A.   Yes.

04:53:12   6      Q.   There's a -- where it says "convert DWG and

04:53:15   7  solid converter."

04:53:16   8           Do you see that?

04:53:16   9      A.   Yes.

04:53:16  10      Q.   Do either of those windows have any Autodesk

04:53:20  11  reference in them?

04:53:20  12      A.   Hard to read, but it doesn't seem like it.

04:53:22  13      Q.   And then with respect to the numbered

04:53:27  14  results on that page starting with DWG viewer and

04:53:33  15  continuing down to Open Design Alliance, do you see

04:53:35  16  any Autodesk.com or Autodesk-related pages?

04:53:40  17      A.   No, and I'm assuming the ODA one is not

04:53:43  18  either.  I just don't -- can't see it.

04:53:44  19      Q.   Okay.  And you'll see that search was done

04:53:46  20  with lower case dwg; do you see that?

04:53:50  21      A.   Yes.

04:53:50  22      Q.   Okay.  And then if you turn the page to the

04:53:52  23  next page to page 16, you'll -- you'll see this

04:53:57  24  one -- I'm sorry, if you go back, I'm sorry, to page

04:53:59  25  15, that was 1 to 10 results of 3,350,000 pages.  Do

Page 325

04:54:06    1    you see that?  If you go --

04:54:09    2        A.  Yes, I see that.

04:54:09    3        Q.  Okay.  Then turn to the prior page, and now

04:54:12    4    you get DWG, and now this is 1 to 10 results of

04:54:20    5    9,740,000 pages.

04:54:22    6        Do you see that?

04:54:23    7        A.  Yes.

04:54:23    8        Q.  And again, there's no date identified, so we

04:54:27    9    have -- at least I can't see a date.  Do you see --

04:54:32   10    you'll see the top -- go to the left side -- well,

04:54:34   11    let's go to the far right side.  Do you see any

04:54:37   12    AutoCAD or Autodesk-related website?

04:54:40   13        A.  No.

04:54:40   14        Q.  Go to the left side, and do you see any

04:54:44   15    AutoCAD or Autodesk-related website?

04:54:48   16        A.  No.

04:54:49   17        Q.  My question for you is this:  At the time

04:54:52   18    that -- up to the time that you left Autodesk, did

04:54:55   19    you ever see a search result, a Google search result

04:54:59   20    using either upper case or lower case DWG that in

04:55:04   21    fact yielded a search page result where Autodesk's

04:55:08   22    name actually came up?

04:55:10   23        A.  I don't recall that.  I recall there were

04:55:13   24    definitely metrics, but I don't recall that

04:55:16   25    specifically.

Page 326

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is a true record of the

10   testimony given.

11          Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [ X ] was [   ] was not requested.

15          I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18          IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated:    SEP 1 0 2009

22

23                    _Suzanne F. Boschetti_

24                    SUZANNE F. BOSCHETTI
                      CSR No. 5111

25