# EXHIBIT 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

     Plaintiff,

    vs.                    No. 3:08-CV-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

     Defendant.

# CERTIFIED
# COPY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF AUTODESK 30(b)(6)

CHRISTOPHER BRADSHAW

Redwood Shores, California

Monday, September 14, 2009

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 120225

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4       AUTODESK, INC.,

5            Plaintiff,

6            vs.                          No. 3:08-CV-04397-WHA

7       DASSAULT SYSTEMES SOLIDWORKS
        CORPORATION,
8
             Defendant.
9

10

11       _____

12

13

14

15          Confidential videotaped deposition of AUTODESK

16      30(b)(6) CHRISTOPHER BRADSHAW, taken on behalf of

17      Defendant Dassault Systemes SolidWorks Corporation,

18      at 555 Twin Dolphin Drive, Suite 560, Redwood Shores,

19      California, beginning at 9:10 a.m. and ending at 5:55

20      p.m., on Monday, September 14, 2009, before SUZANNE

21      F. BOSCHETTI, Certified Shorthand Reporter No. 5111.

22

23

24

25

```
 1    APPEARANCES:
 2
 3    For Plaintiff:
 4          MORRISON & FOERSTER LLP
            BY:   MICHAEL A. JACOBS
 5          Attorney at Law
            425 Market Street
 6          San Francisco, California 94105-2482
            (415) 268-6240
 7
            AUTODESK, INC.
 8          BY:   LISA A. TURBIS
            Attorney at Law
 9          111 McInnis Parkway
            San Rafael, California 94903
10          (415) 507-5000
11    For Defendant Dassault Systemes SolidWorks
      Corporation:
12
            QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
13          BY:   CLAUDE M. STERN
            Attorney at Law
14          555 Twin Dolphin Drive, Suite 560
            Redwood Shores, California 94065
15          (650) 801-5000
16    DASSAULT SYSTEMES SOLIDWORKS CORP.
            BY:   MARK L. NEIL
17          Attorney at Law
            200 Baker Avenue
18          Concord, Massachusetts 01742
            (978) 318-5412
19
      Videographer:
20
            RAY TYLER
21          SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
            450 Sansome Street, Suite 1550
22          San Francisco, California
            (415) 274-9977
23
24
25
```

|  |  |
|---|---|
|  | 1 | Redwood Shores, California; Monday, September 14, 2009 |
|  | 2 | 9:10 a.m. - 5:55 p.m. |
|  | 3 |  |
| 09:10:40 | 4 | VIDEO OPERATOR:  Good morning.  Here begins |
| 09:10:43 | 5 | media No. 1 of the deposition of Christopher Bradshaw |
| 09:10:45 | 6 | in the matter of Autodesk Incorporated versus |
| 09:10:50 | 7 | Dassault Systemes SolidWorks Corporation, in the U.S. |
| 09:10:53 | 8 | District Court, Northern District of California.  The |
| 09:10:54 | 9 | case number is 3:08-CV-04397-WHA. |
| 09:11:00 | 10 | Today's date is September 14th, 2009.  The |
| 09:11:03 | 11 | current time is 9:11 a.m.  This deposition is taking |
| 09:11:07 | 12 | place at Quinn Emanuel at 555 Twin Dolphin Drive, |
| 09:11:12 | 13 | Redwood Shores, California and is being taken on |
| 09:11:15 | 14 | behalf of the defendants.  The videographer is Ray |
| 09:11:18 | 15 | Tyler appearing on behalf of Sarnoff Court Reporters |
| 09:11:21 | 16 | and Legal Technologies.  The court reporter is |
| 09:11:22 | 17 | Suzanne Boschetti, also representing Sarnoff Court |
| 09:11:25 | 18 | Reporters. |
| 09:11:26 | 19 | All counsel, parties and the deponent, |
| 09:11:29 | 20 | please take notice that as part of the videotaping of |
| 09:11:32 | 21 | this deposition, very high quality microphones are |
| 09:11:35 | 22 | being used.  These microphones are very sensitive. |
| 09:11:37 | 23 | If any party, attorney or the deponent wishes to make |
| 09:11:40 | 24 | a statement or have a conversation off the record, |
| 09:11:42 | 25 | they should state that they are going off the record |

6

09:11:44  1    and gain concurrence from all parties.  The

09:11:47  2    videographer will then stop recording.  All recorded

09:11:50  3    comments made by any party, attorney or the deponent

09:11:52  4    during this deposition will be assumed to be on the

09:11:54  5    record and will be transcribed.

09:11:56  6         Will counsel please identify yourselves and

09:11:58  7    state whom you representative.

09:12:00  8         MR. JACOBS:  Michael Jacobs, Morrison &

09:12:03  9    Foerster, counsel for Autodesk, plaintiff in this

09:12:05  10   action.  With me is Lisa Turbis, in-house counsel at

09:12:09  11   Autodesk.

09:12:09  12        MR. STERN:  Claude Stern of Quinn Emanuel on

09:12:12  13   behalf of SolidWorks, both as defendant and as

09:12:15  14   counter-claimant.  And with me is Mark Neil, the

09:12:16  15   general counsel of SolidWorks.

09:12:18  16        VIDEO OPERATOR:  Would the court reporter

09:12:18  17   please swear in the witness.

          18

          19             CHRISTOPHER BRADSHAW,

          20   having been administered an oath, was examined and

          21   testified as follows:

          22

09:12:30  23             EXAMINATION

09:12:30  24   BY MR. STERN:

09:12:30  25        Q.  Good morning, Mr. Bradshaw.  As you heard

| | | |
|---|---|---|
| 10:28:08 | 1 | and the virtual corporation. |
| 10:28:08 | 2 | Q. Okay. So this deposition is going to last a |
| 10:28:12 | 3 | lot shorter if you just answer my questions. At the |
| 10:28:15 | 4 | trial there'll be time for speeches, but here there |
| 10:28:18 | 5 | isn't time for speeches. My question was a simple |
| 10:28:20 | 6 | one. There's no branding guidelines for the word |
| 10:28:24 | 7 | DWG, correct? |
| 10:28:24 | 8 | A. There's no branding guidelines for the word |
| 10:28:27 | 9 | DWG? |
| 10:28:27 | 10 | Q. Right. |
| 10:28:28 | 11 | A. There are -- there are -- so -- so again, |
| 10:28:34 | 12 | branding -- I -- I disagree because branding |
| 10:28:37 | 13 | guidelines say how the brand is represented. When |
| 10:28:42 | 14 | you're talking about different marketing assets, the |
| 10:28:46 | 15 | guidelines apply to lots of assets. |
| 10:28:49 | 16 | Q. Tell me the fonts that are prohibited with |
| 10:28:53 | 17 | respect to the display of the word DWG? |
| 10:28:55 | 18 | A. I don't know. |
| 10:28:56 | 19 | Q. Tell me the colors that are prohibited with |
| 10:28:59 | 20 | respect to the display of DWG? |
| 10:29:00 | 21 | A. I don't know. |
| 10:29:01 | 22 | Q. Tell me the design elements that are |
| 10:29:05 | 23 | prohibited with respect to the display of DWG? |
| 10:29:09 | 24 | A. I -- I don't know. |
| 10:29:10 | 25 | Q. Can -- can Autodesk -- withdraw that. |

53

30 (B)(6) CHRISTOPHER BRADSHAW
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/14/09

| Time | Line | |
|---|---|---|
| 10:29:14 | 1 | Does an Autodesk field representative, |
| 10:29:17 | 2 | division representative or worldwide representative |
| 10:29:22 | 3 | receive any instruction from anyone at Autodesk as to |
| 10:29:25 | 4 | what are the limits of how the letters DWG are to be |
| 10:29:29 | 5 | displayed? |
| 10:29:30 | 6 | A.  They are. |
| 10:29:30 | 7 | Q.  What are they -- what are they instructed? |
| 10:29:32 | 8 | A.  They were given a set of legal -- the |
| 10:29:37 | 9 | document that describes use of DWG. |
| 10:29:38 | 10 | Q.  When were they first given that? |
| 10:29:40 | 11 | A.  I -- I don't know. |
| 10:29:41 | 12 | Q.  Well, I'm asking you in your corporate |
| 10:29:43 | 13 | capacity as a person involved with marketing of DWG, |
| 10:29:46 | 14 | when was -- I'm asking when did Autodesk first begin |
| 10:29:48 | 15 | to instruct anyone in the field, anyone in its |
| 10:29:52 | 16 | worldwide operations or in any product group as to |
| 10:29:55 | 17 | how the letters DWG were supposed to be displayed in |
| 10:29:58 | 18 | advertising? |
| 10:29:59 | 19 | A.  I can't answer that question.  I don't -- I |
| 10:30:01 | 20 | don't know the answer. |
| 10:30:02 | 21 | Q.  Who would know the answer to that question? |
| 10:30:04 | 22 | A.  I don't know. |
| 10:30:10 | 23 | Q.  Are you aware of any file formats that were |
| 10:30:17 | 24 | developed or used by Autodesk that Autodesk claimed |
| 10:30:28 | 25 | prior to 2005 were trademarks of Autodesk? |

54

| | | |
|---|---|---|
| 10:31:51 | 1 | Q.  Do you have it? |
| 10:31:52 | 2 | A.  I do. |
| 10:31:52 | 3 | Q.  Now, if you look at the prior -- first of |
| 10:31:55 | 4 | all, do you recognize what this is? |
| 10:32:05 | 5 | A.  This appears to be a list of trademark, |
| 10:32:09 | 6 | Autodesk trademarks. |
| 10:32:10 | 7 | Q.  Okay.  First of all, do you know who at |
| 10:32:12 | 8 | Autodesk is responsible for putting any sort of word |
| 10:32:16 | 9 | on this list that is supposed to tell the world that |
| 10:32:20 | 10 | something is being claimed as a trademark by |
| 10:32:22 | 11 | Autodesk? |
| 10:32:23 | 12 | A.  The legal department. |
| 10:32:24 | 13 | Q.  Okay.  Is there a person in the legal |
| 10:32:25 | 14 | department that has specific responsibility for this? |
| 10:32:28 | 15 | A.  I -- I don't know. |
| 10:32:28 | 16 | Q.  Do you know -- are you aware of any |
| 10:32:31 | 17 | particular lawyer in the 16 years that you've been |
| 10:32:34 | 18 | with Autodesk as to who in the legal had the |
| 10:32:39 | 19 | responsibility to identify what words were being |
| 10:32:42 | 20 | claimed as trademarks by Autodesk? |
| 10:32:44 | 21 | A.  No. |
| 10:32:44 | 22 | MR. JACOBS:  Objection.  Beyond the scope. |
| 10:32:46 | 23 | THE WITNESS:  I don't. |
| 10:32:46 | 24 | BY MR. STERN: |
| 10:32:48 | 25 | Q.  Take a look at page 14904.  Do you see that |

56

| | |
|---|---|
| 10:32:52 | 1 |
| 10:32:56 | 2 |
| 10:32:56 | 3 |
| 10:32:59 | 4 |
| 10:32:59 | 5 |
| 10:33:00 | 6 |
| 10:33:03 | 7 |
| 10:33:08 | 8 |
| 10:33:11 | 9 |
| 10:33:12 | 10 |
| 10:33:14 | 11 |
| 10:33:14 | 12 |
| 10:33:15 | 13 |
| 10:33:17 | 14 |
| 10:33:19 | 15 |
| 10:33:22 | 16 |
| 10:33:26 | 17 |
| 10:33:29 | 18 |
| 10:33:30 | 19 |
| 10:33:36 | 20 |
| 10:33:40 | 21 |
| 10:33:41 | 22 |
| 10:33:41 | 23 |
| 10:33:48 | 24 |
| 10:33:54 | 25 |

1  the letters DXF are identified with a trademark?

2      A.  Yes, I do.

3      Q.  Do you see that there is no listing of DWG

4  with a trademark?

5      A.  I do.

6      Q.  Do you know why Autodesk decided that it

7  would claim a trademark in the DXF standing by

8  itself, but not DWG standing by itself as of at least

9  2002?

10         MR. JACOBS:  Objection.  Beyond the scope.

11         THE WITNESS:  I -- I don't.

12  BY MR. STERN:

13      Q.  Do you know who is the person responsible

14  for determining whether in DWG marketing of any kind,

15  a little "tm" will appear by the word DWG?

16      A.  "Tm's" and circle "r's" are part of the

17  legal guidelines for the marks.  They come from

18  legal.

19      Q.  Would you agree with me, Mr. Bradshaw, that

20  part of branding involves consistency in

21  presentation?

22      A.  Yes.

23      Q.  You have seen PowerPoints within Autodesk

24  that emphasize the need for consistency in branding,

25  correct?

57

| | | |
|---|---|---|
| 10:35:24 | 1 | Q.  Okay.  Tell me -- if you want to break it |
| 10:35:27 | 2 | down into eras or year periods, go ahead. |
| 10:35:30 | 3 | A.  So, for example, in the 1980s, prior to my |
| 10:35:35 | 4 | being there, in -- in -- with respect to -- to DWG, |
| 10:35:45 | 5 | in that time frame, there was not a lot of importance |
| 10:35:54 | 6 | around DWG.  It wasn't a -- it wasn't something that |
| 10:36:01 | 7 | was marketed by the company. |
| 10:36:03 | 8 | That changed in the early '90s where we |
| 10:36:10 | 9 | began to extend our product, our AutoCAD product |
| 10:36:18 | 10 | line, and we introduced AutoCAD LT.  And we began to |
| 10:36:24 | 11 | describe compatibility with the AutoCAD DWG file |
| 10:36:28 | 12 | format for AutoCAD LT. |
| 10:36:30 | 13 | In 1993-'94 we also incorporated that same |
| 10:36:37 | 14 | capability into Generic CADD and into Autosketch. |
| 10:36:42 | 15 | And so we began to market those products' |
| 10:36:47 | 16 | compatibility with AutoCAD DWG in -- so you start to |
| 10:36:57 | 17 | see DWG in packaging, you see it in advertising |
| 10:37:01 | 18 | around those products, you see it as describing |
| 10:37:07 | 19 | compatibility with the AutoCAD drawing file. |
| 10:37:13 | 20 | In 1995 or thereabouts, we began to license |
| 10:37:24 | 21 | the AutoCAD OEM product to people who also wanted the |
| 10:37:31 | 22 | ability to read and write DWG files using our |
| 10:37:34 | 23 | libraries and our code and our technology.  And so |
| 10:37:37 | 24 | there's marketing that gets developed around that |
| 10:37:42 | 25 | offering to development partners.  And then -- |

| | |
|---|---|
| 10:55:27 | 1 |
| 10:55:28 | 2 |
| 10:55:30 | 3 |
| 10:55:33 | 4 |
| 10:55:33 | 5 |
| 10:55:35 | 6 |
| 10:55:38 | 7 |
| 10:55:42 | 8 |
| 10:55:46 | 9 |
| 10:55:49 | 10 |
| 10:55:50 | 11 |
| 10:55:51 | 12 |
| 10:55:53 | 13 |
| 10:55:55 | 14 |
| 10:55:56 | 15 |
| 10:56:01 | 16 |
| 10:56:01 | 17 |
| 10:56:04 | 18 |
| 10:56:07 | 19 |
| 10:56:07 | 20 |
| 10:56:07 | 21 |
| 10:56:11 | 22 |
| 10:56:13 | 23 |
| 10:56:15 | 24 |
| 10:56:16 | 25 |

BY MR. STERN:

Q.  So is it accurate you don't know exactly what the characteristics of each of those programs was?

A.  That's accurate.  That's accurate.

Q.  All right.  In all events, can you tell me, sir, why it was that if Autodesk first began to market DWG Unplugged in 1995, that as of 1995 Autodesk did not claim trademark rights in the letters DWG?

MR. JACOBS:  Objection.  Beyond the scope.

THE WITNESS:  I don't know.

MR. STERN:  It's not beyond the scope.  It's dead on in the scope.

Q.  Can you tell me, sir, why it is that when --
withdraw that.

Do you know who at Autodesk would have been involved in the decision to seek protection of the letters DWG?

MR. JACOBS:  Objection.  Beyond the scope.

BY MR. STERN:

Q.  Let me be very specific.  I'm not talking about the lawyer function of filing an application with the trademark office.

A.  Correct.

75

| | | |
|---|---|---|
| 10:59:31 | 1 | Q.  Do you consider the word zipper to be a |
| 10:59:34 | 2 | brand? |
| 10:59:34 | 3 | A.  No. |
| 10:59:34 | 4 | Q.  I could tell you that I -- |
| 10:59:36 | 5 | A.  Unless it's -- unless it's in reference to a |
| 10:59:39 | 6 | carnival ride. |
| 10:59:39 | 7 | Q.  I could tell you that I had a pair of jeans |
| 10:59:41 | 8 | that had a zipper and that wouldn't tell you anything |
| 10:59:44 | 9 | about the source of those jeans, right? |
| 10:59:45 | 10 | MR. JACOBS:  Objection.  Form, scope. |
| 10:59:47 | 11 | THE WITNESS:  It wouldn't tell me anything |
| 10:59:48 | 12 | about the source of those. |
| 10:59:48 | 13 | BY MR. STERN: |
| 10:59:50 | 14 | Q.  If I told you that I had a pair of Levi's |
| 10:59:53 | 15 | jeans, would you know whether or not they were -- had |
| 10:59:54 | 16 | a zipper or not? |
| 10:59:56 | 17 | MR. JACOBS:  Objection.  Form, scope. |
| 10:59:57 | 18 | THE WITNESS:  No. |
| 10:59:57 | 19 | BY MR. STERN: |
| 10:59:59 | 20 | Q.  If I told you I had a CAD product, a |
| 11:00:00 | 21 | computer-aided design product and it created, opened, |
| 11:00:03 | 22 | edited and closed and saved DWG files, can you tell |
| 11:00:07 | 23 | me the source of that product? |
| 11:00:08 | 24 | MR. JACOBS:  Objection.  Vague. |
| 11:00:09 | 25 | THE WITNESS:  No, but I could -- I could not |

79

| | | |
|---|---|---|
| 11:00:11 | 1 | tell you the source of that product. |
| 11:00:11 | 2 | BY MR. STERN: |
| 11:00:14 | 3 | Q.  So can you tell me whether or not -- let me |
| 11:00:21 | 4 | ask you, do you know which was the first company that |
| 11:00:23 | 5 | developed pants with zippers? |
| 11:00:25 | 6 | A.  No. |
| 11:00:25 | 7 | Q.  You would agree with me, Mr. Bradshaw, that |
| 11:00:38 | 8 | the fact that Autodesk may have created something |
| 11:00:41 | 9 | first doesn't make whatever that creation is a brand? |
| 11:00:47 | 10 | MR. JACOBS:  Objection.  Form.  Scope. |
| 11:00:47 | 11 | BY MR. STERN: |
| 11:00:51 | 12 | Q.  Right? |
| 11:00:52 | 13 | A.  I -- I don't -- I guess I don't understand |
| 11:00:56 | 14 | the question. |
| 11:00:56 | 15 | Q.  Well, I mean, right now you're aware of the |
| 11:00:59 | 16 | fact that somewhere in Autodesk someone has created |
| 11:01:02 | 17 | some sort of code that does something, right? |
| 11:01:05 | 18 | A.  Yes. |
| 11:01:05 | 19 | Q.  And let's assume for the sake of argument |
| 11:01:07 | 20 | that Autodesk was the first company that ever created |
| 11:01:10 | 21 | whatever this code is that did this something.  All |
| 11:01:13 | 22 | right? |
| 11:01:13 | 23 | A.  Yes. |
| 11:01:13 | 24 | Q.  You would agree with me that just because |
| 11:01:15 | 25 | Autodesk was the first to create this particular |

80

| | | |
|---|---|---|
| 11:02:22 | 1 | following that protocol. |
| 11:02:22 | 2 | BY MR. STERN: |
| 11:02:44 | 3 | Q. Have you ever heard of a product called |
| 11:02:46 | 4 | PowerCAD? |
| 11:02:47 | 5 | A. PowerCAD. No. |
| 11:02:52 | 6 | Q. How about Design CAD? |
| 11:02:55 | 7 | A. Design CAD. I'm not familiar with it. |
| 11:02:59 | 8 | Q. I could show you a couple of hundred or |
| 11:03:04 | 9 | 1,000 advertisements of various different companies |
| 11:03:06 | 10 | that use DWG in their advertising. Are you -- |
| 11:03:10 | 11 | withdraw that. |
| 11:03:11 | 12 | Are you aware of any person or group in |
| 11:03:17 | 13 | Autodesk who either today or historically has had the |
| 11:03:22 | 14 | responsibility for looking out at the market and |
| 11:03:25 | 15 | seeing how Autodesk competitors or other companies in |
| 11:03:29 | 16 | the CAD market use the letters DWG in their |
| 11:03:34 | 17 | advertising? |
| 11:03:35 | 18 | MR. JACOBS: Objection. Form, scope. |
| 11:03:37 | 19 | THE WITNESS: We have lots of people who |
| 11:03:40 | 20 | look at the competitive landscape all the time and |
| 11:03:42 | 21 | they look at many, many different things. So -- |
| 11:03:47 | 22 | but not -- no one is specifically designated to look |
| 11:03:51 | 23 | at that very specific thing. |
| 11:03:51 | 24 | BY MR. STERN: |
| 11:03:52 | 25 | Q. Really? |

82

| | | |
|---|---|---|
| 11:03:52 | 1 | A.   Yes. |
| 11:03:52 | 2 | Q.   I mean -- and you would know -- I think |
| 11:03:58 | 3 | without question, Mr. Bradshaw, I think you have had |
| 11:04:01 | 4 | more history at Autodesk than anybody else I've |
| 11:04:03 | 5 | spoken to, so I want to make sure I'm clear on this. |
| 11:04:06 | 6 | This -- I'm not asking necessarily a person at |
| 11:04:09 | 7 | Autodesk corporate.  It could be in the product group |
| 11:04:12 | 8 | or it could be in the field or it could be in a -- |
| 11:04:22 | 9 | somebody in the organization generally. |
| 11:04:24 | 10 | My question is -- well, let me break it |
| 11:04:28 | 11 | down.  Is -- is anybody in the product groups |
| 11:04:32 | 12 | responsible for looking at what advertisements are |
| 11:04:36 | 13 | being published by other companies in the CAD |
| 11:04:39 | 14 | industry to see whether or not those advertisements |
| 11:04:43 | 15 | run afoul of any of Autodesk's brands that it's |
| 11:04:47 | 16 | marketing? |
| 11:04:48 | 17 | MR. JACOBS:  Objection.  Form.  Scope. |
| 11:04:50 | 18 | THE WITNESS:  There -- we do not have anyone |
| 11:04:53 | 19 | with that specific and only function, no.  We do not. |
| 11:04:53 | 20 | BY MR. STERN: |
| 11:04:58 | 21 | Q.   Let -- let me ask you a different question. |
| 11:04:59 | 22 | You talked about these products, I don't know what |
| 11:05:01 | 23 | you want to call them, these licensed products, |
| 11:05:04 | 24 | AutoCAD -- |
| 11:05:04 | 25 | A.   Mm-hmm. |

83

| | | |
|---|---|---|
| 11:26:42 | 1 | A.  No. |
| 11:26:42 | 2 | Q.  So you don't know what they are? |
| 11:26:44 | 3 | A.  No. |
| 11:26:44 | 4 | Q.  Did the campaigns have to do with the naming |
| 11:26:53 | 5 | of certain downloadables such as DWGnavigator or |
| 11:26:59 | 6 | DWGeditor or DWG Viewer? |
| 11:27:03 | 7 | A.  I think that's a -- that those offerings |
| 11:27:07 | 8 | were a part of the concerns that were raised by |
| 11:27:14 | 9 | manufacturing marketing. |
| 11:27:15 | 10 | Q.  Okay.  Can you tell me, to the best of your |
| 11:27:22 | 11 | knowledge -- well, do you have any information as to |
| 11:27:26 | 12 | whether Autodesk decided in light of the development |
| 11:27:32 | 13 | of DWG -- wait a minute.  Withdraw that. |
| 11:27:43 | 14 | You said that the second substantial |
| 11:27:45 | 15 | motivating event took place in the mid-'90s where |
| 11:27:50 | 16 | these third parties as well as the ODA were |
| 11:27:54 | 17 | developing products that could -- that were claimed |
| 11:27:56 | 18 | to be able to create, read, write and save DWG files, |
| 11:28:00 | 19 | correct? |
| 11:28:02 | 20 | A.  That's correct. |
| 11:28:06 | 21 | Q.  Did Autodesk do anything at that time to |
| 11:28:10 | 22 | stop the ODA or any of these third parties from in |
| 11:28:18 | 23 | fact being able to promote or market those products? |
| 11:28:22 | 24 | MR. JACOBS:  Objection.  Form.  Scope. |
| 11:28:24 | 25 | THE WITNESS:  I'm not aware of -- of |

|  |  |  |
|---|---|---|
| 11:28:30 | 1 | activities undertaken to try to stop people.  What |
| 11:28:35 | 2 | our response was to -- to -- to inform customers and |
| 11:28:43 | 3 | prospects about the difference between people |
| 11:28:46 | 4 | claiming to be able to open and close an AutoCAD |
| 11:28:50 | 5 | drawing file or manage it and the ability -- the real |
| 11:28:54 | 6 | ability to do that.  And so it was really around |
| 11:28:58 | 7 | differentiating our capability from -- from others. |
| 11:28:58 | 8 | BY MR. STERN: |
| 11:29:01 | 9 | Q.  Was -- was there any impediment to Autodesk |
| 11:29:05 | 10 | contacting any of these companies, the ODA or the |
| 11:29:08 | 11 | Open Design Alliance or the Open DWG Alliance at the |
| 11:29:12 | 12 | time or any of these third parties and telling them |
| 11:29:17 | 13 | stop creating products that you claim are consistent |
| 11:29:25 | 14 | with DWG files? |
| 11:29:26 | 15 | A.  Well -- |
| 11:29:27 | 16 | MR. JACOBS:  Objection.  Form.  Scope.  I |
| 11:29:33 | 17 | don't see how this fits into the topic.  He's here on |
| 11:29:36 | 18 | marketing.  He's told you about the marketing |
| 11:29:38 | 19 | response.  I'm going to instruct him not to answer |
| 11:29:39 | 20 | and to save this for his individual deposition. |
| 11:29:39 | 21 | BY MR. STERN: |
| 11:29:48 | 22 | Q.  Well, let me ask you individually -- |
| 11:29:50 | 23 | MR. JACOBS:  Don't do that now. |
| 11:29:59 | 24 | MR. STERN:  Just so we're clear, Michael, |
| 11:29:59 | 25 | you're only making this witness available on DWG |

100

| | | |
|---|---|---|
| 11:32:00 | 1 | any of your competitors? |
| 11:32:02 | 2 | A. Yes. |
| 11:32:02 | 3 | Q. Sure. And you see them at trade shows, |
| 11:32:06 | 4 | don't you? |
| 11:32:06 | 5 | A. Yes. |
| 11:32:06 | 6 | Q. You see them all over the place in the |
| 11:32:08 | 7 | market, don't you? |
| 11:32:09 | 8 | A. Yes. |
| 11:32:09 | 9 | Q. Okay. My question is was there any |
| 11:32:11 | 10 | impediment to an Autodesk person, not a lawyer but -- |
| 11:32:14 | 11 | but a person who is out in the field, contacting |
| 11:32:16 | 12 | either the Open DWG Alliance or any third party who's |
| 11:32:21 | 13 | creating any of these products that read, write and |
| 11:32:27 | 14 | create, save DWG files and telling them to stop? |
| 11:32:34 | 15 | A. So there was -- so in fact, we did approach |
| 11:32:41 | 16 | companies that were making claim and again, offered |
| 11:32:46 | 17 | them AutoCAD OEM and -- and DWG Unplugged as an |
| 11:32:50 | 18 | alternative to some of their -- to -- to their |
| 11:32:54 | 19 | offerings. |
| 11:32:54 | 20 | Q. I've looked at thousands of documents in |
| 11:32:56 | 21 | this case, Mr. Bradshaw. I've seen no such contact. |
| 11:33:00 | 22 | Who were the people who were contacted? |
| 11:33:02 | 23 | A. Well, I can't -- I -- I can't -- I don't |
| 11:33:04 | 24 | have specifics. |
| 11:33:04 | 25 | Q. Who told you that people made these |

103

| | | |
|---|---|---|
| 11:34:18 | 1 | A.  I don't know. |
| 11:34:19 | 2 | Q.  Who would know that? |
| 11:34:21 | 3 | A.  Folks involved with the marketing of or the |
| 11:34:26 | 4 | sales folks in -- in the -- in that time frame. |
| 11:34:30 | 5 | Q.  What is Safe Source's product? |
| 11:34:38 | 6 | A.  They have several, but they're fundamentally |
| 11:34:41 | 7 | a company that -- and I don't know that they're still |
| 11:34:43 | 8 | in existence, so this is going back into that -- that |
| 11:34:45 | 9 | time frame.  But they were basically a company that |
| 11:34:48 | 10 | had read/write libraries -- |
| 11:34:49 | 11 | Q.  Okay.  But -- |
| 11:34:50 | 12 | A.  -- for exchanging data between all the -- |
| 11:34:53 | 13 | for different CAD applications, engineering software. |
| 11:34:56 | 14 | Q.  They created translators? |
| 11:34:57 | 15 | A.  That's one of their offerings, yes. |
| 11:34:59 | 16 | Q.  Okay.  And so my -- just so I understand, |
| 11:35:02 | 17 | I'm asking real specific questions -- |
| 11:35:03 | 18 | A.  Okay. |
| 11:35:04 | 19 | Q.  -- ones I should be getting yes or no |
| 11:35:07 | 20 | answers.  My question is:  Did anyone at Autodesk |
| 11:35:10 | 21 | contact Safe Source not with a different product |
| 11:35:13 | 22 | offering, but with a request that they stop selling |
| 11:35:21 | 23 | products that open, edit, save DWG files without |
| 11:35:30 | 24 | using any code or technology from Autodesk? |
| 11:35:35 | 25 | MR. JACOBS:  Other than driven by a legal |

105

| Time | Line | |
|---|---|---|
| 11:35:37 | 1 | function? |
| 11:35:37 | 2 | MR. STERN:  Yes. |
| 11:35:38 | 3 | THE WITNESS:  Not to my knowledge. |
| 11:35:38 | 4 | BY MR. STERN: |
| 11:35:39 | 5 | Q.  Okay.  Now, when did this contact take place |
| 11:35:42 | 6 | with Safe Source? |
| 11:35:43 | 7 | A.  I had conversations with Safe -- oh, man. |
| 11:36:02 | 8 | So 2003, '4, somewhere in there. |
| 11:36:04 | 9 | Q.  2003 or '4. |
| 11:36:06 | 10 | A.  My personal contact with Safe. |
| 11:36:07 | 11 | Q.  Okay.  That -- that wasn't in the mid-'90s? |
| 11:36:11 | 12 | A.  No.  You're right, but you asked if I talked |
| 11:36:14 | 13 | to Safe, and I have.  It was somewhere in the 2003-'4 |
| 11:36:21 | 14 | time frame. |
| 11:36:22 | 15 | Q.  Okay.  Other than Safe Source, is there any |
| 11:36:24 | 16 | other company that you recall was contacted by |
| 11:36:27 | 17 | Autodesk at any time -- at any time to ask them to |
| 11:36:31 | 18 | stop developing or marketing these programs? |
| 11:36:31 | 19 | MR. JACOBS:  Other than legal. |
| 11:36:31 | 20 | BY MR. STERN: |
| 11:36:38 | 21 | Q.  Other than legal. |
| 11:36:39 | 22 | MR. JACOBS:  Other than legal or driven by |
| 11:36:41 | 23 | legal. |
| 11:36:41 | 24 | THE WITNESS:  I'm not aware of any. |
| 11:36:53 | 25 | MR. STERN:  Okay.  Take a look at exhibit -- |

| | |
|---|---|
| 11:47:36 | 1 |
| 11:47:40 | 2 |
| 11:47:45 | 3 |
| 11:47:46 | 4 |
| 11:47:48 | 5 |
| 11:47:55 | 6 |
| 11:48:00 | 7 |
| 11:48:00 | 8 |
| 11:48:02 | 9 |
| 11:48:05 | 10 |
| 11:48:10 | 11 |
| 11:48:13 | 12 |
| 11:48:18 | 13 |
| 11:48:24 | 14 |
| 11:48:42 | 15 |
| 11:48:45 | 16 |
| 11:48:49 | 17 |
| 11:48:53 | 18 |
| 11:49:01 | 19 |
| 11:49:04 | 20 |
| 11:49:06 | 21 |
| 11:49:12 | 22 |
| 11:49:16 | 23 |
| 11:49:26 | 24 |
| 11:49:31 | 25 |

web pages, and whether or not she had heard any

feedback from either customers or partners on the --

on any of those things.

Q.   Okay.   You talked about a bunch of things

there.   Hold on.   When you spoke to Ms. Discher about

SolidWorks' use of the DWG, you mean the letters DWG?

A.   Correct.

Q.   And you mean in product names?

A.   Not -- not -- no, it was not limited to

product names, but to also use in banner advertising

and marketing materials and as well as certain engine

optimization.   So all of those.

Q.   Mr. Bradshaw, do you have any information

about -- I think you mentioned earlier that to the

best of your knowledge, none of the Autodesk branding

guidelines or templates or PowerPoints specifically

address DWG, correct?

A.   The branding guidelines.   The current

Autodesk branding guidelines don't specifically

address DWG.

Q.   And have you ever seen any Autodesk branding

guidelines that did address DWG?

A.   Well, the -- so, for example, two --

somewhere in the early 2000s we changed the file

icons in AutoCAD, and had a DWG put into the -- the

109

| | | |
|---|---|---|
| 12:13:49 | 1 | MR. JACOBS: Objection. Scope. I'm going |
| 12:13:51 | 2 | to instruct. This is not about DWG marketing. |
| 12:13:54 | 3 | MR. STERN: Well, what? |
| 12:13:55 | 4 | MR. JACOBS: So if you want to ask him these |
| 12:13:59 | 5 | questions in his personal capacity, fine, but this is |
| 12:14:02 | 6 | not the scope of his designation. |
| 12:14:04 | 7 | MR. STERN: Well, wait a minute. Wait a |
| 12:14:04 | 8 | minute. |
| 12:14:04 | 9 | Q. I'm -- I'm not asking you legal. Let me ask |
| 12:14:06 | 10 | you this. From a marketing perspective, that's all |
| 12:14:09 | 11 | I'm concerned about. What are the -- what are the |
| 12:14:10 | 12 | brands -- withdraw that. |
| 12:14:11 | 13 | What are the products or services that |
| 12:14:12 | 14 | Autodesk markets under the DWG brand? |
| 12:14:16 | 15 | A. So all of the products that have the |
| 12:14:20 | 16 | capability to read and write AutoCAD DWG are marketed |
| 12:14:24 | 17 | with DWG. The one exception perhaps being AutoCAD |
| 12:14:29 | 18 | since it's -- it's -- but I think if -- |
| 12:14:36 | 19 | Q. Wait a minute. My question was -- I just |
| 12:14:40 | 20 | want to make sure we're clear. From a marketing |
| 12:14:44 | 21 | perspective, I asked you what are the products or |
| 12:14:47 | 22 | services that Autodesk markets under the DWG brand. |
| 12:14:56 | 23 | And your response is? |
| 12:15:00 | 24 | A. We use DW- -- go ahead. Sorry. |
| 12:15:02 | 25 | Q. No, no. That's -- you can give it to me |

130

12:15:04   1   again.

12:15:04   2        A.   We use DWG with all of the products that can

12:15:08   3   read and write DWG as a marketing element and feature

12:15:16   4   of those products.

12:15:17   5        Q.   Okay.  You said that marketing element and

12:15:19   6   feature.  Okay.  And I appreciate that.  That is to

12:15:23   7   say when describing a feature -- withdraw that.

12:15:26   8        When describing one of these products in the

12:15:28   9   AutoCAD family --

12:15:29  10        A.   Yes.

12:15:29  11        Q.   -- you may use the letters DWG?

12:15:33  12        A.   So when describing Revit or Inventor or 3D

12:15:39  13   Studio Max or any of the other products that have the

12:15:42  14   ability to read and write DWG, we would absolutely be

12:15:44  15   marketing that capability and the fact that embedded

12:15:49  16   in that product is the genuine ability to read and

12:15:53  17   write AutoCAD DWG.

12:15:54  18        Q.   And -- and that marketing describes the

12:15:58  19   functions of those products, namely they operate with

12:16:01  20   DWG?

12:16:03  21        MR. JACOBS:  Objection to form.

12:16:05  22        THE WITNESS:  So that that marketing

12:16:08  23   addresses the capability of that product to read and

12:16:12  24   write the AutoCAD DWG file --

12:16:12  25   BY MR. STERN:

                                                                131

| | | |
|---|---|---|
| 12:16:15 | 1 | Q.   Okay. |
| 12:16:15 | 2 | A.   -- and -- and do that accurately without |
| 12:16:18 | 3 | error. |
| 12:16:19 | 4 | Q.   And those are all features of those |
| 12:16:21 | 5 | products? |
| 12:16:23 | 6 | A.   So that is a feature of those products, of |
| 12:16:27 | 7 | the products that have that capability. |
| 12:16:29 | 8 | Q.   Yes. |
| 12:16:30 | 9 | A.   Yes. |
| 12:16:30 | 10 | Q.   Of the -- of the products that are marketed |
| 12:16:32 | 11 | using the letters DWG? |
| 12:16:34 | 12 | A.   That's correct. |
| 12:16:34 | 13 | Q.   Okay.  So my question is -- actually, I was |
| 12:16:38 | 14 | asking a slightly different question.  Going back to |
| 12:16:41 | 15 | the jeans example, if you ask people what products |
| 12:16:45 | 16 | are branded or marketed under the Levi's brand, the |
| 12:16:50 | 17 | answer could be they have shirts, they've got denim |
| 12:16:54 | 18 | jackets, they've got jean pants, denim pants.  I |
| 12:16:59 | 19 | don't know what they've got.  They've got all sorts |
| 12:17:00 | 20 | of clothing.  But you can actually list the products |
| 12:17:02 | 21 | or say these are the products -- or I don't know if |
| 12:17:05 | 22 | they've got services as well, but these are the |
| 12:17:07 | 23 | products and/or the services that are marketed under |
| 12:17:09 | 24 | the Levi's brand. |
| 12:17:11 | 25 | Do you understand that? |

| | | |
|---|---|---|
| 12:17:12 | 1 | A.   Yes. |
| 12:17:12 | 2 | Q.   My -- my question to you is I'm looking for |
| 12:17:15 | 3 | product names.  My question is what are the products |
| 12:17:18 | 4 | or services that Autodesk markets under the DWG |
| 12:17:27 | 5 | brand? |
| 12:17:27 | 6 | MR. JACOBS:  Object to the form. |
| 12:17:29 | 7 | THE WITNESS:  So if I understand your |
| 12:17:31 | 8 | question correctly, you're asking are there |
| 12:17:35 | 9 | products -- what are the products that include DWG in |
| 12:17:38 | 10 | the name of the product? |
| 12:17:43 | 11 | BY MR. STERN: |
| 12:17:44 | 12 | Q.   Well, I mean we can start there.  That's |
| 12:17:45 | 13 | fine. |
| 12:17:46 | 14 | A.   Okay.  So that's RealDWG. |
| 12:17:50 | 15 | Q.   Well, presumably -- |
| 12:17:50 | 16 | MR. JACOBS:  Let's do that, though. |
| 12:17:50 | 17 | BY MR. STERN: |
| 12:17:52 | 18 | Q.   Okay.  But I -- I want to use the list. |
| 12:17:53 | 19 | That's why I've got the list in front of you.  Why |
| 12:17:57 | 20 | don't we go down the list from pages 28542 through |
| 12:18:01 | 21 | page 28545, and you can identify for us to the best |
| 12:18:06 | 22 | of your knowledge which, if any, of these are the |
| 12:18:11 | 23 | products or services that are marketed under the name |
| 12:18:15 | 24 | that includes the letters DWG. |
| 12:18:18 | 25 | A.   So the products that include the ability |

133

| | | |
|---|---|---|
| 12:18:22 | 1 | that I'm familiar with -- I'm on page 28542, 3D |
| 12:18:30 | 2 | Studio Max. |
| 12:18:30 | 3 | Q.  You got to go slow because she's -- |
| 12:18:32 | 4 | A.  Sorry.  3DS Max has the ability to and is |
| 12:18:38 | 5 | marketed with DWG in and out.  Obviously AutoCAD, |
| 12:18:51 | 6 | AutoCAD LT, Autodesk Inventor, Autodesk Map, Autodesk |
| 12:19:06 | 7 | Map Guide, Autodesk Streamline, Buzzsaw, Caice. |
| 12:19:22 | 8 | Q.  I'm sorry.  That's C-a-i-c-e? |
| 12:19:26 | 9 | A.  C-a-i-c-e, yes.  Civil 3D.  FM Desktop. |
| 12:19:57 | 10 | Q.  Where are you? |
| 12:19:58 | 11 | A.  On page 28543. |
| 12:20:01 | 12 | Q.  I -- I got it. |
| 12:20:06 | 13 | A.  Inventor.  Inventor LT, Mechanical Desk- -- |
| 12:20:19 | 14 | I'm on 28544.  Mechanical Desktop, Navisworks, |
| 12:20:41 | 15 | ObjectDBX.  I'm not sure about ARX.  Project Point, |
| 12:21:00 | 16 | Revit, Showcase, Topobase, Volo, and on the last |
| 12:21:21 | 17 | page -- so those are the products that are listed on |
| 12:21:25 | 18 | those pages that I know for certain are marketed with |
| 12:21:30 | 19 | AutoCAD DWG read and write.  There -- there very well |
| 12:21:36 | 20 | may be others -- |
| 12:21:37 | 21 | Q.  Okay. |
| 12:21:37 | 22 | A.  -- that I'm not familiar with. |
| 12:21:38 | 23 | Q.  And again, what you're saying there is that |
| 12:21:41 | 24 | marketing extolls the capabilities or functions of |
| 12:21:45 | 25 | these products, correct? |

134

| | | |
|---|---|---|
| 12:21:47 | 1 | MR. JACOBS:  Object to the form. |
| 12:21:49 | 2 | THE WITNESS:  What I'm saying is that those |
| 12:21:52 | 3 | products that I listed, we promote the fact that they |
| 12:21:58 | 4 | have an AutoCAD DWG read and write capability as a |
| 12:22:02 | 5 | part of their marketing. |
| 12:22:02 | 6 | BY MR. STERN: |
| 12:22:04 | 7 | Q.  Okay.  Now, with respect -- those products |
| 12:22:06 | 8 | that you mentioned, I think unless I'm mistaken, none |
| 12:22:16 | 9 | of them have the letters DWG in their names; am I |
| 12:22:22 | 10 | wrong?  I can tell you -- the name that you -- you |
| 12:22:24 | 11 | mentioned the following, 3DS Max? |
| 12:22:27 | 12 | A.  Yes. |
| 12:22:27 | 13 | Q.  AutoCAD? |
| 12:22:28 | 14 | A.  Yes. |
| 12:22:28 | 15 | Q.  AutoCAD LT, Autodesk Inventor, Autodesk Map, |
| 12:22:33 | 16 | Autodesk Map Guide, Autodesk Streamline, Buzzsaw, |
| 12:22:40 | 17 | Caice or something like that, C-a-i-c-e, Civil 3D, FM |
| 12:22:47 | 18 | Desktop, Inventor, Inventor LT, Mechanical Desktop, |
| 12:22:55 | 19 | Navisworks, ObjectDBX, Project Point, Revit, |
| 12:23:02 | 20 | Showcase, Topobase and Volo.  None of those have the |
| 12:23:07 | 21 | letters DWG in their names? |
| 12:23:09 | 22 | A.  That's correct. |
| 12:23:09 | 23 | Q.  Okay.  Now, let's go back to the letters, |
| 12:23:18 | 24 | the DWG identified name marks.  Do you see that? |
| 12:23:23 | 25 | A.  Yes. |

135

| | | |
|---|---|---|
| 12:23:23 | 1 | Q. Okay. So one is -- it says DWG design/logo. |
| 12:23:29 | 2 | Do you see that? |
| 12:23:29 | 3 | A. I do. |
| 12:23:30 | 4 | Q. What is that? |
| 12:23:30 | 5 | A. I don't know. |
| 12:23:36 | 6 | Q. So can you tell me how that DWG design/logo |
| 12:23:42 | 7 | was developed? |
| 12:23:43 | 8 | A. I don't even know what it's referring to. I |
| 12:23:46 | 9 | don't know. |
| 12:23:46 | 10 | Q. Okay. And do you know -- do you know how |
| 12:23:49 | 11 | that is marketed by Autodesk? |
| 12:23:52 | 12 | MR. JACOBS: Object to the form. |
| 12:23:52 | 13 | BY MR. STERN: |
| 12:23:54 | 14 | Q. I mean let me -- |
| 12:23:54 | 15 | MR. JACOBS: Beyond the scope. |
| 12:23:54 | 16 | BY MR. STERN: |
| 12:23:56 | 17 | Q. Let me summarize this. Is it accurate to |
| 12:23:58 | 18 | say you don't know how that -- whatever that is, the |
| 12:24:01 | 19 | DWG design/logo, you don't know how it was created, |
| 12:24:04 | 20 | designed or marketed? |
| 12:24:06 | 21 | A. I don't know what this is referring to. |
| 12:24:07 | 22 | Q. Neither do I, but that's why I'm asking you. |
| 12:24:12 | 23 | A. I don't know. |
| 12:24:12 | 24 | Q. Okay. Let's go to the next one where it |
| 12:24:14 | 25 | says DWG Extreme. |

136

| | | |
|---|---|---|
| 12:24:16 | 1 | Do you know what that is? |
| 12:24:16 | 2 | A.  I have no idea. |
| 12:24:17 | 3 | Q.  Okay.  And then we've already gone through |
| 12:24:21 | 4 | DWG TrueConvert and DWG TrueView. |
| 12:24:25 | 5 | Do you see those? |
| 12:24:27 | 6 | A.  I do, and I'm not familiar with either of |
| 12:24:29 | 7 | those. |
| 12:24:29 | 8 | Q.  Okay.  And if I direct your attention to the |
| 12:24:37 | 9 | T's.  Trusted DWG; do you see that? |
| 12:24:40 | 10 | A.  Yes. |
| 12:24:40 | 11 | Q.  You don't know what that is either? |
| 12:24:42 | 12 | A.  I don't. |
| 12:24:42 | 13 | Q.  Okay.  And when you say you don't know them, |
| 12:24:48 | 14 | I take it you wouldn't even know what product |
| 12:24:51 | 15 | division, if any, those are marketed under? |
| 12:24:54 | 16 | A.  That's correct. |
| 12:24:55 | 17 | Q.  Is it also accurate that you're not in a |
| 12:24:58 | 18 | position to say whether any of those products or |
| 12:25:01 | 19 | whatever they are, that they are even continuing to |
| 12:25:07 | 20 | be used by Autodesk? |
| 12:25:11 | 21 | A.  That -- there are things on this list I |
| 12:25:17 | 22 | don't -- I don't recognize.  So I have no idea.  But |
| 12:25:21 | 23 | I can also tell you there are things on -- some are |
| 12:25:23 | 24 | products and some are other things.  So they're not |
| 12:25:28 | 25 | all products.  This list is not all products. |

137

| | |
|---|---|
| 12:25:30 1 | Q.  No, no.  I mean sure.  I mean like, for |
| 12:25:33 2 | example, you've seen on this list there are file |
| 12:25:36 3 | extensions, right? |
| 12:25:37 4 | A.  Yes. |
| 12:25:37 5 | Q.  So I mean a file extension isn't a product, |
| 12:25:40 6 | right? |
| 12:25:40 7 | A.  Correct. |
| 12:25:40 8 | Q.  Okay.  So -- but I'm just asking -- what I |
| 12:25:44 9 | was asking for is just limited to the letters DWG. |
| 12:25:47 10 | And certain things you don't just recognize at all, |
| 12:25:50 11 | right? |
| 12:25:50 12 | A.  I -- I don't -- I'm not familiar with the |
| 12:25:52 13 | things we've talked about. |
| 12:25:53 14 | Q.  Okay.  Let me ask you this:  Have you been |
| 12:25:57 15 | involved -- is it accurate to say that the -- the |
| 12:26:04 16 | majority of time that you've been at Autodesk you |
| 12:26:07 17 | have been involved with the AutoCAD family of |
| 12:26:09 18 | products? |
| 12:26:15 19 | A.  I have -- I certainly have been involved |
| 12:26:20 20 | with the AutoCAD -- with certain parts of the family |
| 12:26:24 21 | of the AutoCAD.  It's a big family. |
| 12:26:26 22 | Q.  Yeah. |
| 12:26:27 23 | A.  So not -- I've never been involved with all |
| 12:26:30 24 | aspects -- all aspects of the AutoCAD family of |
| 12:26:33 25 | products.  Sorry.  Cramp in my leg. |

138

| | | |
|---|---|---|
| 02:48:14 | 1 | for a correction action path." |
| 02:48:17 | 2 | Do you see that? |
| 02:48:17 | 3 | A.  I do. |
| 02:48:17 | 4 | Q.  Was that ever done? |
| 02:48:19 | 5 | A.  And I'm not even -- no.  I don't -- I'm not |
| 02:48:22 | 6 | even sure what that means. |
| 02:48:23 | 7 | Q.  Next one says: |
| 02:48:24 | 8 | "Use keyword searches for 'DWG' to |
| 02:48:27 | 9 | push the 'Authentic DWG' message." |
| 02:48:29 | 10 | Was that done? |
| 02:48:29 | 11 | A.  So one of the things that certainly was done |
| 02:48:33 | 12 | was to enhance our own search engine optimization |
| 02:48:37 | 13 | capabilities.  Around this time frame, maybe a little |
| 02:48:42 | 14 | bit later, we weren't -- so I was able to talk to |
| 02:48:48 | 15 | people about being tasked to make Autodesk pop higher |
| 02:48:54 | 16 | when searching for DWG in an organic search on Google |
| 02:48:58 | 17 | in particular. |
| 02:48:58 | 18 | Q.  Did people tell you that at the time as of |
| 02:49:01 | 19 | at least March of 2006, that when you put DWG in a |
| 02:49:05 | 20 | search engine such as Google and click it, that in |
| 02:49:09 | 21 | fact the search result did not return any organic |
| 02:49:13 | 22 | links that were Autodesk's? |
| 02:49:15 | 23 | A.  Yes. |
| 02:49:15 | 24 | Q.  All right. |
| 02:49:16 | 25 | A.  Yes. |

201

1      I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3      That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is a true record of the

10  testimony given.

11      Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [   ] was [   ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated: _____SEP 28 2009_____

22

23

24  SUZANNE F. BOSCHETTI
    CSR No. 5111

25