# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

     Plaintiff,

    vs.               No. 3:08-CV-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

     Defendant.

# CERTIFIED
# COPY

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF AUTODESK 30(B)(6) WITNESS

SHAWN GILMOUR

Redwood Shores, California

Friday, July 10, 2009

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 115539

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    AUTODESK, INC.,

5          Plaintiff,

6       vs.                    No. 3:08-CV-04397-WHA

7    DASSAULT SYSTEMES SOLIDWORKS
     CORPORATION,
8
          Defendant.
9    _____

10

11

12

13

14

15       Deposition of Autodesk 30(b)(6) witness SHAWN

16   GILMOUR, taken on behalf of Defendant Dassault

17   Systemes SolidWorks Corporation, at 555 Twin Dolphin

18   Drive, Suite 560, Redwood Shores, California,

19   beginning at 9:17 a.m. and ending at 5:53 p.m. on

20   Friday, July 10, 2009, before SUZANNE F. BOSCHETTI,

21   Certified Shorthand Reporter No. 5111.

22

23

24

25

2

```
 1    APPEARANCES:

 2

 3    For Plaintiff:

 4          MORRISON & FOERSTER LLP
            BY:   JACQUELINE BOS

 5          Attorney at Law
            425 Market Street

 6          San Francisco, California 94105-2482
            (415) 268-6240

 7

            AUTODESK, INC.

 8          BY:   RICHARD M. FOEHR
            Attorney at Law

 9          111 McInnis Parkway
            San Rafael, California 94903

10          (415) 507-5000

11    For Defendant Dassault Systemes SolidWorks
      Corporation:

12

            QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

13          BY:   CLAUDE M. STERN
            BY:   ANDREA PALLIOS ROBERTS

14          BY:   MAUREEN PETTIBONE RYAN
            Attorneys at Law

15          555 Twin Dolphin Drive, Suite 560
            Redwood Shores, California 94065

16          (650) 801-5000

17    DASSAULT SYSTEMES SOLIDWORKS CORPORATION
            BY:   MARK L. NEIL

18          Attorney at Law
            300 Baker Avenue

19          Concord, Massachusetts 01742
            (978) 318-5412

20

      Also Present:

21

            ANDREW P. MARCH (Summer Associate)

22          JORDAN D. SEGALL (Summer Associate)

23

24

25
```

1    APPEARANCES (Continued):

2    Videographer:

3          RAY TYLER
           SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
4          450 Sansome Street, Suite 1550
           San Francisco, California
5          (415) 274-9977

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 10:14:21 | 1 | ".dwg file." Can you tell me what, if anything -- |
| 10:14:27 | 2 | well, let me stop. First of all, would you say the |
| 10:14:31 | 3 | .dwg file is a technical description as opposed to a |
| 10:14:33 | 4 | brand? |
| 10:14:35 | 5 | A. Typically, yes. |
| 10:14:36 | 6 | Q. Okay. And would you agree with me that it's |
| 10:14:38 | 7 | not just Autodesk, but there are various different |
| 10:14:41 | 8 | companies that create software products that create, |
| 10:14:44 | 9 | read or write .dwg files? |
| 10:14:48 | 10 | A. Today there are several companies that |
| 10:14:50 | 11 | create .dwg files in the AutoCAD format, yes. |
| 10:14:54 | 12 | Q. Okay. And why don't you name some of those |
| 10:15:01 | 13 | companies. I mean, Bentley is one of those |
| 10:15:03 | 14 | companies, correct? |
| 10:15:03 | 15 | A. Bentley has an association with us for |
| 10:15:06 | 16 | creating those files. PTC as well does. SolidWorks |
| 10:15:14 | 17 | Corporation does. |
| 10:15:14 | 18 | Q. Well, let's take it back before 1990 -- |
| 10:15:16 | 19 | before 2008, shall we? Before there was any sort of |
| 10:15:19 | 20 | agreement between Bentley and Autodesk, wasn't |
| 10:15:21 | 21 | Bentley creating software programs which created read |
| 10:15:26 | 22 | and write, and wrote .dwg files? |
| 10:15:30 | 23 | A. Yes, that's correct. |
| 10:15:30 | 24 | Q. Okay. So let's -- let's be very clear about |
| 10:15:33 | 25 | this. Before there was any sort of the license |

55

30 (b)(6)  SHAWN GILMOUR                                    07/10/09
CONFIDENTIAL ATTORNEYS' EYES ONLY

10:15:36  1    between -- let's roll it back.

10:15:38  2            When was the first license that Autodesk

10:15:40  3    ever entered into with any company where it purported

10:15:44  4    to authorize them to develop a program that created,

10:15:52  5    wrote or wrote -- or read .dwg files?

10:15:56  6        A.  1996.

10:15:57  7        Q.  Okay.  So prior to 1996, to the best of your

10:16:04  8    knowledge, Autodesk hadn't authorized anybody to,

10:16:09  9    through a license, to create a program that either

10:16:14  10   created, wrote or read .dwg files?

10:16:19  11       A.  To the best of my knowledge, yes.

10:16:20  12       Q.  Okay.  Prior to 1996, were there any

10:16:23  13   companies or people that had created programs that

10:16:28  14   read, wrote or created .dwg files?

10:16:32  15       A.  Yes, there were.

10:16:33  16       Q.  Can you tell me who those companies were?

10:16:36  17       A.  I do not know them all off by heart.  There

10:16:41  18   was a company called Cyrlin -- don't know the exact

10:16:45  19   spelling -- they had done a library to read DWG

10:16:48  20   files.  And at the very beginning, Mike Riddle had,

10:16:55  21   you know, continued to use .dwg for software

10:16:59  22   application.  I think he was using it.  Basically

10:17:02  23   didn't become very popular, so it never really took

10:17:06  24   off in the marketplace.  And I think that's all the

10:17:12  25   ones I remember.

56

10:17:13  1              I know as part of the deposition preparation

10:17:16  2      there was a company called CADMAX as well, that I

10:17:20  3      think produced .dwg files.

10:17:22  4          Q.  Okay.  So Let me just see if I got this

10:17:25  5      straight.  Prior to 1996 there were companies out

10:17:27  6      there that were creating programs, that were

10:17:32  7      creating, reading and writing .dwg files without any

10:17:35  8      approval or authorization by Autodesk, correct?

10:17:39  9          A.  Are you asking were they creating AutoCAD

10:17:43  10     .dwg files or were they creating .dwg files?

10:17:46  11         Q.  Just .dwg files.

10:17:49  12         A.  Yes.

10:17:49  13         Q.  Now at the time, 1996, you'd been with the

10:17:53  14     company for three years, although I'm asking for your

10:17:56  15     corporate capacity.  What, if anything, did Autodesk

10:17:58  16     do to try to stop these companies from creating those

10:18:02  17     programs?

10:18:05  18         A.  From creating .dwg files?

10:18:09  19         Q.  Mm-hmm.

10:18:10  20         A.  I believe at the time there were no

10:18:11  21     companies creating .dwg files other than for

10:18:17  22     conversion and translation of AutoCAD .dwg files to

10:18:23  23     other formats.  So there was no real reason to do

10:18:27  24     anything to prevent those people from doing that.

10:18:29  25         Q.  Whether there was a reason or not we can get

| | |
|---|---|
| 10:18:31 | 1 |
| 10:18:33 | 2 |
| 10:18:38 | 3 |
| 10:18:43 | 4 |
| 10:18:45 | 5 |
| 10:18:48 | 6 |
| 10:18:48 | 7 |
| 10:18:49 | 8 |
| 10:18:51 | 9 |
| 10:18:54 | 10 |
| 10:18:54 | 11 |
| 10:18:55 | 12 |
| 10:18:58 | 13 |
| 10:19:05 | 14 |
| 10:19:08 | 15 |
| 10:19:09 | 16 |
| 10:19:12 | 17 |
| 10:19:14 | 18 |
| 10:19:20 | 19 |
| 10:19:26 | 20 |
| 10:19:30 | 21 |
| 10:19:36 | 22 |
| 10:19:38 | 23 |
| 10:19:43 | 24 |
| 10:19:46 | 25 |

into later on, but my question is what, if anything, did Autodesk do to stop those companies from creating programs that created, wrote or read .dwg files?

A.  I don't believe we took any action.

Q.  So you didn't file lawsuits against these companies?

A.  We did not.

Q.  You didn't send demand letters to these people saying you can't do this, you're violating our rights?

A.  Not that I'm aware of.

Q.  Okay.  What did you do as of that date -- as of 1996 to tell the market, tell the world that we believe that -- well, first of all, let me withdraw that.

As of 1996 did Autodesk believe that it was the only company that was entitled to create a program that created, wrote or read .dwg files?

A.  As of 1996 there were more than a billion .dwg files out in the marketplace created by Autodesk applications, so the primary authoring tool for .dwg files at that time and the majority of the files out in the marketplace were AutoCAD .dwg files.

So no, we did not feel any need to go out and tell people they could not.  There was really

58

10:19:49  1   nobody out there creating .dwg files for anything

10:19:52  2   other than the use of file conversion of our file

10:19:54  3   format.

10:19:55  4       Q.  And to the best of your knowledge --

10:19:56  5   withdraw that.

10:19:57  6           Did you understand that that was okay by

10:19:59  7   Autodesk up through 1996, that Autodesk didn't have

10:20:02  8   any objections to people creating, writing or reading

10:20:08  9   .dwg files for the purpose of file conversion to your

10:20:10  10  file format?

10:20:11  11      A.  We had no business reason to object, no.

10:20:13  12      Q.  Okay.  Was that -- do you know if that was a

10:20:16  13  conscious decision within Autodesk, that is to say,

10:20:18  14  that people made the decision saying, you know, we're

10:20:20  15  wondering about what we should do here and we're

10:20:22  16  going to make a conscious decision not to object or

10:20:25  17  make any statement to these people that they

10:20:27  18  shouldn't be creating these programs that create,

10:20:29  19  write or read .dwg files?

10:20:32  20      A.  No, I do not.  That was 15 years ago.

10:20:36  21      Q.  Okay.  Now, Cyrlin was acquired by -- by

10:20:42  22  Autodesk, correct?

10:20:43  23      A.  They were, yes.

10:20:43  24      Q.  When were they acquired?

10:20:45  25      A.  I do not know the exact date.  We acquired

59

| | |
|---|---|
| 10:20:48 | 1 |
| 10:20:52 | 2 |
| 10:20:54 | 3 |
| 10:20:58 | 4 |
| 10:21:00 | 5 |
| 10:21:03 | 6 |
| 10:21:10 | 7 |
| 10:21:10 | 8 |
| 10:21:12 | 9 |
| 10:21:16 | 10 |
| 10:21:21 | 11 |
| 10:21:25 | 12 |
| 10:21:28 | 13 |
| 10:21:31 | 14 |
| 10:21:35 | 15 |
| 10:21:36 | 16 |
| 10:21:40 | 17 |
| 10:21:44 | 18 |
| 10:21:48 | 19 |
| 10:21:51 | 20 |
| 10:21:52 | 21 |
| 10:21:54 | 22 |
| 10:21:56 | 23 |
| 10:21:56 | 24 |
| 10:21:59 | 25 |

the Cyrlin viewer technology, and we leveraged that

in our work center product.

Q.  Okay.  To the best of your -- to the best of

your knowledge, did anybody -- did anybody anytime

even after 1996 ever tell Cyrlin that they could not

create a product that either created, read or wrote

.dwg files?

A.  To the best of my knowledge, no.

Q.  Did anybody ever tell Cyrlin or anybody

else -- withdraw that.  Withdraw that.

Did anybody ever tell Mike Riddle, whose

company is called Evolution Computing, that he was

not permitted to create a software product that

created, read or wrote .dwg files?

A.  I'm not aware of any communication, no.

Q.  Isn't it the fact that Mike Riddle was the

person who actually created the .dwg file format?

A.  Autodesk licensed the .dwg format originally

from Mike Riddle.  He was part of one of the founders

of the company, yes.

Q.  So let's talk about that.  That was an

nonexclusive license, right?

A.  That's correct.

Q.  Was there ever a time -- and we've looked

for it, and we haven't had it produced to us by

60

30 (b)(6)  SHAWN GILMOUR
**CONFIDENTIAL ATTORNEYS' EYES ONLY**
07/10/09

| | |
|---|---|
| 10:22:01 | 1 |
| 10:22:04 | 2 |
| 10:22:09 | 3 |
| 10:22:13 | 4 |
| 10:22:15 | 5 |
| 10:22:18 | 6 |
| 10:22:25 | 7 |
| 10:22:32 | 8 |
| 10:22:35 | 9 |
| 10:22:37 | 10 |
| 10:22:39 | 11 |
| 10:22:41 | 12 |
| 10:22:47 | 13 |
| 10:22:49 | 14 |
| 10:22:52 | 15 |
| 10:22:55 | 16 |
| 10:22:55 | 17 |
| 10:22:57 | 18 |
| 10:22:59 | 19 |
| 10:23:00 | 20 |
| 10:23:08 | 21 |
| 10:23:09 | 22 |
| 10:23:12 | 23 |
| 10:23:13 | 24 |
| 10:23:18 | 25 |

Autodesk, and we've spoken to Mr. Riddle.  Was there

ever any a time where Autodesk entered into agreement

with either Evolution Computing or Mr. Riddle

personally or any company associated with Mr. Riddle

where -- where Autodesk acquired all rights, title

and interest to the name or title .dwg?

A.  I'm not aware of any, no.

Q.  Is it your understanding that there was a

period of time where both -- withdraw that.

Is it your understanding today that Mr.

Riddle's company is right now creating products that

have -- that create, write and read .dwg files?

A.  I'm not -- I'm not aware of any products

that Mike Riddle's company has created, no.

Q.  So you're just not aware generally what he's

doing?

A.  Yeah, I'm not sure of what he's doing.

Q.  Okay.  Let's go, starting from 19- -- well,

withdraw that.

CADMAX.  Did -- did Autodesk acquire CADMAX?

A.  No, we did not.

Q.  Is CADMAX still out in the world today?

A.  I have no idea.

Q.  Okay.  Did Autodesk ever do anything to stop

CADMAX from creating programs that created, read or

61

| | |
|---|---|
| 10:23:22 | 1 |
| 10:23:24 | 2 |
| 10:23:26 | 3 |
| 10:23:29 | 4 |
| 10:23:33 | 5 |
| 10:23:35 | 6 |
| 10:23:36 | 7 |
| 10:23:41 | 8 |
| 10:23:45 | 9 |
| 10:23:50 | 10 |
| 10:23:54 | 11 |
| 10:23:59 | 12 |
| 10:24:04 | 13 |
| 10:24:05 | 14 |
| 10:24:05 | 15 |
| 10:24:07 | 16 |
| 10:24:10 | 17 |
| 10:24:13 | 18 |
| 10:24:16 | 19 |
| 10:24:19 | 20 |
| 10:24:22 | 21 |
| 10:24:25 | 22 |
| 10:24:29 | 23 |
| 10:24:30 | 24 |
| 10:24:36 | 25 |

wrote .dwg files?

    A.  Not that I'm aware of.

    Q.  Okay, let me ask you a question.  I'm going to cut to the chase, Mr. Gilmour, and I'm not asking for any attorney-client privileged communications. You're going to see all sorts of documents that talk about an effort by Autodesk to reclaim the DWG brand. Was -- have you ever, in the 16 years you have been with Autodesk, that entire period of time, have you ever participated in a conversation with anybody at Autodesk where somebody expressed some sort of regret about not doing enough to protect what you call the DWG brand?

    MS. BOS:  Objection.  Ambiguous.

BY MR. STERN:

    Q.  And I want to make that very clear.  I'm -- I want to find out whether at any point in time anybody in the company ever said gosh, or words to the effect of gosh darn it, you know, we really should have done more to protect the DWG brand or we should have done this or we should have done that to protect the brand?

    A.  I would say I've had conversations with some of the marketing people that -- to that effect, yes.

    Q.  When did you have those conversations with

62

| | | |
|---|---|---|
| 11:33:27 | 1 | MS. BOS:  Objection.  Calls for speculation. |
| 11:34:05 | 2 | THE WITNESS:  I don't know the exact answer. |
| 11:34:07 | 3 | From what I can tell based on reviewing this |
| 11:34:10 | 4 | document, this looks like a document that was |
| 11:34:14 | 5 | produced around the time that we had a packaging -- |
| 11:34:19 | 6 | I'll call it a packaging overhaul.  We -- we redid |
| 11:34:23 | 7 | all of the packaging in the company. |
| 11:34:25 | 8 | And it appears that this was created to help |
| 11:34:27 | 9 | the different teams that were going to produce the |
| 11:34:30 | 10 | packaging to have consistency for the packaging |
| 11:34:34 | 11 | itself and how the product names and logos that were |
| 11:34:38 | 12 | going to go on the outside of the box, particularly |
| 11:34:42 | 13 | around our packaging brand name. |
| 11:34:44 | 14 | Q.  Okay. |
| 11:34:44 | 15 | MS. BOS:  And I'd object to the question |
| 11:34:46 | 16 | because I think it mischaracterizes the document. |
| 11:34:46 | 17 | BY MR. STERN: |
| 11:34:50 | 18 | Q.  Well, I don't mean to be -- I guess -- look, |
| 11:34:52 | 19 | my question is -- let me put it this way.  Let me |
| 11:34:55 | 20 | leave it much more open-ended.  Have you ever seen a |
| 11:34:58 | 21 | document that trains Autodesk personnel on the use of |
| 11:35:01 | 22 | DWG branding? |
| 11:35:03 | 23 | A.  Not that I'm aware of, no. |
| 11:35:04 | 24 | Q.  Oh, okay.  There you go.  That's what I |
| 11:35:08 | 25 | need. |

109

| | | |
|---|---|---|
| 11:35:08 | 1 | Let's go to the next in order? |
| 11:35:08 | 2 | (Deposition Exhibit 1006 marked by |
| 11:35:36 | 3 | the court reporter.) |
| 11:35:36 | 4 | BY MR. STERN: |
| 11:35:47 | 5 | Q.  This is Exhibit 1006.  This was produced to |
| 11:35:51 | 6 | us by Autodesk.  It's entitled "Autodesk Brand |
| 11:35:54 | 7 | Training Introduction." |
| 11:35:55 | 8 | Do you see that? |
| 11:35:56 | 9 | A.  Yes. |
| 11:35:56 | 10 | Q.  It doesn't purport to have -- well, first of |
| 11:36:02 | 11 | all, have you ever seen this document before? |
| 11:36:04 | 12 | A.  No, I have not. |
| 11:36:04 | 13 | Q.  All right.  Turn to page 7. |
| 11:36:09 | 14 | A.  I'd like a chance to review it first. |
| 11:36:11 | 15 | Q.  Oh, sure. |
| 11:38:26 | 16 | A.  Okay. |
| 11:38:27 | 17 | Q.  Okay.  Directing your attention -- have you |
| 11:38:29 | 18 | seen this document before? |
| 11:38:31 | 19 | A.  No, I have not. |
| 11:38:31 | 20 | Q.  Okay.  Turn to page 4.  When I say page 4, |
| 11:38:37 | 21 | it's got a little number on the lower right-hand |
| 11:38:39 | 22 | side. |
| 11:38:39 | 23 | A.  "Major Changes Are Underway."  Is that the |
| 11:38:43 | 24 | one? |
| 11:38:43 | 25 | Q.  Yes, that's the one.  You see how it says in |

110

| | |
|---|---|
| 11:38:46 1 | that box, "Building the Autodesk brand is critical"? |
| 11:38:50 2 | Do you see that? |
| 11:38:52 3 | A.  Yes, I do. |
| 11:38:52 4 | Q.  Now, when you -- as you went through this |
| 11:38:54 5 | document, did you see the phrase "DWG" in here at |
| 11:38:57 6 | all? |
| 11:39:00 7 | A.  I did not, no. |
| 11:39:01 8 | Q.  Okay.  Can you tell me why a document |
| 11:39:04 9 | involving brand, Autodesk brand training would not |
| 11:39:08 10 | have the DWG brand while it would have the Autodesk |
| 11:39:14 11 | brand? |
| 11:39:15 12 | MS. BOS:  Objection.  Calls for speculation. |
| 11:39:17 13 | THE WITNESS:  My recollection of the brand |
| 11:39:19 14 | campaign was that it was felt that Autodesk had a |
| 11:39:22 15 | very strong AutoCAD and DWG brand, but that they were |
| 11:39:26 16 | actually stronger than the Autodesk brand itself. |
| 11:39:30 17 | And that in order to sell products outside of the |
| 11:39:33 18 | Autodesk and DWG fold, they wanted to be able to |
| 11:39:37 19 | strengthen the Autodesk brand.  I think that's the |
| 11:39:39 20 | same thing you see in the packaging site as well. |
| 11:39:39 21 | BY MR. STERN: |
| 11:39:43 22 | Q.  Okay.  Turn the page -- well, first of all, |
| 11:39:45 23 | look at page 7.  See how they say "Strong Brands |
| 11:39:52 24 | Elicit Emotion"? |
| 11:39:54 25 | Do you see that? |

111

11:39:54  1     A.   Yes.

11:39:54  2     Q.   And at the very bottom of the page it says:

11:39:57  3          "We know these brands, not because

11:39:59  4     we recognize the logo.  And not because

11:40:01  5     they've all spent gazillions of dollars

11:40:04  6     in advertising.  (Well, that does have

11:40:05  7     something to do with it.)  We know them

11:40:07  8     because over the years, they've

11:40:08  9     consistently reinforced the same brand

11:40:11  10    messages."

11:40:12  11         Do you see that?

11:40:12  12    A.   Mm-hmm.

11:40:13  13    Q.   Is that yes?

11:40:16  14         To the best of your knowledge has -- have

11:40:19  15    you ever seen any sort of guidelines, written

11:40:21  16    guidelines within Autodesk for the entire period that

11:40:25  17    you've been there that identify a consistent use of

11:40:30  18    DWG?

11:40:33  19    A.   So say this document was created by our

11:40:38  20    outside marketing agency to talk to us about brand,

11:40:46  21    so I'm not -- I can't really comment on their -- on

11:40:49  22    their opinion here.  But no, I have not seen

11:40:56  23    documents around the DWG brand and how to use it, and

11:40:59  24    my answer was no.

11:41:00  25    Q.   Getting to the next page -- I'm sorry, not

112

| | | |
|---|---|---|
| 11:50:18 | 1 | A.   I don't know. |
| 11:50:24 | 2 | Q.   Before we break for lunch, let me ask you |
| 11:50:26 | 3 | some questions having to do with something else. |
| 11:50:28 | 4 | A.   Sure. |
| 11:50:28 | 5 | Q.   Have you ever used DWG Navigator? |
| 11:50:34 | 6 | A.   Have I personally used it? |
| 11:50:35 | 7 | Q.   Yes. |
| 11:50:36 | 8 | A.   No, I have not. |
| 11:50:36 | 9 | Q.   Have you ever used DWG Explorer? |
| 11:50:39 | 10 | A.   No, I have not. |
| 11:50:40 | 11 | Q.   Have you ever used DWG Viewer, DWG Viewer? |
| 11:50:47 | 12 | A.   Are you referring to the SolidWorks |
| 11:50:49 | 13 | application DWG Viewer? |
| 11:50:51 | 14 | Q.   Well, that's a great question.  How many |
| 11:50:54 | 15 | products out on the market today are called DWG |
| 11:50:58 | 16 | Viewer? |
| 11:50:58 | 17 | A.   I -- I have no idea. |
| 11:50:59 | 18 | Q.   Okay. |
| 11:51:01 | 19 | A.   I know there are several products that state |
| 11:51:03 | 20 | they view DWGs, so typically when I hear somebody say |
| 11:51:08 | 21 | they're a DWG Viewer, I usually ask the question are |
| 11:51:11 | 22 | you saying that you view DWGs or is that your product |
| 11:51:14 | 23 | name. |
| 11:51:22 | 24 | Q.   Have -- well, to whom have you asked that |
| 11:51:24 | 25 | question? |

122

11:51:24  1        A.   When somebody tells me the name of their

11:51:27  2   product or tells me about a product.

11:51:31  3        Q.   Well, would you say there's a generic --

11:51:33  4   would you say there's a genre of software programs

11:51:36  5   that might be called DWG viewers?

11:51:40  6        A.   In their product name are you asking or in

11:51:42  7   their functionality?

11:51:43  8        Q.   Functionality.  There are different things.

11:51:46  9        A.   There are many products out there that view

11:51:48  10  DWG files, yes.

11:51:50  11       Q.   And you could call them DWG viewers?

11:51:52  12       A.   You could.

11:51:53  13       Q.   Okay.  So let me continue.  Have you ever

11:51:57  14  used the DWG Editor product?

11:51:59  15       A.   No, I have not.

11:52:00  16       Q.   Have you ever used the DWG Gateway product?

11:52:02  17       A.   No, I have not.

11:52:03  18       Q.   Do you know how those products are -- are

11:52:06  19  distributed by SolidWorks?

11:52:09  20       A.   I'm familiar with the way they're

11:52:11  21  distributed by SolidWorks.

11:52:13  22       Q.   How are they distributed?

11:52:14  23       A.   As far as I know, the -- they're different

11:52:16  24  depending on the product.  Some of them are

11:52:18  25  distributed directly on their website and some of

123

| | | |
|---|---|---|
| 01:28:20 | 1 | approval in advance from Autodesk, offer an |
| 01:28:23 | 2 | application that works on top of AutoCAD itself where |
| 01:28:28 | 3 | the application has the letters DWG in the name? |
| 01:28:35 | 4 | MS. BOS:  Object to the extent this calls |
| 01:28:37 | 5 | for a legal conclusion. |
| 01:28:38 | 6 | THE WITNESS:  No, it is not. |
| 01:28:38 | 7 | BY MR. STERN: |
| 01:28:41 | 8 | Q.  Is it Autodesk's position that any company |
| 01:28:43 | 9 | can, without approval in advance from Autodesk, offer |
| 01:28:50 | 10 | and sell an application that exports objects from one |
| 01:28:54 | 11 | type of AutoCAD file to another, where that |
| 01:28:56 | 12 | application has the letters DWG in the name of that |
| 01:29:00 | 13 | product? |
| 01:29:01 | 14 | MS. BOS:  Same objection. |
| 01:29:03 | 15 | THE WITNESS:  Autodesk has an ADN |
| 01:29:08 | 16 | development network with probably around 4,000 |
| 01:29:11 | 17 | developers in it that produce thousands and thousands |
| 01:29:14 | 18 | of applications.  So we don't necessarily go and |
| 01:29:18 | 19 | monitor every application they create and every name |
| 01:29:21 | 20 | they create.  So it's possible that they can create |
| 01:29:24 | 21 | applications and use DWG in the name and we would not |
| 01:29:27 | 22 | be aware of it. |
| 01:29:27 | 23 | BY MR. STERN: |
| 01:29:32 | 24 | Q.  Let me just see if I understand.  Because of |
| 01:29:36 | 25 | the -- the thousands -- 4,000 developers that |

167

| | |
|---|---|
| 01:29:39 | 1 |
| 01:29:41 | 2 |
| 01:29:47 | 3 |
| 01:29:50 | 4 |
| 01:29:54 | 5 |
| 01:29:57 | 6 |
| 01:30:00 | 7 |
| 01:30:00 | 8 |
| 01:30:02 | 9 |
| 01:30:05 | 10 |
| 01:30:07 | 11 |
| 01:30:10 | 12 |
| 01:30:13 | 13 |
| 01:30:15 | 14 |
| 01:30:18 | 15 |
| 01:30:20 | 16 |
| 01:30:22 | 17 |
| 01:30:23 | 18 |
| 01:30:25 | 19 |
| 01:30:28 | 20 |
| 01:30:28 | 21 |
| 01:30:28 | 22 |
| 01:30:33 | 23 |
| 01:30:36 | 24 |
| 01:30:37 | 25 |

Autodesk has that develop applications that work with
Autodesk, Autodesk does not monitor every application
to see what those applications are named?

    A.  We provide the companies with guidelines for
how to use our products and our technology and our
trademarks, but we do not monitor every application
they create, no.

    Q.  You don't -- well, let me be very specific
about this.  This is very important.  You don't
police this?  You don't have someone whose job it is
at least in part, even if it takes an hour a week or
an hour a month, to say let's go through all these
different applications in which all these -- the
companies who are being licensed by us and see what
they're naming their products and selling them as?

        MS. BOS:  Objection.  Mischaracterizes
testimony.

        THE WITNESS:  We do not have somebody that
monitors all the ADN applications, what they produce
or what they name, no.  We do it for strategic
partners only.
BY MR. STERN:

    Q.  Why don't you do it for -- what's a
strategic partner?

    A.  Someone that we work closely with.

168

| | | |
|---|---|---|
| 01:30:42 | 1 | Q.   I could show you -- I will show you.   Why |
| 01:30:53 | 2 | not. |
| 01:31:05 | 3 | Have you ever heard of a product called |
| 01:31:09 | 4 | Dr. DWG? |
| 01:31:09 | 5 | A.   Yes, I have. |
| 01:31:10 | 6 | Q.   Have you ever used it? |
| 01:31:11 | 7 | A.   No, I have not. |
| 01:31:11 | 8 | Q.   Have you done anything to -- has Autodesk |
| 01:31:15 | 9 | done anything to stop the company that publishes that |
| 01:31:18 | 10 | product from publishing that product? |
| 01:31:20 | 11 | A.   Not that I'm aware of. |
| 01:31:21 | 12 | Q.   You haven't sent them a demand letter, you |
| 01:31:24 | 13 | haven't done anything to stop them from using the |
| 01:31:25 | 14 | name? |
| 01:31:25 | 15 | A.   Not that I'm aware of. |
| 01:31:27 | 16 | Q.   Is that product competitive in any Autodesk |
| 01:31:28 | 17 | products? |
| 01:31:28 | 18 | A.   A lot of the products that you're talking |
| 01:31:30 | 19 | about here, including the example from Xanadu, are |
| 01:31:34 | 20 | complementary products or applications.   In other |
| 01:31:36 | 21 | words, the customer buys our application, uses our |
| 01:31:38 | 22 | application and then these products are add-ons or |
| 01:31:41 | 23 | accessories that typically go beyond some |
| 01:31:44 | 24 | functionality that we don't have. |
| 01:31:45 | 25 | Q.   So is it -- I see.   So is it -- is it |

169

| | | |
|---|---|---|
| 01:31:48 | 1 | okay -- let me ask.  Is it Autodesk's position that |
| 01:31:56 | 2 | any company can, without the approval of Autodesk, |
| 01:32:00 | 3 | develop an application where that application has |
| 01:32:06 | 4 | accessories or functionality that goes beyond an |
| 01:32:10 | 5 | Autodesk product and name that product something that |
| 01:32:14 | 6 | has DWG in it? |
| 01:32:15 | 7 | MS. BOS:  Object to the extent this calls |
| 01:32:17 | 8 | for a legal conclusion. |
| 01:32:18 | 9 | THE WITNESS:  We don't prevent people from |
| 01:32:21 | 10 | creating applications on top of our products or |
| 01:32:24 | 11 | necessarily monitor what they create.  But we |
| 01:32:27 | 12 | don't necess- -- we don't grant permission that they |
| 01:32:29 | 13 | can leverage our DWG brand either. |
| 01:32:29 | 14 | BY MR. STERN: |
| 01:32:32 | 15 | Q.  But you don't stop them from doing it? |
| 01:32:34 | 16 | A.  I think we have cases where we are stopping |
| 01:32:36 | 17 | them.  Trying to stop them from doing this is one. |
| 01:32:40 | 18 | Q.  Well, other than SolidWorks and other than |
| 01:32:42 | 19 | ODA, who else has Autodesk contacted formally or |
| 01:32:50 | 20 | informally to stop them from using the word DWG in |
| 01:32:54 | 21 | the name of any product? |
| 01:32:55 | 22 | A.  DWG Cruiser was one that we did.  I believe |
| 01:32:59 | 23 | it was back in the late -- the '90s.  There was -- |
| 01:33:05 | 24 | Raster DWG was another one that we did. |
| 01:33:11 | 25 | Q.  Anything else? |

170

01:33:14  1        A.    Those are two that immediately come to mind.

01:33:17  2        Q.    What was the upshot of the attempt at DWG

01:33:21  3    Cruiser to change their name?

01:33:22  4        A.    They changed their name.

01:33:24  5        Q.    And what was the upshot of Raster DWG's --

01:33:27  6    withdraw that.

01:33:28  7              What was your -- the upshot of Autodesk's

01:33:30  8    attempts to convince Raster DWG to -- to change their

01:33:36  9    name?

01:33:36 10        A.    We purchased the product name back from them

01:33:38 11    and then licensed it to them.  Or sorry, I shouldn't

01:33:42 12    say that.  They assigned the -- they assigned the

01:33:44 13    rights to us for the product name and then licensed

01:33:46 14    it back from us.

01:33:47 15        Q.    And what policing is done today regarding

01:33:50 16    Raster DWG's use of DWG?

01:33:53 17        A.    I'm not aware of exactly what policing is

01:33:56 18    happening right now.  I know there's an agreement in

01:33:59 19    place.

01:33:59 20        Q.    You have an agreement in place.  Do you know

01:34:01 21    if that agreement has any policing provisions in it

01:34:04 22    that says this is how the -- this is how DWG can be

01:34:08 23    used and the name of the product and this is how the

01:34:09 24    company that's selling Raster DWG can use the product

01:34:13 25    name?

| | | |
|---|---|---|
| 01:34:13 | 1 | MS. BOS:  Objection.  Ambiguous. |
| 01:34:13 | 2 | BY MR. STERN: |
| 01:34:16 | 3 | Q.  You can answer. |
| 01:34:18 | 4 | A.  I'm not aware of -- of the terms, no. |
| 01:34:31 | 5 | Q.  Have you ever heard of a product called |
| 01:34:33 | 6 | Solid Converter DWG Version 2? |
| 01:34:39 | 7 | A.  No, I have not. |
| 01:34:39 | 8 | Q.  Have you ever heard of a company called |
| 01:34:42 | 9 | IMSI? |
| 01:34:43 | 10 | A.  I have, yes. |
| 01:34:44 | 11 | Q.  Is IMSI a competitor of Autodesk? |
| 01:34:47 | 12 | A.  Yes, they are. |
| 01:34:48 | 13 | Q.  Has -- has Autodesk done anything to prevent |
| 01:34:54 | 14 | IMSI from offering the product called Solid Converter |
| 01:34:58 | 15 | DWG Version 2? |
| 01:35:02 | 16 | A.  Not that I'm aware of. |
| 01:35:03 | 17 | Q.  Ever heard of a company called AnyDWG? |
| 01:35:09 | 18 | A.  I have, yes, I believe it's a DWG converter |
| 01:35:13 | 19 | to go to different file formats from DWG. |
| 01:35:16 | 20 | Q.  Has -- first of all, has Autodesk done |
| 01:35:18 | 21 | anything to convince the company AnyDWG to change the |
| 01:35:22 | 22 | corporate name? |
| 01:35:24 | 23 | A.  Not that I'm aware of. |
| 01:35:26 | 24 | Q.  How long have you known about AnyDWG?  How |
| 01:35:30 | 25 | long has Autodesk known about AnyDWG? |

01:35:35  1      A.   I don't know the exact date that we were

01:35:38  2  aware of their existence.

01:35:40  3      Q.   It's been awhile, hasn't it been?

01:35:43  4      A.   Yes.  A couple of years probably, but I

01:35:47  5  don't know the exact date.

01:35:47  6      Q.   Well, it's been more than a couple of years,

01:35:50  7  hasn't it, Mr. Gilmour?

01:35:51  8      A.   I believe I answered the question.  I don't

01:35:53  9  know.

01:35:53  10     Q.   Okay.  They have a series of products that

01:35:56  11  have the name DWG in them.  They are DWG Converter,

01:36:01  12  DWG DXF Converter, DWG to PDF Converter, DWG to DWF

01:36:09  13  Converter, PDF to DX -- I'm sorry, DWF to DWG

01:36:16  14  Converter, PDF to DWG Converter, and others.

01:36:20  15           Why don't we mark this.

01:36:20  16           (Deposition Exhibit 1009 marked by

01:36:20  17           the court reporter.)

01:36:20  18  BY MR. STERN:

01:36:55  19     Q.   Well, looking on the right side of

01:36:57  20  Exhibit 1009 -- first of all, have you ever seen this

01:37:00  21  document before?

01:37:03  22     A.   I don't know if I've seen this exact one.  I

01:37:07  23  don't believe so.

01:37:09  24     Q.   I take it that Autodesk has done nothing to

01:37:20  25  stop AnyDWG from offering any of these products under

173

| 01:37:25 | 1 | the name that they're being offered? |
| 01:37:27 | 2 | A.   What I know about AnyDWG, they're offering |
| 01:37:30 | 3 | complementary products to the Autodesk solutions, so |
| 01:37:34 | 4 | no, we have not done anything to stop them from |
| 01:37:37 | 5 | offering their complementary products, no. |
| 01:37:38 | 6 | Q.   Let me see if I got this straight.  Do I |
| 01:37:40 | 7 | understand that if a company names its product DWG -- |
| 01:37:43 | 8 | withdraw that. |
| 01:37:44 | 9 | Do I understand correctly that if a company |
| 01:37:46 | 10 | adopts a DWG based name for a product that's |
| 01:37:49 | 11 | complementary to Autodesk's products, that's okay by |
| 01:37:52 | 12 | Autodesk?  It's only when somebody offers a product |
| 01:37:56 | 13 | that is competitive to Autodesk's products that |
| 01:38:04 | 14 | Autodesk wants to stop use of the DWG name? |
| 01:38:07 | 15 | MS. BOS:  Objection, mischaracterizes -- |
| 01:38:10 | 16 | sorry, to the extent it calls for a legal conclusion |
| 01:38:13 | 17 | and lacks foundation. |
| 01:38:13 | 18 | BY MR. STERN: |
| 01:38:17 | 19 | Q.   You can answer. |
| 01:38:17 | 20 | A.   Sure.  I would say that from Autodesk's |
| 01:38:21 | 21 | perspective, you know, we do -- we do evaluations of |
| 01:38:24 | 22 | how DWG is being used by our -- by partners and by |
| 01:38:29 | 23 | competitors.  And then we basically make business |
| 01:38:33 | 24 | decisions as to, you know, is this something that's |
| 01:38:35 | 25 | of harm or not.  And we make our decisions what to do |

174

01:38:38  1    about it.

01:38:38  2        Q.  When you say harm, you mean is it a

01:38:42  3    financial harm?  Does that use -- does that product

01:38:44  4    take away business from us?

01:38:45  5        A.  I would say whether it harms our business or

01:38:49  6    our brand or the goodwill we have with our customers.

01:38:52  7        Q.  Well, you would agree with me -- getting

01:38:54  8    back to our Lee's example -- you might imagine that

01:38:57  9    Lee's Jeans might get really upset if suddenly a

01:39:00  10   bunch of other companies started forming -- calling

01:39:04  11   themselves Lee and selling clothing, right?

01:39:05  12           MS. BOS:  Objection.  Calls for speculation.

01:39:08  13           THE WITNESS:  I -- I don't work for Lee, so

01:39:10  14   I have no idea.

01:39:10  15   BY MR. STERN:

01:39:11  16       Q.  Who made these decisions?  Who is the chief

01:39:14  17   person in the organization at Autodesk who makes the

01:39:16  18   decision about against whom the company will take a

01:39:19  19   position regarding the use of DWG in either a product

01:39:22  20   name or a company name?

01:39:23  21       A.  I don't know.

01:39:24  22       Q.  Are you the person that makes that decision?

01:39:26  23       A.  No, I'm not that person.

01:39:28  24       Q.  Okay.  Does it -- in your own mind, if I

01:39:41  25   talk about editing a DWG file, does that phrase make

01:39:50  1    sense, I want to edit a DWG file?

01:39:53  2         A.  Yes, it does.

01:39:54  3         Q.  In your view are there products out there

01:40:00  4    that have the functionality to be an editor of DWG

01:40:04  5    files?

01:40:06  6         A.  Yes.

01:40:06  7         Q.  It's not just one product?

01:40:09  8         A.  That's correct.

01:40:10  9         Q.  Are there products offered by companies

01:40:13  10   other than Autodesk that can edit DWG files?

01:40:18  11        A.  Let me clarify, are you talking about

01:40:22  12   Autodesk DWG files or are you talking about --

01:40:24  13        Q.  Any DWG files.

01:40:26  14        A.  There are many products out there that can

01:40:28  15   edit AutoCAD DWG files.  I'm not aware of products

01:40:32  16   out there that are shipping today that edit anything

01:40:34  17   other than AutoCAD DWG files.

01:40:34  18        Q.  When you say there are many products out

01:40:35  19   there that can edit Autodesk DWG files, would you say

01:40:39  20   that there's a whole genre of DWG editors?

01:40:46  21        A.  I'm not sure what that means, so --

01:40:47  22        Q.  Genre means a group or class.

01:40:52  23        A.  There are several applications out there

01:40:54  24   that can edit Autodesk or AutoCAD DWG files, yes.

01:40:59  25        Q.  Would you call them a DWG Editor?

| | |
|---|---|
| 01:41:02 | 1 |
| 01:41:04 | 2 |
| 01:41:07 | 3 |
| 01:41:10 | 4 |
| 01:41:13 | 5 |
| 01:41:17 | 6 |
| 01:41:20 | 7 |
| 01:41:22 | 8 |
| 01:41:25 | 9 |
| 01:41:25 | 10 |
| 01:41:40 | 11 |
| 01:41:53 | 12 |
| 01:41:55 | 13 |
| 01:42:02 | 14 |
| 01:42:04 | 15 |
| 01:42:07 | 16 |
| 01:42:14 | 17 |
| 01:42:18 | 18 |
| 01:42:20 | 19 |
| 01:42:27 | 20 |
| 01:42:30 | 21 |
| 01:42:32 | 22 |
| 01:42:46 | 23 |
| 01:42:53 | 24 |
| 01:43:00 | 25 |

A.   No, I would typically call them whatever application name they are.  So, for example, if it's SolidWorks, I would call it SolidWorks.  If it's PTC, I would call it PTC.  If it's AutoCAD, I would call it AutoCAD.  The only time I've heard DWG Editor is from the SolidWorks Corporation.

Q.   You've never heard of any other product called DWG Editor other than the product from SolidWorks?

A.   Personally, no.

Q.   Have you ever gone into Google -- well, before we go into that -- I like this one.

What's a DWG tool?  How -- what did that mean to you, a DWG tool?

A.   Something associated with doing something to DWG files, I would assume.

Q.   Do you know of a product called DWG TOOL?

A.   I believe I've heard the name.  I'm not familiar with what it does.

Q.   Have you ever heard of a company called DWG TOOL Software?

A.   No, I have not.

Q.   Is there somebody -- ever heard of a product called AutoCAD DWG and DXF to PDF Converter?

A.   No.

| | | |
|---|---|---|
| 02:48:01 | 1 | Q.  That's fine, that's legit.  But this comment |
| 02:48:04 | 2 | where Mr. Awny says that SolidWorks customers are |
| 02:48:08 | 3 | like -- it's like the Mac/PC dichotomy where you got |
| 02:48:13 | 4 | your -- your Mac lovers or your PC lovers, but |
| 02:48:16 | 5 | there's no in between, is that a sentiment that has |
| 02:48:19 | 6 | been expressed within Autodesk? |
| 02:48:21 | 7 | A.  Not that I recall.  This is the first time |
| 02:48:24 | 8 | I've seen that. |
| 02:48:24 | 9 | Q.  Do you know if anybody responded to this? |
| 02:48:28 | 10 | A.  I do not. |
| 02:48:31 | 11 | Q.  Is AutoCAD an impulse purchase? |
| 02:48:34 | 12 | MS. BOS:  Objection.  Ambiguous. |
| 02:48:36 | 13 | THE WITNESS:  What do you mean by impulse |
| 02:48:38 | 14 | purchase? |
| 02:48:38 | 15 | BY MR. STERN: |
| 02:48:39 | 16 | Q.  Do you ever go to Fry's? |
| 02:48:41 | 17 | A.  Yes, I have been to Fry's. |
| 02:48:42 | 18 | Q.  And when you go to Fry's, you can buy all |
| 02:48:44 | 19 | sorts of electronic gizmos, right?  You could buy |
| 02:48:47 | 20 | laptops, televisions, stereos, God knows what. |
| 02:48:50 | 21 | Right? |
| 02:48:50 | 22 | A.  That's correct. |
| 02:48:51 | 23 | Q.  Then when you get to the checkout stand, |
| 02:48:54 | 24 | they got gum and candy bars and all sorts of stuff, |
| 02:48:57 | 25 | and it doesn't cost a thousand dollars or ten |

220

| | | |
|---|---|---|
| 02:48:58 | 1 | thousand dollars, it costs a quarter or 50 cents. |
| 02:49:01 | 2 | Do you know what I mean? |
| 02:49:02 | 3 | A. Yes. |
| 02:49:02 | 4 | Q. Do you understand that some purchases are |
| 02:49:04 | 5 | offered as impulse purchases, namely that people buy |
| 02:49:08 | 6 | them on the spot just because they have an impulse to |
| 02:49:10 | 7 | buy them and don't really give them any thought? |
| 02:49:10 | 8 | A. Well, I think based on your description, |
| 02:49:12 | 9 | yes. |
| 02:49:12 | 10 | Q. Is AutoCAD an impulse purchase? |
| 02:49:16 | 11 | A. Typically not. |
| 02:49:16 | 12 | Q. Is anything that SolidWorks offers for sale, |
| 02:49:19 | 13 | for sale, an impulse purchase? |
| 02:49:22 | 14 | A. I'm not aware of how customers purchase |
| 02:49:24 | 15 | their products, but I wouldn't think so. |
| 02:49:26 | 16 | Q. Okay. Wouldn't you agree with me that the |
| 02:49:30 | 17 | user base of AutoCAD products -- withdraw that. |
| 02:49:34 | 18 | I don't want to limit it to AutoCAD. Would |
| 02:49:37 | 19 | you agree with me that the customer base for |
| 02:49:41 | 20 | Autodesk's products is a very sophisticated consuming |
| 02:49:47 | 21 | group? |
| 02:49:49 | 22 | A. As relates to what? |
| 02:49:51 | 23 | Q. They know what their purchase is before they |
| 02:49:54 | 24 | purchase it? |
| 02:49:55 | 25 | A. Autodesk has products that are from a |

221

02:49:58  1    hundred dollars to $250,000.  Customers purchase some

02:50:02  2    of those on impulse, some of those they have to think

02:50:05  3    about and budget, yes.

02:50:06  4        Q.  Well, no, I'm not asking about -- I'm

02:50:08  5    talking -- I'm asking about your views on the

02:50:10  6    customer.  Do you think that the customers are

02:50:11  7    sophisticated purchasers of Autodesk products?

02:50:15  8        A.  I think it depends on the Autodesk product.

02:50:17  9        Q.  Okay.

02:50:17 10        A.  Some of them are very inexpensive and they

02:50:20 11    don't have to do much research before they -- it's

02:50:22 12    similar to the gum or the candy you said, for

02:50:24 13    example.

02:50:24 14        Q.  Well, you don't have anything for a buck 25

02:50:28 15    presumably?

02:50:29 16        A.  No, we don't, we don't.

02:50:30 17        Q.  Okay.  I mean --

02:50:31 18        A.  But in our -- in our business, $500 is an

02:50:34 19    impulse purchase, so --

02:50:36 20        Q.  Okay.  Well, would you -- would you

02:50:37 21    characterize one of your $500 products as an impulse

02:50:42 22    purchase?

02:50:42 23        A.  Yes, definitely.

02:50:43 24        Q.  Okay.  Would you characterize your customers

02:50:47 25    as unsophisticated purchasers?

222

| | | |
|---|---|---|
| 02:50:51 | 1 | A.   Unlikely, no. |
| 02:50:53 | 2 | Q.   Would you characterize SolidWorks customers |
| 02:50:55 | 3 | as unsophisticated customers? |
| 02:50:58 | 4 | A.   Again, I don't know much about SolidWorks |
| 02:51:00 | 5 | user base, so -- |
| 02:51:02 | 6 | Q.   Okay.  Have you ever been on the SolidWorks |
| 02:51:09 | 7 | website or any SolidWorks website? |
| 02:51:12 | 8 | A.   Yes, I have. |
| 02:51:12 | 9 | Q.   At the time that you were on the website, |
| 02:51:14 | 10 | did you know you were on the SolidWorks website? |
| 02:51:17 | 11 | A.   Yes, I did. |
| 02:51:17 | 12 | Q.   Do you know anybody who's visited the |
| 02:51:20 | 13 | SolidWorks website thinking that they were on the |
| 02:51:24 | 14 | Autodesk website? |
| 02:51:24 | 15 | A.   I have no idea. |
| 02:51:26 | 16 | Q.   Have you ever been on the Autodesk website? |
| 02:51:27 | 17 | A.   Yes, I have. |
| 02:51:27 | 18 | Q.   Have you ever been on the Autodesk website |
| 02:51:29 | 19 | thinking that you are on the SolidWorks website? |
| 02:51:31 | 20 | A.   No, I have not. |
| 02:51:32 | 21 | Q.   Do you know anybody who's ever been to the |
| 02:51:35 | 22 | Autodesk website thinking that they're on the |
| 02:51:37 | 23 | SolidWorks website? |
| 02:51:38 | 24 | A.   The www.solidworks.com?  No. |
| 02:51:43 | 25 | Q.   Well, I'm not limiting it to -- has anybody |

223

**30 (b)(6) SHAWN GILMOUR**
**CONFIDENTIAL ATTORNEYS' EYES ONLY**
07/10/09

| | | |
|---|---|---|
| 02:51:47 | 1 | ever contacted Autodesk by e-mail, letter, carrier |
| 02:51:52 | 2 | pigeon, fax, any way, and said, you know, I was -- I |
| 02:51:56 | 3 | was on your website and you guys at SolidWorks do a |
| 02:52:00 | 4 | great job?  In other words, they were on the Autodesk |
| 02:52:02 | 5 | website, but they communicate thinking that they were |
| 02:52:04 | 6 | on the SolidWorks website? |
| 02:52:06 | 7 | A.  Not that I'm aware of. |
| 02:52:08 | 8 | Q.  Okay.  What's the typical sale cycle for |
| 02:52:12 | 9 | AutoCAD products?  We'll get to Inventor in a second. |
| 02:52:15 | 10 | Let's just start with AutoCAD. |
| 02:52:17 | 11 | What's the typical sales cycle? |
| 02:52:19 | 12 | A.  I think it ranges.  If they're a customer |
| 02:52:21 | 13 | that's just on subscription or buying an upgrade, you |
| 02:52:24 | 14 | know, it might not be that long.  It could be even |
| 02:52:26 | 15 | like a week.  If they're buying a completely new |
| 02:52:29 | 16 | product, could be a month. |
| 02:52:32 | 17 | Q.  Okay.  So the sales cycle is typically a |
| 02:52:35 | 18 | week to a month? |
| 02:52:35 | 19 | A.  I think it really depends on the size of the |
| 02:52:38 | 20 | purchase.  You know, there's a lot of factors in |
| 02:52:40 | 21 | there.  So it can definitely vary. |
| 02:52:44 | 22 | Q.  Sure, because if it was a large |
| 02:52:44 | 23 | manufacturing company, it might take them a year to |
| 02:52:46 | 24 | decide to purchase? |
| 02:52:46 | 25 | A.  They might want to budget for it in the next |

224

|  |  |
|---|---|
| 03:10:59 | 1 |
| 03:11:00 | 2 |
| 03:11:07 | 3 |
| 03:11:08 | 4 |
| 03:11:17 | 5 |
| 03:11:19 | 6 |
| 03:11:23 | 7 |
| 03:11:36 | 8 |
| 03:11:38 | 9 |
| 03:11:40 | 10 |
| 03:11:45 | 11 |
| 03:11:48 | 12 |
| 03:11:53 | 13 |
| 03:11:56 | 14 |
| 03:11:59 | 15 |
| 03:12:03 | 16 |
| 03:12:07 | 17 |
| 03:12:13 | 18 |
| 03:12:43 | 19 |
| 03:12:46 | 20 |
| 03:12:50 | 21 |
| 03:12:53 | 22 |
| 03:13:26 | 23 |
| 03:13:37 | 24 |
| 03:13:40 | 25 |

not aware of that.

    Q.   You're not aware of any such plan?

      MS. BOS:   Objection.  Mischaracterizes testimony.

      MR. STERN:   Why in God's name would I need this?  PowerPoint guidelines.  Okay, I'm not going to do it.  I'm not going to sink that low.

    Q.  Do you know that your organization even has templates for PowerPoint presentations?

    A.   I do know that they do, yes.

    Q.   Can you tell me, sir, how it is that your organization has at least two different guidelines for PowerPoint presentations, what they're supposed to say, where the corporate name is, where the logo is, but you don't have any guidelines on how the DWG brand is supposed to be expressed to the customer?

    A.   I told you I'm not aware of all the branding plans.

    Q.   Who is Kanal Consulting?

    A.   Kanal Consulting is an outside consulting firm that we use sometimes for research.

    Q.   In 2005, Kanal Consulting did a report for Autodesk in which it focused on SolidWorks and identified certain activities that SolidWorks was engaging in that were competitively disadvantageous

239

04:46:42   1        A.   Yes, last night.

04:46:43   2        Q.   What comes up?

04:46:47   3        A.   You know, I don't remember exactly what

04:46:48   4   comes up.  It was a search -- actually, what it was

04:46:51   5   was I think I was presented a document as part of

04:46:53   6   this deposition last night that showed that.

04:46:55   7        Q.   Right.  Would you -- if I told you that

04:47:04   8   there's some products out in the market called DWG --

04:47:07   9   DWG products or DWG software, would that have any

04:47:11   10  meaning to you?

04:47:12   11       A.   I'm not really sure what the question is.

04:47:15   12       Q.   I'm asking you.  I said I'm interested in

04:47:17   13  finding out about DWG software.  Would that question

04:47:21   14  have any meaning to you?

04:47:23   15       A.   My assumption is somebody was inquiring

04:47:25   16  about software that was related to Autodesk's DWG

04:47:31   17  files.

04:47:31   18       Q.   Okay.  That's how you would understand it?

04:47:33   19       A.   Yes.

04:47:33   20       Q.   But when you yourself went on the Internet

04:47:36   21  last night and typed DWG software, the search that

04:47:40   22  came up as a result of that wasn't entirely Autodesk

04:47:43   23  software, right?

04:47:44   24       A.   That's correct.

04:47:45   25       Q.   In fact, the bulk of it that you saw had

                                                                    295

1         I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3         That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were duly sworn; that a record of the

7   proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10   testimony given.

11         Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [  ] was [  ] was not requested.

15         I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated:     JUL 2 3 2009

22

23                           Suzanne S. Boschetti
                        SUZANNE F. BOSCHETTI

24                         CSR No. 5111

25

# EXHIBIT 1003

# TRADEMARK LISTS



Δ π EXHIBIT 1003
Deponent Gilmow
Date 7/10/09 Rptr. SFO
WWW.DEPOBOOK.COM

ADSK0014858

# 1996

ADSK0014859

Autodesk - Copyrights



## Autodesk, Inc., Trademarks and Registered Trademarks



Site Index

The following are trademarks of Autodesk, Inc., in the USA and/or other countries.

3D Props
3D Studio MAX
3D Surfer
Advanced User Interface
AutoCAD Simulator
AutoCAD SQL Extension
AutoCAD SQL Interface
Autodesk Animator Studio
Autodesk Device Interface
Autodesk Mechanical Desktop
Autodesk PhotoEdit
Autodesk Registered Developer
Autodesk Registered Developer logo
Autodesk Registered Multimedia Developer
Autodesk Registered Multimedia Developer logo
Autodesk Software Developer's Kit
Autodesk Strategic Developer
Autodesk Strategic Developer logo
Autodesk University logo
Autodesk VIP
BIPED
Bringing Information Down to Earth
Carpe Datum
Character Studio
DesignBlocks
Design Your World
**DWG Unplugged**
DXF
Exegis
FLI
FLIC
Heidi
Home Series
HyperWire
Inside Track
Kinetix
Kinetix logo
MapGuide
**MAX DWG**
PeopleTracker
Physique
Powered With Autodesk Technology
SketchTools
SmartCursor
Smoke and Mirrors

ADSK0014860

Supportdesk
Texture Universe
Transform Ideas Into Reality
WHIP!
WHIP! logo

**The following are registered trademarks of Autodesk, Inc., in the USA and/or other countries.**

3D Studio
ADE
ADI
Advanced Modeling Extension
AME
Animator Pro
ATC
AutoCAD
AutoCAD Data Extension
AutoCAD Development System
Autodesk
Autodesk logo
Autodesk Animator
Autodesk University
AutoLISP
AutoSketch
AutoSurf
AutoVision
Education by Design
HOOPS
MaterialSpec
NAAUG
Opus
PartSpec
WorkCenter
World-Creating Toolkit

**Please note the proper trademark designations for the following products:**

AutoCAD® Designer
AutoCAD® LT
AutoCAD® Map
Autodesk® Design & Construction Library
Autodesk® Mechanical Library
Autodesk® View
Autodesk® VIP Collection

Updated November 1996

For more current information, please contact the Autodesk, Inc., Legal Department at 415-507-5000.

© Copyright 1996 Autodesk, Inc. All rights reserved.

© Copyright 1996 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.

Autodesk - Copyrights

Contact Autodesk

ADSK0014862





**Worldwide Offices**



**Autodesk Training Centers**



**Education**



**Site Index**

/search

**Search**

virtual
**CAMPUS**

### CAD Products

AutoCAD®
AutoCAD Internet Utilities
AutoCAD® LT
AutoCAD OEM Engine
AutoCAD® Release 13 Internet
   Publishing Kit
AutoSketch®
Architectural Symbols
Electrical Symbols
Mechanical Symbols
*WHIP!™* Plug-in

### Architecture, Engineering, and Construction (AEC) Products

Autodesk WalkThrough™
AEC Professional Suite
AutoCAD AEC (UK and
   Ireland only)

### Mechanical CAD Products

AutoCAD® Designer
AutoCAD® IGES Translator
Autodesk® Mechanical Desktop
AutoSurf®

### Data Management Products

AutoCAD Data Extension®
   (ADE®)
Autodesk® View
WorkCenter®
WorkCenter® for the Web

### GIS and Mapping Products

AutoCAD® MAP
MapGuide™

### Multimedia Products

3D Props™
3D Studio®
3D Studio MAX™
Animator Pro®
Autodesk Animator Studio™
AutoVision®
Character Studio™
Texture Universe™ on CD-ROM

### Educational Products

Inside Track™

### Autodesk Data Publishing

Autodesk® Mechanical Library
The Design and Construction
   Library
PlantSpec

### Design & Decorating Products

Designer's Vision™
Picture This Home!™ Kitchen

### Development Tools

ARX SDK Release 1.1
DWG Unplugged™
Heidi™ Development Kit

### Other Products

Autodesk Registered Developer
   Applications

---

Home | Hot News | Events | Dealers | Company | Solutions | Support

© **Copyright** 1996 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.

Contact Autodesk

 **Site Index**

Select any letter of the alphabet to scroll directly to any section of this index.
*To return here, click any green icon.*

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

3D Props™
3D Studio®
3D Studio MAX™



Absolutely Autodesk II
ADE OEM
AEC Professional Suite
Animator Pro®
Annual Reports
  1996 Annual Report
  1995 Annual Report
Anti-Piracy
Architectural Symbols
Architecture, Engineering and Construction (AEC)
ARX SDK Release 1.1
AutoCAD®
AutoCAD Data Extension® (ADE®)
AutoCAD Data Extension OEM
AutoCAD® Designer
AutoCAD® IGES Translator
AutoCAD® Release 13 Internet Publishing Kit
AutoCAD® LT
AutoCAD® MAP
AutoCAD OEM Release 1
AutoCAD OEM Release 2
Autodek Animator Studio™
Autodesk Data Publishing
Autodesk Developer Network Members Only
Autodesk Foundation
Autodesk® Mechanical Desktop
Autodesk® Mechanical Library
Autodesk Support Resources
Autodesk Systems Centers
Autodesk Training Centers
Autodesk® View
AutoSketch®
AutoSurf®
AutoVision®
AutoVision OEM

⊠ B

Bundling Programs



ADSK0014864

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page47 of 177

Career Opportunities
Character Studio™
China Web Site
Company History
Company Information
Contact Autodesk
Copyrights
Customer Spotlight



Data Management
Dealers Worldwide
DesignBlocks™
Developers
**DWG Unplugged™**



Education
   Autodesk Education Representatives (AERs)
   Curriculum and Training
   Education Sales
   Educational Software
   News and Information
Electrical Symbols
Events



Financial Releases
Frequently Asked Technical Questions



Generic CADD®
GIS



Heidi™ Development Kit
Home Page
Hot News



Industry Solutions
Inside Track™



ADSK0014865

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page48 of 177

Japan Web Site
Job Opportunities



Kinetix Web Site



Logo Merchandise



Mapping and Geographic Information Systems
MaterialSpec®
MapGuide™
Mechanical CAD
Mechanical Library
Mechanical Symbols
Multimedia, Animation and Games



NAAUG (North American Autodesk User Group)
News Flash
News Groups



OEM Contacts
OEM Products
OEM Programs



PartSpec™
PartSpec Online
PlantSpec
Press Releases
Products



Registered Developers



Search
SEC Filings
Seminars, Trade Shows, and Events

ADSK0014866

Software Bundling Program
Software Updates
  3D Studio Rel 4 under Windows NT
  AutoCAD LT R1 C1a patch, fixes dot display problem
  AutoCAD LT R1 Interim Plot Fix, corrects pen tapping problem
  AutoCAD LT R2 dimension style display fix
  AutoCAD LT R2 HPGL pen select fix
  AutoCAD R12 C3-C4 Maintenance Releases
  AutoCAD R12 dBASE Drivers
  AutoCAD R12 Oracle6 and Oracle7 Drivers
  AutoCAD R13 C1 Maintenance Release
  AutoCAD R13 C2/C3 WHIP Display Driver
  AutoCAD R13 C2a Maintenance Release
  AutoCAD R13 C2b Maintenance Release
  AutoCAD R13 C3 Maintenance Release
  AutoCAD R13 Solids Application
  AutoCAD R13c4 FIX_DIMS Utility Disk 1.1
  AutoCAD Winhelp DXF Updates
  Autodesk Mechanical Desktop R1.1 Updated accelvw.arx File
  Autodesk View R1.0_c1 Patch Update
  Autodesk View R1.0_c1 Release Document
  Autodesk Workcenter 1.1 Multiple Shelf Patch for Novell Netware
  Autodesk Workcenter 1.1 Multiple Shelf Patch for Windows NT
  Autodesk Workcenter 1.1 Multiple Shelf Patch Install Instructions
  Autodesk Workcenter R13c4
  Autodesk Workcenter R13c4 Release Document
  Autosketch 2.0G patch
  AutoVision R2.0 C2 Maintenance Release
  Designer R1.2_C1 Maintenance Release
  Designer R1.2_C1 Maintenance Release Document
  Designer R1.2_C2 Maintenance Release
  Designer R1.2_C2 Maintenance Release Document
  Updated Vibrant Graphics Driver 3D Studio R3 & R4 v1.0.8c3
Solutions
Stock Quote
Support and Training
Architectural Symbols
Electrical Symbols
Mechanical Symbols



Technical Documents
  AutoCAD - Common Errors
  AutoCAD Customization and Developer Issues
  AutoCAD - Helpful Lisp Routines
  AutoCAD Data Extension/AutoCAD SQL Extension
  AutoCAD Designer
  AutoCAD - Digitizers and Display
  AutoCAD IGES Translator (AIT)
  AutoCAD - Installation, Configuration, General Tips and Tricks
  AutoCAD LT - Installation, Configuration, Troubleshooting
  AutoCAD LT - File Transfer, Exchange and Compatibility
  AutoCAD LT - Common Errors
  AutoCAD LT - Printing and Plotting
  AutoCAD LT - Features, Commands, Use
  AutoCAD - Network Issues
  AutoCAD - Patches, Utilities, and Updates
  AutoCAD - Printing & Plotting
  AutoCAD UNIX/Macintosh
  Autodesk Mechanical Division

ADSK0014867

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page50 of 177

Autodesk Mechanical Desktop
Autodesk Mechanical Library
Autodesk View
Autodesk WorkCenter
AutoSketch
AutoSurf
AutoVision
Generic CADD
Home Series
Miscellaneous
Multimedia - 3D Studio, 3D Studio MAX, IPAS Toolkit
Multimedia - Animator Studio, Animator Pro, Animation Players
Technical Support Resources
Texture Universe™ on CD-ROM



UAR Program
US Government
User Groups
  NAAUG
  User Groups of North America



Welcome
What's New
WHIP!™ Plug-in
  Fact Sheet
WorkCenter®
WorkCenter for the Web
Worldwide Offices
  Africa
  The Americas
  Asia/Pacific
  Europe

---

Home | Company | Solutions | Support | Products

©Copyright 1996 Autodesk Inc. All rights reserved. Reproduction or copying of images is prohibited.

Contact Autodesk

ADSK0014868

1997

ADSK0014869



Copyrights

## Autodesk, Inc., Trademarks and Registered Trademarks

▶ Index

▶ Search

**The following are trademarks of Autodesk, Inc., in the USA and/or other countries.**

3D Studio VIZ
Advanced User Interface
AUGI
AutoCAD Learning Assistance
AutoCAD LT Learning Assistance
AutoCAD Map
AutoCAD Simulator
AutoCAD SQL Extension
AutoCAD SQL Interface
Autodesk Animator Studio
Autodesk Device Interface
Autodesk MapGuide
Autodesk PhotoEdit
Autodesk Registered Developer
Autodesk Registered Developer logo
Autodesk Registered Multimedia Developer
Autodesk Registered Multimedia Developer logo
Autodesk Software Developer's Kit
Autodesk Strategic Developer
Autodesk Strategic Developer logo
Autodesk **University logo**
**Autodesk View DwgX**
Autodesk WalkThrough
Autodesk World
BIPED
Bringing Information Down to Earth
Carpe Datum
Character Studio
DesignBlocks
DESIGNX
Design Your World
**DWG Unplugged**
DXF
Exegis
FLI
FLIC
GDX Driver
Home Series
HyperWire
Kinetix
Kinetix logo
**MAX DWG**/
ObjectARX
PeopleTracker
Physique

ADSK0014870

Picture This Home!
Picture This Home! (logo)
PlantSpec
Powered With Autodesk Technology
Powered With Autodesk Technology (logo)
Radio Ray
SketchTools
SmartCursor
Smoke and Mirrors
Supportdesk
Texture Universe
Transform Ideas Into Reality
WHIP!
WHIP! logo

**The following are registered trademarks of Autodesk, Inc., in the USA and/or other countries.**

3D Plan
3D Props
3D Studio
3D Studio MAX
3D Surfer
ADE
ADI
Advanced Modeling Extension
AME
Animator Pro
Animator Studio
ATC
AutoCAD
AutoCAD Data Extension
AutoCAD Development System
AutoCAD LT
Autodesk
Autodesk logo
Autodesk Animator
Autodesk University
AutoLISP
AutoShade
AutoSketch
AutoSurf
AutoVision
Education by Design
Heidi
HOOPS
Inside Track
MaterialSpec
Mechanical Desktop
NAAUG
Opus
PartSpec
WorkCenter
World-Creating Toolkit

**Please note the proper trademark designations for the following products:**

ADI® 3D
AutoCAD® Designer
AutoCAD® Mechanical
Autodesk® Design & Construction Library

Autodesk - Copyrights

Autodesk® IGES Translator
Autodesk® Mechanical Library
Autodesk® View
Autodesk® VIP Collection
Autodesk® VIP Program

Updated July 1997

For more current information, please contact the Autodesk, Inc., Legal
Department at 415-507-5000.

© Copyright 1997 Autodesk, Inc. All rights reserved.

---

Home | Company | Solutions | Support | Products

© Copyright 1997 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.

Contact Autodesk

ADSK0014872





Products

## Order FREE Autodesk Software Demonstrations!



Your Software
Online Today!

- ▶ White Papers
- ▶ Year 2000 Compliance
- ▶ Dealers Worldwide
- ▶ Worldwide Offices
- ▶ Training Centers
- ▶ Education
- ▶ Events
- ▶ Index
- ▶ Search

Register
Your Software
Online Today!

**Click here for industry-specific applications and information.**

### Design and Drafting

AutoCAD® Release 14
R14 Internet Utilities
AutoCAD® Release 13
R13 Internet Pub. Kit
AutoCAD OEM Engine
AutoCAD LT®
Autodesk® Symbols
AutoSketch®
*WHIP!™* Viewer

### Architecture, Engineering, and Construction (AEC)

Autodesk CAD Overlay®
Softdesk 8 Product Suites
3D Studio VIZ™
Autodesk WalkThrough™
AEC Professional Suite
AutoCAD AEC (UK and Ireland only)

### Mechanical Design Products

AutoCAD® Designer
AutoCAD® IGES Translator
Mechanical Desktop®
AutoSurf®

### Data Management Products

Autodesk® View
**Autodesk® View DwgX™**
WorkCenter®
WorkCenter® for the Web

### Design and Decorating

### Visualization and Animation (Kinetix™)

3D Props™
3D Studio®
3D Studio MAX™
3D Studio VIZ™
Animator Pro®
Autodesk Animator Studio™
AutoVision®
Character Studio™
Hyperwire™
Texture Universe™ on CD-ROM

### GIS and Mapping Products

AutoCAD Map®
Autodesk MapGuide™
Autodesk World™

### Education Products

Education Product Portfolio

### Digital Content (Parts and Components)

Autodesk® Mechanical Library
DesignBlocks™
PlantSpec

### Development Tools

Object ARX™ Release 2
ARX SDK Release 1.1
**DWG Unplugged™**
Heidi™ Development Kit

ADSK0014873

## Products

Designer's Vision™
Picture This Home!™ Kitchen

### Other Products

Developer Applications
VIP Subscription Program

Home | Company | Solutions | Support

© Copyright 1997 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.

Contact Autodesk



Hot News

Events

Dealers

Products

## Order FREE Autodesk Software Demonstrations!



Worldwide Offices



Autodesk Training Centers



Education



Site Index



Search



**CAD Products**

AutoCAD® Release 13
AutoCAD® Release 14 Preview
AutoCAD Internet Utilities
AutoCAD LT®
AutoCAD OEM Engine
AutoCAD® Release 13 Internet
  Publishing Kit
AutoSketch®
Architectural Symbols
Electrical Symbols
Mechanical Symbols
*WHIP*™ Plug-in

**Architecture, Engineering, and Construction (AEC) Products**

Autodesk WalkThrough™
AEC Professional Suite
AutoCAD AEC (UK and
  Ireland only)

**Mechanical CAD Products**

AutoCAD® Designer
AutoCAD® IGES Translator
Mechanical Desktop™
AutoSurf®

**Data Management Products**

AutoCAD Data Extension®
  (ADE®)
Autodesk® View
WorkCenter®
WorkCenter® for the Web

**GIS and Mapping Products**

**Kinetix Products**

3D Props™
3D Studio®
3D Studio MAX™
Animator Pro®
Autodesk Animator Studio™
AutoVision®
Character Studio™
Hyperwire™
Texture Universe™ on CD-ROM

**Educational Products**

Inside Track™

**Autodesk Data Publishing**

Autodesk® Mechanical Library
The Design and Construction
  Library
PlantSpec

**Design & Decorating Products**

Designer's Vision™
Picture This Home!™ Kitchen

**Development Tools**

ARX SDK Release 1.1
DWG Unplugged™
Heidi™ Development Kit

**Other Products**

Autodesk Registered Developer
  Applications

ADSK0014875

AutoCAD Map™                    VIP Subscription Program
Autodesk MapGuide™
Autodesk World™

Home | Hot News | Events | Dealers | Company | Solutions | Support

© Copyright 1997 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.

Contact Autodesk

1998

ADSK0014877

autodesk

search    sitemap    purchase

Products - Solutions | Technical Assistance | About Autodesk | Professional Networking

Reception Desk / Facts and Initiatives / Trademarks < You Are Here

☐ Message from   ☐ Contact   ☐ Facts and

[x] Reception Desk

[x]

Suggestion Box

Facts and Initiatives
  Community Relations
  Link-to-Autodesk
  Piracy Prevention
  Trademarks
  Privacy Policy
  Autodesk Foundation
  Design Your Future

# Trademarks and Registered Trademarks

**Updated November 1998**

Trademarks
Additional Trademark Designations
How to Designate Autodesk® Trademarks
Third-Party Tradenames

| Trademark | Status |
|---|---|
| 3D Plan | ® |
| 3D Props | ® |
| 3D Studio | ® |
| 3D Studio MAX | ® |
| 3D Studio VIZ | ® |
| 3D Surfer | ® |
| ACAD | TM |
| ActiveShapes | TM |
| Actrix | TM |
| ADE | ® |
| ADI | ® |
| Advanced Modeling Extension | ® |
| AEC Authority (logo) | ® |
| AEC-X | ® |
| AME | ® |
| Animation Partner | TM |
| Animation Player | TM |
| Animator Pro Player | TM |
| Animator Pro | ® |
| Animator Studio | ® |
| ATC | ® |
| AUGI | ® |
| Auto-Architect | TM |
| Auto Architect, The | ® |
| AutoCAD | ® |
| AutoCAD Architectural Desktop | TM |
| AutoCAD Architectural Desktop Learning Assistance | TM |
| AutoCAD Data Extension | ® |
| AutoCAD Development System | ® |
| AutoCAD Learning Assistance | TM |

ADSK0014878

| | |
|---|---|
| AutoCAD LT | ® |
| AutoCAD LT Learning Assistance | TM |
| AutoCAD Map | ® |
| AutoCAD Simulator | TM |
| AutoCAD SQL Extension | TM |
| AutoCAD SQL Interface | TM |
| Autodesk | ® |
| Autodesk (logo) | ® |
| Autodesk Animator | ® |
| Autodesk Device Interface | TM |
| Autodesk Inventor | TM |
| Autodesk MapGuide | ® |
| Autodesk PhotoEDIT | TM |
| Autodesk Software Developer's Kit | TM |
| Autodesk University | ® |
| Autodesk View | ® |
| **Autodesk View DwgX** | TM |
| Autodesk WalkThrough | ® |
| Autodesk World | ® |
| AutoFlix | TM |
| AutoLISP | ® |
| AutoShade | ® |
| AutoSketch | ® |
| AutoSnap | TM |
| AutoSolid | ® |
| AutoSurf | ® |
| AutoVision | ® |
| Biped | ® |
| bringing information down to earth | ® |
| Built with ObjectARX (+product) (logos) | TM |
| CAD Overlay | ® |
| Character Studio | ® |
| Concept Studio | TM |
| Content Explorer | TM |
| cornerStone Toolkit | TM |
| Dancing Baby, The (name) | TM |
| Dancing Baby, The (image) | TM |
| Design Companion | ® |
| Design Doctor | TM |
| DesignProf | TM |
| Design Your World | TM |
| Discreet | TM |
| Drafix | ® |
| DWG Linking | TM |

| | |
|---|---|
| DXF | TM |
| Education by Design | ® |
| FLI | TM |
| FLIC | TM |
| GDX Driver | TM |
| Generic | ® |
| Generic 3D | TM |
| Generic 3D Drafting | ® |
| Generic CADD | ® |
| Generic Software | ® |
| Genius Products | see below |
| Geodyssey | ® |
| Heidi | ® |
| Home Series | TM |
| HOOPS | ® |
| Hyperwire | ® |
| Inside Track | ® |
| Kinetix | ® |
| Kinetix (logo) | TM |
| Lightscape | TM |
| MaterialSpec | ® |
| Mechanical Desktop | ® |
| Multimedia Explorer | ® |
| NAAUG | ® |
| ObjectARX | ® |
| ObjectDBX | TM |
| Office Series | ® |
| Ooga-Chaka | TM |
| Opus | ® |
| PeopleTracker | ® |
| Photo Landscape | TM |
| Photoscape | TM |
| Physique | ® |
| Planix | ® |
| Plugs and Sockets | TM |
| PolarSnap | TM |
| Powered with Autodesk Technology | TM |
| Powered with Autodesk Technology (logo) | TM |
| Pro Landscape | TM |
| QuickCAD | TM |
| RadioRay | ® |
| Rastation | ® |
| SchoolBox | TM |
| SketchTools | TM |

ADSK0014880

| | |
|---|---|
| Softdesk | ® |
| Softdesk (logo) | ® |
| Solution 3000 | ® |
| Suddenly Everything Clicks | TM |
| Supportdesk | TM |
| Texture Universe | ® |
| The AEC Authority | ® |
| The Auto Architect | ® |
| The Dancing Baby (name) | TM |
| The Dancing Baby (image) | TM |
| TinkerTech | ® |
| Transform Ideas Into Reality | TM |
| Visual LISP | TM |
| Visual Syllabus | TM |
| *WHIP!* | ® |
| *WHIP! (logo)* | ® |
| Woodbourne | ® |
| WorkCenter | ® |
| World-Creating Toolkit | ® |

### Additional Trademark Designations

ADI® 3D
AutoCAD® DesignCenter
AutoCAD® Designer
AutoCAD® Express Tools
AutoCAD® Land Development Desktop
AutoCAD® Mechanical
AutoCAD® OEM
AutoCAD® + S8 Architectural Suite
AutoCAD® VQT
Autodesk® Certified Courseware
Autodesk® Certified Instructor
Autodesk® Data Exchange
Autodesk® Design & Construction Library
Autodesk® IGES Translator
Autodesk® Mechanical Library
Autodesk® Official Training Courseware
Autodesk® Training Center
Autodesk® VDAFS Translator
Autodesk® VIP Collection
Autodesk® VIP Program
Genius™ 14
Genius™ LT
Genius™ Desktop
Genius™ Mold
Genius™ Motion
Genius™ Pool
Genius™ Profile
Genius™ SAP
Genius™ TNT
Genius™ Vario

ADSK0014881

Premier Autodesk® Training Center

"Genius is a trademark of Genius CAD Software GmbH and CoKG licensed to Autodesk, Inc., for limited use in connection with specific products."

The Autodesk trademarks listed above are trademarks in the US and or other countries.

## How to Designate Autodesk® Trademarks

Autodesk when followed by a product or noun (e.g., Autodesk software, Autodesk program) is a registered trademark and should be designated with an ® after first use.

A ™ or ® designation—positioned immediately after the mark and superscripted—need only be used the first time a mark is used in a document. However, in newsletters, manuals, or publications, etc., consisting of several articles or chapt ers, the ™ or ® should be designated with the first use in EACH article or chapter. Autodesk product names may only be used as adjectives, not nouns. Autodesk product names may not be plural, and may not be abbreviated.

For more current information, please contact the Autodesk, Inc., Legal Department at 415-507-6744.

## Third-Party Tradenames

All other brand names, product names, or trademarks on pages on www.autodesk.com are used solely for identification and belong to their respective holders.

Reception | Investor | Careers | Press Room

Home | Products | Tech Assist | Autodesk | Prof Net | Search | Sitemap | Purchase

Top of Page

© Copyright 1999 Autodesk, Inc. All rights reserved.
Reproduction or copying of images is prohibited.
Autodesk Privacy Policy

Contact Autodesk

ADSK0014882

# 1999

ADSK0014883

autodesk®  | Products + Solutions | Technical Assistance | About Autodesk | Professional Networking |

search    sitemap    purchase

Reception Desk / Facts and Initiatives / Trademarks < You Are Here

Message from    Contact    Facts and

☒ Reception Desk

☒
Suggestion Box

Facts and Initiatives
  Community Relations
  Link-to-Autodesk
  Piracy Prevention
  Trademarks
  Privacy Policy
  Autodesk Foundation
  Design Your Future

# Trademarks and Registered Trademarks

**Updated November 1998**

Trademarks
Additional Trademark Designations
How to Designate Autodesk® Trademarks
Third-Party Tradenames

| Trademark | Status |
|---|---|
| 3D Plan | ® |
| 3D Props | ® |
| 3D Studio | ® |
| 3D Studio MAX | ® |
| 3D Studio VIZ | ® |
| 3D Surfer | ® |
| ACAD | TM |
| ActiveShapes | TM |
| Actrix | TM |
| ADE | ® |
| ADI | ® |
| Advanced Modeling Extension | ® |
| AEC Authority (logo) | ® |
| AEC-X | ® |
| AME | ® |
| Animation Partner | TM |
| Animation Player | TM |
| Animator Pro Player | TM |
| Animator Pro | ® |
| Animator Studio | ® |
| ATC | ® |
| AUGI | ® |
| Auto-Architect | TM |
| Auto Architect, The | ® |
| AutoCAD | ® |
| AutoCAD Architectural Desktop | TM |
| AutoCAD Architectural Desktop Learning Assistance | TM |
| AutoCAD Data Extension | ® |
| AutoCAD Development System | ® |
| AutoCAD Learning Assistance | TM |

ADSK0014884

| | |
|---|---|
| AutoCAD LT | ® |
| AutoCAD LT Learning Assistance | TM |
| AutoCAD Map | ® |
| AutoCAD Simulator | TM |
| AutoCAD SQL Extension | TM |
| AutoCAD SQL Interface | TM |
| Autodesk | ® |
| Autodesk (logo) | ® |
| Autodesk Animator | ® |
| Autodesk Device Interface | TM |
| Autodesk Inventor | TM |
| Autodesk MapGuide | ® |
| Autodesk PhotoEDIT | TM |
| Autodesk Software Developer's Kit | TM |
| Autodesk University | ® |
| Autodesk View | ® |
| **Autodesk View DwgX** | TM |
| Autodesk WalkThrough | ® |
| Autodesk World | ® |
| AutoFlix | TM |
| AutoLISP | ® |
| AutoShade | ® |
| AutoSketch | ® |
| AutoSnap | TM |
| AutoSolid | ® |
| AutoSurf | ® |
| AutoVision | ® |
| Biped | ® |
| bringing information down to earth | ® |
| Built with ObjectARX (+product) (logos) | TM |
| CAD Overlay | ® |
| Character Studio | ® |
| Concept Studio | TM |
| Content Explorer | TM |
| cornerStone Toolkit | TM |
| Dancing Baby, The (name) | TM |
| Dancing Baby, The (image) | TM |
| Design Companion | ® |
| Design Doctor | TM |
| DesignProf | TM |
| Design Your World | TM |
| Discreet | TM |
| Drafix | ® |
| **DWG Linking** | TM |

ADSK0014885

Autodesk - Trademarks                                    Page 3 of 5

| | |
|---|---|
| DXF | ™ |
| Education by Design | ® |
| FLI | ™ |
| FLIC | ™ |
| GDX Driver | ™ |
| Generic | ® |
| Generic 3D | ™ |
| Generic 3D Drafting | ® |
| Generic CADD | ® |
| Generic Software | ® |
| Genius Products | see below |
| Geodyssey | ® |
| Heidi | ® |
| Home Series | ™ |
| HOOPS | ® |
| Hyperwire | ® |
| Inside Track | ® |
| Kinetix | ® |
| Kinetix (logo) | ™ |
| Lightscape | ™ |
| MaterialSpec | ® |
| Mechanical Desktop | ® |
| Multimedia Explorer | ® |
| NAAUG | ® |
| ObjectARX | ® |
| ObjectDBX | ™ |
| Office Series | ® |
| Ooga-Chaka | ™ |
| Opus | ® |
| PeopleTracker | ® |
| Photo Landscape | ™ |
| Photoscape | ™ |
| Physique | ® |
| Planix | ® |
| Plugs and Sockets | ™ |
| PolarSnap | ™ |
| Powered with Autodesk Technology | ™ |
| Powered with Autodesk Technology (logo) | ™ |
| Pro Landscape | ™ |
| QuickCAD | ™ |
| RadioRay | ® |
| Rastation | ® |
| SchoolBox | ™ |
| SketchTools | ™ |

ADSK0014886

| | |
|---|---|
| Softdesk | ® |
| Softdesk (logo) | ® |
| Solution 3000 | ® |
| Suddenly Everything Clicks | ™ |
| Supportdesk | ™ |
| Texture Universe | ® |
| The AEC Authority | ® |
| The Auto Architect | ® |
| The Dancing Baby (name) | ™ |
| The Dancing Baby (image) | ™ |
| TinkerTech | ® |
| Transform Ideas Into Reality | ™ |
| Visual LISP | ™ |
| Visual Syllabus | ™ |
| *WHIP!* | ® |
| *WHIP! (logo)* | ® |
| Woodbourne | ® |
| WorkCenter | ® |
| World-Creating Toolkit | ® |

## Additional Trademark Designations

ADI® 3D
AutoCAD® DesignCenter
AutoCAD® Designer
AutoCAD® Express Tools
AutoCAD® Land Development Desktop
AutoCAD® Mechanical
AutoCAD® OEM
AutoCAD® + S8 Architectural Suite
AutoCAD® VQT
Autodesk® Certified Courseware
Autodesk® Certified Instructor
Autodesk® Data Exchange
Autodesk® Design & Construction Library
Autodesk® IGES Translator
Autodesk® Mechanical Library
Autodesk® Official Training Courseware
Autodesk® Training Center
Autodesk® VDAFS Translator
Autodesk® VIP Collection
Autodesk® VIP Program
Genius™ 14
Genius™ LT
Genius™ Desktop
Genius™ Mold
Genius™ Motion
Genius™ Pool
Genius™ Profile
Genius™ SAP
Genius™ TNT
Genius™ Vario

ADSK0014887

Premier Autodesk® Training Center

"Genius is a trademark of Genius CAD Software GmbH and CoKG licensed to Autodesk, Inc., for limited use in connection with specific products."

The Autodesk trademarks listed above are trademarks in the US and or other countries.

## How to Designate Autodesk® Trademarks

Autodesk when followed by a product or noun (e.g., Autodesk software, Autodesk program) is a registered trademark and should be designated with an ® after first use.

A ™ or ® designation—positioned immediately after the mark and superscripted—need only be used the first time a mark is used in a document. However, in newsletters, manuals, or publications, etc., consisting of several articles or chapters, the ™ or ® should be designated with the first use in EACH article or chapter. Autodesk product names may only be used as adjectives, not nouns. Autodesk product names may not be plural, and may not be abbreviated.

For more current information, please contact the Autodesk, Inc., Legal Department at 415-507-6744.

## Third-Party Tradenames

All other brand names, product names, or trademarks on pages on www.autodesk.com are used solely for identification and belong to their respective holders.

Reception | Investor | Careers | Press Room

Home | Products | Tech Assist | Autodesk | Prof Net | Search | Sitemap | Purchase

Top of Page

© Copyright 1999 Autodesk, Inc. All rights reserved.
Reproduction or copying of images is prohibited.
Autodesk Privacy Policy

Contact Autodesk

ADSK0014888

# 2000

ADSK0014889

autodesk

| | search | sitemap | purchase |
| --- | --- | --- | --- |
| Products + Solutions | Technical Assistance | About Autodesk | Professional Networking |

Reception Desk / Facts and Initiatives / Trademarks < You Are Here

Message from    Contact    Facts and

☒ Reception Desk

☒
Suggestion Box

Facts and Initiatives
- Community Relations
- Link-to-Autodesk
- Piracy Prevention
- Trademarks
- Privacy Policy
- Autodesk Foundation
- Design Your Future

# Trademarks and Registered Trademarks

**Updated February 2000**

Trademarks
Additional Trademark Designations

| Trademark | Status |
| --- | --- |
| 3D on the PC | TM |
| 3D Plan | ® |
| 3D Props | ® |
| 3D Studio | ® |
| 3D Studio MAX | ® |
| 3D Studio VIZ | ® |
| 3D Surfer | ® |
| ACAD | TM |
| ActiveShapes | ® |
| Actrix | ® |
| ADE | ® |
| ADI | ® |
| Advanced Modeling Extension | ® |
| AEC Authority (logo) | ® |
| AEC-X | ® |
| AME | ® |
| Animation Partner | TM |
| Animation Player | TM |
| Animator Pro Player | TM |
| Animator Pro | ® |
| Animator Studio | ® |
| ATC | ® |
| AUGI | ® |
| Auto-Architect | TM |
| Auto Architect, The | ® |
| AutoCAD | ® |
| AutoCAD Architectural Desktop | TM |
| AutoCAD Architectural Desktop Learning Assistance | TM |
| AutoCAD Data Extension | ® |
| AutoCAD Development System | ® |
| AutoCAD Learning Assistance | TM |

ADSK0014890

| | |
|---|---|
| AutoCAD LT | ® |
| AutoCAD LT Learning Assistance | TM |
| AutoCAD Map | ® |
| AutoCAD Simulator | TM |
| AutoCAD SQL Extension | TM |
| AutoCAD SQL Interface | TM |
| Autodesk | ® |
| Autodesk (logo) | ® |
| Autodesk Animator | ® |
| Autodesk Animator Clips | TM |
| Autodesk Animator Theatre | TM |
| Autodesk Device Interface | TM |
| Autodesk Inventor | TM |
| Autodesk MapGuide | ® |
| Autodesk PhotoEDIT | TM |
| Autodesk Software Developer's Kit | TM |
| Autodesk University | ® |
| Autodesk View | ® |
| **Autodesk View DwgX** | TM |
| Autodesk WalkThrough | ® |
| Autodesk World | ® |
| AutoFlix | TM |
| AutoLISP | ® |
| AutoShade | ® |
| AutoSketch | ® |
| AutoSnap | TM |
| AutoSurf | ® |
| AutoTrack | TM |
| AutoVision | ® |
| Biped | ® |
| bringing information down to earth | ® |
| Built with ObjectARX (+product) (logos) | TM |
| CAD Overlay | ® |
| Character Studio | ® |
| Concept Studio | TM |
| Content Explorer | TM |
| cornerStone Toolkit | TM |
| Dancing Baby, The (name) | TM |
| Dancing Baby, The (image) | TM |
| DesignCenter | TM |
| Design Companion | ® |
| Design Doctor | TM |
| DesignProf | TM |
| Design Your World | TM |

ADSK0014891

Autodesk - Trademarks

| | |
|---|---|
| Discreet<br>(for trademarks of Discreet Logic, Inc.) | TM<br>(see below) |
| Drafix | ® |
| **DWG Linking** | TM |
| DXF | TM |
| Education by Design | ® |
| FLI | TM |
| FLIC | TM |
| GDX Driver | TM |
| Generic | ® |
| Generic 3D | TM |
| Generic 3D Drafting | ® |
| Generic CADD | ® |
| Generic Software | ® |
| Genius Products | see below |
| Geodyssey | ® |
| Heidi | ® |
| Home Series | TM |
| HOOPS | ® |
| Hyperwire | ® |
| Inside Track | ® |
| Kinetix | ® |
| Kinetix (logo) | TM |
| Lightscape | TM |
| MaterialSpec | ® |
| Mechanical Desktop | ® |
| Multimedia Explorer | ® |
| NAAUG | ® |
| ObjectARX | ® |
| ObjectDBX | TM |
| Office Series | ® |
| Ooga-Chaka | TM |
| Opus | ® |
| PeopleTracker | ® |
| Photo Landscape | TM |
| Photoscape | TM |
| Physique | ® |
| Planix | ® |
| Plugs and Sockets | TM |
| PolarSnap | TM |
| Powered with Autodesk Technology | ® |
| Powered with Autodesk Technology (logo) | ® |
| Pro Landscape | TM |
| QuickCAD | TM |

ADSK0014892

| | |
|---|---|
| RadioRay | ® |
| Rastation | ® |
| SchoolBox | TM |
| SketchTools | TM |
| Softdesk | ® |
| Softdesk (logo) | ® |
| Solution 3000 | ® |
| Suddenly Everything Clicks | TM |
| Supportdesk | TM |
| Tech Talk | ® |
| Texture Universe | ® |
| The AEC Authority | ® |
| The Auto Architect | ® |
| The Dancing Baby (name) | TM |
| The Dancing Baby (image) | TM |
| TinkerTech | ® |
| Transform Ideas Into Reality | TM |
| VISION* | ® |
| Visual LISP | TM |
| Visual Syllabus | TM |
| Volo | TM |
| WHIP! | ® |
| WHIP! (logo) | ® |
| Woodbourne | ® |
| WorkCenter | ® |
| World-Creating Toolkit | ® |

## Additional Trademark Designations

Actrix® Technical 2000
ADI® 3D
AutoCAD® DesignCenter™
AutoCAD® Designer
AutoCAD® Express Tools
AutoCAD® Land Development Desktop
AutoCAD® Mechanical
AutoCAD® OEM
AutoCAD® + S8 Architectural Suite
AutoCAD® VQT
Autodesk® Certified Courseware
Autodesk® Certified Instructor
Autodesk® Data Exchange
Autodesk® Design & Construction Library
Autodesk® IGES Translator
Autodesk® Mechanical Library
Autodesk® Official Training Courseware
Autodesk® Survey
Autodesk® Training Center
Autodesk® VDA-FS Translator

ADSK0014893

Autodesk® VIP Collection
Autodesk® VIP Program
Premier Autodesk® Training Center
Genius™ 14
Genius™ LT
Genius™ Desktop
Genius™ Mold
Genius™ Motion
Genius™ Pool
Genius™ Profile
Genius™ SAP
Genius™ TNT
Genius™ Vario

"Genius is a trademark of Genius CAD Software GmbH and CoKG licensed to Autodesk, Inc., for limited use in connection with specific products."

**Discreet Logic, Inc.**
**Registered Trademarks in the United States and Canada**
fire*
flame*
flint*
flint RT*
frost*
glass* (Canada only)
inferno*
MountSTONE®
riot*
river* (Canada only)
smoke*
stone*
stream*
vapour*
wire*

The Autodesk trademarks listed above are trademarks in the US and/or other countries.

For more current information, please contact the Autodesk, Inc., Legal Department at 415-507-6744.

Reception | Investor | Careers | Press Room

Home | Products | Tech Assist | Autodesk | Prof Net | Search | Sitemap | Purchase

© Copyright 2000 Autodesk, Inc. All rights reserved.
Reproduction or copying of images is prohibited.
Autodesk Privacy Policy

Top of Page

Contact Autodesk

2001

ADSK0014895

**autodesk**

▸ Product Center                  ▸ Professional Center

▸ **About Autodesk**

- Contact Us
- Careers
- Press Room
- Investors
- Autodesk Ventures
- Community Relations
▾ Initiatives
  Sponsorships
  Design Your Future
  Autodesk Foundation
▸ Trademarks
  Link to Autodesk
- Autodesk Events
- Piracy Prevention

**Trademarks**

Trademarks
Additional Trademark Designations
Discreet Logic, Inc.
Genius Products

**Trademarks**

| Trademark | Status |
|---|---|
| 3D on the PC | TM |
| 3D Plan | ® |
| 3D Props | ® |
| 3D Studio | ® |
| 3D Studio MAX | ® |
| 3D Studio VIZ | ® |
| 3D Surfer | ® |
| 3ds max | TM |
| ACAD | TM |
| ActiveShapes | ® |
| ActiveShapes (logo) | ® |
| Actrix | ® |
| ADE | ® |
| ADI | ® |
| Advanced Modeling Extension | ® |
| Advanced User Interface | TM |
| AEC Authority (logo) | ® |
| AEC Office | TM |
| AEC-X | ® |
| AME | ® |
| AME Link | TM |
| Animation Partner | TM |
| Animation Player | TM |
| Animator Pro Player | TM |
| Animator Pro | ® |
| Animator Studio | ® |
| A Studio in Every Computer | TM |
| ATC | ® |
| AUGI | ® |
| Auto-Architect | TM |
| AutoCAD | ® |

ADSK0014896

| | |
|---|---|
| AutoCAD Architectural Desktop | ™ |
| AutoCAD Architectural Desktop Learning Assistance | ™ |
| AutoCAD Data Extension | ® |
| AutoCAD Development System | ® |
| AutoCAD Learning Assistance | ™ |
| AutoCAD LT | ® |
| AutoCAD LT Learning Assistance | ™ |
| AutoCAD Map | ® |
| AutoCAD Simulator | ™ |
| AutoCAD SQL Extension | ™ |
| AutoCAD SQL Interface | ™ |
| Autodesk | ® |
| Autodesk (logo) | ® |
| Autodesk Animator | ® |
| Autodesk Animator Clips | ™ |
| Autodesk Animator Theatre | ™ |
| Autodesk Device Interface | ™ |
| Autodesk Inventor | ™ |
| Autodesk MapGuide | ® |
| Autodesk PhotoEDIT | ™ |
| Autodesk Software Developer's Kit | ™ |
| Autodesk Steamline | ™ |
| Autodesk University | ® |
| Autodesk View | ® |
| Autodesk View DwgX | ™ |
| Autodesk WalkThrough | ® |
| Autodesk World | ® |
| AutoFlix | ™ |
| AutoLISP | ® |
| AutoPAD | ™ |
| AutoShade | ® |
| AutoSketch | ® |
| AutoSnap | ™ |
| AutoSurf | ® |
| AutoTrack | ™ |
| AutoVision | ® |
| Biped | ® |
| bringing information down to earth | ® |
| Built with ObjectARX (+product) (logos) | ™ |
| CAD Overlay | ® |
| Character Studio | ® |
| ClearScale | ™ |
| Colour Warper | ™ |
| combustion | ™ |
| Concept Studio | ™ |

ADSK0014897

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page80 of 177

| | |
|---|---|
| Content Explorer | ™ |
| cornerStone Toolkit | ™ |
| Dancing Baby, The (name) | ™ |
| Dancing Baby, The (image) | ™ |
| Design 2000 (logo) | ™ |
| DesignCenter | ™ |
| Design Companion | ® |
| Design Doctor | ™ |
| Designer's Toolkit | ™ |
| DesignProf | ™ |
| Design Server | ™ |
| Design Your World | ™ |
| Design Your World (logo) | ™ |
| Discreet (for trademarks of Discreet Logic, Inc.) | ™ (see below) |
| Drafix | ® |
| **DWG Linking** | ™ |
| **DWG Unplugged** | ™ |
| DXF | ™ |
| Education by Design | ® |
| Extending the Design Team | ™ |
| FLI | ™ |
| FLIC | ™ |
| GDX Driver | ™ |
| Generic | ® |
| Generic 3D | ™ |
| Generic 3D Drafting | ® |
| Generic CADD | ® |
| Generic Software | ® |
| Genius Products | see below |
| Geodyssey | ® |
| gmax | ™ |
| Heads-up Design | ™ |
| Heidi | ® |
| Home Series | ™ |
| HOOPS | ® |
| Hyperwire | ® |
| Inside Track | ® |
| jobnet | ™ |
| jobnet producer | ™ |
| Kinetix | ® |
| Kinetix (logo) | ™ |
| Lightscape | ™ |
| MaterialSpec | ® |
| Mechanical Desktop | ® |
| Multimedia Explorer | ® |

ADSK0014898

| | |
|---|---|
| NAAUG | ® |
| ObjectARX | ® |
| ObjectDBX | ™ |
| Office Series | ® |
| onscreen onair online | ™ |
| Ooga-Chaka | ™ |
| Opus | ® |
| PeopleTracker | ® |
| Photo Landscape | ™ |
| Photoscape | ™ |
| Physique | ® |
| Planix | ® |
| Plugs and Sockets | ™ |
| PolarSnap | ™ |
| Powered with Autodesk Technology | ® |
| Powered with Autodesk Technology (logo) | ® |
| Pro Landscape | ™ |
| QuickCAD | ™ |
| RadioRay | ® |
| Rastation | ® |
| Real-Time Roto | ™ |
| Render Queue | ™ |
| SchoolBox | ™ |
| Simply Smarter Diagramming | ™ |
| SketchTools | ™ |
| Softdesk | ® |
| Softdesk (logo) | ® |
| Solution 3000 | ® |
| Sparks | ™ |
| Suddenly Everything Clicks | ™ |
| Supportdesk | ™ |
| Tech Talk | ® |
| Texture Universe | ® |
| The AEC Authority | ® |
| The Auto Architect | ® |
| The Dancing Baby (name) | ™ |
| The Dancing Baby (image) | ™ |
| TinkerTech | ® |
| Transform Ideas Into Reality | ™ |
| VISION* | ® |
| Visual LISP | ™ |
| Visual Syllabus | ™ |
| VIZable | ™ |
| Volo | ™ |
| Where Design Connects | ™ |
| WHIP! | ® |

ADSK0014899

| | |
|---|---|
| WHIP! (logo) | ® |
| Woodbourne | ® |
| WorkCenter | ® |
| World-Creating Toolkit | ® |

The Autodesk trademarks listed above are trademarks in the U.S.

Back to Top

**Additional Trademark Designations**

Actrix® Technical 2000
ADI® 3D
AutoCAD® 2000i
AutoCAD® Data Exchange 2000
AutoCAD® DesignCenter™
AutoCAD® Designer
AutoCAD® Express Tools
AutoCAD® IGES 2000
AutoCAD® iX
AutoCAD® Land Development Desktop
AutoCAD® Mechanical
AutoCAD® OEM
AutoCAD® + S8 Architectural Suite
AutoCAD® STEP 2000
AutoCAD® VDAFS 2000
AutoCAD® VQT
Autodesk® Architectural Desktop [For Release 3 and subsequent releases.]
Autodesk® Authorized Training Center
Autodesk® Certified Courseware
Autodesk® Certified Instructor
Autodesk® Civil Design
Autodesk® Design & Construction Library
Autodesk® Field Survey
Autodesk® GIS Design Server
Autodesk® LocationLogic
Autodesk® Location Services
Autodesk MapGuide® Commerce
Autodesk® Mechanical Library
Autodesk® Official Training Courseware
Autodesk® OnSite
Autodesk® OnSite Enterprise
Autodesk® PowerLine
Autodesk® Point A
Autodesk® Premier Authorized Training Center
Autodesk® Survey
Autodesk® Training Center
Autodesk® VDAFS Translator
Autodesk® VIP Collection
Autodesk® VIP Program
Premier Autodesk® Training Center

**Discreet Logic, Inc.**

| Trademark | Status |
|---|---|
| backdraft | ™ |
| discreet | ™ |
| fire | ® |
| flame | ® |
| flint | ® |
| flint RT | ® |

ADSK0014900

| | |
|---|---|
| frost | ® |
| glass | ® |
| inferno | ® |
| MountStone | ® |
| riot | ® |
| river | ® |
| smoke | ® |
| stone | ® |
| stream | ® |
| vapour | ® |
| wire | ® |

The Discreet trademarks listed above are trademarks in the United States and Canada.

**Genius Products**

Genius™ 14
Genius™ LT
Genius™ Desktop
Genius™ Mold
Genius™ Motion
Genius™ Pool
Genius™ Profile
Genius™ SAP
Genius™ TNT
Genius™ Vario

"Genius is a trademark of Genius CAD Software GmbH and CoKG licensed to Autodesk, Inc., for limited use in connection with specified products."

For more current information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

**Back to Top**

Home | Product Center | Professional Center
Store | Support | About Autodesk | Feedback | Search

© Copyright 2001 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited
Autodesk legal notices and trademark attributions | Privacy Policy | Contact Autodesk

ADSK0014901

2002

ADSK0014902

## autodesk

| Autodesk | Point A | Store | | Contact Us | Search |

**Products & Solutions** | **Services & Support** | **Company Information**

United States

▼ **Legal Notices & Trademarks**
  ▸ Terms of Use
  ▸ Privacy Policy
  ▸ Copyright Information
  ▸ Trademarks
  ▸ Linking to Autodesk
  ▸ Export Compliance

Autodesk, Inc. | Guidelines for Use | Other Designations

**Autodesk, Inc.**

🖶 Print

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3D on the PC™
3D Plan®
3D Props®
3D Studio®
3D Studio MAX©
3D Studio VIZ®
3D Surfer®
3ds max™
ACAD™
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADE®
ADI®
Advanced Modeling Extension®
Advanced User Interface™
AEC Authority (logo)®
AEC-X®
AME®
AME Link™
Animator Pro®
Animator Studio®
ATC®
AUGI®
AutoCAD®
AutoCAD Architectural Desktop™
AutoCAD Data Extension®
AutoCAD Development System®
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD LT Learning Assistance™
AutoCAD Map®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk (logo)®
Autodesk Animator®
Autodesk Device Interface™
Autodesk Inventor®
Autodesk Map™
Autodesk MapGuide®
Autodesk Software Developer's Kit™
Autodesk Streamline™
Autodesk University®
Autodesk View®
Autodesk View DwgX™
Autodesk WalkThrough®
Autodesk World®
AutoFlix™
AutoLISP®
AutoShade®

ADSK0014903

AutoSketch®
AutoSnap™
AutoSurf®
AutoTrack™
AutoVision®
Biped®
bringing information down to earth®
Built with ObjectARX (+product) (logos)™
Buzzsaw™
Buzzsaw.com™
CAD Overlay®
character studio®
Cinepak®·
Cinepak (logo)®
Cinestream™
cleaner™
cleaner central™
ClearScale™
Codec Central®
Colour Warper™
combustion®
Concept Studio™
Content Explorer™
cornerStone Toolkit™
Dancing Baby, The (name)™
Dancing Baby, The (image)™
DesignCenter™
Design Companion®
Design Doctor™
Designer's Toolkit™
DesignProf™
Design Server™
Design Your World®
Design Your World (logo)®
(discreet®, see Autodesk Canada Inc. below)
Drafix®
DWG Linking™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
FLI™
FLIC™
GDX Driver™
Generic®
Generic 3D Drafting®
Generic CADD®
Generic Software®
Geodyssey®
gmax®
gmax (logo)™
gmax ready (logo)™
Heads-up Design™
Heidi®
Home Series™
HOOPS®
Hyperwire®
i-drop®
Inside Track®
Intelecine™
IntroDV™
jobnet™
Kinetix®
Kinetix (logo)™
Live Sync™
MaterialSpec®
Mechanical Desktop®

ADSK0014904

Autodesk - Legal Notices - Autodesk, Inc.

Media Cleaner®
MotoDV®
MovieCleaner Pro®
Multimedia Explorer®
NAAUG®
ObjectARX®
ObjectDBX™
Office Series®
onscreen onair online™
Ooga-Chaka™
Opus®
PeopleTracker®
PhotoDV®
Physique®
Planix®
Plans & Specs™
plasma™
Plugs and Sockets™
PolarSnap™
Powered with Autodesk Technology®
Powered with Autodesk Technology (logo)®
ProjectPoint™
RadioRay®
Rastation®
reactor™
reactor (logo)™
Real-Time Roto™
Render Queue™
Revit®
Softdesk®
Softdesk (logo)®
Solution 3000®
Terran Interactive®
Texture Universe®
The AEC Authority®
The Auto Architect®
The Dancing Baby (name)™
The Dancing Baby (image)™
TinkerTech®
Transform Ideas Into Reality™
Videofusion®
VISION*®
Visual LISP®
Visual Syllabus™
VIZable™
Volo®
Web-Motion®
Where Design Connects™
WHIP!®
WHIP! (logo)®
Woodbourne®
WorkCenter®
World-Creating Toolkit®

Back to Top

**Autodesk Canada Inc. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Inc. in the United States and Canada, unless otherwise noted.

backburner™
backdraft™
discreet®
fire®
flame®
flint®

ADSK0014905

flint RT®
frost®
glass®
heatwave™
inferno®
MountStone®
Multi-Master Editing™
riot®
river® (Canada only)
smoke®
sparks®
stone®
stream®
vapour®
wire®

For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk, Inc.

Back to Top

Products & Solutions | Services & Support | Company Information
Autodesk | Point A | Store | Contact Us | Search

© Copyright 2002 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited
Legal Notices & Trademarks | Privacy Policy

ADSK0014906

2003

ADSK0014907

© 2003 Autodesk Canada Inc./Autodesk, Inc. All Rights Reserved.

This publication, or parts thereof, may not be reproduced in any form, by any method, for any purpose.

AUTODESK CANADA INC./AUTODESK INC. MAKES NO WARRANTY, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, REGARDING THESE MATERIALS AND MAKES SUCH MATERIALS AVAILABLE SOLELY ON AN "AS-IS" BASIS.

IN NO EVENT SHALL AUTODESK CANADA INC./AUTODESK, INC. BE LIABLE TO ANYONE FOR SPECIAL, COLLATERAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF PURCHASE OR USE OF THESE MATERIALS. THE SOLE AND EXCLUSIVE LIABILITY TO AUTODESK CANADA INC./AUTODESK, INC., REGARDLESS OF THE FORM OF ACTION, SHALL NOT EXCEED THE PURCHASE PRICE OF THE MATERIALS DESCRIBED HEREIN.

Autodesk Canada Inc./Autodesk, Inc. reserves the right to revise and improve its products as it sees fit. This publication describes the state of this product at the time of its publication, and may not reflect the product at all times in the future.

Autodesk, Inc. Trademarks

The following are registered trademarks of Autodesk, Inc., in the USA and/or other countries: 3D Props, 3D Studio, 3D Studio MAX, 3D Studio VIZ, 3DSurfer, 3ds max, ActiveShapes, ActiveShapes (logo), Actrix, ADI, AEC Authority (logo), AEC-X, Animator Pro, Animator Studio, ATC, AUGI, AutoCAD, AutoCAD LT, AutoCAD Map, Autodesk, Autodesk Inventor, Autodesk (logo), Autodesk MapGuide, Autodesk University (logo), Autodesk View, Autodesk WalkThrough, Autodesk World, AutoLISP, AutoSketch, backdraft, Biped, bringing information down to earth, CAD Overlay, Character Studio, Cinepak, Cinepak (logo), cleaner, Codec Central, Combustion, Design Your World, Design Your World (logo), Discreet, EditDV, Education by Design, gmax, Heidi, HOOPS, Hyperwire, i-drop, Inside Track, Kinetix, MaterialSpec, Mechanical Desktop, NAAUG, ObjectARX, PeopleTracker, Physique, Planix, Powered with Autodesk Technology (logo), RadioRay, Revit, Softdesk, Texture Universe, The AEC Authority, The Auto Architect, VISION*, Visual, Visual Construction, Visual Drainage, Visual Hydro, Visual Landscape, Visual Roads, Visual Survey, Visual Toolbox, Visual TugBoat, Visual LISP, Volo, WHIP!, and WHIP! (logo).

The following are trademarks of Autodesk, Inc., in the USA and/or other countries: AutoCAD Architectural Desktop, AutoCAD Learning Assistance, AutoCAD LT Learning Assistance, AutoCAD Simulator, AutoCAD SQL Extension, AutoCAD SQL Interface, Autodesk Map, Autodesk Streamline, AutoSnap, AutoTrack, Built with ObjectARX (logo), burn, Buzzsaw, Buzzsaw.com, Cinestream, cleaner central, ClearScale, Colour Warper, Content Explorer, Dancing Baby (image), DesignCenter, Design Doctor, Designer's Toolkit, DesignProf, DesignServer, Design Web Format, DWF, DWG Linking, DXF, Extending the Design Team, GDX Driver, gmax (logo), gmax ready (logo), Heads-up Design, IntroDV, jobnet, lustre, ObjectDBX, onscreen onair online, Plans & Specs, Plasma, PolarSnap, ProjectPoint, Reactor, Real-time Roto, Render Queue, Visual Bridge, Visual Syllabus, and Where Design Connects.

Autodesk Canada Inc. Trademarks

The following are registered trademarks of Autodesk Canada Inc., in the USA and/or Canada, and/or other countries: discreet, fire, flame, flint, RT, frost, glass, inferno, mountstone, riot, river, smoke, sparks, stone, stream, vapour, wire.

The following are trademarks of Autodesk Canada Inc., in the USA, Canada, and/or other countries: backburner, Multi-Master Editing.

THIRD-PARTY TRADEMARKS

All other brand names, product names, or trademarks belong to their respective holders.

GOVERNMENT USE

The software and documentation is provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the United States Government or any agency, department or instrumentality thereof is subject to the restrictions set forth in the Commercial Computer Software—Restricted Rights clause at FAR 52.227-19 or the Commercial Computer Software—Licensing clause at NASA FAR Supplement 1852.227-86. Manufacturer is Autodesk Canada Inc./Autodesk, Inc., 10 Duke Street, Montreal, Quebec, Canada, H3C 2L7.

| | |
|---|---|
| Title: | Inferno 5.5, flame 8.5, and flint 8.5 Release Notes |
| Part Number: | 900-70580 |
| Document Version: | 1 |
| Date: | December 5, 2003 |

ADSK0014908

# release notes
# inferno° 5.5
# flame° 8.5
# flint° 8.5
# discreet°

P/N900-705B0

ADSK0014909

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.                    Page 1 of 4

Home   Products - Store - Support - Subscription Center  :  About Autodesk - Contact Us   Search

United States                                              Legal Notices & Trademarks

Legal Notices & Trademarks
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

## Autodesk, Inc.

The trademarks below are trademarks in the United States. For
additional trademark information, please contact the Autodesk, Inc.,
Legal Department: 415-507-6744.

3D Props®
3D Studio®
3D Studio MAX®
3D Studio VIZ®
3D Surfer®
3ds max™
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADI®
AEC Authority (logo)®
AEC-X®
Animator Pro®
Animator Studio®
ATC®
AUGI®
AutoCAD®
AutoCAD Architectural Desktop™
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD LT Learning Assistance™
AutoCAD Map®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk (logo)®
Autodesk Envision™
Autodesk Inventor®
Autodesk Map™
Autodesk MapGuide®
Autodesk Streamline®
Autodesk University®
Autodesk View®
Autodesk WalkThrough®
Autodesk World®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
backdraft®
Biped®
bringing Information down to earth®
Built with ObjectARX (+product) (logos)™
Buzzsaw®
Buzzsaw.com™
CAD Overlay®
CAiCE™

ADSK0014910

character studio®
Cinepak®
Cinepak (logo)®
Cinestream™
cleaner™
cleaner central™
ClearScale™
Colour Warper™
combustion®
Content Explorer™
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignProf™
Design Server™
Design Web Format™
Design Your World®
Design Your World (logo)®
(discreet®, see Autodesk Canada Inc. below)
DWF™
DWG Linking™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
Field to Field®
GDX Driver™
gmax®
gmax (logo)™
gmax ready (logo)™
Heads-up Design™
Heidi®
HOOPS®
Hyperwire®
i-drop®
Inside Track®
IntroDV™
jobnet™
Kinetix®
Kinetix (logo)™
MaterialSpec®
Mechanical Desktop®
NAAUG®
ObjectARX®
ObjectDBX™
onscreen onair online™
PeopleTracker®
Physique®
Plans & Specs™
plasma™
PolarSnap™
Powered with Autodesk Technology (logo)®
ProjectPoint®
RadioRay®
reactor®
reactor (logo)™
Render Queue™
Revit®

ADSK0014911

Smart Objects®
Softdesk®
Texture Universe®
The AEC Authority®
The Auto Architect®
The Dancing Baby (image)™.
VISION*®
Visual®
Visual Bridge™
Visual Construction®
Visual Drainage®
Visual Hydro®
Visual Landscape®
Visual LISP®
Visual Roads®
Visual Survey®
Visual Syllabus™
Visual Toolbox®
Visual Tugboat®
Volo®
Where Design Connects™
WHIP!®
WHIP! (logo)®

Back to Top

**Autodesk Canada Inc. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Inc. in the
United States and Canada, unless otherwise noted.

backburner™
Codec Central™
discreet®
fire®
flame®
flint®
flint RT®
frost®
glass®
inferno®
MountStone®
Multi-Master Editing™
riot®
river® (Canada only)
smoke®
sparks®
stone®
stream®
vapour®
wire®

For additional trademark information, please contact the Autodesk,
Inc., Legal Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk,
Inc.
Back to Top

Print this page  |  Email this page

ADSK0014912

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page95 of 177

About Autodesk - Contact Us - Search

© Copyright 2003 Autodesk, Inc. All rights reserved.
Legal Notices & Trademarks - Privacy Policy

ADSK0014913

2004

ADSK0014914

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.

Home | Products - Store - Support - Autodesk Subscription | About Autodesk - Contact Us   Search

United States

## Legal Notices & Trademarks

Legal Notices & Trademarks
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

### Autodesk, Inc.

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3D Props®
3D Studio®
3D Studio MAX®
3D Studio VIZ®
3D Surfer®
3ds max®
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADI®
AEC Authority (logo)®
AEC-X®
Animator Pro®
Animator Studio®
ATC®
AUGI®
AutoCAD®
AutoCAD Architectural Desktop™
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD LT Learning Assistance™
AutoCAD Map®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk (logo)®
Autodesk Envision®
Autodesk Inventor®
Autodesk Map®
Autodesk MapGuide®
Autodesk Streamline®
Autodesk University®
Autodesk View®
Autodesk WalkThrough®
Autodesk World®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
backdraft®
Biped®
bringing information down to earth®
Built with ObjectARX (+product) (logos)™
Buzzsaw®
Buzzsaw.com™
CAD Overlay®
CAiCE™

ADSK0014915

character studio®
Cinepak®
Cinepak (logo)®
Cinestream™
cleaner®
cleaner central™
ClearScale™
Colour Warper™
combustion®
Content Explorer™
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignProf™
Design Server™
Design Web Format™
Design Your World®
Design Your World (logo)®
(discreet®, see Autodesk Canada Inc. below)
DWF™
DWFwriter™
DWG Linking™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
Field to Field®
GDX Driver™
gmax®
gmax (logo)™
gmax ready (logo)™
Heads-up Design™
Heidi®
HOOPS®
Hyperwire®
i-drop®
Inside Track®
IntroDV™
jobnet™
Kinetix®
Kinetix (logo)™
MaterialSpec®
Mechanical Desktop®
NAAUG®
ObjectARX®
ObjectDBX™
onscreen onair online™
PeopleTracker®
Physique®
Plans & Specs™
plasma™
PolarSnap™
Powered with Autodesk Technology (logo)®
ProjectPoint®
RadioRay®
reactor®
reactor (logo)™
Render Queue™

ADSK0014916

Revit®
Smart Objects®
Softdesk®
Texture Universe®
The AEC Authority®
The Auto Architect®
The Dancing Baby (image)™
VISION*®
Visual®
Visual Bridge™
Visual Construction®
Visual Drainage®
Visual Hydro®
Visual Landscape®
Visual LISP®
Visual Roads®
Visual Survey®
Visual Syllabus™
Visual Toolbox®
Visual Tugboat®
Volo®
Where Design Connects™
WHIP!®
WHIP! (logo)®

Back to Top

**Autodesk Canada Inc. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Inc. in the
United States and Canada, unless otherwise noted.

backburner™
Codec Central™
discreet®
fire®
flame®
flint®
flint RT®
frost®
glass®
inferno®
lustre™
MountStone®
Multi-Master Editing™
riot®
river® (Canada only)
smoke®
sparks®
stone®
stream®
vapour®
wire®

For additional trademark information, please contact the Autodesk,
Inc., Legal Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk,
Inc.
Back to Top

ADSK0014917

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.                    Page 4 of 4

Print this page ¦ Email this page

© Copyright 2004 Autodesk, Inc. All rights reserved.
Legal Notices & Trademarks - Privacy Policy

About Autodesk - Contact Us - Search

ADSK0014918

2005

ADSK0014919

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page102 of 177

# Autodesk

.ed States

Home ¦ Products - Solutions - Subscription - Store - Support ¦ About Us - Contact us - Search



Simple. Smart. Secure.
DWF is the ideal way to share design data.

See why ▸

## Products



Autodesk® DWF™ 🗵
Viewer It's FREE

Get email updates on
solutions and trends

Learn more about DWF

Register Products

Locate a Reseller

**AutoCAD**
**AutoCAD Electrical**
**AutoCAD LT**
**AutoCAD OEM**
**AutoCAD Mechanical**
Autodesk 3ds Max
Autodesk Architectural Desktop
Autodesk AutoCAD Revit Series
Autodesk Building Systems
Autodesk Backdraft
Autodesk Burn
Autodesk Buzzsaw
Autodesk Civil 3D
Autodesk Civil Design
Autodesk Cleaner
Autodesk Cleaner XL
Autodesk Combustion
Autodesk Crisis Command
Autodesk DWF Composer
Autodesk DWF Writer
Autodesk DWF Viewer
Autodesk Field Survey
Autodesk GIS Design Server
Autodesk Gmax
Autodesk Inventor
Autodesk Land Desktop
Autodesk Location-Based Services Products
Autodesk Map 3D
Autodesk MapGuide
Autodesk Mobile Command
Autodesk Pre-Plan
Autodesk Pre-Plan Command
Autodesk Productstream

ADSK0014920

Autodesk – Products Alphabetically

Autodesk QuickCAD
Autodesk Raster Design
Autodesk RealDWG—NEW RELEASE
Autodesk Revit Building
Autodesk Revit Structure
Autodesk Stone Direct
Autodesk Stone Shared
Autodesk Stone Switched
Autodesk Streamline
Autodesk Survey
Autodesk Symbols
Autodesk Toxik
Autodesk Utility Design
Autodesk Vault
Autodesk VIZ
Autodesk Wire
AutoSketch
Discreet Fire
Discreet Flame
Discreet Flint
Discreet Lustre
Discreet Inferno
Discreet Smoke
DWG TrueView—NEW RELEASE
CAICE Visual Transportation Products
Education Products/ACES Subscription
Volo View

About Us | Contact Us - Search

© Copyright 2005 Autodesk, Inc. All rights reserved. Legal Notices & Trademarks - Privacy Policy

ADSK0014921

# Autodesk

.ed States



with one thing in mind

**Product Information**

Overview
Features & Specifications
Customer Stories
Demonstration
Product Trial
Frequently Asked Questions
News & Events
Upgrade
Companion Products
Documentation
How to Buy
Training
Support
  eta & Downloads

## AutoCAD LT

### Product Information

**AutoCAD LT® 2006 software improves efficiency with full DWG file format compatibility, improved dimensioning, customizable tool palettes, and an enhanced user interface. Everyday tasks are streamlined with just one thing in mind—your productivity.**

**Features**
Learn about customizable tool palettes, the improved user interface, and all the feature enhancements that boost everyday drafting productivity and make you more efficient.

**New Features Workshop**
Learn about new features and enhancements in AutoCAD LT 2006.

View Now

**Upgrade**
Whether you're moving from AutoCAD LT® 2002, 2004, or 2005, we've got everything you need to know on our upgrade page.

**Frequently Asked Questions**
Get answers to your most frequently asked questions about AutoCAD LT 2006.

Get email updates on solutions and trends

Locate a Reseller
Enter your ZIP code

Click here

**Autodesk® Impression**
Technology Preview.
Create illustrative presentation graphics from your CAD files.



About Us | Contact Us - Search

© Copyright 2005 Autodesk, Inc. All rights reserved. Legal Notices & Trademarks - Privacy Policy

ADSK0014922

2006

ADSK0014923

# Autodesk

Home | Products - Solutions - Subscription - Store - Support | About Us - Contact Us - Search

...ed States

Legal Notices & Trademarks
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

# Legal Notices & Trademarks

### Autodesk, Inc.

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3DEC (design/logo)®
3December®
3December.com®
3D Studio®
3D Studio MAX®
3D Studio VIZ®
3ds Max®
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADI®
AEC Authority (logo)®
AEC-X®
Alias®
[Alias] "Swirl Design" (design/logo)®
Alias|Wavefront (design/logo)®
ATC®
AUGI®
AutoCAD®
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk Envision®
Autodesk Inventor®
Autodesk Map®
Autodesk MapGuide®
Autodesk Streamline®
Autodesk WalkThrough®
Autodesk World®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
Backburner™
Backdraft®
Bringing information down to earth®
Built with ObjectARX (+product) (logos)™
Buzzsaw®
CAD Overlay®
CAiCE™
Can You Imagine®
Character Studio®
Cinepak®
Cinepak (logo)®
Cinestream™
Civil 3D®
Cleaner®

ADSK0014924

Cleaner Central™
ClearScale™
Colour Warper™
Combustion®
Content Explorer™
Create>what's>Next> (design/logo)®
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignKids™
DesignProf™
Design Server™
Design|Studio® (design/logo)
Design Web Format™
Design Your World®
Design Your World (design/logo)®
(Discreet®, see Autodesk Canada Co. below)
DWF™
DWG Linking™
DWG TrueConvert™
DWG TrueView™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
Field to Field®
GDX Driver™
Gmax®
Gmax (design/logo)™
Gmax ready (logo)™
Heads-up Design™
Heidi®
HOOPS®
HumanIK™
i-drop®
Incinerator™
IntroDV®
Kaydara®
Kaydara (design/logo)®
LocationLogic®
Lustre®
Maya®
Mechanical Desktop®
MotionBuilder™
ObjectARX®
ObjectDBX™
Open Reality®
Plasma™
PolarSnap™
PortfolioWall®
Productstream™
ProjectPoint®
RadioRay®
Reactor®
RealDWG™
Real-time Roto™
Render Queue™
Revit®
SketchBook®
Smart Objects™
The Dancing Baby (image)™
Topobase™
Toxik™
Visual®

ADSK0014925

Visual Bridge™
Visual Construction®
Visual Drainage®
Visual Hydro®
Visual Landscape®
Visual LISP®
Visual Roads®
Visual Survey®
Visual Syllabus™
Visual Toolbox®
Visual Tugboat®
Voice Reality®
Volo®
WHIP!®
WHIP! (design/logo)®
Wiretap™

· Back to Top

**Autodesk Canada Co. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Co. in the
United States and Canada, unless otherwise noted.

Backburner™
Discreet®
Fire®
Flame®
Flint®
Flint RT®
Frost®
Glass®
Inferno®
MountStone®
Multi-Master Editing™
Riot®
River® (Canada only)
Smoke®
Sparks®
Stone®
Stream®
Vapour®
Wire®

For additional trademark information, please contact the Autodesk, Inc.,
Legal Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk, Inc.
Back to Top

Print this page  |  Email this page

About Us | Contact Us - Search
© Copyright 2006 Autodesk, Inc. All rights reserved. Legal Notices & Trademarks - Privacy Policy

ADSK0014926

2008

ADSK0014927

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.                    Page 1 of 3

Industries   Products   Purchase   Services & Support   Communities        United States   Windows en-Store

Home   Company   Legal Notices & Trademarks

# Legal Notices & Trademarks

Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance
Support Terms and Conditions
Software License Agreements

## Autodesk, Inc.

Print

Email

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3DEC (design/logo)©
3December§
3December.com©
3ds Max©
ActiveShapes©
ActiveShapes (logo)©
Acitx©
ADI©
AEC Authority (logo)©
Alias®
AliasStudio™
[Alias] "Swirl Design" (design/logo)©
Alias|Wavefront (design/logo)©
ATC©
AUGI© [Note: AUGI is a registered trademark
   of Autodesk, Inc., licensed exclusively to
   the Autodesk User Group International.]
AutoCAD©
AutoCAD Learning Assistance™
AutoCAD LT™
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk Envision®
Autodesk Insight™
Autodesk Intent™
Autodesk Inventor®
Autodesk Map®
Autodesk MapGuide®
Autodesk Streamline®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
Backburner™
Backdraft®
Built with ObjectARX (+product) (logos)™
Burn®
Buzzsaw®
CAiCE™
Can You Imagine®
Character Studio®
Cinestream™
Civil 3D®
Cleaner®
Cleaner Central™
ClearScale™
Colour Warper™
Combustion©
Communication Specification™
Constructware®
Content Explorer™
Create>what's>Next> (design/logo)©
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignKids™
DesignProf™
Design Server™
DesignStudio©
DesignStudio (design/logo)©
Design Web Format™
Design Your World©
Design Your World (design/logo)©

ADSK0014928

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.

(Discreet©, see Autodesk Canada Co. below)
DWF™
DWG™, see Paragraph 7, under Guidelines for Use
DWG (design/logo)™
DWG TrueConvert™
DWG TrueView™
DXF™
EditDV©
Education by Design®
Extending the Design Team™
FBX®
Field to Field©
Filmbox®
FMDesktop™
Freewheel™
GDX Driver™
Gmax©
Heads-up Design™
Heidi©
HOOPS®
Humanik©
i-drop®
iMOUT™
Incinerator©
IntroDV©
Inventor®
Inventor LT™
Kaydara©
Kaydara (design/logo)™®
LocationLogic™
Lustre©
Maya®
Mechanical Desktop®
MotionBuilder®
Mudbox™
NavisWorks©
ObjectARX©
ObjectDBX™
Open Reality©
Optcore™
PolarSnap™
PortfolioWall®
Powered with Autodesk Technology™
Productstream®
ProjectPoint®
Reactor®
RealDWG™
Real-time Roto™
Render Queue™
Revit®
Showcase™
ShowMotion™
SketchBook©
SteeringWheels™
Topobase™
Toxik™
U-Vis™
ViewCube™
Visual®
Visual Bridge™
Visual Construction©
Visual Drainage©
Visual Hydro®
Visual Landscape©
Visual LISP®
Visual Roads©
Visual Survey©
Visual Syllabus™
Visual Toolbox®
Visual Tugboat®
Voice Reality®
Volo®
Wiretap™
WiretapCentral™

Back to Top

Autodesk Canada Co. (formerly Discreet Logic Inc.)
The trademarks below are trademarks of Autodesk Canada Co. in the United States
and Canada, unless otherwise noted.

Backburner™
Discreet®

ADSK0014929

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.                    Page 3 of 3

Fire®
Flame®
Flint®
Frost®
Inferno®
Multi-Master Editing™
River® (Canada only)
Smoke®
Sparks®
Stone®
Wire®

For additional trademark information, please contact the Autodesk, Inc., Legal
Department: 415-507-6744.

Buzzsaw, Inc.
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk, Inc.
Back to Top

Sign Up For Email    Careers    Investors                                            PSD

© Copyright 2008 Autodesk, Inc. All rights reserved.   Privacy Policy — Legal Notices & Trademarks — Report Piracy — Site Map

Autodesk - Legal Notices & Trademarks - Guidelines for Use

Company    Contact Us    Partners    Search

Industries    Products    Purchase    Services & Support    Communities

United States    Worldwide Sites

Home    Company    Legal Notices & Trademarks

## Legal Notices & Trademarks

Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance
Support Terms and Conditions
Software License Agreements

### Guidelines for Use

Print    Email

1. Autodesk, Inc., is our TRADE NAME, or name under which we conduct business, and, when used in that context, never requires the © or ™ designation. Autodesk, Inc., is a noun. When referring to Autodesk as a company name, with or without the "Inc.," do not include a trademark designation.

Correct: Autodesk reported shareholder earnings
Incorrect: Autodesk® reported shareholder earnings

Correct: Autodesk, Inc. is the world's leading design software company.
Incorrect: Autodesk®, Inc. is the world's leading design software company.

2. Use the © to indicate Autodesk's fully registered trademarks and the ™ to indicate our claimed trademarks. Please make the trademark symbol a superscript (© or ™) and position it immediately after the trademark to which it applies (Autodesk® Building Mechanical, Autodesk® FMDesktop™).

3. Trademarks are adjectives. The registered Autodesk trademark is used to distinguish products or other relevant nouns. "Autodesk" when followed by a product name or other noun is a registered trademark and should be designated with the © (for example, Autodesk® Symbols, Autodesk® software). It is necessary to include the appropriate trademark symbol with the associated mark only in the first mention in text (not in headlines, headings, or paragraph titles).

Please note: product names are not necessarily synonymous with trademarks. The trademark designation and protection apply only to that portion of the product name which is immediately to the left of the ® or ™ symbol.
Examples:

- With "Autodesk Streamline®," the entire name is a fully registered trademark, not "Streamline" by itself
- With "Autodesk® Productstream®," both portions of the name are registered trademarks
- With "AutoCAD® Architecture," or "Autodesk® Vault," only the "AutoCAD" or "Autodesk" portions of the product names are registered trademarks
- With "Autodesk® Toxik™," the "Autodesk" portion is a registered mark and the "Toxik" portion is a (claimed) trademark.

Please do not use trademarks as nouns. Trademarks are adjectives and should be treated as adjectives, to be followed by the appropriate noun (software, technology, file functionality) at least in the first mention in the text of a given piece. After the first mention of a trademark, continue to treat the mark as an adjective, even if the modified noun is implied

Correct: I installed AutoCAD LT® software on my laptop
Incorrect: I installed AutoCAD LT® on my laptop.

Please do not use trademarks as verbs or verb forms.

Correct: Use Maya® technology for superb imaging.
Incorrect: Maya-ize your images.

Please do not use trademarks as possessives.

Correct: The Revit® API is efficient.
Incorrect: Revit's API is efficient; Revit's API is efficient.

Please do not use trademarks as plurals.

Correct: Autodesk sold 3,000 seats of AutoCAD® software yesterday.
Incorrect: Autodesk sold 3,000 AutoCADs yesterday.

Please do not abbreviate trademarks

Correct: AutoCAD LT® technology is on the cutting edge. 3ds Max® animation software is a star.
Incorrect: LT technology is cutting edge technology. Max is our animation software star.

4. If "Autodesk" or "AutoCAD" is part of another trademark, include "AutoCAD" or "Autodesk" in all written references to the mark.

Correct: Autodesk MapGuide®
Incorrect: MapGuide®

http://usa.autodesk.com/adsk/servlet/item?siteID=123112&id=924623

4/24/2008

ADSK0014931

5. It is important that the appropriate ™ or © symbols are included with our trademarks in the following prominent uses: product packaging, labels, product manuals, company or product websites, promotional collateral or brochures, press releases, data sheets, and advertisements.

6. The ™ or © designation is needed only the first time a trademark is referenced in a document, unless you are citing or listing a series of product titles. In that case the symbols should be used appropriately with each name. Additionally, in newsletters, manuals, or publications consisting of several articles or chapters, use the ™ or © designation with the first use of the trademark in each article or chapter. At the end of the entire publication, include one trademark paragraph incorporating a list of all applicable trademarks used throughout the publication (see below). Do not include the actual ™ or © symbols in the trademark paragraph, however.

Trademark paragraph—Autodesk, Inc.:
"Autodesk, AutoCAD, [alphabetically list all other trademarks mentioned in the pertinent material] are registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders. Autodesk reserves the right to alter product offerings and specifications at any time without notice, and is not responsible for typographical or graphical errors that may appear in this document. © [insert year material is published, e.g., 2007] Autodesk, Inc. All rights reserved."

Trademark paragraph–Autodesk Media & Entertainment Systems Products:
"Autodesk, Discreet, [alphabetically list all other pertinent Media & Entertainment systems product trademarks mentioned in the pertinent material] are registered trademarks or trademarks of Autodesk, Inc./Autodesk Canada Co, in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders. Autodesk reserves the right to alter product offerings and specifications at any time without notice, and is not responsible for typographical or graphical errors that may appear in this document. © [insert year material is published, e.g., 2007] Autodesk, Inc. All rights reserved."

7. **DWG TRADEMARK GUIDELINES**

DWG is the name of Autodesk's proprietary file format and technology, used in AutoCAD® software and related products. Because of the prominence of the DWG name in connection with AutoCAD-based products, and the considerable marketing and sales of AutoCAD products over the years, the DWG name has come to be closely associated with Autodesk. DWG has served and now serves as an Autodesk trademark. The status of DWG as both an Autodesk® file format name and an Autodesk trademark means that certain uses of DWG, without prior permission from Autodesk, are permissible while others are not.

These are illustrative guidelines on proper use of the name DWG:

- You may cite to DWG as a file name in a referential phrase such as "works with DWG," "for use with DWG," "for DWG," or "compatible with DWG." If you do so, please disclose that DWG is the native file format for Autodesk's AutoCAD® software.

- Any phrases with references to DWG must be accurate and not misleading.

- You should not adopt or use product, service, or company names that could cause confusion about affiliation with or endorsement by Autodesk. Do not, for example, cite to the DWG name or to any other Autodesk trademark at the beginning of, or otherwise as the most prominent part of, your product, service or company name

- You should maintain a visual distinction between your company and product name, on the one hand, and DWG or any other Autodesk trademark, on the other. For example, Acme Co.'s "ALPHABETA for DWG" is permissible.

- You should not create or use any logos that include DWG or any other Autodesk trademark unless your use is pursuant to a license from Autodesk. For example, you should not create your own DWG compatibility logo without permission from Autodesk.

- You should not use Autodesk's DWG logo without a license from



Autodesk. This is Autodesk's DWG logo:

- You should only use Autodesk's DWG-related trademarks, such as DWG TrueView™ and DWG TrueConvert™, RealDWG™ in compliance with Autodesk's general trademark guidelines, a copy of which is available on Autodesk's website (www.autodesk.com).

- You should not state or suggest that you have, or are claiming, rights in the DWG name or any other Autodesk trademark

- You should not apply to register as trademarks any names

ADSK0014932

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page115 of 177

incorporating DWG.

*You should not register any Internet domain names incorporating DWG, unless such domain names are not misleading or confusing and unless there is clear and conspicuous trademark attribution to Autodesk on the homepage of the corresponding website.*

8. Third-party trademarks are designated by the ™, if unregistered, and by the ®, if registered. The third-party footnote should be a statement similar to: "All other brand names, product names, or trademarks belong to their respective holders." If you are uncertain about which designation a third-party trademark should have, we recommend looking at its corporate website to see how the company does it.

For additional trademark information, please contact the Autodesk Inc., Legal Department: 415-507-6744.

Sign up For Email   Careers   Investors

© Copyright 2008 Autodesk, Inc. All rights reserved.   Privacy Policy — Legal Notices & Trademarks — Report Piracy — Site Map

Store    Support    ▶ About Autodesk    ▶ Feedback    Search

**autodesk**

▶ Product Center                    ▶ Professional Center

▶ **About Autodesk**

Trademarks

Contact Us
▶ Careers
▶ Press Room
▶ Investors
▶ Autodesk Ventures
▶ Community Relations
▼ Initiatives
   Sponsorships
   Design Your Future
   Autodesk Foundation
▶ Trademarks
   Link to Autodesk
▶ Autodesk Events
▶ Piracy Prevention

   Trademarks
   Additional Trademark Designations
   Discreet Logic, Inc.
   Genius Products

Trademarks

| Trademark | Status |
| --- | --- |
| 3D on the PC | TM |
| 3D Plan | ® |
| 3D Props | ® |
| 3D Studio | ® |
| 3D Studio MAX | ® |
| 3D Studio VIZ | ® |
| 3D Surfer | ® |
| 3ds max | TM |
| ACAD | TM |
| ActiveShapes | ® |
| ActiveShapes (logo) | ® |
| Actrix | ® |
| ADE | ® |
| ADI | ® |
| Advanced Modeling Extension | ® |
| Advanced User Interface | TM |
| AEC Authority (logo) | ® |
| AEC Office | TM |
| AEC-X | ® |
| AME | ® |
| AME Link | TM |
| Animation Partner | TM |
| Animation Player | TM |
| Animator Pro Player | TM |
| Animator Pro | ® |
| Animator Studio | ® |
| A Studio in Every Computer | TM |

SW0008746

| | |
|---|---|
| ATC | ® |
| AUGI | ® |
| Auto-Architect | ™ |
| AutoCAD | ® |
| AutoCAD Architectural Desktop | ™ |
| AutoCAD Architectural Desktop Learning Assistance | ™ |
| AutoCAD Data Extension | ® |
| AutoCAD Development System | ® |
| AutoCAD Learning Assistance | ™ |
| AutoCAD LT | ® |
| AutoCAD LT Learning Assistance | ™ |
| AutoCAD Map | ® |
| AutoCAD Simulator | ™ |
| AutoCAD SQL Extension | ™ |
| AutoCAD SQL Interface | ™ |
| Autodesk | ® |
| Autodesk (logo) | ® |
| Autodesk Animator | ® |
| Autodesk Animator Clips | ™ |
| Autodesk Animator Theatre | ™ |
| Autodesk Device Interface | ™ |
| Autodesk Inventor | ™ |
| Autodesk MapGuide | ® |
| Autodesk PhotoEDIT | ™ |
| Autodesk Software Developer's Kit | ™ |
| Autodesk Steamline | ™ |
| Autodesk University | ® |
| Autodesk View | ® |
| Autodesk View DwgX | ™ |
| Autodesk WalkThrough | ® |
| Autodesk World | ® |
| AutoFlix | ™ |
| AutoLISP | ® |
| AutoPAD | ™ |
| AutoShade | ® |
| AutoSketch | ® |
| AutoSnap | ™ |
| AutoSurf | ® |
| AutoTrack | ™ |
| AutoVision | ® |

| | |
|---|---|
| bringing information down to earth | ® |
| Built with ObjectARX (+product) (logos) | TM |
| CAD Overlay | ® |
| Character Studio | ® |
| ClearScale | TM |
| Colour Warper | TM |
| combustion | TM |
| Concept Studio | TM |
| Content Explorer | TM |
| cornerStone Toolkit | TM |
| Dancing Baby, The (name) | TM |
| Dancing Baby, The (image) | TM |
| Design 2000 (logo) | TM |
| DesignCenter | TM |
| Design Companion | ® |
| Design Doctor | TM |
| Designer's Toolkit | TM |
| DesignProf | TM |
| Design Server | TM |
| Design Your World | TM |
| Design Your World (logo) | TM |
| Discreet (for trademarks of Discreet Logic, Inc.) | TM (see below) |
| Drafix | ® |
| DWG Linking | TM |
| DWG Unplugged | TM |
| DXF | TM |
| Education by Design | ® |
| Extending the Design Team | TM |
| FLI | TM |
| FLIC | TM |
| GDX Driver | TM |
| Generic | ® |
| Generic 3D | TM |
| Generic 3D Drafting | ® |
| Generic CADD | ® |
| Generic Software | ® |
| Genius Products | see below |

SW0008748

| | |
|---|---|
| gmax | TM |
| Heads-up Design | TM |
| Heidi | ® |
| Home Series | TM |
| HOOPS | ® |
| Hyperwire | ® |
| Inside Track | ® |
| jobnet | TM |
| jobnet producer | TM |
| Kinetix | ® |
| Kinetix (logo) | TM |
| Lightscape | TM |
| MaterialSpec | ® |
| Mechanical Desktop | ® |
| Multimedia Explorer | ® |
| NAAUG | ® |
| ObjectARX | ® |
| ObjectDBX | TM |
| Office Series | ® |
| onscreen onair online | TM |
| Ooga-Chaka | TM |
| Opus | ® |
| PeopleTracker | ® |
| Photo Landscape | TM |
| Photoscape | TM |
| Physique | ® |
| Planix | ® |
| Plugs and Sockets | TM |
| PolarSnap | TM |
| Powered with Autodesk Technology | ® |
| Powered with Autodesk Technology (logo) | ® |
| Pro Landscape | TM |
| QuickCAD | TM |
| RadioRay | ® |
| Rastation | ® |
| Real-Time Roto | TM |
| Render Queue | TM |
| SchoolBox | TM |
| Simply Smarter Diagramming | TM |

| Sketch Tools | TM |
|---|---|
| Softdesk | ® |
| Softdesk (logo) | ® |
| Solution 3000 | ® |
| Sparks | TM |
| Suddenly Everything Clicks | TM |
| Supportdesk | TM |
| Tech Talk | ® |
| Texture Universe | ® |
| The AEC Authority | ® |
| The Auto Architect | ® |
| The Dancing Baby (name) | TM |
| The Dancing Baby (image) | TM |
| TinkerTech | ® |
| Transform Ideas Into Reality | TM |
| VISION* | ® |
| Visual LISP | TM |
| Visual Syllabus | TM |
| VIZable | TM |
| Volo | TM |
| Where Design Connects | TM |
| WHIP! | ® |
| WHIP! (logo) | ® |
| Woodbourne | ® |
| WorkCenter | ® |
| World-Creating Toolkit | ® |

The Autodesk trademarks listed above are trademarks in the U.S.

**Back to Top**

Notice and Procedure for Making Claims of Copyright Infringement

Autodesk, Inc. ("Autodesk") is committed to respecting the intellectual property rights of others, and we expect our users to do the same. Autodesk may, in its sole discretion, terminate the accounts or access rights of users who violate others' intellectual property rights.

Additional Trademark Designations

Actrix® Technical 2000
ADI® 3D
AutoCAD® 2000i
AutoCAD® Data Exchange 2000
AutoCAD® DesignCenter™
AutoCAD® Designer
AutoCAD® Express Tools

SW0008750

AutoCAD® IGES 2000
AutoCAD® IX
AutoCAD® Land Development Desktop
AutoCAD® Mechanical
AutoCAD® OEM
AutoCAD® + S8 Architectural Suite
AutoCAD® STEP 2000
AutoCAD® VDAFS 2000
AutoCAD® VQT
Autodesk® Architectural Desktop [For Release 3 and subsequent releases.]
Autodesk® Authorized Training Center
Autodesk® Certified Courseware
Autodesk® Certified Instructor
Autodesk® Civil Design
Autodesk® Design & Construction Library
Autodesk® Field Survey
Autodesk® GIS Design Server
Autodesk® LocationLogic
Autodesk® Location Services
Autodesk MapGuide® Commerce
Autodesk® Mechanical Library
Autodesk® Official Training Courseware
Autodesk® OnSite
Autodesk® OnSite Enterprise
Autodesk® PowerLine
Autodesk® Point A
Autodesk® Premier Authorized Training Center
Autodesk® Survey
Autodesk® Training Center
Autodesk® VDAFS Translator
Autodesk® VIP Collection
Autodesk® VIP Program
Premier Autodesk® Training Center


Discreet Logic, Inc.

| Trademark | Status |
|-----------|--------|
| backdraft | TM |
| discreet | TM |
| fire | ® |
| flame | ® |
| flint | ® |
| flint RT | ® |
| frost | ® |
| glass | ® |
| inferno | ® |
| MountStone | ® |
| riot | ® |
| river | ® |
| smoke | ® |
| stone | ® |
| stream | ® |
| vapour | ® |
| wire | ® |

SW0008751

The Discreet trademarks listed above are trademarks in the United States and Canada.

Genius Products

Genius™ 14
Genius™ LT
Genius™ Desktop
Genius™ Mold
Genius™ Motion
Genius™ Pool
Genius™ Profile
Genius™ SAP
Genius™ TNT
Genius™ Vario

"Genius is a trademark of Genius CAD Software GmbH and CoKG licensed to Autodesk, Inc., for limited use in connection with specified products."

For more current information, please contact the Autodesk, Inc., Legal Department:
415-507-6744.

**Back to Top**

Home | Product Center | Professional Center
Store | Support | About Autodesk | Feedback | Search

© Copyright 2001 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.
Autodesk legal notices and trademark attributions | Privacy Policy | Contact Autodesk

SW0008752

Products & Solutions    Services & Support    **Company Information**

United States

▸ **Legal Notices & Trademarks**
  ▸ **Terms of Use**
  ▸ **Privacy Policy**
  ▸ **Copyright Information**
  ▸ **Trademarks**
  ▸ **Linking to Autodesk**
  ▸ **Export Compliance**

**Trademarks**

**Autodesk, Inc.**
Autodesk trademarks.

**Guidelines for Use**
Instructions on how to use Autodesk trademarks and designations.

**Other Designations**
Includes listing of current key Autodesk and Discreet products.

Products & Solutions | Services & Support | Company Information
Autodesk | Point A | Store | Contact Us | Search

© Copyright 2002 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.
Legal Notices & Trademarks | Privacy Policy

SW0008673

autodesk™

Point A    Store    Contact Us    Search

Products & Solutions | Services & Support | **Company Information**

United States

▼ **Legal Notices & Trademarks**
  ▸ **Terms of Use**
  ▸ **Privacy Policy**
  ▸ **Copyright Information**
  ▸ **Trademarks**
  ▸ **Linking to Autodesk**
  ▸ **Export Compliance**

Autodesk, Inc. | Other Designations | Other Designations

**Autodesk, Inc.**

 Print

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3D on the PC™
3D Plan®
3D Props®
3D Studio®
3D Studio MAX®
3D Studio VIZ®
3D Surfer®
3ds max™
ACAD™
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADE®
ADI®
Advanced Modeling Extension®
Advanced User Interface™
AEC Authority (logo)®
AEC-X®
AME®
AME Link™
Animator Pro®
Animator Studio®
ATC®
AUGI®
AutoCAD®
AutoCAD Architectural Desktop™
AutoCAD Data Extension®
AutoCAD Development System®
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD LT Learning Assistance™
AutoCAD Map®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk (logo)®
Autodesk Animator®
Autodesk Device Interface™
Autodesk Inventor®
Autodesk Map™
Autodesk MapGuide®
Autodesk Software Developer's Kit™
Autodesk Streamline™
Autodesk University®
Autodesk View®
Autodesk View DwgX™
Autodesk WalkThrough®
Autodesk World®
AutoFlix™
AutoLISP®
AutoShade®
AutoSketch®

SW0008674

AutoSnap™
AutoSurf®
AutoTrack™
AutoVision®
Biped®
bringing information down to earth®
Built with ObjectARX (+product) (logos)™
Buzzsaw™
Buzzsaw.com™
CAD Overlay®
character studio®
Cinepak®
Cinepak (logo)®
Cinestream™
cleaner™
cleaner central™
ClearScale™
Codec Central®
Colour Warper™
combustion®
Concept Studio™
Content Explorer™
cornerStone Toolkit™
Dancing Baby, The (name)™
Dancing Baby, The (image)™
DesignCenter™
Design Companion®
Design Doctor™
Designer's Toolkit™
DesignProf™
Design Server™
Design Your World®
Design Your World (logo)®
(discreet®, see Autodesk Canada Inc. below)
Drafix®
DWG Linking™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
FLI™
FLIC™
GDX Driver™
Generic®
Generic 3D Drafting®
Generic CADD®
Generic Software®
Geodyssey®
gmax®
gmax (logo)™
gmax ready (logo)™
Heads-up Design™
Heidi®
Home Series™
HOOPS®
Hyperwire®
i-drop®
Inside Track®
Intelecine™
IntroDV™
jobnet™
Kinetix®
Kinetix (logo)™
Live Sync™
MaterialSpec®
Mechanical Desktop®
Media Cleaner®
MotoDV®

SW0008675

MovieCleaner Pro®
Multimedia Explorer®
NAAUG®
ObjectARX®
ObjectDBX™
Office Series®
onscreen onair online™
Ooga-Chaka™
Opus®
PeopleTracker®
PhotoDV®
Physique®
Planix®
Plans & Specs™
plasma™
Plugs and Sockets™
PolarSnap™
Powered with Autodesk Technology®
Powered with Autodesk Technology (logo)®
ProjectPoint™
RadioRay®
Rastation®
reactor™
reactor (logo)™
Real-Time Roto™
Render Queue™
Revit®
Softdesk®
Softdesk (logo)®
Solution 3000®
Terran Interactive®
Texture Universe®
The AEC Authority®
The Auto Architect®
The Dancing Baby (name)™
The Dancing Baby (image)™
TinkerTech®
Transform Ideas Into Reality™
Videofusion®
VISION*®
Visual LISP®
Visual Syllabus™
VIZable™
Volo®
Web-Motion®
Where Design Connects™
WHIP!®
WHIP! (logo)®
Woodbourne®
WorkCenter®
World-Creating Toolkit®


Back to Top


**Autodesk Canada Inc. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Inc. in the United States and Canada, unless otherwise noted.

backburner™
backdraft™
discreet®
fire®
flame®
flint®
flint RT®
frost®
glass®

SW0008676

heatwave™
inferno®
MountStone®
Multi-Master Editing™
riot®
river® (Canada only)
smoke®
sparks®
stone®
stream®
vapour®
wire®

For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk, Inc.

Back to Top

Products & Solutions | Services & Support | Company Information
Autodesk | Point A | Store | Contact Us | Search

© Copyright 2002 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.
Legal Notices & Trademarks | Privacy Policy

SW0008677

**autodesk**

United States

- ▼ **Legal Notices & Trademarks**
  - ► Terms of Use
  - ► Privacy Policy
  - ► Copyright Information
  - ► Trademarks
  - ► Linking to Autodesk
  - ► Export Compliance

Autodesk, Inc. | Guidelines for Use | Other Designations

 Print

**Guidelines for Use**

1. Autodesk, Inc., is our TRADE NAME, or name under which we conduct business, and, when used in that context, never requires the ® or ™ designation. Autodesk, Inc., is a noun. When referring to Autodesk as a company name, with or without the "Inc.," do not include a trademark designation.

**Correct:** Autodesk reported shareholder earnings
**Incorrect:** Autodesk® reported shareholder earnings

**Correct:** Autodesk, Inc. is the world's leading design software company.
**Incorrect:** Autodesk®, Inc. is the world's leading design software company.

2. Use the ® to indicate Autodesk's fully registered trademarks and the ™ to indicate our claimed trademarks. Please make the trademark symbol a superscript (® or ™) and position it immediately after the trademark to which it applies (Autodesk® Building Mechanical, Autodesk Inventor™).

3. Trademarks are adjectives. The registered Autodesk trademark is used to distinguish products or other relevant nouns. "Autodesk" when followed by a product name or other noun is a registered trademark and should be designated with the ® (for example, Autodesk® Symbols, Autodesk® software).

Please do not use trademarks as nouns.

**Correct:** I installed AutoCAD LT® software on my laptop.
**Incorrect:** I installed Autodesk LT® on my laptop.

Please do not use trademarks as verbs or verb forms.

**Correct:** Use 3ds max™ technology for superb imaging.
**Incorrect:** 3ds max™-imize your images.

Please do not use trademarks as possessives.

**Correct:** The Mechanical Desktop® API is efficient.
**Incorrect:** Mechanical Desktop®'s API is efficient.

Please do not use trademarks as plurals.

**Correct:** Autodesk sold 3,000 seats of AutoCAD® software yesterday.
**Incorrect:** Autodesk sold 3,000 AutoCADs yesterday.

Please do not abbreviate trademarks.

**Correct:** Autodesk Inventor™ technology is on the cutting edge.
**Incorrect:** Inventor technology is cutting edge technology.

4. If "Autodesk" or "AutoCAD" is part of another trademark, include "AutoCAD" or "Autodesk" in all written references to the mark.

**Correct:** Autodesk MapGuide®
**Incorrect:** MapGuide®

SW0008678

5. It is important that the appropriate ™ or ® symbols are included with our trademarks in the following prominent uses: product packaging, labels, and user manuals, company or product websites, promotional collateral or brochures, press releases, data sheets, and advertisements.

6. The ™ or ® designation is needed only the first time a trademark is referenced in a document. However, in newsletters, manuals, or publications consisting of several articles or chapters, use the ™ or ® designation with the first use of the trademark in each article or chapter. At the end of the entire publication, include one trademark paragraph incorporating a list of all applicable trademarks used throughout the publication (see below).

**Trademark paragraph—Autodesk:**
"Autodesk, [list all other pertinent names] are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries. All other brand names product names, or trademarks belong to their respective holders."

**Trademark paragraph-Autodesk and Discreet:**
"Autodesk, [list all other pertinent Autodesk names], Discreet [list all other pertinent Discreet names] are either registered trademarks or trademarks of Autodesk, Inc./Autodesk Canada Inc. in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders."

**Trademark paragraph-Discreet:**
"Discreet, [list all other pertinent Discreet names] are either registered trademarks or trademarks of Autodesk Canada Inc./Autodesk, Inc. in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders."

7. Third-party trademarks are designated by the ™, if unregistered, and by the ®, if registered. The third-party footnote should be a statement similar to: "All other brand names, product names, or trademarks belong to their respective holders." If you are uncertain about which designation a third-party trademark should have, we recommend looking at its corporate website to see how the company does it.

For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

Products & Solutions | Services & Support | Company Information
Autodesk | Point A | Store | Contact Us | Search

© Copyright 2002 Autodesk, Inc. All rights reserved. Reproduction or copying of images is prohibited.
Legal Notices & Trademarks | Privacy Policy

SW0008679

Autodesk    Point A    Store    Contact Us    Search

Products & Solutions | Services & Support | Company Information

United States

▼ Legal Notices & Trademarks
  ► Terms of Use
  ► Privacy Policy
  ► Copyright Information
  ► Trademarks
  ► Linking to Autodesk
  ► Export Compliance

Autodesk, Inc. | Guidelines for Use | Other Designations

Print

## Other Designations

Current key Autodesk and Discreet product names

### Current key Autodesk product names

**General Design**
AutoCAD®
AutoCAD® OEM
AutoCAD LT®
Autodesk® OnSite View
Autodesk® Raster Design
Autodesk® Symbols
Volo® View
Volo® View Express

**Manufacturing**
AutoCAD® Mechanical
Autodesk Inventor®
Autodesk Inventor® Series
Autodesk® Mechanical Desktop®
Autodesk Streamline™

**Building Collaboration Services**
Autodesk® Buzzsaw™
Autodesk® Buzzsaw™ Professional
Autodesk® Plans & Specs™
Autodesk® ProjectPoint™

**Location Based Services**
Autodesk® LocationLogic
Autodesk MapGuide® Commerce
Autodesk® MobileConnect

**Geographic Information Systems**
Autodesk® Civil Design
Autodesk® Civil Series
Autodesk® Field Survey
Autodesk® GenMap
Autodesk® GIS Design Server
Autodesk® Land Desktop
Autodesk Map™
Autodesk MapGuide®
Autodesk® OnSite
Autodesk® OnSite Enterprise
Autodesk® QuickCAD
Autodesk® Survey
Autodesk® Utility Design
AutoSketch®

**Building Industry Design**
Autodesk® Architectural Desktop
Autodesk® Architectural Studio
Autodesk® Building Electrical
Autodesk® Building Mechanical
Autodesk® Building Plumbing
Autodesk® Revit®
Autodesk® VIZ

### Current key Discreet product names

**3D Animation, Games & Onair Graphics**
3ds max™
character studio®
frost®
gmax®
mental ray®[1]
plasma™
reactor™

**Encoding & Streaming Media**
cinestream™
cleaner™ cleaner central™
cleaner™ EZ cleaner™ live
cleaner™ streaming studio
introDV™

**Workflow & Media Management**
backdraft™
jobnet™
stone®
wire®

**Editing & Finishing**
cinestream™
edit²
fire®
introDV®
smoke®

**Effects & Compositing**
combustion®
flame®
flint®
inferno®

[1]Note: mental ray is a registered trademark of mental images GmbH & Co. KG, licensed for use by Autodesk, Inc.

²Note: edit is not a trademark

SW0008680

Products & Solutions | Services & Support | Company Information
Autodesk | Point A | Store | Contact Us | Search

© Copyright 2002 Autodesk. Inc. All rights reserved. Reproduction or copying of images is prohibited.
Legal Notices & Trademarks | Privacy Policy

SW0008681

**autodesk**

United States

# Legal Notices & Trademarks

**Legal Notices & Trademarks**
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

## Trademarks

**Autodesk, Inc.**
Autodesk trademarks.

**Guidelines for Use**
Instructions on how to use Autodesk trademarks and designations.

**Key Product Names**
Includes listing of current key Autodesk and Discreet products.

© Copyright 2004 Autodesk. Inc. All rights reserved.

SW0008472

**autodesk**

United States

# Legal Notices & Trademarks

Legal Notices & Trademarks
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

**Autodesk, Inc.**

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3D Props®
3D Studio®
3D Studio MAX®
3D Studio VIZ®
3D Surfer®
3ds max®
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADI®
AEC Authority (logo)®
AEC-X®
Animator Pro®
Animator Studio®
ATC®
AUGI®
AutoCAD®
AutoCAD Architectural Desktop™
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD LT Learning Assistance™
AutoCAD Map®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk (logo)®
Autodesk Envision®
Autodesk Inventor®
Autodesk Map®
Autodesk MapGuide®
Autodesk Streamline®
Autodesk University®
Autodesk View®
Autodesk WalkThrough®
Autodesk World®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
backdraft®
Biped®
bringing information down to earth®
Built with ObjectARX (+product) (logos)™
Buzzsaw®
Buzzsaw.com™
CAD Overlay®
CAiCE™
character studio®
Cinepak®
Cinepak (logo)®

SW0008473

Cinestream™
cleaner®
cleaner central™
ClearScale™
Colour Warper™
combustion®
Content Explorer™
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignProf™
Design Server™
Design Web Format®
Design Your World®
Design Your World (logo)®
(discreet®, see Autodesk Canada Inc. below)
DWF™
DWFwriter™
DWG Linking™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
Field to Field®
GDX Driver™
gmax®
gmax (logo)™
gmax ready (logo)™
Heads-up Design™
Heidi®
HOOPS®
Hyperwire®
i-drop®
Inside Track®
IntroDV™
jobnet™
Kinetix®
Kinetix (logo)™
MaterialSpec®
Mechanical Desktop®
NAAUG®
ObjectARX®
ObjectDBX™
onscreen onair online™
PeopleTracker®
Physique®
Plans & Specs™
plasma™
PolarSnap™
Powered with Autodesk Technology (logo)®
ProjectPoint®
RadioRay®
reactor®
reactor (logo)™
Render Queue™
Revit®
Smart Objects®
Softdesk®
Texture Universe®
The AEC Authority®
The Auto Architect®

SW0008474

The Dancing Baby (image)™
VISION*®
Visual®
Visual Bridge™
Visual Construction®
Visual Drainage®
Visual Hydro®
Visual Landscape®
Visual LISP®
Visual Roads®
Visual Survey®
Visual Syllabus™
Visual Toolbox®
Visual Tugboat®
Volo®
Where Design Connects™
*WHIP!*®
*WHIP!* (logo)®

Back to Top

**Autodesk Canada Inc. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Inc. in the
United States and Canada, unless otherwise noted.

backburner™
Codec Central™
discreet®
fire®
flame®
flint®
flint RT®
frost®
glass®
inferno®
lustre™
MountStone®
Multi-Master Editing™
riot®
river® (Canada only)
smoke®
sparks®
stone®
stream®
vapour®
wire®

For additional trademark information, please contact the Autodesk,
Inc., Legal Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk,
Inc.
Back to Top

Print this page | Email this page

© Copyright 2004 Autodesk, Inc. All rights reserved.
Legal Notices & Trademarks - Privacy Policy

About Autodesk - Contact Us - Search

SW0008475

# autodesk

## Legal Notices & Trademarks

United States

**Legal Notices & Trademarks**
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

## Guidelines for Use

1. Autodesk, Inc., is our TRADE NAME, or name under which we conduct business, and, when used in that context, never requires the ® or ™ designation. Autodesk, Inc., is a noun. When referring to Autodesk as a company name, with or without the "Inc.," do not include a trademark designation.

**Correct:** Autodesk® reported shareholder earnings
**Incorrect:** Autodesk® reported shareholder earnings

**Correct:** Autodesk, Inc. is the world's leading design software company.
**Incorrect:** Autodesk®, Inc. is the world's leading design software company.

2. Use the ® to indicate Autodesk's fully registered trademarks and the ™ to indicate our claimed trademarks. Please make the trademark symbol a superscript (® or ™) and position it immediately after the trademark to which it applies (Autodesk® Building Mechanical, Autodesk Inventor™).

3. Trademarks are adjectives. The registered Autodesk trademark is used to distinguish products or other relevant nouns. "Autodesk" when followed by a product name or other noun is a registered trademark and should be designated with the ® (for example, Autodesk® Symbols, Autodesk® software).

Please do not use trademarks as nouns.

**Correct:** I installed AutoCAD LT® software on my laptop.
**Incorrect:** I installed Autodesk LT® on my laptop.

Please do not use trademarks as verbs or verb forms.

**Correct:** Use 3ds max™ technology for superb imaging.
**Incorrect:** 3ds max™-imize your images.

Please do not use trademarks as possessives.

**Correct:** The Mechanical Desktop® API is efficient.
**Incorrect:** Mechanical Desktop®'s API is efficient.

Please do not use trademarks as plurals.

**Correct:** Autodesk sold 3,000 seats of AutoCAD® software yesterday.
**Incorrect:** Autodesk sold 3,000 AutoCADs yesterday.

Please do not abbreviate trademarks.

**Correct:** Autodesk Inventor™ technology is on the cutting edge.
**Incorrect:** Inventor technology is cutting edge technology.

4. If "Autodesk" or "AutoCAD" is part of another trademark, include "AutoCAD" or "Autodesk" in all written references to the mark.

**Correct:** Autodesk MapGuide®
**Incorrect:** MapGuide®

5. It is important that the appropriate ™ or ® symbols are included with our trademarks in the following prominent uses: product packaging,

SW0008476

labels, product manuals, company or product websites, promotional collateral or brochures, press releases, data sheets, and advertisements.

6. The ™ or ® designation is needed only the first time a trademark is referenced in a document. However, in newsletters, manuals, or publications consisting of several articles or chapters, use the ™ or ® designation with the first use of the trademark in each article or chapter. At the end of the entire publication, include one trademark paragraph incorporating a list of all applicable trademarks used throughout the publication (see below).

**Trademark paragraph—Autodesk:**
"Autodesk, [list all other pertinent names] are either registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders."

**Trademark paragraph-Autodesk and Discreet:**
"Autodesk, [list all other pertinent Autodesk names], Discreet [list all other pertinent Discreet names] are either registered trademarks or trademarks of Autodesk, Inc./Autodesk Canada Inc. in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders."

**Trademark paragraph-Discreet:**
"Discreet, [list all other pertinent Discreet names] are either registered trademarks or trademarks of Autodesk Canada Inc./Autodesk, Inc. in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders."

7. Third-party trademarks are designated by the ™, if unregistered, and by the ®, if registered. The third-party footnote should be a statement similar to: "All other brand names, product names, or trademarks belong to their respective holders." If you are uncertain about which designation a third-party trademark should have, we recommend looking at its corporate website to see how the company does it.

For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

Print this page  |  Email this page

© Copyright 2003 Autodesk, Inc. All rights reserved.
Legal Notices & Trademarks - Privacy Policy

SW0008477

**autodesk**

United States

# Legal Notices & Trademarks

Legal Notices & Trademarks
Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance

## Key Product Names

**Current key Autodesk product names**

**General Design**
AutoCAD®
AutoCAD® OEM
AutoCAD LT®
Autodesk® OnSite View
Autodesk® Raster Design
Autodesk® Symbols
Volo® View
Volo® View Express

**Manufacturing**
AutoCAD® Mechanical
Autodesk Inventor®
Autodesk Inventor® Series
Autodesk® Mechanical Desktop®

Autodesk Streamline®

**Building Collaboration Services**
Autodesk® Buzzsaw®
Autodesk® Buzzsaw® Professional
Autodesk® Plans & Specs™
Autodesk® ProjectPoint®

**Location Based Services**
Autodesk® LocationLogic
Autodesk MapGuide® Commerce
Autodesk® MobileConnect

**Current key Discreet product names**

**3D Animation, Games & Onair Graphics**
3ds max™
character studio®
frost®
gmax®
mental ray®[1]
plasma™
reactor®

**Encoding & Streaming Media**
cinestream™
cleaner™ cleaner central™
cleaner™ EZ cleaner™ live
cleaner™ streaming studio
introDV®

[1]Note: mental ray is a registered trademark of mental images GmbH & Co. KG, licensed for use by Autodesk, Inc.

**Geographic Information Systems**
Autodesk® Civil Design
Autodesk® Civil Series
Autodesk® Field Survey
Autodesk® GenMap
Autodesk® GIS Design Server
Autodesk® Land Desktop
Autodesk Map™
Autodesk MapGuide®
Autodesk® OnSite
Autodesk® OnSite Enterprise
Autodesk® QuickCAD
Autodesk® Survey
Autodesk® Utility Design
AutoSketch®

**Building Industry Design**
Autodesk® Architectural Desktop
Autodesk® Architectural Studio
Autodesk® Building Electrical
Autodesk® Building Mechanical
Autodesk® Building Plumbing
Autodesk® Revit®
Autodesk® VIZ

**Workflow & Media Management**

backdraft®
jobnet®
stone®
wire®

**Editing & Finishing**
cinestream™
edit[2]
fire®
introDV®
smoke®

**Effects & Compositing**
combustion®
flame®
flint®
inferno®

[2]Note: edit is not a trademark

SW0008478

Print this page  |  Email this page

© Copyright 2004 Autodesk, Inc. All rights reserved.
Legal Notices & Trademarks - Privacy Policy

About Autodesk - Contact Us - Search

SW0008479

Company   Contact Us   Pai

Products    Solutions    Purchase    Services & Support    Communities

Home    Company

## Legal Notices & Trademarks

**Terms of Use**
**Privacy Policy**
**Copyright Information**
**Trademarks**
**Linking to Autodesk**
**Export Compliance**
**Support Terms & Conditions**

**Terms of Use**
User agreement; terms and conditions.

**Privacy Policy**
Your right to privacy.

**Copyright Information**
Information about copyright infringement and where to send notices.

**Trademarks**
Registered trademarks and designations.

**Linking to Autodesk**
Consent for linking and instructions on how to link to Autodesk.

**Export Compliance**
Learn about export compliance and who to contact for questions about exporting.

**Support Terms & Conditions**
The provision of support is governed by the Terms and Conditions applicable to the
support program purchased or made available to you by Autodesk.

Print

Email

Sign Up For Email    Careers    Investors

© Copyright 2007 Autodesk, Inc. All rights reserved    Legal Notices & Trademarks -   Report Piracy

SW0008305

Case3:08-cv-04397-WHA    Document169-5    Filed11/23/09    Page141 of 177

Company   Contact Us   Pa

Products     Solutions     Purchase     Services & Support     Communities

Home    Company    Legal Notices & Trademarks

# Legal Notices & Trademarks

Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance
Support Terms & Conditions

## Trademarks

**Autodesk, Inc.**
Autodesk trademarks.

**Guidelines for Use**
Instructions on how to use Autodesk trademarks and designations.

**Key Product Names**
Includes listing of current key Autodesk products, grouped by industry sector.

Sign Up For Email      Careers      Investors

© Copyright 2007 Autodesk, Inc. All rights reserved.   Legal Notices & Trademarks — Report Piracy

SW0008306

Autodesk - Legal Notices & Trademarks - Autodesk, Inc.

Company   Contact Us   Par

Products    Solutions    Purchase    Services & Support    Communities

Home    Company    Legal Notices & Trademarks

# Legal Notices & Trademarks

Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance
Support Terms & Conditions

## Autodesk, Inc.

Print

Email

The trademarks below are trademarks in the United States. For additional trademark information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3DEC (design/logo)®
3December®
3December.com®
3ds Max®
ActiveShapes®
ActiveShapes (logo)®
Actrix®
ADI®
AEC Authority (logo)®
Alias®
AliasStudio™
[Alias] "Swirl Design" (design/logo)®
Alias|Wavefront (design/logo)®
ATC®
AUGI® [Note: AUGI is a registered trademark
    of Autodesk, Inc., licensed exclusively to
    the Autodesk User Group International.]
AutoCAD®
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk Envision®
Autodesk Insight™
Autodesk Intent™
Autodesk Inventor®
Autodesk Map®
Autodesk MapGuide®
Autodesk Streamline®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
Backburner™
Backdraft®
Built with ObjectARX (+product) (logos)™
Burn™
Buzzsaw®
CAiCE™
Can You Imagine®
Character Studio®
Cinestream™
Civil 3D®
Cleaner®
Cleaner Central™

SW0008307

ClearScale™
Colour Warper™
Combustion®
Communication Specification™
Constructware®
Content Explorer™
Create>what's>Next> (design/logo)®
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignKids™
DesignProf™
Design Server™
DesignStudio®
Design|Studio (design/logo)®
Design Your World®
Design Your World (design/logo)®
(Discreet®, see Autodesk Canada Co. below)
DWF™
DWG™, see Paragraph 7, under Guidelines for Use
DWG (design/logo)™
DWG TrueConvert™
DWG TrueView™
DXF™
EditDV®
Education by Design®
Extending the Design Team™
FBX®
Field to Field®
Filmbox®
FMDesktop™
Freewheel™
GDX Driver™
Gmax®
Heads-up Design™
Heidi®
HOOPS®
HumanIK®
i-drop®
iMOUT™
Incinerator®
IntroDV®
Inventor™
Inventor LT™
Kaydara®
Kaydara (design/logo)®
LocationLogic™
Lustre®
Maya®
Mechanical Desktop®
MotionBuilder™
ObjectARX®
ObjectDBX™
Open Reality®
PolarSnap™
PortfolioWall®
Powered with Autodesk Technology™
Productstream®
ProjectPoint®
Reactor®
RealDWG™
Real-time Roto™

SW0008308

Render Queue™
Revit®
Showcase™
SketchBook®
Topobase™
Toxik™
Visual®
Visual Bridge™
Visual Construction®
Visual Drainage®
Visual Hydro®
Visual Landscape®
Visual LISP®
Visual Roads®
Visual Survey®
Visual Syllabus™
Visual Toolbox®
Visual Tugboat®
Voice Reality®
Volo®
Wiretap™

Back to Top

**Autodesk Canada Co. (formerly Discreet Logic Inc.)**
The trademarks below are trademarks of Autodesk Canada Co. in the United States
and Canada, unless otherwise noted.

Backburner™
Discreet®
Fire®
Flame®
Flint®
Frost®
Inferno®
Multi-Master Editing™
River® (Canada only)
Smoke®
Sparks®
Stone®
Wire®

For additional trademark information, please contact the Autodesk, Inc., Legal
Department: 415-507-6744.

**Buzzsaw, Inc.**
The trademarks of Buzzsaw, Inc., have been assigned to Autodesk, Inc.
Back to Top

Sign Up For Email     Careers     Investors

© Copyright 2007 Autodesk, Inc. All rights reserved.   Legal Notices & Trademarks — Report Piracy

SW0008309

Case3:08-cv-04397-WHA   Document169-5   Filed11/23/09   Page145 of 177

Company   Contact Us   Pa

Products    Solutions    Purchase    Services & Support    Communities

Home    Company    Legal Notices & Trademarks

# Legal Notices & Trademarks

Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance
Support Terms & Conditions

## Guidelines for Use

Print

Email

1. Autodesk, Inc., is our TRADE NAME, or name under which we conduct business, and, when used in that context, never requires the ® or ™ designation. Autodesk, Inc., is a noun. When referring to Autodesk as a company name, with or without the "Inc.," do not include a trademark designation.

**Correct:** Autodesk reported shareholder earnings
**Incorrect:** Autodesk® reported shareholder earnings

**Correct:** Autodesk, Inc. is the world's leading design software company.
**Incorrect:** Autodesk®, Inc. is the world's leading design software company.

2. Use the ® to indicate Autodesk's fully registered trademarks and the ™ to indicate our claimed trademarks. Please make the trademark symbol a superscript (® or ™) and position it immediately after the trademark to which it applies (Autodesk® Building Mechanical, Autodesk® FMDesktop™).

3. Trademarks are adjectives. The registered Autodesk trademark is used to distinguish products or other relevant nouns. "Autodesk" when followed by a product name or other noun is a registered trademark and should be designated with the ® (for example, Autodesk® Symbols, Autodesk® software).  It is necessary to include the appropriate trademark symbol with the associated mark only in the first mention in text (not in headlines, headings, or paragraph titles).

Please note: product names are not necessarily synonymous with trademarks. The trademark designation and protection apply only to that portion of the product name which is immediately to the left of the ® or ™ symbol.
Examples:

- With "Autodesk Streamline®," the entire name is a fully registered trademark, not "Streamline" by itself
- With "Autodesk® Productstream®," both portions of the name are registered trademarks
- With "AutoCAD® Architecture," or "Autodesk® Vault," only the "AutoCAD" or "Autodesk" portions of the product names are registered trademarks
- With "Autodesk® Toxik™," the "Autodesk" portion is a registered mark and the "Toxik" portion is a (claimed) trademark.

Please do not use trademarks as nouns. Treat them as adjectives even if the modified noun (software, technology, file, functionality) is implied.

**Correct:** I installed AutoCAD LT® software on my laptop.
**Incorrect:** I installed AutoCAD LT® on my laptop.

Please do not use trademarks as verbs or verb forms.

**Correct:** Use Maya® technology for superb imaging.
**Incorrect:** Maya-nize your images.

Please do not use trademarks as possessives.

**Correct:** The Revit® API is efficient.
**Incorrect:** Revit's® API is efficient; Revit's API is efficient.

SW0008310

Please do not use trademarks as plurals.

**Correct:** Autodesk sold 3,000 seats of AutoCAD® software yesterday.
**Incorrect:** Autodesk sold 3,000 AutoCADs yesterday.

Please do not abbreviate trademarks.

**Correct:** AutoCAD LT® technology is on the cutting edge. 3ds Max® animation software is a star.
**Incorrect:** LT technology is cutting edge technology. Max is our animation software star.

4. If "Autodesk" or "AutoCAD" is part of another trademark, include "AutoCAD" or "Autodesk" in all written references to the mark.

**Correct:** Autodesk MapGuide®
**Incorrect:** MapGuide®

5. It is important that the appropriate™ or ® symbols are included with our trademarks in the following prominent uses: product packaging, labels, product manuals, company or product websites, promotional collateral or brochures, press releases, data sheets, and advertisements.

6. The ™ or ® designation is needed only the first time a trademark is referenced in a document, unless you are citing or listing a series of product titles.  In that case the symbols should be used appropriately with each name.  Additionally, in newsletters, manuals, or publications consisting of several articles or chapters, use the ™ or ® designation with the first use of the trademark in each article or chapter. At the end of the entire publication, include one trademark paragraph incorporating a list of all applicable trademarks used throughout the publication (see below). Do not include the actual ™ or ® symbols in the trademark paragraph, however.

**Trademark paragraph—Autodesk, Inc.:**
"Autodesk, AutoCAD, [alphabetically list all other trademarks mentioned in the pertinent material] are registered trademarks or trademarks of Autodesk, Inc., in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders. Autodesk reserves the right to alter product offerings and specifications at any time without notice. and is not responsible for typographical or graphical errors that may appear in this document. © [insert year material is published. e.g., 2007] Autodesk, Inc. All rights reserved."

**Trademark paragraph-Autodesk Media & Entertainment Systems Products:**
"Autodesk, Discreet, [alphabetically list all other pertinent Media & Entertainment systems product trademarks mentioned in the pertinent material] are registered trademarks or trademarks of Autodesk, Inc./Autodesk Canada Co. in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders. Autodesk reserves the right to alter product offerings and specifications at any time without notice, and is not responsible for typographical or graphical errors that may appear in this document.© [insert year material is published. e.g., 2007] Autodesk, Inc. All rights reserved."

7. <u>DWG TRADEMARK GUIDELINES</u>

DWG is the name of Autodesk's proprietary file format and technology used in AutoCAD® software and related products.  Because of the prominence of the DWG name in connection with AutoCAD-based products, and the considerable marketing and sales of AutoCAD products over the years, the DWG name has come to be closely associated with Autodesk.  DWG has served and now serves as an Autodesk trademark.  The status of DWG as both an Autodesk® file format name and an Autodesk® trademark means that certain uses of DWG, without prior permission from Autodesk, are permissible while others are not.

These are illustrative guidelines on proper use of the name DWG:

- *You may cite to DWG as a file name in a referential phrase such as "works with*

SW0008311

DWG," "for use with DWG," "for DWG," or "compatible with DWG." If you do so, please disclose that DWG is the native file format for Autodesk's AutoCAD® software.

Any phrases with references to DWG must be accurate and not misleading.

You should not adopt or use product, service, or company names that could cause confusion about affiliation with or endorsement by Autodesk. Do not, for example, cite to the DWG name or to any other Autodesk trademark at the beginning of, or otherwise as the most prominent part of, your product, service or company name.

You should maintain a visual distinction between your company and product name, on the one hand, and DWG or any other Autodesk trademark, on the other. For example, Acme Co.'s "ALPHABETA for DWG" is permissible.

You should not create or use any logos that include DWG or any other Autodesk trademark unless your use is pursuant to a license from Autodesk. For example, you should not create your own DWG compatibility logo without permission from Autodesk.

You should not use Autodesk's DWG logo without a license from



Autodesk. This is Autodesk's DWG logo:

You should only use Autodesk's DWG-related trademarks, such as DWG TrueView™ and DWG TrueConvert™, RealDWG™ in compliance with Autodesk's general trademark guidelines, a copy of which is available on Autodesk's website (www.autodesk.com).

You should not state or suggest that you have, or are claiming, rights in the DWG name or any other Autodesk trademark.

You should not apply to register as trademarks any names incorporating DWG.

You should not register any Internet domain names incorporating DWG, unless such domain names are not misleading or confusing and unless there is clear and conspicuous trademark attribution to Autodesk on the homepage of the corresponding website.

8. Third-party trademarks are designated by the ™, if unregistered, and by the ®, if registered. The third-party footnote should be a statement similar to: "All other brand names, product names, or trademarks belong to their respective holders." If you are uncertain about which designation a third-party trademark should have, we recommend looking at its corporate website to see how the company does it.

For additional trademark information, please contact the Autodesk, Inc.. Legal Department: 415-507-6744.

Sign Up For Email     Careers     Investors

© Copyright 2007 Autodesk, Inc. All rights reserved.   Legal Notices & Trademarks — Report Piracy

SW0008312

Company

Industries      Products      Purchase      Services & Support      Communities

Home      Company      Legal Notices & Trademarks

# Legal Notices & Trademarks

Terms of Use
Privacy Policy
Copyright Information
Trademarks
Linking to Autodesk
Export Compliance
Subscription Terms and Conditions
Software License Agreements

## Autodesk, Inc.

The trademarks below are trademarks in the United States. For additional trademark
information, please contact the Autodesk, Inc., Legal Department: 415-507-6744.

3DEC (design/logo)®
3December®
3December.com®
3ds Max®
ActiveShapes®
ADI®
AEC Authority (logo)®
Algor®
Alias®
AliasStudio®
[Alias] "Swirl Design" (design/logo)®
Alias|Wavefront (design/logo)®
ATC®
AUGI® [Note: AUGI is a registered trademark
         of Autodesk, Inc., licensed exclusively to
         the Autodesk User Group International.]
AutoCAD®
AutoCAD Learning Assistance™
AutoCAD LT®
AutoCAD Simulator™
AutoCAD SQL Extension™
AutoCAD SQL Interface™
Autodesk®
Autodesk Envision®
Autodesk Intent™
Autodesk Inventor®
Autodesk Map®
Autodesk MapGuide®
Autodesk Streamline®
AutoLISP®
AutoSketch®
AutoSnap™
AutoTrack™
Backburner™
Backdraft®
Built with ObjectARX (+product) (logos)™
Burn®
Buzzsaw®
CAiCE™
Can You Imagine®
Character Studio®
Cinestream™
Civil 3D®

SW0028542

Cleaner®
Cleaner Central™
ClearScale™
Colour Warper™
Combustion®
Communication Specification™
Constructware®
Content Explorer™
Create>what's>Next> (design/logo)®
Dancing Baby, The (image)™
DesignCenter™
Design Doctor™
Designer's Toolkit™
DesignKids®
DesignProf™
Design Server™
DesignStudio®
Design|Studio (design/logo)®
Design Web Format™
Discreet®
DWF™
DWG™, see Paragraph 14, under Guidelines for Use
DWG (design/logo)™
DWG Extreme™
DWG TrueConvert™
DWG TrueView™
DXF™
Ecotect®
Extending the Design Team™
Face Robot®
FBX®
Fempro®
Filmbox®
Fire®
Flame®
FMDesktop®
Freewheel®
Frost®
GDX Driver™
Gmax®
Green Building Studio®
Heads-up Design™
Heidi®
HumanIK®
IDEA Server®
i-drop®
ImageModeler™
iMOUT™
Incinerator®
Inferno®
Inventor®
Inventor LT™
Kaydara®
Kaydara (design/logo)®
Kynapse®
Kynogon®
LandXplorer™
Lustre®
MatchMover™

SW0028543

Maya®
Mechanical Desktop®
Moldflow®
MPA®
MPA (design/logo)®
Moldflow Plastics Advisers®
MPI®
MPI (design/logo)®
Moldflow Plastics Insight®
MPX®
MPX (design/logo)®
Moldflow Plastics Xpert®
Moondust™
MotionBuilder®
Movimento™
Mudbox™
Navisworks®
ObjectARX®
ObjectDBX™
Open Reality®
Opticore™
Pipeplus®
PolarSnap™
PortfolioWall®
Powered with Autodesk Technology™
Productstream®
ProjectPoint®
RasterDWG®
Reactor®
RealDWG™
Real-time Roto™
REALVIZ®
Render Queue™
Retimer™
Revit®
Robot™
Showcase®
ShowMotion®
SketchBook®
Smoke®
Softimage®
Softimage|XSI (design/logo)™
SteeringWheels®
Stitcher™
Stone®
Topobase™
Toxik™
TrustedDWG™
U-Vis™
ViewCube®
Visual®
Visual Construction®
Visual Drainage®
Visual Landscape®
Visual LISP®
Visual Survey®
Visual Toolbox®
Voice Reality®
Volo®

SW0028544

Vtour™
Wire®
Wiretap®
WiretapCentral™
XSI®
XSI (design/logo)™


Back to Top

**Autodesk Canada Co. (formerly Discreet Logic Inc.)**
Autodesk Canada Co., a subsidiary of Autodesk, Inc., is the owner of the following
marks in the United States, and/or Canada, as noted:

Backburner™
Multi-Master Editing™
River® (Canada only)
Sparks®

For additional trademark information, please contact the Autodesk, Inc., Legal
Department-Trademarks.


Back to Top

Sign Up For Email      Careers      Investors

© Copyright 2009 Autodesk, Inc. All rights reserved.   Privacy Policy — Legal Notices & Trademarks — Report Noncompliance — Site Map

SW0028545



## Guidelines for Use

### 1. Company Name

Autodesk, Inc., is our TRADE NAME, or name under which we conduct business, and, when used in that context, never requires the ® or ™ designation. Autodesk, Inc., is a noun. When referring to Autodesk as a company name, with or without the "Inc.," do not include a trademark designation.

> **Correct:** Autodesk reported shareholder earnings.
> **Incorrect:** Autodesk® reported shareholder earnings.
>
> **Correct:** Autodesk, Inc. is the world's leading design software company.
> **Incorrect:** Autodesk®, Inc. is the world's leading design software company.
>
> **Correct:** Get the latest design software tools from Autodesk.
> **Incorrect:** Get the latest design software tools from Autodesk®.

### 2. Trademarks are Adjectives

The registered Autodesk trademark is used to distinguish products or other relevant nouns. "Autodesk" when followed by a product name or other noun, such as "software," is a registered trademark and should be designated with the ® (for example, Autodesk® Symbols, Autodesk® software).

#### Do Not Use Trademarks as Nouns

Trademarks are adjectives and should be treated as adjectives, to be followed by the appropriate noun (software, technology, file, functionality) *at least* in the first mention in the text of a given piece, and thereafter from time to time throughout the piece. After the first mention of a trademark, continue to treat the mark as an adjective, even if the modified noun (e.g., software, technology, file, functionality) is implied.

> **Correct:** I installed AutoCAD LT® software on my laptop.
> **Incorrect:** I installed AutoCAD LT® on my laptop.

#### Do Not Use Trademarks as Verbs or Verb Forms

> **Correct:** Use Maya® technology for superb imaging.
> **Incorrect:** Maya-nize your images.

#### Do Not Use Trademarks as Possessives

> **Correct:** The Autodesk® Revit® API is efficient.
> **Incorrect:** Revit's® API is efficient; Revit's API is efficient.

#### Do Not Use Trademarks as Plurals

> **Correct:** Autodesk sold 3,000 licenses of AutoCAD® software yesterday.
> **Incorrect:** Autodesk sold 3,000 AutoCADs yesterday.

#### Do Not Abbreviate or Make Acronyms Out of Our Trademarks or Product Names that Include Trademarks

> **Correct:** AutoCAD LT® technology is on the cutting edge. Autodesk® 3ds Max® animation software is a star.
> **Incorrect:** LT is cutting edge technology. Max is our animation software star.
>
> **Correct:** Autodesk MapGuide® Enterprise web-based mapping software extends the value of your map and design tools.
> **Incorrect:** MapGuide web-based mapping software extends the value of your map and design tools.
>
> **Correct:** Autodesk® Design Academy software and curriculum provide the programs of choice for secondary schools.

SW0028546

**Incorrect:** ADA software and curriculum provide the programs of choice for secondary schools.

**3. Properly Identify Autodesk Trademarks**
Use the ® to indicate Autodesk's fully registered trademarks (or "marks") and the ™ to indicate our claimed trademarks. Please make the trademark symbol a superscript (® or ™), large enough to be clearly legible without benefit of magnification, and position it immediately after the trademark to which it applies (AutoCAD® Architecture, Autodesk MapGuide®, Autodesk® Robot™, Inventor LT™, Autodesk® Smoke® ).

**4. Trademark Symbol Usage**
It is necessary that you include the appropriate trademark symbol, whether ® or ™, with the associated mark only in the first prominent mention on a piece of marketing collateral, including introductory paragraphs, as well as in the first mention in text copy (but not including headlines, headings, or paragraph titles). In a newsletter, include the trademark symbol the first time a mark is mentioned within each article. In a publication consisting of chapters or on websites such as product centers, include the appropriate trademark symbol the first time a mark is mentioned in each chapter, or on each new web page.

As stated above, you need to include the ™ or ® designation only the first time you reference a trademark in a document. However, if you are citing or listing a series of product titles, include the appropriate symbols with each name, e.g., AutoCAD®, AutoCAD® Revit® Architecture Suite, AutoCAD® Inventor® Professional Suite, Autodesk® Revit® Architecture, Autodesk® 3ds Max®, Autodesk® 3ds Max® Design, etc.

**5. Product Names may Include One or More Trademarks**
**Please note: product names are not necessarily synonymous with trademarks. The trademark designation and protection apply only to that portion of the product name which is immediately to the left of the ® or ™ symbol.**
Examples:

- With "Autodesk Streamline®," the entire name is a fully registered trademark, not "Streamline" by itself
- With "Autodesk Navisworks®," both portions of the name are registered trademarks
- With "AutoCAD® Architecture," or "Autodesk® Vault," only the "AutoCAD" or "Autodesk" portions of the product names are registered trademarks
- With "Autodesk® Toxik™," the "Autodesk" portion is a registered mark and the "Toxik" portion is a (claimed) trademark.

For an up-to-date list of our currently offered products, including their appropriate trademark symbols, refer to the Current Products List page.

**6. Multi-Word Trademarks**
If "Autodesk" or "AutoCAD" is part of another trademark, include "AutoCAD" or "Autodesk" in all written references to the mark.

**Correct:** Autodesk MapGuide®
**Incorrect:** MapGuide®

**Correct:** Autodesk Streamline®
**Incorrect:** Streamline®

**Correct:** AutoCAD LT®
**Incorrect:** LT® or LT

**7. Communications and Materials that Require Trademark Symbols**
It is important that the appropriate™ or ® symbols are included with our trademarks in the following prominent uses: product packaging, labels, product manuals, company or product websites, promotional collateral or brochures, books or other commercial publications, data sheets, and advertisements.  Autodesk-authored press releases do not currently require use of trademark symbols within the press release, but it is important that you include an accurate trademark paragraph, including a copyright notice and disclaimer (tradegraph) on all press releases. (See below.)

**8. Trademark Paragraph and Copyright Notice (Tradegraph)**
At the end of the entire communication, collateral material, publication, or other material ("material") or on the copyright notice page of the material that references Autodesk trademarks, include one tradegraph incorporating a list of all applicable trademarks used throughout the material (see below).  Do not include the ® or ™ symbols in the tradegraph, however.

**Trademark paragraph, including copyright notice (tradegraph):**
"Autodesk, AutoCAD* [*if/when mentioned in the pertinent material], followed by an alphabetical list of all other trademarks mentioned in the material] are registered trademarks or trademarks of Autodesk, Inc., and/or its subsidiaries and/or affiliates in the USA and/or other countries. All other brand names, product names, or trademarks belong to their respective holders. Autodesk reserves the right to alter product offerings and specifications at any time without notice, and is not responsible for

**SW0028547**

typographical or graphical errors that may appear in this document. © [insert year material is **published**, e.g., 2009] Autodesk, Inc. All rights reserved."

## 9. DWG Trademark Guidelines

DWG is the name of Autodesk's proprietary file format and technology used in AutoCAD[®] software and related products. Because of the prominence of the DWG name in connection with AutoCAD-based products, and the considerable marketing and sales of AutoCAD products over the years, the DWG name has come to be closely associated with Autodesk. DWG has served and now serves as an Autodesk trademark. The status of DWG as both an Autodesk[®] file format name and an Autodesk trademark means that certain uses of DWG, without prior permission from Autodesk, are permissible while others are not.

These are illustrative guidelines on proper use of the name DWG:

- *You may cite to DWG as a file name in a referential phrase such as "works with DWG," "for use with DWG," "for DWG," or "compatible with DWG." If you do so, please disclose that DWG is the native file format for Autodesk's AutoCAD[®] software.*

- *Any phrases with references to DWG must be accurate and not misleading.*

- *You should not adopt or use product, service, or company names that could cause confusion about affiliation with or endorsement by Autodesk. Do not, for example, cite to the DWG name or to any other Autodesk trademark at the beginning of, or otherwise as the most prominent part of, your product, service or company name.*

- *You should maintain a visual distinction between your company and product name, on the one hand, and DWG or any other Autodesk trademark, on the other. For example, Acme Co.'s "ALPHABETA for DWG" is permissible.*

- *You should not create or use any logos that include DWG or any other Autodesk trademark unless your use is pursuant to a license from Autodesk. For example, you should not create your own DWG compatibility logo without permission from Autodesk.*

- *You should not use Autodesk's DWG logo without a license from Autodesk. This is Autodesk's DWG logo:*

  

- *You should only use Autodesk's DWG-related trademarks, such as DWG TrueView™ and DWG TrueConvert™, RealDWG™ in compliance with Autodesk's general trademark guidelines, a copy of which is available on Autodesk's website (www.autodesk.com).*

- *You should not state or suggest that you have, or are claiming, rights in the DWG name or any other Autodesk trademark.*

- *You should not apply to register as trademarks any names incorporating DWG.*

- *You should not registere any Internet domain names incorporating DWG, unless such domain names are not misleading or confusing, and unless you include clear and conspicuous trademark attribution to Autodesk on the homepage of the corresponding website.*

## 10. Domain Names

Unless you are an actual Autodesk corporate entity, do not use or permit other third parties, including channel sales partners, VARs, or others, to use or incorporate Autodesk's trademarks in your or the third party's domain names.

## 11. Third-Party Trademarks

When possible, designate third-party trademarks by the ™, if unregistered, and by the ®, if registered. Unless the third party in question has a specific attribution requirement (such as "Academy Award and Oscar are registered trademarks of the Academy of Motion Picture Arts and Sciences", the tradegraph (see paragraph 8, above) will attribute third-party trademarks by using the statement: "All other brand names, product names, or trademarks belong to their respective holders." If you are uncertain about which designation a third-party trademark should have, we recommend looking at its corporate website to see how the company does it.

For additional trademark information, contact the Autodesk Legal Department.

© Copyright 2009 Autodesk, Inc. All rights reserved.

Company    Contact Us    Partners    Search

Industries    Products    Purchase    Services & Support    Communities

United States        Worldwide Sites

Home    Services & Support    AutoCAD Services & Support

AutoCAD Services & Support

SW0029051

Subscription
Consulting
Training
Community
Support
Knowledge Base
Discussion Groups
Subscription Web Support
Up & Ready
Customer Error Reporting
Other Resources
Data & Downloads
Documentation

## Difference between AUDIT and RECOVER commands

Published date: 2000-May-15
ID: TS54343

Applies to:
AutoCAD® 2002
AutoCAD® 2000i
AutoCAD® 2000
AutoCAD® Release 14
AutoCAD LT® 2002
AutoCAD LT® 2000i
AutoCAD LT® 2000

### Issue

When checking a problem drawing, one person might suggest using AUDIT, and another might suggest using RECOVER. You want to know the difference between these commands?

### Solution

- **AUDIT.** The AUDIT command is a diagnostic tool that examines the objects in the current drawing database and verifies their correctness. For every error detected, the program provides a description of the error and recommends corrective action. AUDIT places all objects for which it reports errors in the previous selection set. However, editing commands only affect objects in the current space (paper space or model space). You can use this feature to delete any objects that are found to have problems.

- **RECOVER.** The RECOVER command runs automatically when you open a drawing if the program determines the drawing is damaged (based on the header information in the drawing file). You can also manually run RECOVER on a specific drawing: From the File menu, choose Drawing Utilities > Recover; select the file you want to recover; choose OK.

The program does not read corrupt objects into the drawing database when opening a drawing. This is why you can only run RECOVER on drawings that are *not* already open; because RECOVER can find corrupt objects that would not have been read into the drawing database had the drawing been opened.

### See also

Error  toffset.cpp@312 eInvalidInput
Using DesignCenter to recover a drawing and retain layouts
RECOVER command reveals more errors than in previous releases
Recover damaged drawing when RECOVER command not successful
Drawing becomes corrupt after shutting down Microsoft® Windows® 98 when the program is still open
Using the RECOVER command to repair a damaged drawing

Give us your feedback on this document:

- Resolved my issue.
- Helpful but incomplete.
- Difficult to find.
- Difficult to understand.
- Did not resolve my issue.
- Document contains broken links and references.
- No comment.

Additional feedback:

Submit

AUTODESK DOES NOT GUARANTEE THAT YOU WILL BE ABLE TO SUCCESSFULLY DOWNLOAD OR IMPLEMENT ANY SERVICE PACK OR WORKAROUND, OR ANY OF THE TIPS, TRICKS, EXAMPLES OR SUGGESTIONS OUTLINED IN ANY AUTODESK PRODUCT SUPPORT TECHNICAL DOCUMENTS. TECHNICAL DOCUMENTS, SERVICE PACKS AND WORKAROUNDS ARE SUBJECT TO CHANGE WITHOUT NOTICE TO YOU. AUTODESK PROVIDES TECHNICAL DOCUMENTS, SERVICE PACKS AND WORKAROUNDS "AS IS" WITHOUT WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL AUTODESK OR ITS SUPPLIERS BE LIABLE FOR ANY DAMAGES WHATSOEVER INCLUDING DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, LOSS OF DATA, OR LOSS OF BUSINESS PROFITS OR SPECIAL DAMAGES, THAT MAY OCCUR AS A RESULT OF IMPLEMENTING ANY SERVICE PACK OR WORKAROUND, OR ANY SUGGESTION OUTLINED IN ANY AUTODESK PRODUCT SUPPORT TECHNICAL DOCUMENT, EVEN IF AUTODESK OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SW0029052

Sign Up For Email    Careers    Investors                                    RSS

© Copyright 2009 Autodesk, Inc. All rights reserved.   Privacy Policy — Legal Notices & Trademarks — Report Noncompliance — Site Map

SW0029053

# EXHIBIT 1005



Color

Autodesk

# Color Palette Origins

The colors of the Autodesk color palette come from the native colors in our products' interfaces.



AUTODESK PRODUCT INTERFACE

Autodesk
Dark Blue

Autodesk
Purple

Autodesk
Green

Autodesk
Blue-Green

Autodesk
Yellow

Autodesk
Orange

Autodesk
Red

Autodesk
Magenta

Autodesk
White

Autodesk
Black

Autodesk

© 2006 Autodesk

# Color Palette

Fields of bold color grab the viewers attention. Our broad palette speaks to our broad reach into many market segments

**AUTODESK COLORS**








*Autodesk Yellow*   *Autodesk Purple*   *Autodesk Magenta*   *Autodesk Blue*   *Autodesk Red*   *Autodesk Orange*   *Autodesk Green*






*Autodesk Blue-Green*   *Autodesk Dark Blue*   *Autodesk Black*   *Autodesk White*

**AUTODESK LOGO COLOR**



*Autodesk Blue*

© 2006 Autodesk

Autodesk

# Product Colors

Each product has a "Primary Accent Color". The other colors can also be used.

**AUTODESK COLORS**

      

| Autodesk Orange | Autodesk Red | Autodesk Magenta | Autodesk Green | Autodesk Purple | Autodesk Blue-Green | Autodesk Yellow | Autodesk Black |

**AUTODESK PRODUCTS**

       

| Autodesk Building Systems | Autodesk Revit Structure | Autodesk Viz | Autodesk Civil 3D | Autodesk Map 3D | Autodesk AutoCAD | Autodesk Inventor Pro | Autodesk 3Ds Max |

Autodesk

© 2006 Autodesk

# EXHIBIT 1025

**Web**   Images   Videos   Maps   News   Shopping   Gmail   **more** ▼

Sign in

# Google   DWG software

Search   **Advanced Search**
**Preferences**

---

.Web   Show options...   Results **1 - 10** of about **786,000** for **DWG software**. (0.18 seconds)

SolidWorks 3DCAD **Software**   Sponsored Links
www.hawkridgesys.com   SolidWorks #1 Reseller Worldwide
Sales,Training and Support

3D CAD **Software**
www.NI.com   Accelerate your Design Validation Download
technical resource kit

AutoCAD® **Software**
www.Autodesk.com/AutoCAD   Complete Projects Quicker &
More Efficiently With AutoCAD® **software**.

Download Free **DWG** Viewer - Freeware **Software** -
Tucows

Sponsored Links

TurboCAD Pro CAD **Software**
TurboCAD Pro 14 2D /3D professional
CAD **software** on sale just $149.95
www.cadandgraphics.com

Easy CAD **Software**
Make 2D Diagrams in Minutes
See Examples. Free Download!
www.SmartDraw.com

**DWG** compatible 2D CAD
Draft & Detail. **DWG**/SKP. **Software**
based on award-winning CAD code.
www.DoubleCAD.com

Download IntelliCAD Free
Create AutoCAD 2009 Drawings!
3D ACIS, Express Tools, PDF, LISP
www.icadsales.com/IntelliCAD

Top Construction **Software**
125+ Construction **Software** Options.
Compare the Top 3 for You!
www.Capterra.com

Dwg **Software** Info
Get Info On **Dwg Software**
Access 10 Search Engines At Once.
www.Info.com/**DwgSoftware**

More Sponsored Links »

---

May 10, 2007 **... Drawing** files can be viewed easily with full zoom / pan / eyeglass /
layering controls. The viewer can save views to JPEG, and it supports **...**
www.tucows.com/preview/332734 - Cached - Similar

DWG Software - Home Page
**DWG Software** - Automation, internet and telecoms related **software** house.
www.**dwgsoftware**.com/ - Cached - Similar

Download AutoCAD like **Software**, low cost 2009 **DWG** CAD
AutoCAD LT compatible progeCAD 2009 IntelliCAD **software** offers quality **DWG** drafting
and design CAD function. View, convert and edit **DWG**, DXF: ACIS 3D, OLE, **...**
www.caddit.net/auto-cad/AutoCAD.php - Cached - Similar



Δ π EXHIBIT *1025*
Deponent *Gilmour*
Date *7/10/09* Rptr. *SEB*
WWW.DEPOBOOK.COM

## DWG Converter,**DWG** to PDF,**DWG** to JPG,DWF to **DWG**,**DWG** to DXF,PDF to **DWG**

(It is stand-alone AutoCAD **drawing** file conversion program, ... your drawings into image files easily without purchasing expensive **software** programs. ...
any**dwg**.com/ - Cached - Similar

## ringtone maker free download - this is RingJone

Free ringtone. Free download. Any computer. Support Help / Support · Site Map. Page designed and maintained by **DWG Software** Ltd.
www.ringjone.com/ - Cached - Similar

## Dwg Free Download

Size: 2.16MB License: Shareware Price: $180.00 By: AnyDWG **Software**, Inc. PDF to **DWG** 9.5. A powerful windows program that easily converts PDF to **DWG** for ...
www.brothersoft.com/downloads/**dwg**.html - Cached - Similar

## Free **DWG** Viewer **software** downloads and reviews - CNET Downloads

Come to CNET Downloads for free and safe Free **DWG** Viewer **software** downloads and reviews. All CNET Downloads **software** is safe, trusted, and spyware-free.
download.cnet.com/1770-20_4-0.html?query...**DWG**... - Cached - Similar

## DWG Converter and Raster to Vector Converter (Vectorizer) **software**

**DWG** TOOL provide Raster to Vector converter **software**,**DWG** converter, DXF converter,free **DWG** viewer, batch convert **DWG**, DXF, DWF to BMP, PDF, JPEG, GIF, EPS, ...
www.**dwg**tool.com/ - Cached - Similar

## Autodesk - **DWG** TrueView

**DWG** TrueView CAD file conversion **software** includes **DWG** TrueConvert™ translation **software** for translating any AutoCAD design application or AutoCAD-based ...
usa.autodesk.com/adsk/servlet/index?id...123112 - Cached - Similar

## Dwg Tool Software

**DWG** Converter - Acme CAD Converter is a **dwg** dxf dwf format conversion **software** for batch and vector files. It can conveniently convert DXF,DWF and **DWG** files ...
www.shareconnection.com/author.php?...**dwg**...**software** - Cached - Similar

Searches related to: **DWG software**

| | | | |
|---|---|---|---|
| **autodesk** dwg **trueview** | dwg **dxf files** | dwg **pdf converter** | dwg **viewer software** |
| dwg **wmf converter** | **vector drawing program** | dwg **svg converter** | **svg drawing program** |

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

DWG software          [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

SW0029139

**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▼                    Sign in

# Google        DWG software              [ Search ]    Advanced Search
                                                        Preferences

---

**Web**   Show options...              Results **11 - 20** of about **786,000** for **DWG software**. (0.16 seconds)

### SolidWorks 3DCAD **Software**              Sponsored Links              Sponsored Links
www.hawkridgesys.com    SolidWorks #1 Reseller Worldwide
Sales,Training and Support                                          ### TurboCAD Pro CAD **Software**
                                                                    TurboCAD Pro 14 2D /3D professional
### Easy CAD **Software**                                           CAD **software** on sale just $149.95
www.SmartDraw.com    Make 2D Diagrams in Minutes See               www.cadandgraphics.com
Examples. Free Download!
                                                                    ### **DWG** Compatible 2D CAD
### **DWG** TOOL **Software** - Corporate Listing                   Advanced & Innovative CAD **Software**.
                                                                    Ideal for Drafting & Detailing.
                                                                    www.DoubleCAD.com

                                                                    ### Download IntelliCAD Free
                                                                    Create AutoCAD 2009 Drawings!
                                                                    3D ACIS, Express Tools, PDF, LISP
                                                                    www.icadsales.com/IntelliCAD

                                                                    ### Top Construction **Software**
                                                                    125+ Construction **Software** Options.
                                                                    Compare the Top 3 for You!
                                                                    www.Capterra.com

                                                                    ### Dwg **Software** Info
                                                                    Get Info On **Dwg Software**
                                                                    Access 10 Search Engines At Once.
                                                                    www.Info.com/DwgSoftware

**DWG** TOOL **Software**. Contact Info | Products. we provide customization and development
of professional application **software** aiming at the area of CAD and **...**
ecat.giscafe.com/corpprofile.php?vendor_id=9002855 - Cached - Similar

### **DWG** TOOL **Software** Informer: Latest **DWG** TOOL **software** updates and **...**
**DWG** Converter - Batch Convert **DWG** DXF DWF to PDF WMF BMP JPEG GIF PLT SVG
CGM EPS, and also enable the conversion between DXF and **DWG** file versions **...**
**dwg**-tool-**software**.**software**.informer.com/ - Cached - Similar

### **Dwg Software** at FilesLand
CAD **software** reads and writes AutoCAD **DWG** Batch convert **DWG** to DWF, DXF to DWF.
**Software**.
www.filesland.com/**software**/**dwg**.html - Cached - Similar

### **Dwg** Pdf - Downloads Free **Dwg** Pdf - Download **Dwg** Pdf **Software**
It supports AutoCAD version 2.5 thru 2006, the **dwg** file created by the **software** is editable.
The conversion on the line arts, curves and arcs are with high. **...**
**dwg**-pdf.smartcode.com/ - Cached - Similar

**DWG TOOL Software Software**
**DWG** Converter - Batch Convert **DWG** DXF DWF to PDF WMF BMP JPEG GIF PLT SVG
CGM EPS, and also enable the conversion between DXF and **DWG** file versions ...
www.softpile.com/authors/**DWG**_TOOL_**Software**.html - Cached - Similar

**» Autocad dwg software**
Findmysoft recommends the following autocad **dwg software**. Most of the softs are free
and regularly updated.
www.findmysoft.com/**software**/autocad_**dwg**/ - Cached - Similar

**DWG Converter - Batch Convert DWG to PDF, DWG to WMF, DWG to EPS, DWG ...**
Batch converter that allows you to convert **DWG** DXF DWF to PDF, WMF, JPEG, EPS,
SVG, CGM, BMP, JPEG, TIFF, ... 2000-2009 **DWG** TOOL **Software**. All rights reserved.
www.**dwg**tool.com/cadconvert.htm - Cached - Similar

**progeCAD IntelliCAD DWG Design Software From CADDIT CAD Software ...**
progeCAD can closely emulate the Autodesk AutoCAD commands and interface, including
AutoLISP scripting and, most importantly, full **DWG** file support. ...
www.directionsmag.com/...**Software**.../progeCAD_IntelliCAD_**DWG**_Design_**Software**/ -
Cached - Similar

**Software creates PDF files from DWG, DXF, and DXB drawings., DWGLab**
Nov 21, 2008 ... Convert AutoCAD Drawings to Vector PDFs with Any **DWG** and DXF to
PDF Converter, DWGLab.
news.thomasnet.com/fullstory/822215 - Cached - Similar

**Dwg Software Downloads, Reviews: TwinView Plus, CadFaster ...**
Download **Dwg** shareware, freeware, demo, **software**, files... TwinView is a multi-format,
Windows-based viewer that opens, prints, and marks up a.
www.fileguru.com/downloads/**dwg** - Cached - Similar

Searches related to: **DWG software**

| | | | |
|---|---|---|---|
| **autodesk** dwg **trueview** | **dwg dxf files** | **dwg pdf converter** | **dwg viewer** software |
| **dwg wmf converter** | **vector drawing program** | **dwg svg converter** | **svg drawing program** |

**Previous**    1  **2**  3  4  5  6  7  8  9  10 11    **Next**

DWG software                [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                          Sign in

Google     DWG software                    [ Search ]   Advanced Search
                                                         Preferences

Web    Show options...          Results **21 - 30** of about **786,000** for **DWG** software. (**0.21** seconds)

## DWG Software Informer

Sponsored Links

**Easy CAD Software**
Make 2D Diagrams in Minutes
See Examples. Free Download!
www.SmartDraw.com

**DWG compatible 2D CAD**
Draft & Detail. DWG/SKP. **Software**
based on award-winning CAD code.
www.DoubleCAD.com

**Download IntelliCAD Free**
Create AutoCAD 2009 Drawings!
3D ACIS, Express Tools, PDF, LISP
www.icadsales.com/IntelliCAD

**Top Construction Software**
125+ Construction **Software** Options.
Compare the Top 3 for You!
www.Capterra.com

**DWG Software** Informer. Featured **DWG** free downloads and reviews. Latest updates on
everything **DWG Software** related.
dwg.**software**.informer.com/ - Cached - Similar

## News - SolidWorks Compiles **DWG**-Related **Software**
SolidWorks DWGseries Compiles **DWG**-Related **Software**.
www.freesharewarecenter.com/news-**dwg**_related_**software**.htm - Cached - Similar

## **DWG** to PDF - CAD **DWG** Files to PDF : **DWG** Converter **Software**
**DWG** to PDF - Converting your **DWG** files to PDF has never been easier! Combine several
of your **DWG** files into a single PDF file. Convert a CAD file into a PDF ...
www.eprintdriver.com/to_pdf/**DWG**-to-PDF-ex.html - Cached - Similar

## Solid Converter **DWG** - Unlocking **Software**: **DWG** to PDF Converter ...
Solid Converter **DWG** - Unlocking **Software** : **DWG** to PDF Converter - Convert CAD
Drawings to Sharable PDF Documents.
www.soliddocuments.com/unlock.htm?...SolidConverter**DWG** - Cached - Similar

## AutoCAD **Software**, AutoCAD Freeware, **Dwg** PDF, **Dwg** Viewer
AutoCAD Freewares - You can find the free **dwg** Converter, **dwg** Viewer, AutoCAD PDF
Tools.
www.cadig.com/autocad-**software**/ - Cached - Similar

**SW0029142**

**Dwg plotter software by Ironic Processes and others**
**DWG** to DXF Converter (**DWG** to DXF) is a batch **DWG** and DXF bi-directional converter
that allows you to convert **DWG** to DXF, DXF to **DWG** without the need of ...
www.freedownloadcenter.com/Best/**dwg**-plotter.html - Cached - Similar

**Download DWG Gateway - Freeware Software - Tucows**
Dec 8, 2006 ... Picks: Reviews of ViewCompanion Pro, XL-DBQuery, CryptoExpert 2007,
and more. **Software**. A9CAD · Free **DWG** Viewer. Advertisement ...
www.tucows.com/preview/508208 - Cached - Similar

**DWF to DWG Converter Review and Download,CAD Software,Design Software**
DWF to **DWG** Converter Download,CAD **Software**,DWF to **DWG** Converter featured with
importing DWF files into editable **DWG** files, very simple to use.
www.softsea.com/review/DWF-to-**DWG**-Converter.html - Cached - Similar

**DWF to DWG Converter, DWFIN, DWF Recovery Software Download**
DWF to **DWG** Converter converts DWF files to **DWG** and DXF file formats, it supports all
DWF entity types exported by AutoCAD.(DWFIN)
any**dwg**.com/dwf-to-**dwg**-home.html - Cached - Similar

**Dwg Software - Free DWG Viewer, AutoImager, ContextView Pro ...**
**Dwg Software** Listing. Free **DWG** Viewer will open native **DWG**, DXF, and DWF files for
viewing. AutoImager is a full-featured, advanced batch image processing ...
www.filetransit.com/files.php?name=**Dwg** - Cached - Similar

Searches related to: **DWG software**

| | | | |
|---|---|---|---|
| **autodesk** dwg **trueview** | **dwg dxf files** | **dwg pdf converter** | **dwg viewer software** |
| **dwg wmf converter** | **vector drawing program** | **dwg svg converter** | **svg drawing program** |

**Previous**   1  2  3  4  5  6  7  8  9  10 11 12      **Next**

DWG software            [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

SW0029143

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼

Sign in

# Google

DWG software

Search    Advanced Search
Preferences

Web    Show options...          Results **31** - **40** of about **786,000** for **DWG** software. (0.36 seconds)

## Dwg To Bmp **Software** at FilesLand

Sponsored Links

### Easy CAD **Software**
Make 2D Diagrams in Minutes
See Examples. Free Download!
www.SmartDraw.com

### **DWG** compatible 2D CAD
**DWG**/SKP compatible 2D CAD **software**.
Based on award-winning CAD code.
www.DoubleCAD.com

### Download IntelliCAD Free
Create AutoCAD 2009 Drawings!
3D ACIS, Express Tools, PDF, LISP
www.icadsales.com/IntelliCAD

### Top Construction **Software**
Looking for Construction **Software**?
Compare all your options for free!
www.Capterra.com

### Dwg **Software** Info
Get Info On **Dwg Software**
Access 10 Search Engines At Once.
www.Info.com/**DwgSoftware**

**Dwg** To Bmp **Software** - **DWG** to JPG Converter Pro Any, Any **DWG** to JPG Converter
**Software**.
www.filesland.com/**software**/**dwg**-to-bmp.html - Cached - Similar

## Autodesk - **DWG** TrueView - **DWG** TrueView Frequently Asked Questions
How reliable is **DWG** TrueView **software** in converting older **DWG** files to AutoCAD ... **DWG**
TrueView **software** translates **DWG** files created with any Autodesk or ...
usa.autodesk.com/adsk/servlet/item?siteID=123112&id... - Cached - Similar

## Free **DWG** Viewer - Free **software** downloads and reviews - CNET ...
Nov 19, 2008 ... Come to CNET Download.com for free and safe Free **DWG** Viewer
downloads. View various AutoCAD drawings on PC.
download.cnet.com/Free-**DWG**.../3000-18496_4-127820.html - Cached - Similar

## Autocad **Dwg** - Downloads Free Autocad **Dwg** - Download Autocad **Dwg** ...
Autocad **Dwg** in **Software** Title. 1. AutoCAD to PDF Any 9.0 AutoCAD to PDF is a batch
converter that allows you to convert **DWG** to PDF, DXF to PDF without the ...
autocad-**dwg**.smartcode.com/ - Cached - Similar

SW0029144

## AutoDWG PDF to **DWG** Converter 1.6 (Windows), from DWGSee **DWG** Viewer ...
PDF to **DWG** Converter, a stand alone application help you convert pdf to **dwg**, pdf to dxf. It
supports autocad version 2.5 to the lastest version 2006 **...**
**software**.techrepublic.com.com/abstract.aspx?docid=733385 - Cached - Similar

## **DWG** TOOL **Software**: Acme CADSee, Acme CAD Converter, Acme TraceART, ...
**DWG** DXF DWF viewer browser and Print. **DWG** Converter and free **DWG** Viewer. Raster
to Vector converter.
www.softplatz.com/Info/**DWG**-TOOL-**Software**.html - Cached - Similar

## » Pdf to **dwg software**
Findmysoft recommends the following pdf to **dwg software**. Most of the softs are free and
regularly updated.
www.findmysoft.com/**software**/pdf-to-**dwg**/ - Cached - Similar

## Cadzation's Acroplot **Software** - **DWG** to PDF for AutoCAD
Cadzation - Add-on **DWG** to PDF -AutoCAD **software** including Acroplot Jr, Full and Pro
versions.
www.cadopolis.com/autocad/acroplot-cadzation.shtml - Cached - Similar

## Open Directory - Computers: CAD and CAM: **Drawing** Exchange and ...
Autodesk, Inc. - **DWG** TrueView **software** is used to view, plot, and publish **DWG** files.
**DWG** TrueConvert **software** translates any AutoCAD or AutoCAD-based **...**
www.dmoz.org/.../**Drawing**_Exchange_and_Interoperability/ - Cached - Similar

## Drag And View **DWG** - Canyon **Software Software** Store : Download
This special version of Drag And View will view AutoCAD (*.**dwg**) drawings in addition to the
other formats. It's a: file viewing program,; a graphics **...**
www.digitalriver.com/dr/v2/ec_MAIN.Entry10/.../CID-126881 - Similar

## Searches related to: **DWG software**

| | | | |
|---|---|---|---|
| **autodesk** dwg **trueview** | **dwg dxf files** | **dwg pdf converter** | **dwg viewer** software |
| **dwg wmf converter** | **vector drawing program** | **dwg svg converter** | **svg drawing program** |

**Previous**    1  2  3  **4**  5  6  7  8  9  10 11 12 13        **Next**

DWG software          [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

**Web**   Images   Videos   Maps   News   Shopping   Gmail   **more** ▼                    Sign in

# Google      DWG software          [ Search ]   Advanced Search
                                                  Preferences

**Web**   Show options...          Results **41 - 50** of about **786,000** for **DWG** software. **(0.28** seconds)

## Kandu **Software** Corp ~ **DWG** Export Plug-In for Illustrator® Mac OS

Sponsored Links

### Easy CAD **Software**
Make 2D Diagrams in Minutes
See Examples. Free Download!
www.SmartDraw.com

### **DWG** compatible 2D CAD
Draft & Detail. **DWG**/SKP. **Software**
based on award-winning CAD code.
www.DoubleCAD.com

### Download IntelliCAD Free
Create AutoCAD 2009 Drawings!
3D ACIS, Express Tools, PDF, LISP
www.icadsales.com/IntelliCAD

### Top Construction **Software**
Find the Best Construction **Software**
Compare all your options for free!
www.Capterra.com

Our **DWG** Export Plug-In enhances your copy of Adobe Illustrator Version 8 or 9 ... new
features that have been added to the **software** are: 1) Spline Support ...
www.kandu**software**.com/products/.../**dwg**exportaipi.html - Cached - Similar

## ProgeCAD Viewer **DWG** - Free PC Download : Free Graphics **Software** ...
Free ProgeCAD Viewer **DWG** PC Download, ProgeCAD Viewer **DWG** information,
ProgeCAD Viewer **DWG software** purchase options , order link for ProgeCAD Viewer
**DWG** ...
www.winpcware.com/.../progecad-viewer-**dwg**-pid8988.htm - Cached - Similar

## Acme CAD Converter by **DWG** TOOL **Software** - Capterra Spotlight
by **DWG** TOOL **Software**. Rate this product. View, print and convert DXF,**DWG** and DWF
files into bmp, gif, jpeg, svg, hpgl ,pdf,cgm and eps files. ...
www.capterra.com/...**software**/.../**DWG**%20TOOL%20**Software**?... - Cached - Similar

## Downloads : **dwg** files and get **dwg software** on the DownloadRoute.com
**Dwg** downloads : Amethyst **DWG**-2-**DWG**, **DWG** to BMP, **DWG** to TIF, **DWG** indexer, PDF
to **DWG**, **DWG** to JPG, DWF to **DWG**, **DWG** to DWF, **DWG** to PDF, **DWG** to DXF, **DWG**
DWF, ...
www.downloadroute.com/tag/**dwg**/ - Cached - Similar

## Available free test **Software** CAD **DWG** 2004 for Linux - Open 3D Forum
Apr 9, 2004 ... The DesignCommunity Open 3D CAD Forum, for discussion of 3D design

tools, architectural modeling and rendering, and related topics.
www.designcommunity.com/messages/23057.html - Cached - Similar

## FocusCAD **DWG** DXF DWF to Im **software** , FocusCAD **DWG** DXF DWF to Im ...
FocusCAD **DWG** DXF DWF to Image Converter fast and easily Batch convert AutoCAD
**DWG**/DXF/DWF drawings into image files. What.
www.topdownloads.net/index/**software**/view.php?id=183485 - Cached - Similar

## Acme CADSee 4.9.1 Download by **DWG** TOOL **Software** - CAD **drawing** and ...
A full-featured **drawing** viewer quickly displays your images in high quality. The **drawing** file
browser lets you efficiently find and organize your **drawing** ...
www.supershareware.com/download/acme-cadsee.html - Cached - Similar

## **DWG** Viewing and Conversion - Snowbound **Software**
**DWG** Image Conversion and Viewers. Snowbound **Software's** Imaging and Conversion
SDK for Windows and .NET, AJAX Zero Footprint viewer for . ...
www.snowbound.com/format/**dwg**.html - Cached - Similar

## 123-Free-Download - free download cad-design-**software** [0 ...
downloads to free download cad-design-**software** [0] (articuCAD **DWG** DXF to PDF
Converter,articuCAD **DWG** DXF to Image Converter,AutoCAD **DWG** to PDF Converter ...
www.123-free-download.com/category/cad...**software**/.../0.html - Cached - Similar

## freeware **dwg** viewer Search Results at **SOFTWARE** 112
freeware **dwg** viewer Search Results at **SOFTWARE** 112.
www.**software**112.com/search.../freeware+**dwg**+viewer.html - Cached - Similar

Searches related to: **DWG software**

| | | | |
|---|---|---|---|
| **autodesk** dwg **trueview** | **dwg dxf files** | **dwg pdf converter** | **dwg viewer software** |
| **dwg wmf converter** | **vector drawing program** | **dwg svg converter** | **svg drawing program** |

**Previous**   1  2  3  4  **5**  6  7  8  9  10 11 12 13 14    **Next**

---

DWG software                     [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                    Sign in

# Google          DWG software

[ Search ]   **Advanced Search**
              **Preferences**

Web    Show options...              Results **51 - 60** of about **786,000** for **DWG** software. (**0.14** seconds)

## IT Shareware - free download cad-design-**software** (articuCAD **DWG DXF ...**

downloads to free download cad-design-**software**(articuCAD **DWG** DXF to PDF Converter,articuCAD **DWG** DXF to Image Converter,AutoCAD **DWG** to PDF Converter 2009 ...
www.itshareware.com/catlist-code_90-start_0-sort_0.htm - Cached - Similar

## dwf to **dwg** freeware Search Results at **SOFTWARE** 112

dwf to **dwg** freeware Search Results at **SOFTWARE** 112. ... 91%. NEW ! 2009-06-23. DWFIn -- DWF to **DWG** Converter by DWF to **DWG** Converter ...
www.**software**112.com/search-program/.../dwf+to+**dwg**+freeware.html - Similar

## Protect **dwg** file, Lock **dwg** file with DWGLock

Protecting **drawing** file;Keep others from modifying/copying your designs. ... Why users need this **DWG** secure **software**: Keep others from copying and using ...
www.**dwg**soft.com/ - Cached - Similar

## FREE Download - Graphic Apps - deskDOC **DWG to PDF Professional ...**

deskDOC **DWG** to PDF Professional 2009 free download **software**. Perfect **DWG** to PDF converter for business.
www.eurodownload.com/...**software**/.../deskDOC-**DWG**-to-PDF-Professional-2009.html - Similar

## ZWCAD **Software**, CAD design & drafting **Software**, **DWG** CAD

ZWCAD **Software**, CAD design&drafting **Software**, **DWG** CAD: meets the needs of 2D/3D

---

Sponsored Links

**Easy CAD Software**
Make 2D Diagrams in Minutes
See Examples. Free Download!
www.SmartDraw.com

**DWG Compatible 2D CAD**
Advanced & Innovative CAD **Software**.
Ideal for Drafting & Detailing.
www.DoubleCAD.com

**Download IntelliCAD Free**
Create AutoCAD 2009 Drawings!
3D ACIS, Express Tools, PDF, LISP
www.icadsales.com/IntelliCAD

**Top Construction Software**
Looking for Construction **Software**?
Compare all your options for free!
www.Capterra.com

SW0029148

design & drafting industry, including architecture, engineering, ...
www.zwcad.org/cad-**software**.html - Cached - Similar

## Good **DWG** TO JPEG **software**; freeware, commercial, free, shareware ...
AutoImager: Batch image processing/conversion **software** supporting 140 formats and
operations Any **DWG** to JPG Converter: Batch convert **DWG** to TIF, JPG, BMP, ...
www.soft14.com/best_free.../dw/**dwg**_to_jpeg-1175.html - Cached - Similar

## Download **Dwg Tif Software**: Img2CAD, AutoCAD **DWG** to Image Converter ...
Free **Dwg** Tif Downloads Shareware, Freeware, Demos. Img2CAD is a stand-alone
program that converts scanned drawings, maps and raster images into AutoCAD ...
www.bluechillies.com/list/**dwg**-tif.html - Cached - Similar

## Purchase **DWG** TOOL **software**
Purchase CAD tools **software**:convert **dwg** to pdf,raster to vector converter,**dwg**
converter,dxf to pdf,**dwg** viewer,dxf viewer,dxf converter,**dwg** to dxf,dwf to **dwg** ...
www.freefirestudio.com/buynow.htm - Cached - Similar

## **Software** Associated With **DWG** Files
Sep 19, 2008 ... File extension **DWG** is supported non-natively by several hundred other
**software** applications. **DWG** (denoted by the . **dwg** filename extension) ...
ezinearticles.com/?**Software**-Associated-With-**DWG**-Files... - Cached - Similar

## Engineering **drawing** document management, viewing and conversion ...
Engineering **drawing** document management **software** and related **software** for viewing, ...
Trix DrawingCenter ActiveX Component CAD **drawing** viewer **software** ...
www.trixsystems.com/ - Cached - Similar

Searches related to: **DWG software**

| | | | |
|---|---|---|---|
| autodesk **dwg** trueview | **dwg** dxf files | **dwg** pdf converter | **dwg** viewer software |
| **dwg** wmf converter | vector drawing program | **dwg** svg converter | svg drawing program |

**Previous**   1 2 3 4 5 **6** 7 8 9 10 11 12 13 14 15   **Next**

---

DWG software          [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google