# EXHIBIT 24

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY                    09/10/09

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   AUTODESK, INC.,

5          Plaintiff,

6          vs.                      No. 3:08-CV-04397-WHA

7   DASSAULT SYSTEMES SOLIDWORKS
    CORPORATION,
8
           Defendant.
9

10

11   _____

12

13

14

15       Confidential videotaped deposition of MICHIEL

16   SCHRIEVER, taken on behalf of Defendant Dassault

17   Systemes SolidWorks Corporation, at 555 Twin Dolphin

18   Drive, Suite 560, Redwood Shores, California,

19   beginning at 9:21 a.m. and ending at 5:47 p.m., on

20   Thursday, September 10, 2009, before SUZANNE F.

21   BOSCHETTI, Certified Shorthand Reporter No. 5111.

22

23

24

25

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

MICHIEL SCHRIEVER
**CONFIDENTIAL ATTORNEYS' EYES ONLY**

09/10/09

```
1    APPEARANCES:

2

3    For Plaintiff:

4         MORRISON & FOERSTER LLP
          BY:   JACQUELINE BOS

5         Attorney at Law
          425 Market Street

6         San Francisco, California 94105-2482
          (415) 268-6240

7

          AUTODESK, INC.

8         BY:   LISA TURBIS
          Attorney at Law

9         111 McInnis Parkway
          San Rafael, California 94903

10        (415) 507-5000

11   For Defendant Dassault Systemes SolidWorks
     Corporation:

12

          QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

13        BY:   CLAUDE M. STERN
          Attorney at Law

14        555 Twin Dolphin Drive, Suite 560
          Redwood Shores, California 94065

15        (650) 801-5000

16   DESSAULT SYSTEMES SOLIDWORKS CORP.
          BY:   MARK L. NEIL

17        Attorney at Law
          200 Baker Avenue

18        Concord, Massachusetts 01742
          (978) 318-5412

19

     Videographer:

20

          RAY TYLER

21        SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
          450 Sansome Street, Suite 1550

22        San Francisco, California
          (415) 274-9977

23

24

25
```

Page 3

|     |     |
| --- | --- |
| 1 | Redwood Shores, California; Thursday, September 10, 2009 |
| 2 | 9:21 a.m. - 5:47 p.m. |
| 3 | |
| 09:21:26  4 | VIDEO OPERATOR:  Good morning.  Here begins |
| 09:21:27  5 | media No. 1 of the deposition of Michiel Schriever in |
| 09:21:30  6 | the matter of Autodesk Incorporated versus Dassault |
| 09:21:35  7 | Systemes SolidWorks Corporation, in the U.S. District |
| 09:21:37  8 | Court, Northern District of California.  The case |
| 09:21:40  9 | number is 3:08-CV-04397-WHA. |
| 09:21:46  10 | Today's date is September 10th, 2009.  The |
| 09:21:50  11 | current time is 9:21 a.m.  This deposition is taking |
| 09:21:54  12 | place at Quinn Emanuel, et al., at 555 Twin Dolphin |
| 09:21:58  13 | Drive, Redwood Shores, California, and is being taken |
| 09:22:01  14 | on behalf of the defendants.  The videographer is Ray |
| 09:22:05  15 | Tyler appearing on behalf of Sarnoff Court Reporters |
| 09:22:09  16 | and Legal Technologies.  The court reporter is |
| 09:22:10  17 | Suzanne Boschetti, also representing Sarnoff Court |
| 09:22:13  18 | Reporters. |
| 09:22:13  19 | All counsel, parties and the deponent, |
| 09:22:16  20 | please take notice that as part of the videotaping of |
| 09:22:19  21 | this deposition, very high quality microphones are |
| 09:22:22  22 | being used.  These microphones are very sensitive. |
| 09:22:25  23 | If any party, attorney or the deponent wishes to make |
| 09:22:29  24 | a statement or have a conversation off the record, |
| 09:22:31  25 | they should state that they are going off the record |

Page 5

09:22:33  1    and gain concurrence from all parties.   The

09:22:35  2    videographer will then stop recording.   All recorded

09:22:39  3    comments made by any party, attorney or the deponent

09:22:42  4    during this deposition will be assumed to be on the

09:22:45  5    record and will be transcribed.

09:22:46  6              Will counsel please identify yourselves and

09:22:49  7    state whom you represent.

09:22:50  8              MS. BOS:   Jacqui Bos from Morrison &

09:22:53  9    Foerster representing Autodesk, the plaintiff.

09:22:54  10             MR. STERN:   Claude Stern of Quinn Emanuel on

09:22:57  11   behalf of the defendant and counterclaimant

09:23:00  12   SolidWorks.   With me in the room is the general

09:23:03  13   counsel of SolidWorks, Mark Neil.

09:23:06  14             VIDEO OPERATOR:   Would the court reporter

09:23:08  15   please swear in the witness.

09:23:09  16             MS. TURBIS:   Sorry.   Lisa Turbis with

09:23:11  17   Autodesk.

09:23:12  18             VIDEO OPERATOR:   Would the court reporter

09:23:13  19   please swear in the witness.

          20

          21             MICHIEL SCHRIEVER,

          22   having been administered an oath, was examined and

          23   testified as follows:

          24

          25

                                                              Page  6

1                          EXAMINATION

2    BY MR. STERN:

09:23:25   3        Q.   First of all, Mr. Schriever, could you spell

09:23:29   4    and pronounce your name?

09:23:31   5        A.   It's Michiel Schriever.  First name is

09:23:35   6    M-i-c-h-i-e-l.  Last name is S-c-h-r-i-e-v-e-r.

09:23:42   7        Q.   And your last name is pronounced Schriever?

09:23:45   8        A.   Schriever.

09:23:46   9        Q.   If I -- if I -- if I pronounce it

09:23:50   10   Schriever --

09:23:50   11       A.   It's fine.

09:23:51   12       Q.   -- I hope you're not offended?

09:23:53   13       A.   I'm not.  I'm used to it.

09:23:54   14       Q.   Could you tell me, Mr. Schriever, first of

09:23:57   15   all, where do you reside?

09:23:59   16       A.   I live in Mill Valley.

09:24:01   17       Q.   And what is your address?

09:24:03   18       A.   3 --

09:24:04   19            MS. BOS:  Objection.  Is that relevant?

09:24:07   20            MR. STERN:  Well, if you'll -- if you'll

09:24:09   21   agree to make the witness available for trial so we

09:24:12   22   don't have to subpoena him, that's fine.

09:24:13   23            MS. BOS:  We've actually said you can

09:24:15   24   contact him through us.

09:24:16   25            MR. STERN:  But by the same token, that

Page 7

| | | |
|---|---|---|
| 10:10:43 | 1 | A.   Yes, it has been. |
| 10:10:44 | 2 | Q.   Okay.  Can you -- again, it's undated.  Is |
| 10:10:48 | 3 | there any way for -- I -- I can give you the |
| 10:10:49 | 4 | documents that show when MetaDesign was retained. |
| 10:10:53 | 5 | And would that help you to give you an idea of when |
| 10:10:55 | 6 | this document was created or used? |
| 10:11:03 | 7 | A.   No, that would not help me because I do not |
| 10:11:06 | 8 | think MetaDesign was involved in this document.  It |
| 10:11:09 | 9 | was probably given to them as a reference document |
| 10:11:11 | 10 | rather than -- |
| 10:11:11 | 11 | Q.   I see.  So this document would have been |
| 10:11:13 | 12 | created by Autodesk and given to MetaDesign -- |
| 10:11:16 | 13 | A.   Correct. |
| 10:11:16 | 14 | Q.   -- as one of its agencies? |
| 10:11:19 | 15 | A.   Correct. |
| 10:11:19 | 16 | Q.   Is that correct? |
| 10:11:20 | 17 | A.   Correct. |
| 10:11:20 | 18 | Q.   So let -- let me ask you, the purpose of |
| 10:11:25 | 19 | this document is to educate internal Autodesk people |
| 10:11:32 | 20 | as well as outside advertising agencies about how to |
| 10:11:34 | 21 | use and display Autodesk brands? |
| 10:11:38 | 22 | A.   Correct. |
| 10:11:38 | 23 | Q.   I want you to assume something, which you |
| 10:11:48 | 24 | could test it if you wanted to do so over lunch.  You |
| 10:11:50 | 25 | should feel free.  The letters DWG do not appear |

Page  48

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | |
|---|---|
| 10:11:54 | 1 |
| 10:11:55 | 2 |
| 10:11:55 | 3 |
| 10:11:59 | 4 |
| 10:12:02 | 5 |
| 10:12:03 | 6 |
| 10:12:04 | 7 |
| 10:12:07 | 8 |
| 10:12:10 | 9 |
| 10:12:12 | 10 |
| 10:12:16 | 11 |
| 10:12:17 | 12 |
| 10:12:32 | 13 |
| 10:12:34 | 14 |
| 10:12:39 | 15 |
| 10:12:44 | 16 |
| 10:12:47 | 17 |
| 10:12:48 | 18 |
| 10:12:50 | 19 |
| 10:12:52 | 20 |
| 10:12:53 | 21 |
| 10:12:58 | 22 |
| 10:13:03 | 23 |
| 10:13:03 | 24 |
| 10:13:05 | 25 |

anywhere in this document.

A.  Correct.

Q.  Do you have any understanding as to why the letters DWG do not appear anywhere in this document?

A.  Yes, I do.

Q.  And why is that?

A.  This is about our corporate identity, our corporate branding.  DWG is typically something that's more on the product level, and this is really not the authorized branding, not division or product branding.

Q.  Okay.  This document -- well, before 2000 -- and before you became senior creative director in November of 2006, were you aware as to whether or not within Autodesk, Autodesk was using colors that would be associated with various different products?

A.  Yes, I was.

Q.  Okay.  And that was the case, they were using product colors?

A.  Correct.

Q.  Since 2005, has Autodesk changed any colors that were associated with various different products?

A.  No, we have not.

Q.  So it's your understanding that at least since 2005, whatever color system was associated with

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY                    09/10/09

| | |
|---|---|
| 10:14:28 | 1 |
| 10:14:29 | 2 |
| 10:14:31 | 3 |
| 10:14:32 | 4 |
| 10:14:34 | 5 |
| 10:14:36 | 6 |
| 10:14:42 | 7 |
| 10:14:47 | 8 |
| 10:14:49 | 9 |
| 10:14:49 | 10 |
| 10:14:52 | 11 |
| 10:14:59 | 12 |
| 10:15:07 | 13 |
| 10:15:12 | 14 |
| 10:15:12 | 15 |
| 10:15:14 | 16 |
| 10:15:15 | 17 |
| 10:15:18 | 18 |
| 10:15:22 | 19 |
| 10:15:26 | 20 |
| 10:15:27 | 21 |
| 10:15:31 | 22 |
| 10:15:34 | 23 |
| 10:15:34 | 24 |
| 10:15:34 | 25 |

A.  Oh, okay.

Q.  How about that?  Genius that I am, they actually have numbers.  Do you have --

A.  I have it in front of me.

Q.  Okay.  Am I correct that this document that you're looking at, Exhibit 50 -- I'm sorry, Exhibit 1005, page 50, shows a series of colors that Autodesk claims are part of its branding?

A.  Correct.

Q.  Okay.  And those colors include, correct me if I'm wrong, yellow, purple, magenta, blue, red, orange, green, blue-green, dark blue, black, white and something called Autodesk blue.

A.  That is correct.

Q.  Okay.  I read the list correctly?

A.  You did.

Q.  Okay.  And am I correct that what Autodesk has tried to do is associate either corporate brands or product brands with one or more of these colors?

A.  Correct.

Q.  Okay.  You would agree with me that the colors that I just mentioned include all the primary colors --

A.  Correct.

Q.  -- and then some?

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

10:15:37   1     A.   Correct.

10:15:37   2     Q.   Okay.   Among these colors, would you agree

10:15:42   3   with me that there's nothing in this document that

10:15:45   4   seems to create one color as being dominant or

10:15:47   5   primary over any other color from a branding

10:15:50   6   perspective?

10:15:54   7     A.   That is correct.

10:15:55   8     Q.   Okay.   That is to say, Autodesk tries to use

10:15:58   9   different colors as part of its message in doing

10:16:01 10   branding, right?

10:16:02 11     A.   At a corporate level, yes.

10:16:04 12     Q.   Okay.   But also at a product level, correct?

10:16:06 13     A.   At a product level they would use one

10:16:09 14   specific color that's related to the product.

10:16:11 15     Q.   Take a look at exhibit -- same exhibit, the

10:16:20 16   next page.   Just turn the page if you would, please.

10:16:23 17         You see this one says product colors?

10:16:26 18     A.   Correct.

10:16:27 19     Q.   And it says, "Each product has a primary

10:16:29 20   accent color.   The other colors can also be used."

10:16:33 21   Do you see that?

10:16:33 22     A.   Mm-hmm.

10:16:34 23     Q.   You have to say yes.

10:16:35 24     A.   Yes.

10:16:35 25     Q.   I'm sorry.   That's part of the rules --

Page 52

| | | |
|---|---|---|
| 11:07:56 | 1 | development of hundreds if not thousands of |
| 11:07:59 | 2 | advertisements or advertising images? |
| 11:08:04 | 3 | A.   Yes.   Yes. |
| 11:08:07 | 4 | Q.   The use of a frame of any sort, whether |
| 11:08:18 | 5 | triangular or rectangular or square or of any |
| 11:08:23 | 6 | geometric pattern, is not something that's unique to |
| 11:08:26 | 7 | Autodesk, correct? |
| 11:08:28 | 8 | A.   That is correct. |
| 11:08:29 | 9 | Q.   And a frame element is used in a variety of |
| 11:08:33 | 10 | different advertisements and marketing materials for |
| 11:08:38 | 11 | many companies, correct? |
| 11:08:40 | 12 | A.   I would assume so, yes. |
| 11:08:42 | 13 | Q.   Let me put it this way.   In your past -- in |
| 11:08:46 | 14 | your history, either with Autodesk or before |
| 11:08:50 | 15 | Autodesk, have you ever used a frame design element |
| 11:08:56 | 16 | as part of a design for any ad? |
| 11:09:01 | 17 | A.   I probably have, but not as part of a |
| 11:09:03 | 18 | corporate identity system. |
| 11:09:05 | 19 | Q.   Tell me when you think you may have used it? |
| 11:09:08 | 20 | A.   I wouldn't be able to recall. |
| 11:09:10 | 21 | Q.   Okay.   So you may not have used it -- even |
| 11:09:13 | 22 | if you have used it, you may have used it for a |
| 11:09:16 | 23 | product specific or service specific advertisement as |
| 11:09:20 | 24 | opposed to a corporate identity? |
| 11:09:22 | 25 | A.   Correct. |

| | | |
|---|---|---|
| 11:09:23 | 1 | Q.   Okay.   Autodesk uses the frame in much but |
| 11:09:32 | 2 | not all of its product packaging, correct? |
| 11:09:35 | 3 | A.   Correct. |
| 11:09:36 | 4 | Q.   That is to say, there's some product |
| 11:09:38 | 5 | packages that Autodesk distributes or manufactures |
| 11:09:44 | 6 | that may have the product name, but they do not have |
| 11:09:48 | 7 | a frame around the name? |
| 11:09:49 | 8 | A.   That is correct. |
| 11:09:50 | 9 | Q.   And there are some product packages that |
| 11:09:53 | 10 | Autodesk distributes or manufactures that in fact do |
| 11:09:57 | 11 | have the frame around the product name, right? |
| 11:10:02 | 12 | A.   Yes, correct. |
| 11:10:02 | 13 | Q.   Sometimes the frame is red, right? |
| 11:10:05 | 14 | A.   Correct. |
| 11:10:05 | 15 | Q.   Sometimes the frame is purple? |
| 11:10:07 | 16 | A.   Correct. |
| 11:10:07 | 17 | Q.   Sometimes the frame is green? |
| 11:10:11 | 18 | A.   Yes. |
| 11:10:11 | 19 | Q.   There is no single color frame that Autodesk |
| 11:10:21 | 20 | uses ubiquitously across all of its products, |
| 11:10:24 | 21 | correct? |
| 11:10:25 | 22 | A.   At the product level the frame has a |
| 11:10:28 | 23 | specific color that's tied into the product. |
| 11:10:31 | 24 | Q.   What about at the corporate level, like for |
| 11:10:33 | 25 | the word Autodesk -- |

| | |
|---|---|
| 11:10:33 | 1 |
| 11:10:34 | 2 |
| 11:10:36 | 3 |
| 11:10:37 | 4 |
| 11:10:39 | 5 |
| 11:10:43 | 6 |
| 11:10:46 | 7 |
| 11:10:49 | 8 |
| 11:10:51 | 9 |
| 11:10:51 | 10 |
| 11:11:01 | 11 |
| 11:11:10 | 12 |
| 11:11:15 | 13 |
| 11:11:18 | 14 |
| 11:11:18 | 15 |
| 11:11:18 | 16 |
| 11:11:21 | 17 |
| 11:11:23 | 18 |
| 11:11:26 | 19 |
| 11:11:31 | 20 |
| 11:11:34 | 21 |
| 11:11:36 | 22 |
| 11:11:38 | 23 |
| 11:11:38 | 24 |
| 11:11:40 | 25 |

A.   Mm-hmm.

Q.   -- is there only one type of colored frame that's used?

A.   At the corporate level?  So when we did corporate marketing, we can basically use all the colors that are defined in our color guidelines.

Q.   So that would be red, blue, green, yellow, orange, whatever?

A.   Correct.

Q.   Okay.  Has Autodesk ever used a frame that is square as opposed to rectangular?

        MS. BOS:  Objection.  Calls for speculation.

        THE WITNESS:  Yeah, I wouldn't be able to answer the question.

BY MR. STERN:

Q.   Well, I'm asking, have you -- I should say have you -- are you familiar with any Autodesk advertisement of any sort -- and that would include packaging advertising that has a design element of a square frame as opposed to a rectangular frame?

A.   Not in print, no.

Q.   When you say not in print, is there some other media?

A.   There is video, for example.

Q.   Okay.

| | |
|---|---|
| 11:11:40 | 1 |
| 11:11:44 | 2 |
| 11:11:46 | 3 |
| 11:11:50 | 4 |
| 11:11:53 | 5 |
| 11:11:54 | 6 |
| 11:12:02 | 7 |
| 11:12:06 | 8 |
| 11:12:07 | 9 |
| 11:12:13 | 10 |
| 11:12:17 | 11 |
| 11:12:17 | 12 |
| 11:12:17 | 13 |
| 11:12:20 | 14 |
| 11:12:20 | 15 |
| 11:12:23 | 16 |
| 11:12:28 | 17 |
| 11:12:32 | 18 |
| 11:12:40 | 19 |
| 11:12:42 | 20 |
| 11:12:44 | 21 |
| 11:12:47 | 22 |
| 11:12:50 | 23 |
| 11:12:54 | 24 |
| 11:12:57 | 25 |

A.   There's flash banners online.  So there's a lot of applications of the frame.  So in print it will be rectangular, but when it gets animated, it could get basically square, rectangular, all kinds of shapes.

Q.   Have -- are you involved with flash banner online advertising development for -- for Autodesk?

A.   If it's advertising, yes.

Q.   Have there been flash banner advertisements for Autodesk anytime since you've been involved in Autodesk --

A.   Yes.

Q.   -- that had frames?

A.   Yes.

Q.   Where are those ads run?

A.   They would typically run on websites related to our target audiences.  For example, Cadalyst would be one of them.

Q.   So these would be -- would these be product ads or corporate branding ads?

A.   They would be both.

Q.   So I'm looking at literally real time.  I went on to the cadalyst.com website, and I'm looking at it, and I can show you, although -- here is a flash banner that's running even now as you can see.

| | |
|---|---|
| 11:15:45 | 1 |
| 11:15:49 | 2 |
| 11:15:54 | 3 |
| 11:16:00 | 4 |
| 11:16:00 | 5 |
| 11:16:05 | 6 |
| 11:16:07 | 7 |
| 11:16:10 | 8 |
| 11:16:14 | 9 |
| 11:16:16 | 10 |
| 11:16:20 | 11 |
| 11:16:25 | 12 |
| 11:16:27 | 13 |
| 11:16:30 | 14 |
| 11:16:30 | 15 |
| 11:16:33 | 16 |
| 11:16:34 | 17 |
| 11:16:35 | 18 |
| 11:16:36 | 19 |
| 11:16:36 | 20 |
| 11:16:38 | 21 |
| 11:16:39 | 22 |
| 11:16:41 | 23 |
| 11:16:41 | 24 |
| 11:16:42 | 25 |

A.   I do not recall, no.

Q.   Okay.  Were you involved in the development or approval of any video for Autodesk?

A.   Yes.

Q.   So there's a video -- did -- how many videos?

A.   I would be guessing.

Q.   What were the purpose of these videos?

A.   It could be a variety.  It could be video shown at trade shows just as entertainment basically. It could be videos as part of -- sorry, as part of advertising, so then the video would become part of a flash banner, for example.  So there's all kinds of purposes.

Q.   The one that we just saw on -- that we just looked at live --

A.   Mm-hmm.

Q.   -- you'd call that -- would you call that a video?

A.   No, I make the distinction between a video and an animation.

Q.   I agree with that.  So that was a flash animation?

A.   That was a flash animation.

Q.   Okay.  So I -- I was actually focusing on

| | | |
|---|---|---|
| 11:16:45 | 1 | video. |
| 11:16:46 | 2 | A.   Yes, correct. |
| 11:16:46 | 3 | Q.   So you said you'd make videos as part of the |
| 11:16:48 | 4 | trade show. |
| 11:16:49 | 5 | A.   For example, yes. |
| 11:16:49 | 6 | Q.   And then what -- what other videos as |
| 11:16:51 | 7 | opposed to flash animation? |
| 11:16:54 | 8 | A.   Could be a corporate video, could be video |
| 11:16:57 | 9 | as part of a sponsorship for another event -- |
| 11:17:01 | 10 | Q.   Okay. |
| 11:17:01 | 11 | A.   -- those kind of things. |
| 11:17:03 | 12 | Q.   Are you aware of any video that Autodesk has |
| 11:17:06 | 13 | ever created where that video was disseminated for |
| 11:17:10 | 14 | public distribution, for example, for television or |
| 11:17:12 | 15 | in movie theaters or in any other generally |
| 11:17:16 | 16 | accessible public venue? |
| 11:17:20 | 17 | A.   Some of the videos we create actually are |
| 11:17:24 | 18 | posted to our public website, but they're not being |
| 11:17:27 | 19 | used in TV broadcast or cinemas. |
| 11:17:30 | 20 | Q.   I'm sorry, but they're not used -- |
| 11:17:32 | 21 | A.   They're not used for TV broadcast. |
| 11:17:34 | 22 | Q.   I see.  But they're on your website? |
| 11:17:36 | 23 | A.   Some of them are, I believe, yes. |
| 11:17:37 | 24 | Q.   Where would I find them on your website? |
| 11:17:40 | 25 | A.   To be honest I do not know. |

Page 85

| | |
|---|---|
| 11:17:45 | 1 |
| 11:17:51 | 2 |
| 11:17:52 | 3 |
| 11:17:58 | 4 |
| 11:17:59 | 5 |
| 11:18:02 | 6 |
| 11:18:07 | 7 |
| 11:18:09 | 8 |
| 11:18:12 | 9 |
| 11:18:13 | 10 |
| 11:18:18 | 11 |
| 11:18:22 | 12 |
| 11:18:23 | 13 |
| 11:18:25 | 14 |
| 11:18:27 | 15 |
| 11:18:31 | 16 |
| 11:18:34 | 17 |
| 11:18:36 | 18 |
| 11:18:41 | 19 |
| 11:18:42 | 20 |
| 11:18:49 | 21 |
| 11:18:52 | 22 |
| 11:18:52 | 23 |
| 11:18:53 | 24 |
| 11:18:55 | 25 |

Q.   And how many of these ads have you seen?

A.   Ads?

Q.   Video ads on the Autodesk website?

A.   I've seen several.

Q.   Okay.  Have any of them involved the use of a colored frame at all?

A.   Some of them did, yes.

Q.   Do you know -- do you know when that was done?

A.   They've been produced continuously.  And to be honest, I'm at the corporate level, so a lot of these videos are also created at the divisional, that's the product level.  So I don't really see all of those or know where they are being posted, because the website is a really complex navigational structure.

Q.   And you wouldn't know where these would be found on the -- on the website, on the Autodesk website?

A.   That's correct, yeah.

Q.   Let me show you an advertisement and see if you've ever --

A.   Sure.

Q.   -- if you recognize it.  Withdraw that.

Let me show you a video and see if you

| | | |
|---|---|---|
| 11:18:57 | 1 | recognize it. |
| 11:19:23 | 2 | (Video being viewed.) |
| 11:19:23 | 3 | BY MR. STERN: |
| 11:20:24 | 4 | Q.  Have you seen that advertisement before? |
| 11:20:26 | 5 | A.  Yes.  It's not an ad. |
| 11:20:29 | 6 | Q.  Is that right?  Withdraw that. |
| 11:20:30 | 7 | It's not an ad? |
| 11:20:31 | 8 | A.  Correct. |
| 11:20:31 | 9 | Q.  Can you tell me, where have you seen that |
| 11:20:33 | 10 | video about -- |
| 11:20:34 | 11 | A.  Oh, I've seen that video many times.  That |
| 11:20:36 | 12 | video was created for a sponsorship of the TED |
| 11:20:40 | 13 | conference, I believe in 2007. |
| 11:20:48 | 14 | Q.  I'm sorry, which conference? |
| 11:20:50 | 15 | A.  TED. |
| 11:20:51 | 16 | Q.  TED.  And I -- I realize this is an |
| 11:20:59 | 17 | inelegant question.  Have there been derivatives of |
| 11:21:02 | 18 | that particular video created by Autodesk? |
| 11:21:06 | 19 | A.  Not that I'm aware of. |
| 11:21:07 | 20 | Q.  Okay.  Neither am I.  I was -- |
| 11:21:12 | 21 | To what extent do the videos that you've |
| 11:21:14 | 22 | talked about that were created for either corporate |
| 11:21:18 | 23 | events or trade shows resemble what we just looked |
| 11:21:22 | 24 | at?  In other words, are they cut and paste in that |
| 11:21:25 | 25 | video or are they entirely different videos? |

Page 87

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

11:21:28  1        A.   Some are them are entirely different.  Some

11:21:31  2    of them are cut and paste.

11:21:34  3        Q.   Okay.  And were you involved -- okay.  Were

11:21:36  4    you involved in the development --

11:21:37  5        A.   Yes, I was.

11:21:37  6        Q.   -- of the video?  What was your role?

11:21:39  7        A.   My role was review and to give creative

11:21:43  8    direction when the video was being created.

11:21:46  9        Q.   Do you have any information indicating that

11:21:49  10   any -- anyone from SolidWorks ever saw that video

11:21:52  11   that we just watched?

11:21:53  12       A.   I don't know.

11:21:54  13       Q.   Okay.  You have no information?

11:21:56  14       A.   No.

11:21:56  15       Q.   The event where this was shown, the TED

11:21:59  16   conference, who's invited to the TED conference?

11:22:04  17       A.   The TED conference, it stands for Technology

11:22:07  18   and Design, and so it's typically C level people, so

11:22:11  19   people very high up in technology and creative

11:22:14  20   organizations.  You have to basically meet their

11:22:17  21   network, and there's a lot of panel discussions,

11:22:21  22   presentations, speeches, so it's really a big I would

11:22:24  23   say networking event.

11:22:26  24       Q.   Now, this -- the video that we just saw, you

11:22:29  25   say it's not an advertisement, right?

Page 88

| | |
|---|---|
| 11:22:31 | 1 |
| 11:22:31 | 2 |
| 11:22:33 | 3 |
| 11:22:35 | 4 |
| 11:22:35 | 5 |
| 11:22:36 | 6 |
| 11:22:36 | 7 |
| 11:22:45 | 8 |
| 11:22:46 | 9 |
| 11:22:49 | 10 |
| 11:22:52 | 11 |
| 11:22:52 | 12 |
| 11:22:54 | 13 |
| 11:22:58 | 14 |
| 11:23:02 | 15 |
| 11:23:03 | 16 |
| 11:23:05 | 17 |
| 11:23:07 | 18 |
| 11:23:10 | 19 |
| 11:23:12 | 20 |
| 11:23:12 | 21 |
| 11:23:14 | 22 |
| 11:23:14 | 23 |
| 11:23:18 | 24 |
| 11:23:23 | 25 |

A.   Correct.

Q.   And I take it it's never been shown on TV or broadcast generally?

A.   Correct.

Q.   Or on cable?

A.   Correct.

Q.   Okay.  Do you have any idea how much it cost to produce?

A.   This video, I believe, was around $40,000.

Q.   And do you know who produced it?  Was it in-house?

A.   No, it's not in-house.  This was produced by a production company called Tencue.

Q.   Is that the number 10 or the letter -- the word ten?

A.   I think you spell it fully, so the letter.

Q.   So T-e-n with a Q?

A.   No, T-e-n-q-u-e (sic).

Q.   Oh, T-e-n --

A.   -- c-u-e.

Q.   Okay.

A.   Now I'm confused.

Q.   Got it.  All right.  And who came up with the idea of the frame?

A.   Do you mean for a video --

| | | |
|---|---|---|
| 11:23:25 | 1 | Q.   Yes. |
| 11:23:25 | 2 | A.   -- or -- the frame is an intricate part of |
| 11:23:28 | 3 | our corporate identity, so therefore it's logical |
| 11:23:31 | 4 | that it's being used in -- |
| 11:23:32 | 5 | Q.   So in other words, someone at Autodesk told |
| 11:23:35 | 6 | Tencue these are our branding guidelines and our |
| 11:23:40 | 7 | identity guidelines -- |
| 11:23:40 | 8 | A.   Correct. |
| 11:23:40 | 9 | Q.   -- we'd like you to use these guidelines? |
| 11:23:43 | 10 | A.   Correct. |
| 11:23:43 | 11 | Q.   So Tencue largely implemented the ideas that |
| 11:23:46 | 12 | were being given to it by Autodesk? |
| 11:23:48 | 13 | A.   Correct. |
| 11:23:48 | 14 | Q.   Take a look at Exhibit 31. |
| 11:24:00 | 15 | A.   That's this one? |
| 11:24:02 | 16 | Q.   No. |
| 11:24:02 | 17 | A.   Oh, sorry. |
| 11:24:03 | 18 | Q.   Thank you.  There you go.  Got it. |
| 11:24:05 | 19 | Now, you referred to guidelines before. |
| 11:24:07 | 20 | A.   Mm-hmm. |
| 11:24:08 | 21 | Q.   And I have -- you know, I can tell you, I've |
| 11:24:11 | 22 | got things that are set -- I've got Autodesk brand |
| 11:24:15 | 23 | training introductions, I've got Autodesk brand |
| 11:24:19 | 24 | training PowerPoints, I've got Global Launch, 3.0, |
| 11:24:30 | 25 | 3.5, 4.0.  I've got all sorts of these, but I -- I |

Page 90

11:33:30   1          A.   I know there has been a date made to this

11:33:33   2    document.   I do not know if it's been released yet.

11:33:36   3          Q.   Well, okay.

11:33:36   4          A.   Sorry.

11:33:37   5          Q.   If it's in-house being worked on, I'm not

11:33:39   6    interested.

11:33:39   7          A.   Yeah.

11:33:40   8          Q.   Okay.   So here's the question.   Take a look

11:33:43   9    at Exhibit 65.   And you recognize this as the

11:33:46   10   Autodesk brand guidelines, correct?

11:33:49   11         A.   Correct.

11:33:49   12         Q.   And turn to the first page in.   And there we

11:33:54   13   see again the Autodesk color palette, and it

11:33:57   14   literally runs from black to white.

11:34:00   15         A.   Correct.

11:34:00   16         Q.   Do you see that?

11:34:01   17         A.   Mm-hmm.

11:34:01   18         Q.   And, you know, I used to -- as kids we used

11:34:05   19   to call something "vibgyor."   Do you know what

11:34:08   20   "vibgyor" is?

11:34:09   21         A.   I have no idea.

11:34:10   22         Q.   Anybody?   See, my -- my sons now know it as

11:34:16   23   "roygbiv" but it's the colors of the -- it's the

11:34:18   24   colors of the rainbow: violet, indigo, blue, green,

11:34:22   25   yellow, orange, red or if you read them backwards,

Page  97

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | | |
|---|---|---|
| 11:34:24 | 1 | it's the other way. |
| 11:34:25 | 2 | A.  I see. |
| 11:34:25 | 3 | Q.  So these -- these seem to be literally all |
| 11:34:28 | 4 | the colors of the rainbow. |
| 11:34:29 | 5 | MS. BOS:  Objection.  Mischaracterizes |
| 11:34:31 | 6 | document. |
| 11:34:31 | 7 | BY MR. STERN: |
| 11:34:31 | 8 | Q.  Well, let's see, there's purple, right? |
| 11:34:36 | 9 | MS. BOS:  That's Autodesk purple. |
| 11:34:37 | 10 | MR. STERN:  I'll go with that. |
| 11:34:39 | 11 | Q.  There's Autodesk purple, correct? |
| 11:34:41 | 12 | A.  Correct. |
| 11:34:42 | 13 | Q.  There's Autodesk blue, right? |
| 11:34:44 | 14 | A.  Correct. |
| 11:34:44 | 15 | Q.  There's Autodesk -- there's at least |
| 11:34:46 | 16 | Autodesk green, right? |
| 11:34:47 | 17 | A.  Yes. |
| 11:34:47 | 18 | Q.  There's Autodesk yellow? |
| 11:34:49 | 19 | A.  Correct. |
| 11:34:49 | 20 | Q.  There's Autodesk orange? |
| 11:34:52 | 21 | A.  Correct. |
| 11:34:52 | 22 | Q.  And there's Autodesk red, right? |
| 11:34:55 | 23 | A.  That is correct. |
| 11:34:55 | 24 | Q.  And there are other colors as well, but the |
| 11:34:58 | 25 | color scheme that I just went going from purple to |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | |
|---|---|
| 11:35:01 | 1 |
| 11:35:03 | 2 |
| 11:35:05 | 3 |
| 11:35:05 | 4 |
| 11:35:08 | 5 |
| 11:35:09 | 6 |
| 11:35:10 | 7 |
| 11:35:13 | 8 |
| 11:35:18 | 9 |
| 11:35:23 | 10 |
| 11:35:24 | 11 |
| 11:35:25 | 12 |
| 11:35:26 | 13 |
| 11:35:29 | 14 |
| 11:35:31 | 15 |
| 11:35:34 | 16 |
| 11:35:36 | 17 |
| 11:35:36 | 18 |
| 11:35:36 | 19 |
| 11:35:40 | 20 |
| 11:35:47 | 21 |
| 11:35:51 | 22 |
| 11:35:54 | 23 |
| 11:35:57 | 24 |
| 11:35:59 | 25 |

red, those are the -- as a graphic designer, those
are the colors of the spectrum, right?

     A.   Correct.

     Q.   Okay.   So the -- the Autodesk colors cover
the spectrum, right?

     A.   That is correct.

     Q.   All right.   So now, if you turn now to the
intro, it says, "The Autodesk color palette reflects
the dynamism of the Autodesk brand."

          Do you see where I'm reading?

     A.   Yes, I do.

     Q.   And it continues and it says:

          "The palette creates a wide

     spectrum of choices, yet each maintains

     enough contrast to be seen as unique

     and immediately recognizable."

          Right?

     A.   Correct.

     Q.   Now, first of all, when you were -- when we
were talking about the SolidWorks square frame with
the word real in it, has anybody, to the best of your
knowledge at SolidWorks, actually done a color
comparison between any aspect of that and any one of
these colors that I'm looking at right now?

     A.   I don't know.

| | |
|---|---|
| 11:41:49 | 1 |
| 11:41:51 | 2 |
| 11:41:57 | 3 |
| 11:41:59 | 4 |
| 11:41:59 | 5 |
| 11:42:02 | 6 |
| 11:42:04 | 7 |
| 11:42:10 | 8 |
| 11:42:24 | 9 |
| 11:42:24 | 10 |
| 11:42:24 | 11 |
| 11:42:28 | 12 |
| 11:42:36 | 13 |
| 11:42:39 | 14 |
| 11:42:43 | 15 |
| 11:42:45 | 16 |
| 11:42:45 | 17 |
| 11:42:46 | 18 |
| 11:42:50 | 19 |
| 11:42:51 | 20 |
| 11:42:53 | 21 |
| 11:42:55 | 22 |
| 11:42:58 | 23 |
| 11:43:00 | 24 |
| 11:43:04 | 25 |

(Recess.)

VIDEO OPERATOR:  The time is 11:41.  We're back on record, and this will be the beginning of media No. 2 in the deposition of Mr. Schriever.

BY MR. STERN:

Q.  Okay.  Mr. Schriever, now keeping that page open, go to the advertising guidelines.  Go to page 43694.  It's the lower right-hand side.

A.  Yes.

Q.  Do you see that?

A.  Mm-hmm.

Q.  You'll see -- first of all, if you -- if you look at the colors on that -- on the color product branding for the 2009, are you looking at that page?

A.  That's this page, right?

Q.  Exactly.

A.  Yes, I am.

Q.  Wait a minute.  Is that the right page?  Yes, that's the right page.

A.  That's 694.

Q.  Yes.  You'll see there's a box that says "Autodesk yellow."  Do you see that?

A.  It's a bit hard to read, but yes.

Q.  And then below it it says "Autodesk Inventor Products."  Then it lists under the -- a variety of

Page 104

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY                    09/10/09

| 11:43:06 | 1 | Inventor designated product names. |
| 11:43:09 | 2 | Do you see that? |
| 11:43:09 | 3 | A.  Correct, yes. |
| 11:43:10 | 4 | Q.  Now, this says -- so according to this, as |
| 11:43:13 | 5 | of 2009, Autodesk yellow is identified as the |
| 11:43:17 | 6 | branding color for the Inventor series of products, |
| 11:43:20 | 7 | correct? |
| 11:43:20 | 8 | A.  That's the name we use for it, yes. |
| 11:43:23 | 9 | Q.  So my question is in 2005 Inventor was |
| 11:43:27 | 10 | identified as Autodesk yellow, in 2009 Inventor was |
| 11:43:35 | 11 | identified as Autodesk yellow, correct? |
| 11:43:37 | 12 | A.  In these documents, yes. |
| 11:43:39 | 13 | Q.  Okay.  In these documents, right? |
| 11:43:40 | 14 | A.  Mm-hmm. |
| 11:43:41 | 15 | Q.  Are there some other documents where |
| 11:43:42 | 16 | Inventor is not identified as being yellow, but is |
| 11:43:46 | 17 | instead being identified as being orange?  'Cause I |
| 11:43:51 | 18 | can go through a bunch more of these documents, and |
| 11:43:53 | 19 | they all say yellow, so if there's another document, |
| 11:43:56 | 20 | I'd like to know about it. |
| 11:43:58 | 21 | A.  I'm not sure, to be honest. |
| 11:44:00 | 22 | Q.  Okay.  You would agree with me that at least |
| 11:44:03 | 23 | by looking at these two documents, there seems to be |
| 11:44:06 | 24 | at least some consistency that Autodesk Inventor is |
| 11:44:08 | 25 | identified with the color yellow, not orange, right? |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | | |
|---|---|---|
| 11:44:11 | 1 | MS. BOS:  Objection.  Calls for speculation. |
| 11:44:11 | 2 | BY MR. STERN: |
| 11:44:13 | 3 | Q.  You can answer. |
| 11:44:16 | 4 | A.  Yes. |
| 11:44:18 | 5 | Q.  Okay.  Now, my question is, if you look at |
| 11:44:21 | 6 | -- you mentioned a variety of products that are 3D |
| 11:44:24 | 7 | related.  You said 3DS Max, Softimage and even |
| 11:44:28 | 8 | AutoCAD, correct? |
| 11:44:29 | 9 | A.  Yes. |
| 11:44:29 | 10 | Q.  Now if you look at Exhibit 31, that's in |
| 11:44:32 | 11 | front of you.  That's the one. |
| 11:44:34 | 12 | A.  Mm-hmm. |
| 11:44:35 | 13 | Q.  You'll see that 3DS Max, if I'm reading this |
| 11:44:40 | 14 | correctly, has got a blue color associated with it? |
| 11:44:43 | 15 | A.  Blue-green color, yes. |
| 11:44:44 | 16 | Q.  Blue-green, is that right?  Not a yellow, |
| 11:44:45 | 17 | not an orange? |
| 11:44:46 | 18 | A.  Correct. |
| 11:44:46 | 19 | Q.  And was that true also back in 2005?  If you |
| 11:44:49 | 20 | look at 2005 -- if you look at that page in front of |
| 11:44:52 | 21 | you, do you see a -- the -- the 3DS Max color scheme |
| 11:45:09 | 22 | area?  Take a look at -- under black. |
| 11:45:14 | 23 | A.  Yes.  It is Max system now black. |
| 11:45:15 | 24 | Q.  So in fact, between -- in 2005 the color |
| 11:45:20 | 25 | scheme for 3DS Max, which was a 3D product, is black, |

Page 106

| | |
|---|---|
| 11:58:16 | 1 |
| 11:58:19 | 2 |
| 11:58:21 | 3 |
| 11:58:24 | 4 |
| 11:58:26 | 5 |
| 11:58:29 | 6 |
| 11:58:33 | 7 |
| 11:58:35 | 8 |
| 11:58:38 | 9 |
| 11:58:43 | 10 |
| 11:58:48 | 11 |
| 11:58:50 | 12 |
| 11:58:52 | 13 |
| 11:58:54 | 14 |
| 11:58:57 | 15 |
| 11:59:02 | 16 |
| 11:59:05 | 17 |
| 11:59:06 | 18 |
| 11:59:09 | 19 |
| 11:59:10 | 20 |
| 11:59:11 | 21 |
| 11:59:17 | 22 |
| 11:59:20 | 23 |
| 11:59:21 | 24 |
| 11:59:21 | 25 |

again, I do know how final these documents are.  They

could have been drafts that have been passed around

internally.  It's also the sheer amount of people

that have been gone through the organization in that

period of time, so people changing positions,

changing responsibilities.  And in the end it comes

down to what the end deliverable was, whether that

one was orange, regardless of how it was specified in

one of those documents.

    Q.  But in all events, is it your testimony that

all these documents are mistaken, they're all

erroneous?

    A.  No, my testimony is that it's

inconsistencies in these documents that are either

caused by the quality of printing or, as I said, they

might have been not final documents but drafts, so

it's really hard to --

    Q.  Well, but -- but -- let's just -- again,

assuming that these documents are final --

    A.  Mm-hmm.

    Q.  -- the -- they are -- they are consistent in

calling the color associated with Inventor Autodesk

yellow?

    A.  Correct.

    Q.  Right.  Are you aware of any brand

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY                          09/10/09

| 11:59:38 | 1 | guidelines for how the letters DWG should be |
| 11:59:40 | 2 | displayed? |
| 11:59:41 | 3 | A. No, I'm not. |
| 11:59:42 | 4 | Q. Let me be very specific. Are you aware of |
| 11:59:44 | 5 | any guidelines with respect to whether or not the |
| 11:59:48 | 6 | letters should be upper case or lower case? |
| 11:59:51 | 7 | A. That's probably tied in with the legal |
| 11:59:55 | 8 | guidelines on how it should be used as a trademark. |
| 11:59:58 | 9 | But it is not captured as a design element in |
| 12:00:02 | 10 | guidelines. |
| 12:00:02 | 11 | Q. Okay. Are you familiar with the trademark |
| 12:00:05 | 12 | guidelines at least as they relate to branding? |
| 12:00:07 | 13 | A. Yes, I am. |
| 12:00:07 | 14 | Q. How did you become familiar with those? |
| 12:00:11 | 15 | A. Because in everything, obviously, that we |
| 12:00:14 | 16 | produce, when it becomes like when it's advertising |
| 12:00:16 | 17 | or a brochure or packaging, there's always the legal |
| 12:00:21 | 18 | boilerplate, as we call it. And we have to ensure |
| 12:00:24 | 19 | that whatever needs to be on there is on there. So |
| 12:00:27 | 20 | that's how I'm familiar with those guidelines. |
| 12:00:29 | 21 | Q. Is that part of your job? |
| 12:00:30 | 22 | A. It's not part of my job. That's part of the |
| 12:00:33 | 23 | editor's job to review to make sure that all that |
| 12:00:37 | 24 | information is correct. |
| 12:00:37 | 25 | Q. Let talk about that. Let's take a look at |

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | |
|---|---|
| 12:03:15 1 | make you go back if I can.  Go to document SW0008472. |
| 12:03:27 2 | Do you have that? |
| 12:03:28 3 | A.  8472? |
| 12:03:30 4 | Q.  Yes, 8472. |
| 12:03:34 5 | A.  Is that in Exhibit No. 3? |
| 12:03:36 6 | Q.  It should be. |
| 12:03:38 7 | A.  8472. |
| 12:03:40 8 | Q.  8472. |
| 12:03:41 9 | A.  85 -- |
| 12:03:42 10 | Q.  Keep going back. |
| 12:03:46 11 | MS. BOS:  These are 83's. |
| 12:03:46 12 | BY MR. STERN: |
| 12:03:49 13 | Q.  It's before the 83's.  They're not in order. |
| 12:03:53 14 | A.  Okay.  8473? |
| 12:03:56 15 | Q.  8472.  Yeah. |
| 12:03:58 16 | A.  Oh, 2. |
| 12:03:59 17 | Q.  Do you have that? |
| 12:04:00 18 | A.  I do. |
| 12:04:00 19 | Q.  Do you see this is a -- do you recognize |
| 12:04:02 20 | this? |
| 12:04:03 21 | A.  No, I don't. |
| 12:04:03 22 | Q.  Okay.  Well, I can tell you that this is an |
| 12:04:06 23 | Autodesk -- that the same legal notices and |
| 12:04:09 24 | trademarks from 2004. |
| 12:04:11 25 | Do you see that? |

Page 120

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | | |
|---|---|---|
| 12:04:12 | 1 | A.  Yes. |
| 12:04:12 | 2 | Q.  I want to direct your attention -- turn the |
| 12:04:14 | 3 | page to 8474. |
| 12:04:16 | 4 | Do you see that? |
| 12:04:17 | 5 | A.  8474.  Yes. |
| 12:04:18 | 6 | Q.  And if you look at under the D's -- |
| 12:04:21 | 7 | A.  Mm-hmm. |
| 12:04:21 | 8 | Q.  -- you'll see there is a trademark |
| 12:04:25 | 9 | identified DWG Linking. |
| 12:04:28 | 10 | Do you see that? |
| 12:04:28 | 11 | A.  Yes, I do. |
| 12:04:28 | 12 | Q.  And you'll see it has a "tm" next to it.  Do |
| 12:04:32 | 13 | you know what that means, by the way? |
| 12:04:34 | 14 | A.  It means a trademark. |
| 12:04:35 | 15 | Q.  Okay.  Do you know the difference between a |
| 12:04:38 | 16 | "tm" and a little "r"? |
| 12:04:38 | 17 | A.  Yes, I do. |
| 12:04:39 | 18 | Q.  And what's that? |
| 12:04:40 | 19 | A.  The "r" stands for registered and "tm" |
| 12:04:42 | 20 | stands for trademark. |
| 12:04:44 | 21 | Q.  Okay.  So you understand that little "r" |
| 12:04:46 | 22 | means -- it's an insignia that the Autodesk has |
| 12:04:49 | 23 | registered the trademark, and the little "tm" is an |
| 12:04:52 | 24 | insignia that Autodesk is claiming it is a trademark |
| 12:04:56 | 25 | but hasn't registered it? |

Page 121

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

12:04:58  1      A.   That's correct.

12:04:58  2      Q.   Okay.  So now you'll see that in 2004 -- at

12:05:00  3   least that's the date of this copyright, right?

12:05:00  4      A.   Mm-hmm.

12:05:01  5      Q.   The -- the website does not have the letters

12:05:04  6   DWG by themselves as being a mark; do you see that?

12:05:07  7      A.   Yes, I do.

12:05:08  8      Q.   Do you know why that is?

12:05:09  9      A.   I do not know.

12:05:10  10     Q.   Okay.  Now, keep going.  If you look at the

12:05:14  11  guidelines for use on this page, which now this is

12:05:19  12  8476.

12:05:20  13          Do you see that?

12:05:20  14     A.   Yes, I do.

12:05:21  15     Q.   And if you want to take a look at them, you

12:05:24  16  certainly may, you'll see that there's no guideline

12:05:26  17  for use with respect to DWG.  You can -- and it's

12:05:29  18  only a two-page document.  It reads -- reads quickly.

12:05:44  19     A.   Correct.

12:05:44  20     Q.   Okay.  Do you know why that is?

12:05:45  21     A.   I do not know.

12:05:46  22     Q.   Okay.  Now, directing your attention, if you

12:05:49  23  would, go to page 8305.  I'm sorry, 83 -- yes, 8305.

12:06:10  24     A.   Yes.

12:06:10  25     Q.   Do you have that?

Page  122

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | | |
|---|---|---|
| 12:06:11 | 1 | A.   Mm-hmm. |
| 12:06:12 | 2 | Q.   Do you recognize this document? |
| 12:06:14 | 3 | A.   Yes, I do. |
| 12:06:15 | 4 | Q.   Okay.  You see this is a legal notices and |
| 12:06:18 | 5 | trademarks from Autodesk's website, correct? |
| 12:06:20 | 6 | A.   Correct, yes. |
| 12:06:21 | 7 | Q.   And if you look at the copyright at the |
| 12:06:23 | 8 | bottom, can you read the copyright, that -- that |
| 12:06:25 | 9 | date?  If you want to, you can turn the page. |
| 12:06:27 | 10 | There's a better copy. |
| 12:06:28 | 11 | A.   Yes, it says 2007. |
| 12:06:29 | 12 | Q.   Okay.  2007.  And now if you -- take a look |
| 12:06:33 | 13 | at the page that says 8307, which is that next page. |
| 12:06:37 | 14 | A.   Mm-hmm. |
| 12:06:38 | 15 | Q.   And if you want to go through that page and |
| 12:06:40 | 16 | then go to the next page, you'll see that there it |
| 12:06:46 | 17 | says DWG, the letters with a trademark. |
| 12:06:51 | 18 | Do you see that "tm"? |
| 12:06:52 | 19 | A.   Yes, I do. |
| 12:06:53 | 20 | Q.   And it says "see paragraph 7 under |
| 12:06:56 | 21 | Guidelines for Use." |
| 12:06:56 | 22 | Do you see that? |
| 12:06:57 | 23 | A.   Yes, I do. |
| 12:06:57 | 24 | Q.   So although in 2004 there was no designation |
| 12:07:02 | 25 | of DWG on the trade- -- on the Autodesk website as a |

Page 123

| 12:07:05 | 1 | trademark, by 2007 there was such a designation? |
| 12:07:10 | 2 | MS. BOS: Objection. Mischaracterizes the |
| 12:07:12 | 3 | website and -- |
| 12:07:12 | 4 | BY MR. STERN: |
| 12:07:14 | 5 | Q. You can answer the question. |
| 12:07:16 | 6 | A. And the question was? |
| 12:07:17 | 7 | Q. The question was do you see that at least as |
| 12:07:20 | 8 | of 2007 there was this addition of DWG as a |
| 12:07:24 | 9 | trademark? |
| 12:07:24 | 10 | A. Yes, I do see that. |
| 12:07:25 | 11 | Q. Now, the first question is are you aware of |
| 12:07:27 | 12 | any facts or circumstances taking place within or |
| 12:07:31 | 13 | outside Autodesk at any time between 2004 and 2007 |
| 12:07:36 | 14 | which would have prompted the company to start |
| 12:07:38 | 15 | claiming DWG as a trademark? |
| 12:07:40 | 16 | A. No, I'm not aware of any. |
| 12:07:42 | 17 | Q. Okay. At any of the -- I mean, I presume |
| 12:07:44 | 18 | that if you were in branding meetings from the time |
| 12:07:47 | 19 | that you first started in the company, 1999, to the |
| 12:07:51 | 20 | time -- till today, there have been meetings that |
| 12:07:55 | 21 | you've had about branding, correct? |
| 12:07:58 | 22 | A. Correct, yes. |
| 12:07:58 | 23 | Q. It's your job, right? |
| 12:08:00 | 24 | A. Correct. |
| 12:08:00 | 25 | Q. Have you been involved in any meetings where |

Page 124

| | | |
|---|---|---|
| 12:08:02 | 1 | the discussion of branding of DWG has come up? |
| 12:08:05 | 2 | A.  No. |
| 12:08:05 | 3 | Q.  Not one? |
| 12:08:06 | 4 | A.  No.  But again, I'm at the corporate level. |
| 12:08:10 | 5 | Q.  I'm with you. |
| 12:08:11 | 6 | A.  DWG would be at the product level. |
| 12:08:12 | 7 | Q.  I just want to make sure. |
| 12:08:13 | 8 | But as the senior creative director at |
| 12:08:16 | 9 | Autodesk since at least 2006, you haven't been in any |
| 12:08:21 | 10 | meetings that have discussed the branding of DWG even |
| 12:08:25 | 11 | as a corporate value? |
| 12:08:26 | 12 | A.  Correct. |
| 12:08:26 | 13 | Q.  Now, you'll see after the letters DWG it |
| 12:08:32 | 14 | says "see paragraph 7 under Guidelines For Use." |
| 12:08:35 | 15 | A.  Mm-hmm. |
| 12:08:36 | 16 | Q.  Do you see that? |
| 12:08:37 | 17 | A.  Yes, I do. |
| 12:08:37 | 18 | Q.  Now if you turn two pages or, yeah, and |
| 12:08:41 | 19 | you'll see on page SW8311 -- |
| 12:08:46 | 20 | A.  Yes. |
| 12:08:46 | 21 | Q.  -- paragraph 7, there's now a "DWG trademark |
| 12:08:50 | 22 | guidelines." |
| 12:08:51 | 23 | Do you see that? |
| 12:08:51 | 24 | A.  Yes, I do. |
| 12:08:52 | 25 | Q.  Do you have any information of what would |

Page 125

| | | |
|---|---|---|
| 12:08:54 | 1 | have prompted Autodesk to suddenly insert that into |
| 12:08:57 | 2 | this guideline? |
| 12:08:57 | 3 | A. No, I don't. |
| 12:08:58 | 4 | Q. You'll note that there's no other trademark |
| 12:09:02 | 5 | that's identified on this list, and you should take a |
| 12:09:04 | 6 | look on page 8307 or 8308 or 8309. There's not a |
| 12:09:11 | 7 | single other trademark that's identified that has got |
| 12:09:14 | 8 | these special -- special paragraph reference where |
| 12:09:17 | 9 | you're told to look at guidelines for use. And I'd |
| 12:09:20 | 10 | like you to confirm that. |
| 12:09:32 | 11 | A. That is correct. |
| 12:09:33 | 12 | Q. Can you tell me what it is, if you know, |
| 12:09:37 | 13 | what -- what is it about DWG that requires these |
| 12:09:42 | 14 | special trademark guidelines compared to all the |
| 12:09:44 | 15 | other trademarks that Autodesk claims? |
| 12:09:46 | 16 | A. I do not know. |
| 12:09:47 | 17 | Q. You have no information about that? |
| 12:09:48 | 18 | A. No. |
| 12:09:48 | 19 | Q. And you've had no input into this? |
| 12:09:51 | 20 | A. Correct. |
| 12:09:51 | 21 | Q. Were you involved at some point in the |
| 12:09:56 | 22 | attempt to develop an icon for DWG? |
| 12:10:01 | 23 | A. No, I was not. I was involved in a redesign |
| 12:10:05 | 24 | of all our desktop icons across the board for all the |
| 12:10:09 | 25 | products. |

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY                    09/10/09

01:32:01  1          Q.  But again, as we said earlier in the
01:32:04  2     beginning of the deposition, whether or not Autodesk
01:32:06  3     is successful in making a particular element a brand
01:32:09  4     is open to question?
01:32:10  5          A.  Right.
01:32:10  6          Q.  So here's my question:  What information do
01:32:15  7     you have, of any sort of information, that the public
01:32:20  8     that represents the consumers of Autodesk product
01:32:25  9     recognizes the rectangular frame around an Autodesk
01:32:35 10     product name as being part of the brand?
01:32:39 11          A.  No factual data to that extent.
01:32:41 12          Q.  It's certainly your desire that they
01:32:44 13     recognize them?
01:32:45 14          A.  Right, right.
01:32:45 15          Q.  Have you done any sort of analysis to see
01:32:48 16     how many software products in the market use a
01:32:54 17     colored frame around the name of the software product
01:32:58 18     on the software package?
01:33:00 19          A.  No, I've not.
01:33:02 20          Q.  You would agree with me that in determining
01:33:05 21     the value or the significance of a brand, the extent
01:33:11 22     to which a particular element may be used by other
01:33:15 23     people in the same market may or may not devalue that
01:33:19 24     particular element as a branding element?
01:33:20 25          MS. BOS:  Objection.  Lacks foundation.

Page 150

01:48:09  1   Autodesk believes that the product branding is very

01:48:11  2   much part of the corporate branding philosophy?

01:48:14  3        A.   That is correct, yes.

01:48:17  4        Q.   If that's the case, why wouldn't -- if -- if

01:48:21  5   the AutoCAD family of products are listed, the

01:48:25  6   various colors identified, and with their

01:48:29  7   identification of how the frame is supposed to be

01:48:32  8   located, why isn't there anything in these documents

01:48:35  9   about DWG?

01:48:37  10             MS. BOS:  Objection.  Calls for speculation.

01:48:40  11             THE WITNESS:  To be honest, I wouldn't know.

01:48:40  12   BY MR. STERN:

01:48:42  13        Q.   Okay.  Take a look at -- we were looking at

01:48:46  14   page 13 of this document.  Turn the page to page 14.

01:48:52  15   I want to direct your attention to the top of page 15

01:48:56  16   called "The Frame."  Do you see that?

01:49:00  17        A.   Yes, I do.

01:49:01  18        Q.   Okay.  And it says "Introduction.  The Frame

01:49:03  19   is a graphic device."  We'll continue, but would you

01:49:07  20   agree with me that in the area of graphic design, a

01:49:10  21   frame is a graphic device?

01:49:11  22        A.   Yes, I do.

01:49:12  23        Q.   Would you also call it a design element?

01:49:15  24        A.   In this context, yes.

01:49:16  25        Q.   Okay.  It continues, it says:

Page 165

| | |
|---|---|
| 01:49:18 | 1 |
| 01:49:20 | 2 |
| 01:49:23 | 3 |
| 01:49:25 | 4 |
| 01:49:25 | 5 |
| 01:49:26 | 6 |
| 01:49:28 | 7 |
| 01:49:32 | 8 |
| 01:49:32 | 9 |
| 01:49:33 | 10 |
| 01:49:37 | 11 |
| 01:49:40 | 12 |
| 01:49:43 | 13 |
| 01:49:45 | 14 |
| 01:49:48 | 15 |
| 01:49:52 | 16 |
| 01:49:53 | 17 |
| 01:49:57 | 18 |
| 01:49:57 | 19 |
| 01:50:01 | 20 |
| 01:50:04 | 21 |
| 01:50:07 | 22 |
| 01:50:07 | 23 |
| 01:50:08 | 24 |
| 01:50:11 | 25 |

        "The frame is a graphic device used
    to establish Hero product brands with a
    strong focal point."
        Do you see that?
    A.  Yes, I do.
    Q.  Is that still true -- and this document is
from 2007, but is that still the purpose of the
frame?
    A.  That is still the purpose of the frame.
    Q.  In my client's product you saw that the word
the frame, the square frame is around the word
"real," it wasn't around the word "SolidWorks."  Do
you have any information indicating that my client
has used that square frame with respect to any of
its -- any of its products' names?
    A.  No, I do not.
    Q.  Okay.  And then it continues, reading on
page 15:
        "Combined within dynamic layouts,
    the frame is flexible and scalable
    throughout the product communications."
        Do you see that?
    A.  Yes, I do.
    Q.  Now that's an interesting sentence to me.
That basically is saying that, again, for this

01:50:13   1    document, Autodesk doesn't want to limit the use of

01:50:16   2    the frame to one particular instance or

01:50:17   3    instantiation, but rather there's a certain amount of

01:50:21   4    flexibility about how the designers can use the

01:50:23   5    Autodesk frame; is that correct?

01:50:24   6        A.   That is correct.

01:50:25   7        Q.   And, in fact, different frames can get

01:50:27   8    different colors, right?

01:50:28   9        A.   If it's not related to a product, yes.

01:50:31   10       Q.   Well, if it's related to a product, it's

01:50:33   11   supposed to -- the frame is supposed to have the

01:50:35   12   product color?

01:50:36   13       A.   Correct.

01:50:36   14       Q.   If the frame is not used with respect to a

01:50:38   15   product, it can get any sort of color?

01:50:41   16       A.   That is correct.

01:50:41   17       Q.   And there's nothing that prevents Autodesk

01:50:45   18   branding from using the frame, not with reference to

01:50:48   19   a particular product, correct?

01:50:50   20       A.   That is correct.

01:50:50   21       Q.   So, in fact, Autodesk uses the frame in all

01:50:54   22   sorts of circumstances, sometimes with respect to

01:50:56   23   product name, sometimes not with respect to product

01:50:59   24   name, right?

01:50:59   25       A.   That is correct.

Page 167

| | |
|---|---|
| 01:51:00 | 1 |
| 01:51:03 | 2 |
| 01:51:05 | 3 |
| 01:51:06 | 4 |
| 01:51:09 | 5 |
| 01:51:10 | 6 |
| 01:51:10 | 7 |
| 01:51:12 | 8 |
| 01:51:12 | 9 |
| 01:51:14 | 10 |
| 01:51:14 | 11 |
| 01:51:15 | 12 |
| 01:51:15 | 13 |
| 01:51:18 | 14 |
| 01:51:22 | 15 |
| 01:51:25 | 16 |
| 01:51:28 | 17 |
| 01:51:30 | 18 |
| 01:51:30 | 19 |
| 01:51:32 | 20 |
| 01:51:33 | 21 |
| 01:51:37 | 22 |
| 01:51:39 | 23 |
| 01:51:42 | 24 |
| 01:51:42 | 25 |

Q.   Sometimes the frame is colored, limited by the product name, sometimes it's not?

A.   That is correct.

Q.   Sometimes the frame has got a yellow color, right?

A.   Correct.

Q.   Sometimes it's an orange color?

A.   Correct.

Q.   Sometimes it's a purple color?

A.   Correct.

Q.   Sometimes it's a red color?

A.   Correct.

Q.   You would agree with me that the fact that Autodesk uses all these different colored frames in all these different circumstances doesn't prevent a competitor from using frames in its advertising?

MS. BOS:  Objection.  Mischaracterizes the documents and the testimony.

BY MR. STERN:

Q.   You can answer.

A.   If -- again, if the frame is used in combination with other elements of our visual identity, then it's at risk of looking like Autodesk rather than --

Q.   That may be, but my question stands.  You

Page 168

| | |
|---|---|
| 01:51:45 | 1 |
| 01:51:48 | 2 |
| 01:51:50 | 3 |
| 01:51:54 | 4 |
| 01:51:59 | 5 |
| 01:52:02 | 6 |
| 01:52:03 | 7 |
| 01:52:05 | 8 |
| 01:52:06 | 9 |
| 01:52:19 | 10 |
| 01:52:23 | 11 |
| 01:52:31 | 12 |
| 01:52:41 | 13 |
| 01:52:50 | 14 |
| 01:52:54 | 15 |
| 01:52:56 | 16 |
| 01:53:01 | 17 |
| 01:53:07 | 18 |
| 01:53:07 | 19 |
| 01:53:09 | 20 |
| 01:53:11 | 21 |
| 01:53:13 | 22 |
| 01:53:16 | 23 |
| 01:53:16 | 24 |
| 01:53:19 | 25 |

would agree with me that the fact that Autodesk uses
frames in a variety of different ways in its
advertising, on its packaging, in its marketing
collateral, that doesn't prevent in your mind a -- a
competitor from otherwise using frames in and of
themselves?

A.   Technically it would -- it would not prevent
them, no.

Q.   Okay.  Has -- would you agree with me that
the purpose of a computer-aided design product like
Autodesk -- withdraw that -- like AutoCAD or Revit or
Inventor is to allow an engineer or other user to
create a design of an object or a device that can
actually be created and used in the real world?

A.   That is correct.

Q.   I mean, these are -- the -- the Autodesk
family of products are very practical products,
correct?

A.   In what sense?

Q.   Well, that is to say they're intended for
people who are in business trying to create something
that could be used in the real world, right?

A.   That is correct.

Q.   And, in fact, talk about messaging, the
corporate message that you want to convey to people

Page 169

01:53:22   1    using the Autodesk products is these products can be

01:53:25   2    used by you to create real world items, right?

01:53:30   3         A.   Correct.

01:53:30   4         Q.   You want to be able to convince your

01:53:32   5    customers that they can convert ideas that are into

01:53:35   6    their heads into real world items?

01:53:42   7              MS. BOS:   Objection.  Argumentative.

01:53:42   8    BY MR. STERN:

01:53:44   9         Q.   Go ahead.

01:53:45   10        A.   It's actually a bit different.  It's -- you

01:53:47   11   can use the software to make them real before they

01:53:50   12   are real.

01:53:50   13        Q.   I'll -- I'll buy that.  I like that better.

01:53:52   14   That is to say that you can use the software to

01:53:55   15   convert one of the ideas in your head into an image

01:53:58   16   of what the idea would look like were it to be real?

01:54:02   17        A.   Correct.

01:54:02   18        Q.   Okay.  Isn't that feature of the CAD,

01:54:07   19   computer-aided design, product namely the ability to

01:54:10   20   allow the user to get a real world visual image of

01:54:16   21   how an idea is going to work when ultimately created,

01:54:22   22   an essential part of the CAD product?

01:54:25   23        A.   It is part of it, yes.

01:54:27   24        Q.   Okay.  I mean, if -- you're -- you're aware

01:54:34   25   of the fact that the AutoCAD products are developed

Page 170

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

09/10/09

| | | |
|---|---|---|
| 01:54:38 | 1 | by -- not by artists but by engineers, people who |
| 01:54:42 | 2 | actually are in the business of manufacturing things? |
| 01:54:44 | 3 | A.  Yes. |
| 01:54:44 | 4 | Q.  An Autodesk product, AutoCAD, can actually |
| 01:54:48 | 5 | tell an engineer what the tensile strength, what the |
| 01:54:51 | 6 | stress points are of a particular component that's |
| 01:54:54 | 7 | being developed, right? |
| 01:54:55 | 8 | A.  Yes. |
| 01:54:55 | 9 | Q.  And those are based on very sophisticated |
| 01:54:58 | 10 | algorithms that the engineer has developed so that |
| 01:55:00 | 11 | the person using the AutoCAD product can actually |
| 01:55:04 | 12 | figure out whether or not the component is going to |
| 01:55:07 | 13 | break or not break under certain stresses, right? |
| 01:55:10 | 14 | A.  That is correct. |
| 01:55:12 | 15 | Q.  And -- and that's an important -- so |
| 01:55:15 | 16 | conveying to the customer -- withdraw that. |
| 01:55:18 | 17 |        Conveying to the customer the message that |
| 01:55:20 | 18 | we will turn your ideas into a form of reality before |
| 01:55:27 | 19 | you ever have to spend the enormous amounts of money |
| 01:55:30 | 20 | to actually make whatever it is, that's an important |
| 01:55:32 | 21 | message for you, right? |
| 01:55:34 | 22 | A.  Yes, it is. |
| 01:55:34 | 23 | Q.  Okay.  Isn't that the same message that |
| 01:55:37 | 24 | applies to all CAD products, not just Autodesk, but |
| 01:55:40 | 25 | in the field of computer-aided design?  Name your |

Page 171

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

03:18:39 1      A.   Correct.

03:18:39 2      Q.   And if you look at page 910, one of the

03:18:45 3   things that it emphasizes on the lower right-hand

03:18:49 4   side is a phrase in red that says "Do not use without

03:18:52 5   a registration mark."

03:18:54 6      A.   Correct.

03:18:54 7      Q.   Why?

03:18:57 8           MS. BOS:   Objection.   Calls for speculation.

03:18:57 9   BY MR. STERN:

03:19:00 10     Q.   Why is that -- why -- why is that a do --

03:19:02 11  "do not" for Autodesk?

03:19:04 12     A.   Because for consistency's sake, you want to

03:19:10 13  use the logo always, and also a requirement that we

03:19:15 14  were asked to always use the logo with the

03:19:18 15  registration mark.

03:19:19 16     Q.   Okay.   And if you turn the page now to pages

03:19:22 17  911 and 912, this is the Autodesk color palette,

03:19:27 18  correct?

03:19:27 19     A.   Correct.

03:19:27 20     Q.   And it shows the same colors that we've

03:19:29 21  talked about earlier today.   It's all the same

03:19:32 22  colors?

03:19:32 23     A.   That is correct.

03:19:34 24     Q.   And again, this color palette is -- is

03:19:37 25  literally the colors of the rainbow, correct?

03:19:40   1            MS. BOS:   Objection.   Mischaracterizes the
03:19:41   2   document.
03:19:41   3   BY MR. STERN:
03:19:42   4        Q.   You can answer.
03:19:44   5        A.   Yes, it does.
03:19:46   6        Q.   Directing your attention now to that page
03:20:01   7   that's called "The Frame."
03:20:02   8             Do you see that?
03:20:05   9        A.   Yes, I do.
03:20:06   10       Q.   You'd agree with me that on that page the
03:20:11   11  color of the frame, the physical geometry of the
03:20:18   12  frame, and the words that are contained in the frame
03:20:26   13  are all different?
03:20:27   14       A.   That is correct.
03:20:29   15       Q.   Sometimes the frame is on the top of the
03:20:34   16  page and sometimes it's at the bottom of the page,
03:20:37   17  correct?
03:20:38   18       A.   Correct.
03:20:39   19       Q.   Sometimes the frame has got a product name
03:20:44   20  in it and sometimes the name -- the words in the
03:20:46   21  frame don't have a product name?
03:20:48   22       A.   Correct.
03:20:48   23       Q.   Okay.   Directing your attention to page 920,
03:21:09   24  I'm trying to figure out what the purpose of page
03:21:11   25  19 -- that's 919, was relative to page 920.   Is it

04:52:03  1      Q.  Do you see that?  It's called "The Frame."

04:52:06  2   It says, "The frame is a graphic device for the

04:52:10  3   primary product families."

04:52:12  4          Do you see that?

04:52:12  5      A.  Yes, I do.

04:52:13  6      Q.  And it goes on and says, "The frame

04:52:17  7   establishes a strong focal point within dynamic

04:52:21  8   layouts."

04:52:22  9          Do you see that?

04:52:22 10      A.  Yes, I do.

04:52:23 11      Q.  Do you agree that that's true, that what a

04:52:24 12   frame does is it draws the eye to a specific point

04:52:27 13   within a dynamic layout?

04:52:30 14      A.  Yes, I do agree.

04:52:31 15      Q.  I mean that's part of the function of a

04:52:33 16   frame, is what it does is it brings the eye to a

04:52:36 17   particular point to focus?

04:52:37 18          MS. BOS:  Objection.  Argumentative.

04:52:37 19   BY MR. STERN:

04:52:38 20      Q.  You can answer.

04:52:39 21      A.  Yes.

04:52:40 22      Q.  Okay.  And that's not just the frame used by

04:52:44 23   Autodesk, but that's as a design element, that's what

04:52:48 24   a frame does?

04:52:48 25      A.  No, that's where I disagree.

Page 275

MICHIEL SCHRIEVER
CONFIDENTIAL ATTORNEYS' EYES ONLY

05:44:30   1   in the execution has been the same regardless of how

05:44:34   2   it was defined in the guidelines or how people refer

05:44:37   3   to it verbally.

05:44:37   4   BY MR. STERN:

05:44:38   5       Q.  But I'm asking a different question.  I'm

05:44:40   6   asking in the guidelines we've gone through many

05:44:42   7   times today, that there is an identification of

05:44:44   8   something called Autodesk orange, correct?

05:44:46   9       A.  Correct.

05:44:46   10       Q.  And something called Autodesk yellow?

05:44:48   11       A.  Correct.

05:44:48   12       Q.  My question is -- and -- and there were

05:44:52   13   specific formulas, Pantone formula for each of those

05:44:59   14   particular colors, correct?

05:45:01   15       A.  Correct.

05:45:01   16       Q.  My question is have those formulas changed

05:45:04   17   since 2005 for either of those colors?

05:45:06   18       A.  No, they don't.

05:45:07   19       Q.  Okay.  And then with respect to the question

05:45:14   20   about "Experience It Before It's Real," you've been

05:45:18   21   very clear under oath that there has never been an

05:45:22   22   "Experience Before It's Real" ad campaign, correct?

05:45:24   23       A.  Correct.

05:45:24   24       Q.  That is to say, "Experience Before It's

05:45:29   25   Real" is a sentence that might be used in a variety

MICHAEL SCHRIEBER
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:45:32 | 1 | of different contexts in the copy of all sorts of |
| 05:45:35 | 2 | materials created by Autodesk, correct? |
| 05:45:37 | 3 | A.  Correct. |
| 05:45:37 | 4 | Q.  But that has never been a trademark logo of |
| 05:45:42 | 5 | Autodesk, correct? |
| 05:45:43 | 6 | A.  That is correct. |
| 05:45:44 | 7 | Q.  The phrase "Experience It Before It's Real" |
| 05:45:47 | 8 | has never appeared with the trademark anywhere in any |
| 05:45:50 | 9 | of Autodesk's collateral, correct? |
| 05:45:54 | 10 | A.  Not that I'm aware of. |
| 05:45:56 | 11 | Q.  And, in fact, Autodesk has also manipulated |
| 05:46:00 | 12 | the language of that particular phrase, sometimes |
| 05:46:03 | 13 | saying "Experience It Before It's Real," other times |
| 05:46:07 | 14 | saying "Experience It Before It's a Real Product," |
| 05:46:11 | 15 | various different variations on a theme, correct? |
| 05:46:14 | 16 | A.  Correct. |
| 05:46:14 | 17 | Q.  And sometimes the language of "Experience It |
| 05:46:18 | 18 | Before It's Real" has been identified in the -- in |
| 05:46:23 | 19 | the body of a long textual piece of advertising and |
| 05:46:28 | 20 | sometimes it's set out separately in some sort of |
| 05:46:33 | 21 | more focused way, right? |
| 05:46:35 | 22 | A.  Correct. |
| 05:46:35 | 23 | Q.  Have you done any sort of study to determine |
| 05:46:40 | 24 | the extent to which the word Real is used by |
| 05:46:46 | 25 | companies in the computer-aided design area? |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

1      I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3      That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were duly sworn; that a record of the

7   proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10   testimony given.

11      Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [   ] was [   ] was not requested.

15      I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20          SEP 2 3 2009

21   Dated: _____

22

23          _Suzanne F. Boschetti_

24          SUZANNE F. BOSCHETTI
            CSR No. 5111

25

SCHRIEVER
EXHIBIT 1163

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032836



CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032911

# Color Palette Origins

The colors of the Autodesk color palette come from the native colors in our products' interfaces.

AUTODESK PRODUCT INTERFACE



       

| Autodesk Dark Blue | Autodesk Purple | Autodesk Green | Autodesk Blue-Green | Autodesk Yellow | Autodesk Orange | Autodesk Red | Autodesk Magenta | Autodesk White | Autodesk Black |

© 2008 Autodesk

Autodesk

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032912



CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032914

# The Frame







with a big idea

© 2008 Autodesk

Autodesk

CONFIDENTIAL ATTORNEYS' EYES ONLY



ADSK0032920

© 2008 Autodesk

Autodesk

CONFIDENTIAL ATTORNEYS' EYES ONLY



ADSK0032921

© 2008 Autodesk

Autodesk

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032922



# Autodesk

**AutoCAD®**

AutoCAD LT®
AutoCAD® OEM
AutoCAD® P&ID
AutoCAD® Architecture
AutoCAD® MEP
AutoCAD® Civil 3D®
AutoCAD® Land Desktop
AutoCAD® Map 3D
AutoCAD® Raster Design
AutoCAD® Utility Design
AutoCAD® Mechanical
AutoCAD® Electrical

**Autodesk® Inventor™**

Autodesk®Inventor™ Professional™

**Suites**

Autodesk® Inventor™ Suite

Autodesk® Inventor™ Routed Systems Suite

Autodesk® Inventor™ Simulated Systems Suite

**Revit®**

Revit® Architecture

Revit® Structure

Revit® MEP

**Suites**

AutoCAD® Revit® Architecture Suite

AutoCAD® MEP Suite

AutoCAD® Structure Suite

**Autodesk® 3ds Max®**

**Autodesk® Maya®**

**Horizontal Products**

Autodesk® Buzzsaw® Professional
Autodesk® Buzzsaw® Standard
Autodesk® Design Review™
Autodesk® DWF Toolkit™
Autodesk® DWF Writer™
Autodesk® DWG TrueView™
Autodesk® Freewheel™
Autodesk® Impression
Autodesk® Intent™
Autodesk® MapGuide® Enterprise
Autodesk® MapGuide® Studio
Autodesk® PortfolioWall®
Autodesk® Productstream®
Autodesk® Productstream® Pro
Autodesk® RealDWG™
Autodesk® Showcase™
Autodesk® Sketchbook™ Pro
Autodesk® Streamline®
Autodesk® Topobase™

© 2008 Autodesk

**Autodesk**

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032923



Product Brands

**Brand color:**
**Autodesk Blue**

Autodesk® Buzzsaw® Professional
Autodesk® Buzzsaw® Standard
Autodesk® Design Review®
Autodesk® DWF Toolkit™
Autodesk® DWF Writer™
Autodesk® DWG TrueView™
Autodesk® Freewheel™
Autodesk® Impression
Autodesk® Intent™
Autodesk® MapGuide® Enterprise

Autodesk® MapGuide® Studio
Autodesk® PortfolioWall®
Autodesk® Productstream™
Autodesk® Productstream® Pro
Autodesk® RealDWG™
Autodesk® Showcase™
Autodesk® Sketchbook™ Pro
Autodesk® Streamline®
Autodesk® Topobase™

**Brand color:**
**Autodesk Red**

**AutoCAD® Products:**
AutoCAD®
AutoCAD® Architecture
AutoCAD® Civil 3D®
AutoCAD® Electrical
AutoCAD® Land Desktop
AutoCAD LT®
AutoCAD® Map 3D
AutoCAD® Mechanical
AutoCAD® MEP
AutoCAD® OEM
AutoCAD® P&ID
AutoCAD® Raster Design

**AutoCAD® Revit® Products:**
AutoCAD® Revit® Architecture Suite
AutoCAD® Revit® MEP Suite
AutoCAD® Revit® Structure Suite

**Autodesk® Maya® Product:**
Autodesk® Maya®

**Brand colors:**
**Autodesk Yellow**    **Autodesk Purple**    **Autodesk Blue-green**

**Autodesk® Inventor™ Products:**
Autodesk® Inventor™ LT
Autodesk® Inventor™ Pro for Routed Systems
Autodesk® Inventor™ Pro for Simulation
Autodesk® Inventor™ Professional
Autodesk® Inventor™ Series

Autodesk® AliasStudio™

**Revit® Products:**
Revit® Architecture
Revit® MEP
Revit® Structure

**Autodesk® 3ds Max® Product:**
Autodesk® 3ds Max®

© 2008 Autodesk

**Autodesk**

CONFIDENTIAL ATTORNEYS' EYES ONLY



**AutoCAD**

**Autodesk** AliasStudio™

**Autodesk** Buzzsaw Professional



ADSK0032924

CONFIDENTIAL ATTORNEYS' EYES ONLY



3d (black background)

Product identity

Customer dataset
(render)

ADSK0032925

CONFIDENTIAL ATTORNEYS EYES ONLY

ADSK0032926



3d (black background)

Customer dataset
(render)

Product identity

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032927



3d (black background)

Photograph

Product identity

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032928



CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032929



Non 3d (white background)

Product identity

Student dataset (render)

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032930



Non 3d (white background)

Customer dataset (render)

Product identity

CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032931



CONFIDENTIAL ATTORNEYS' EYES ONLY

ADSK0032959

# Signage

