# EXHIBIT 31

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

    Plaintiff,

vs.                      No. 3:08-CV-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

    Defendant.

**CERTIFIED COPY**

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEPOSITION OF ROBB BITTNER

Redwood Shores, California

Monday, September 14, 2009

REPORTED BY:
LYNNE LEDANOIS
CSR No. 6811

Job No. 120305

|  |  |
|---|---|
| 1 | Redwood Shores, California, Monday, September 14, 2009 |
| 2 | 9:18 a.m. - 3:59 p.m. |
| 3 | ---o0o--- |
| 09:18:19  4 | VIDEOGRAPHER:  Good morning.  Here begins Video |
| 09:18:21  5 | No. 1 of the deposition of Robb Bittner in the |
| 09:18:24  6 | matter of Autodesk Incorporated versus Dassault |
| 09:18:28  7 | Systemes SolidWorks Corporation.  This case is in |
| 09:18:32  8 | the United States District Court for the Northern |
| 09:18:34  9 | District of California and the case number is |
| 09:18:37 10 | 3:08-CV-04397-WHA. |
| 09:18:48 11 | Today's date is September 14th, 2009, and the |
| 09:18:51 12 | time is 9:18 a.m.  This deposition is taking place at |
| 09:18:55 13 | 555 Twin Dolphin Drive, at Redwood Shores, California. |
| 09:19:01 14 | And is being taken on behalf of the defendants. |
| 09:19:04 15 | The videographer is Bart Reis appearing on |
| 09:19:07 16 | behalf of Sarnoff Court Reporters and Legal Technologies |
| 09:19:10 17 | located in San Francisco, California. |
| 09:19:15 18 | All counsel, parties, and deponent, please take |
| 09:19:17 19 | notice that, as a part of the videotaping of this |
| 09:19:18 20 | deposition, high quality microphones are being used. |
| 09:19:23 21 | These microphones are very sensitive.  If any party |
| 09:19:26 22 | wishes to make a statement or have a conversation off |
| 09:19:29 23 | the record, they should state that they are going off |
| 09:19:31 24 | the record and gain concurrence from all parties.  The |
| 09:19:34 25 | videographer will then stop recording.  All recorded |

```
09:19:37   1    comments made by any party, attorney, or deponent during
09:19:41   2    this deposition will be assumed on the record and will
09:19:44   3    be transcribed.
09:19:45   4         Would counsel please identify yourselves and
09:19:47   5    state whom you represent.
09:19:50   6         MS. BOS:  Jacqui Bos from Morrison & Foerster
09:19:53   7    representing the plaintiff Autodesk.
09:19:54   8         MS. ROBERTS:  Andrea Pallios Roberts from
09:19:58   9    Quinn, Emanuel representing defendant SolidWorks.
09:20:00  10         VIDEOGRAPHER:  Would the court reporter please
09:20:02  11    swear in the witness.
          12
          13                     ROBB BITTNER,
          14    having been duly sworn, testified as follows:
          15                         ---o0o---
          16
          17                        EXAMINATION
09:20:13  18    BY MS. ROBERTS:
09:20:14  19         Q    Good morning, Mr. Bittner.
09:20:15  20         A    Good morning.
09:20:16  21         Q    My name is Andrea Roberts, and I am an attorney
09:20:22  22    representing SolidWorks in the litigation between
09:20:23  23    Autodesk and SolidWorks.  We're here to take your
09:20:24  24    deposition today.  Have you ever had your deposition
09:20:27  25    taken before?
```

| | | |
|---|---|---|
| 11:32:37 | 1 | A   Correct.  The RealDWG SDK is consistent |
| 11:32:41 | 2 | regardless of who the applicant is. |
| 11:32:44 | 3 | Q   Right.  Okay. |
| 11:32:44 | 4 | A   And what they plan on doing with it. |
| 11:32:47 | 5 | Q   Okay.  So then Item No. 3, which is titled |
| 11:32:50 | 6 | "Opportunity," can you tell me what Autodesk -- what |
| 11:32:55 | 7 | information Autodesk is being trying to gather here? |
| 11:32:59 | 8 | A   In No. 1, really, this is the market that they |
| 11:33:03 | 9 | are targeting, and this is one of the areas that we |
| 11:33:06 | 10 | would look at to see is it competitive or not.  In this |
| 11:33:09 | 11 | case, swimming pool builders/landscape construction is |
| 11:33:13 | 12 | not something that Autodesk builds a product for. |
| 11:33:16 | 13 | Q   Okay. |
| 11:33:16 | 14 | A   The other questions are more, sort of, for our |
| 11:33:19 | 15 | demographics on what kinds of applications are being |
| 11:33:25 | 16 | targeted to these segment. |
| 11:33:27 | 17 | Q   Okay.  And then there is a whole subsection for |
| 11:33:31 | 18 | competition at the bottom of the page. |
| 11:33:35 | 19 | A   Yes. |
| 11:33:37 | 20 | Q   And so can you explain what is being gathered |
| 11:33:40 | 21 | there? |
| 11:33:41 | 22 | A   There is -- to really understand who their |
| 11:33:43 | 23 | competition is, you know, obviously, if they list |
| 11:33:46 | 24 | Autodesk as a competitor in there, that is a flag. |
| 11:33:52 | 25 | That's really the main purpose. |

ROBB BITTNER  
CONFIDENTIAL ATTORNEYS' EYES ONLY  
09/14/09

| | |
|---|---|
| 11:41:51  1 | over the application; you determine if the competing |
| 11:41:55  2 | product is being offered.  Do you -- do you take a look |
| 11:41:57  3 | at the product itself that's going to -- |
| 11:41:59  4 | A   No, I don't. |
| 11:41:59  5 | Q   -- have RealDWG in it? |
| 11:42:02  6 | A   I do not. |
| 11:42:02  7 | Q   Okay.  Does anybody at Autodesk? |
| 11:42:04  8 | A   We do not. |
| 11:42:05  9 | Q   Does the -- does the applicant have to submit a |
| 11:42:08  10 | copy of the program before -- |
| 11:42:11  11 | A   According to the license agreement, they need |
| 11:42:13  12 | to submit one.  That is something that we rarely |
| 11:42:16  13 | enforce.  We have the right to look at the application. |
| 11:42:35  14 | Q   And we'll take a look at the licensing |
| 11:42:37  15 | agreement in a minute.  But do you recall whether -- |
| 11:42:39  16 | does Autodesk have a right to ask that the copy be |
| 11:42:47  17 | submitted before the agreement is actually executed?  Or |
| 11:42:51  18 | is it after the agreement is executed? |
| 11:42:53  19 | A   It's part of the terms and conditions of the |
| 11:42:56  20 | agreement that they need to submit it. |
| 11:43:02  21 | Q   Okay.  Can you tell me -- you said it's rarely |
| 11:43:03  22 | enforced.  I mean, has Autodesk ever obtained a copy of |
| 11:43:06  23 | the software that is used -- of a RealDWG licensee |
| 11:43:12  24 | software? |
| 11:43:13  25 | A   I believe we have. |

Page 88

ROBB BITTNER 09/14/09
**CONFIDENTIAL ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| 11:43:14 | 1 | Q   Okay.  Can you say what percentage of the time? |
| 11:43:17 | 2 | A   I have no idea. |
| 11:43:18 | 3 | Q   Okay. |
| 11:43:22 | 4 | A   It varies. |
| 11:43:27 | 5 | Q   And in those instances when Autodesk did obtain |
| 11:43:31 | 6 | a copy of -- of the software, was there a particular |
| 11:43:34 | 7 | reason why Autodesk enforced that particular right in |
| 11:43:37 | 8 | those instances as opposed to others? |
| 11:43:39 | 9 | A   No. |
| 11:43:41 | 10 | Q   It was not like those were companies that |
| 11:43:46 | 11 | Autodesk did not have a relationship with before or |
| 11:43:48 | 12 | anything like that? |
| 11:43:49 | 13 | A   No. |
| 11:43:50 | 14 | Q   It was purely random? |
| 11:43:50 | 15 | A   I -- |
| 11:43:52 | 16 | MS. BOS:  Objection, mischaracterizes |
| 11:43:53 | 17 | testimony. |
| 11:43:54 | 18 | THE WITNESS:  I don't know if it was purely |
| 11:43:55 | 19 | random. |
| 11:43:55 | 20 | BY MS. ROBERTS:: |
| 11:43:56 | 21 | Q   Okay. |
| 11:43:56 | 22 | A   Since it was a requirement of the license |
| 11:43:59 | 23 | agreement, the companies would submit that as part of |
| 11:44:01 | 24 | their final piece. |
| 11:44:04 | 25 | Q   Okay.  So if the company submitted it, Autodesk |

| | | |
|---|---|---|
| 11:44:07 | 1 | would take the copy? |
| 11:44:10 | 2 |     A   Correct. |
| 11:44:10 | 3 |     Q   But if they did not get around to it, Autodesk |
| 11:44:13 | 4 | did not necessarily follow up and demand a copy? |
| 11:44:16 | 5 |     A   Correct. |
| 11:44:16 | 6 |     Q   One -- in those instances where a company did |
| 11:44:19 | 7 | submit a copy of their software, did Autodesk do |
| 11:44:23 | 8 | anything with it? |
| 11:44:24 | 9 |     A   I don't know. |
| 11:44:25 | 10 |     MS. BOS:   Objection, vague. |
| 11:44:26 | 11 | BY MS. ROBERTS: |
| 11:44:26 | 12 |     Q   Is there any review of the copies once they're |
| 11:44:28 | 13 | received? |
| 11:44:29 | 14 |     A   No, none that I am aware of. |
| 11:44:44 | 15 |     Q   And then after the -- after the agreement is |
| 11:44:46 | 16 | executed and there's now licensing relationship between |
| 11:44:50 | 17 | Autodesk and the RealDWG licensee, is there any -- does |
| 11:44:56 | 18 | Autodesk check in with the licensee at all to see how |
| 11:45:00 | 19 | the RealDWG program is working for them and how it's |
| 11:45:04 | 20 | working in their software, anything of that nature? |
| 11:45:09 | 21 |     A   The -- no. |
| 11:45:10 | 22 |     Q   So generally, what -- I guess, once the |
| 11:45:15 | 23 | agreement is executed, what is the relationship between |
| 11:45:18 | 24 | Autodesk and the licensee?  Is there any ongoing |
| 11:45:21 | 25 | interaction? |

ROBB BITTNER  09/14/09
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:45:22 | 1 | A    The ongoing -- yes, there is. |
| 11:45:23 | 2 | Q    Okay.  Can you tell me? |
| 11:45:25 | 3 | A    The ongoing interaction involves us |
| 11:45:29 | 4 | submitting -- giving them the next release when they are |
| 11:45:35 | 5 | under license.  And so -- and then renewing there |
| 11:45:41 | 6 | contract after a year. |
| 11:45:52 | 7 | Q    And the contract renewals are annual; correct? |
| 11:45:55 | 8 | A    Yes, they are. |
| 11:45:56 | 9 | Q    Okay. |
| 11:45:57 | 10 | So are there any other interactions between |
| 11:46:08 | 11 | Autodesk and the RealDWG licensee after the agreement is |
| 11:46:10 | 12 | executed other than those two instances you just |
| 11:46:12 | 13 | described? |
| 11:46:12 | 14 | A    Yes. |
| 11:46:13 | 15 | Q    What are they? |
| 11:46:13 | 16 | A    Those are typically around developer support. |
| 11:46:18 | 17 | So either through ADN or when they are in the initial |
| 11:46:24 | 18 | installation -- initial process of developing their |
| 11:46:27 | 19 | application. |
| 11:46:36 | 20 | Q    So at the time you said the first instance of |
| 11:46:41 | 21 | interaction with the RealDWG licensee after the |
| 11:46:45 | 22 | execution of the actual agreement, you said, could be |
| 11:46:48 | 23 | when there is another release that you provide to the |
| 11:46:52 | 24 | licensee; is that correct? |
| 11:46:54 | 25 | A    That's correct. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBB BITTNER
CONFIDENTIAL ATTORNEYS' EYES ONLY
09/14/09

```
11:50:42   1           THE WITNESS:  I don't know.
11:50:43   2   BY MS. ROBERTS:
11:50:47   3       Q    Are there any other instances in which Autodesk
11:50:52   4   has decided that a RealDWG licensee should not be
11:50:56   5   permitted to continue in the program?
11:50:58   6       A    None that I am aware of.
11:50:59   7       Q    That's the only one that you know of?
11:51:01   8       A    That's the only one that I know of, yes.
11:51:03   9       Q    Okay.
11:51:26  10            Does Autodesk do any -- let me strike that.
11:51:34  11            So it sounds like Autodesk, while it may
11:51:37  12   receive copies of the software from RealDWG licensees,
11:51:44  13   it does not have a practice or procedure for reviewing
11:51:47  14   that software?
11:51:48  15            MS. BOS:  Objection, misstates testimony.
11:51:49  16   BY MS. ROBERTS:
11:51:50  17       Q    Is that correct?
11:51:52  18       A    Can you rephrase the question?
11:51:53  19       Q    Sure.
11:51:54  20            So -- so I had been asking, you know, about
11:51:56  21   whether licensees comply with their requirement to
11:52:00  22   submit a copy of their software.
11:52:02  23       A    Yes.
11:52:02  24       Q    And you said some do but Autodesk does not
11:52:06  25   enforce it if they do not; correct?
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBB BITTNER 09/14/09
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:52:08 | 1 | A   I don't know of any process for enforcing it. |
| 11:52:12 | 2 | None that I am aware of. |
| 11:52:14 | 3 | Q   Okay. |
| 11:52:17 | 4 | And so through the course of the relationship, |
| 11:52:21 | 5 | the licensing relationship, under the RealDWG program, |
| 11:52:26 | 6 | does Autodesk do anything to sort of test the quality of |
| 11:52:31 | 7 | the software being offered by its licensees? |
| 11:52:34 | 8 | MS. BOS:   Objection, vague. |
| 11:52:39 | 9 | THE WITNESS:   Can you be more precise? |
| 11:52:40 | 10 | BY MS. ROBERTS: |
| 11:52:40 | 11 | Q   Does Autodesk test any of the software that |
| 11:52:41 | 12 | RealDWG licensees offer? |
| 11:52:44 | 13 | A   Not that I am aware of. |
| 11:52:48 | 14 | Q   If they did, would you know?  Would you be the |
| 11:52:50 | 15 | person to know? |
| 11:52:50 | 16 | A   I -- no, I don't know if I would be or not. |
| 11:52:56 | 17 | Q   Is it fair to say that, if there is any |
| 11:52:59 | 18 | testing, that's not part of the RealDWG licensing |
| 11:53:04 | 19 | procedures because you would know those? |
| 11:53:06 | 20 | A   Yes, I would know those.  And -- and could you |
| 11:53:10 | 21 | could be more specific by what you mean on "testing"? |
| 11:53:13 | 22 | Q   Okay.  Well, is there something that you're |
| 11:53:15 | 23 | thinking of that -- |
| 11:53:18 | 24 | A   The testing -- |
| 11:53:18 | 25 | Q   -- might be testing? |

Page 96

```
11:53:19   1        A    "Testing" can be very broad.
11:53:22   2        Q    Okay.  Well, does Autodesk do any checks of the
11:53:26   3   quality of the software?
11:53:30   4        A    No.
11:53:33   5        Q    And the licensing agreements under the RealDWG
11:53:39   6   program, they don't provide it for any sort of routine
11:53:42   7   inspections for what the licensee is doing with the
11:53:46   8   RealDWG toolkit; correct?
11:53:49   9             MS. BOS:  Objection to the extent that it
11:53:50  10        mischaracterizes the document.
11:53:52  11             THE WITNESS:  And I think if we go to the terms
11:53:54  12        and conditions, we can read the specific clause
11:53:59  13        that talks about what we have the right to do.  We
11:54:01  14        do have certain rights to review software and
11:54:03  15        things of that nature.  But I think, you know, I
11:54:06  16        don't want to speak for what the actual license
11:54:09  17        agreement says without reading it.
11:54:11  18   BY MS. ROBERTS::
11:54:13  19        Q    Okay.
11:54:13  20             Then let's go ahead and take a look.  I don't
11:54:19  21   think we'll get through it before we break for lunch
11:54:22  22   but....
11:54:40  23             (Exhibit No. 1227 was marked for identification
11:54:40  24   by the Court Reporter.)
11:54:51  25             MS. ROBERTS:  So this is Exhibit 1227?
```

| | | |
|---|---|---|
| 12:03:54 | 1 | somebody asked me that question, I would say that |
| 12:03:56 | 2 | they would have to refer to the -- to the agreement |
| 12:03:57 | 3 | that specifies whether they are or not. I, as a |
| 12:04:02 | 4 | marketing person, am not in a position to |
| 12:04:06 | 5 | specifically state, you know, whether they are or |
| 12:04:08 | 6 | not in compliance. |
| 12:04:09 | 7 | MS. BOS: I would instruct you not to talk |
| 12:04:11 | 8 | about discussions with counsel or legal counsel |
| 12:04:14 | 9 | policy is to with for these documents. |
| 12:04:17 | 10 | THE WITNESS: Okay. |
| 12:04:18 | 11 | BY MS. ROBERTS:: |
| 12:04:19 | 12 | Q   Does Autodesk monitor whether RealDWG licensees |
| 12:04:24 | 13 | are using these logos in a manner consistent with the |
| 12:04:28 | 14 | guidelines or Autodesk.com? |
| 12:04:30 | 15 | MS. BOS: Again, I would instruct you not to |
| 12:04:32 | 16 | reveal any conversations with counsel or.... |
| 12:04:35 | 17 | THE WITNESS: Can you be more specific? |
| 12:04:36 | 18 | Specifically, what you mean by "monitor"? |
| 12:04:39 | 19 | BY MS. ROBERTS:: |
| 12:04:39 | 20 | Q   Sure. |
| 12:04:40 | 21 | I mean, in -- in the course of your -- I mean, |
| 12:04:43 | 22 | you do the approval process and sounds like, pretty |
| 12:04:46 | 23 | much, run the RealDWG program. So in terms of, you |
| 12:04:50 | 24 | know, the ongoing relationship with RealDWG licensees, |
| 12:04:57 | 25 | is there any check to confirm that they are actually |

Page 104

```
12:05:00   1   following all the obligations and rules in this
12:05:04   2   agreement?
12:05:04   3           MS. BOS:  And you can talk about checks other
12:05:07   4       than what the legal team is doing.
12:05:08   5           THE WITNESS:  I mean, do you mean -- do you
12:05:09   6       mean, like, formal checks from the marketing
12:05:11   7       perspective?
12:05:13   8   BY MS. ROBERTS::
12:05:14   9       Q   Yes.
12:05:14  10       A   There are no formal processes for checking.
12:05:17  11       Q   Are there informal processes?
12:05:19  12       A   There are informal processes.
12:05:20  13       Q   Okay.  And without disclosing any
12:05:22  14   communications with counsel, are there informal
12:05:24  15   processes that don't involve counsel?
12:05:26  16       A   There may be.  I would say the informal
12:05:29  17   processes happen all over the place.  An individual
12:05:34  18   salesperson may see a product and have concerns about
12:05:40  19   the way the logo is being used and report that.
12:05:43  20       Q   And does -- who does that get reported to?
12:05:46  21       A   I don't know.  Probably, most likely, the
12:05:49  22   legal --
12:05:49  23       Q   Okay.  It does not get reported to you?
12:05:51  24       A   It does not get reported to me.
12:05:53  25       Q   Okay.
```

ROBB BITTNER 09/14/09
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:11:57 | 1 | A    Correct. |
| 12:11:57 | 2 | Q    Okay.  So are you aware of any instance in |
| 12:11:59 | 3 | which Autodesk has reviewed or tested or inspected a |
| 12:12:07 | 4 | licensee's software after the licensing relationship is |
| 12:12:13 | 5 | executed? |
| 12:12:14 | 6 | A    I'm not aware of a specific case. |
| 12:12:16 | 7 | Q    Okay.  Were you refer -- are you aware of any |
| 12:12:19 | 8 | cases having happened? |
| 12:12:20 | 9 | A    I have heard of discussions with the Autodesk |
| 12:12:23 | 10 | developer network where, in the process of supporting, a |
| 12:12:27 | 11 | developer has received their application and tested it. |
| 12:12:30 | 12 | Q    Okay. |
| 12:12:30 | 13 | A    And I would be -- I have had many, many |
| 12:12:36 | 14 | discussions with them back and forth about the correct |
| 12:12:38 | 15 | use of -- of licensing and the copyrights and things |
| 12:12:42 | 16 | like that.  I can't say whether that was the final |
| 12:12:45 | 17 | application, or it was a -- you know, so I would be |
| 12:12:48 | 18 | speculating if I was saying that it did or did not |
| 12:12:55 | 19 | happen. |
| 12:12:55 | 20 | Q    Okay.  And again, when you refer -- you said |
| 12:12:56 | 21 | "final application" there, are you referring to -- |
| 12:12:57 | 22 | A    Their final software application. |
| 12:12:58 | 23 | Q    Final software application. |
| 12:12:59 | 24 | A    Thank you. |
| 12:13:04 | 25 | Q    And so there is no -- there's procedure at |

Page 110

13:37:09  1   department sends a letter or has correspondence
13:37:12  2   with a third party, then that's not privileged.
13:37:17  3   So....
13:37:20  4           THE WITNESS:  I don't know of any such
13:37:22  5   correspondence.  It does not mean it does not
13:37:25  6   happen.
13:37:25  7   BY MS. ROBERTS::
13:37:26  8       Q   And so before the lunch break, we were talking
13:38:04  9   about Autodesk's review, if any, of the software
13:38:10 10   applications offered by RealDWG licensees.  We did not
13:38:16 11   spend much time -- we sort of touched on Autodesk's
13:38:19 12   review of licensee's uses of its trademarks.
13:38:23 13           Are there any formal processes for review of
13:38:26 14   that conduct?
13:38:28 15           MS. BOS:  I would also like to add an objection
13:38:30 16   to the record that enforcement of the RealDWG
13:38:33 17   program does not seem to be within the scope of
13:38:36 18   Mr. Bittner's topic.
13:38:40 19   BY MS. ROBERTS:
13:38:40 20       Q   Okay.
13:38:43 21       A   Can you repeat the question since I lost track?
13:38:47 22       Q   Yes.
13:38:47 23           Are there any formal processes for review of
13:38:51 24   RealDWG licensee's use of Autodesk trademarks?
13:38:56 25       A   I don't know.

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11              Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [ ] was [X] was not requested.
15              I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or party to this action.
18              IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated:   SEP 2 1 2009  _____
22
23                              _____
24                              LYNNE MARIE LEDANOIS
                                CSR No. 6811
25
```