# EXHIBIT 32

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

      Plaintiff,

  vs.                  No. 3:08-CV-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

      Defendant.

# CERTIFIED
# COPY

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION AMY FARRELL

San Francisco, California

Thursday, August 27, 2009

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 119141

| | | |
|---|---|---|
| 10:23:19 | 1 | MS. BOS:  Objection.  Argumentative. |
| 10:23:21 | 2 | THE WITNESS:  I -- I can't speak |
| 10:23:22 | 3 | specifically to that. |
| 10:23:22 | 4 | BY MS. PENNYPACKER: |
| 10:23:24 | 5 | Q.  Well, if it was the case that there was |
| 10:23:30 | 6 | already a strong association in the consumer's mind |
| 10:23:32 | 7 | between Autodesk and DWG, how could SolidWorks have |
| 10:23:35 | 8 | this threat?  How could Autodesk feel this threat |
| 10:23:40 | 9 | from SolidWorks? |
| 10:23:41 | 10 | A.  They were creating confusion in the |
| 10:23:43 | 11 | marketplace of what DWG capabilities were and what |
| 10:23:55 | 12 | that allowed -- and how the -- it allowed the |
| 10:23:59 | 13 | products to work. |
| 10:24:04 | 14 | Q.  How was SolidWorks creating confusion? |
| 10:24:07 | 15 | First of all, was there any evidence of confusion |
| 10:24:09 | 16 | that you received from any source? |
| 10:24:12 | 17 | A.  They were offering parity products of DWG |
| 10:24:20 | 18 | products and marketing those under the SolidWorks |
| 10:24:28 | 19 | name. |
| 10:24:33 | 20 | Q.  Okay.  That didn't really answer the last |
| 10:24:35 | 21 | question I asked, which is were you given any |
| 10:24:38 | 22 | evidence or did you know of any evidence on your own |
| 10:24:40 | 23 | of an actual consumer being confused by what |
| 10:24:43 | 24 | SolidWorks was doing? |
| 10:24:45 | 25 | MS. BOS:  Objection.  Out of scope. |

Page 43

1           I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3           That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is a true record of the

10  testimony given.

11          Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [  ] was [  ] was not requested.

15          I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18          IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated:     SEP 11 2009

22

23                 Suzanne F. Boschetti

24                 SUZANNE F. BOSCHETTI
                      CSR No. 5111

25

# EXHIBIT 1110

# PTD:
# Marketing Recommendations for DWG

March 31, 2006

Prepared by:

goodman marketing
p / a / r / t / n / e / r / s



Δ π EXHIBIT _//10_
Deponent _Farrell_
Date _8/27/09_ Rptr. _SFB_
WWW.DEPOBOOK.COM

1

Outside Counsels' Eyes Only

ADSK0013864

# Background

- Although the universal use and adoption of the DWG file format was first introduced by Autodesk, the company has done little to protect its investment.
- Competitors, primarily Solidworks, have recognized a huge opportunity and are now aggressively marketing DWG compatible software.
  - However, only Autodesk software-created DWG files maintain design integrity and prevent data corruption problems and application instabilities that may jeopardize a users' designs.

- The Autodesk DWG product portfolio includes:
  - DWG file format
  - RealDWG
  - DWG TrueView
  - DWG TrueConvert

2

Outside Counsels' Eyes Only

ADSK0013865

# Campaign Objectives

- Reclaim DWG as an authentic file format belonging exclusively to Autodesk
- Educate CAD users and help them to understand that there is a difference in DWG-saved designs
- Stimulate awareness of DWG tools among the target audience
- Increase downloads of DWG tools
- Motivate users to use the DWG tools and take corrective action
- Ensure cross-divisional support internally

Outside Counsels' Eyes Only

ADSK0013866

# Target Audience

- Primary:
  - **Architects and designers/drafters**
    - Primary users of Autodesk design products.
    - Individuals who have the most at stake
    - Individuals who must resolve issues with unstable competitive software once problems occur.

- Secondary:
  - **Managers and purchasers**
    - They have a significant responsibility to ensure their company's assets are properly protected.
    - Influencers with senior management to accelerate solutions.

Outside Counsels' Eyes Only

ADSK0013867

# Key Message

- The "Authentic DWG" file format is based on an integrated AutoCAD platform that offers a seamless, accurate and stable design environment. This enables safe and accurate viewing, writing, sharing and printing of all designs created across all of Autodesk's family of products.

- "Authentic DWG" enables Autodesk's portfolio of products and technologies to work seamlessly together and with downstream applications to provide customers a more secure, accurate and efficient workflow.

5

Outside Counsels' Eyes Only

ADSK0013868

# Recommended Strategies and Tactics

- Take ownership of DWG in the marketplace and lay a communication foundation across all channels
    - Create a "Authentic DWG" icon and use it on all Autodesk packaging and communications
    - Use pop-up boxes to educate readers and provide more information for a correction action path
        - Place kickers on Autodesk.com
    - Use keyword searches for "DWG" to push the "Authentic DWG" message
    - Execute banner ads to run on technical trade websites like Cadalyst.com, Building Design & Construction etc.
        - Own the Autodesk.com home page banner space
    - Create an email campaign to target Aprimo contacts including inquirers
    - Include information in all Trial CD fulfillment packages and downloads
    - Add relevant articles to Autodesk generated technical newsletters

Outside Counsels' Eyes Only

ADSK0013869

# Recommended Strategies and Tactics

- Create an internal PR kit and distribute
    - Provide copy blocks in various word lengths and distribute in hard copy and post to OTW
    - Encourage references to DWG compatibility in product-specific vertical newsletters, presentations and marketing collateral
    - Provide content for Autodesk evangelists to add to blogs
    - Create electronic "cue cards" for sales reps and resellers
    - Include "Authentic DWG" icon stickers for visual reminders
    - Add a competitive overview to provide a true scope of the marketplace
        - Include case studies and visual comparisons

7

Outside Counsels' Eyes Only

ADSK0013870

# Recommended Strategies and Tactics

- Prey on fear factor by creating a message that "Not all DWG is created equal"
  - Develop banner ads and buttons for technical trade websites
  - Insert related articles on these websites
  - Write letters to the editor in all technical publications and provide examples of problems users' may encounter with data integrity

- Within Autodesk.com, create a "DWG IQ" section
  - Provide information as to how users' can ensure their files were created in authentic DWG format
  - Include information and links to DWG free tools
  - Provide a link to email information to a friend for pass along education opportunities
  - Include white papers, customer testimonials, visuals of how corrupted data is impacted
  - Create a downloadable test tool applet

8

Outside Counsels' Eyes Only

ADSK0013871

# Recommended Strategies and Tactics

- Enlist strategic business partners to support campaign efforts
  - Provide "Authentic DWG" icon and encourage usage on their packaging and in all presentations
  - Provide pop-up boxes, banner ads, email templates and 1/3 pg. vertical ads and provide a playbook for their use on materials, websites etc.
  - Create reminder sheets to educate resellers, telemarketing staff and employees on the issue

Outside Counsels' Eyes Only

ADSK0013872

# Measurement

- Track hits to "DWG Center" on Autodesk.com
- Measure increase in downloads of DWG tools and "tell a friend" pass along activity
- Track banner click thrus and blog activities

Outside Counsels' Eyes Only

ADSK0013873

# Timing

Listed below is a general timetable for each campaign component:
All schedules will start from approval of work orders.

- **Phase I**
  - Pop-up boxes, per version – copy: 1 week, HTML coding: 1 week
  - "Authentic DWG" icon – creative development: 2 weeks, implementation: ongoing
  - House file HTML email – creative development & copy: 2 weeks, coding: 1 week
  - Banner  – copy: 2 weeks, media placement TBD
  - "Sprinkling" – ongoing placement of references in Autodesk presentations
  - Reminder sheets – copy: 1 week, implementation: immediate

- **Phase II**
  - HTML email – creative development & copy: 2 weeks, HTML coding: 2 weeks, media placement: 2 weeks
  - Banner Ads – creative development and copy: 2 weeks, media placement: TBD
  - Blogs – immediate and ongoing participation
  - Authentic DWG Test Tool Applet – coding: TBD, deployment: immediate
  - Resource Center – copy: 2 weeks, HTML coding: 2 weeks

11

ADSK0013874

# Budget

| Phase I | Total |
| --- | --- |
| Strategic Plan | $8,700 |
| Pop-Up Boxes | $0 |
| DWG Icon | $7,050 |
| HTML Email | $5,250 |
| Banners-2 months | $19,500 |
| Enternal PR Kit | $10,000 |
| Reminder Sheets | $5,700 |
| Total | $46,200 |

| Phase II | Total |
| --- | --- |
| HTML Email-40k | $21,250 |
| DWG Test Tool Applet | $0 |
| Banners-3 months | $24,000 |
| Resource Center | $15,000 |
| Total | $60,250 |

Outside Counsels' Eyes Only

ADSK0013875

# Budget

### Phase I

| | |
|---|---:|
| Strategic Plan | $8,700 |
| Pop-up boxes | $0 |
| DWG Icon | $7,500 |
| HTML Email | $5,250 |
| Banners - 2 months | $20,000 |
| PR Kits | $10,000 |
| Reminder Sheets | $5,700 |
| **Total** | **$57,150** |

### Phase II

| | |
|---|---:|
| HTML Email | $21,250 |
| DWG Test Tool Applet | $0 |
| Banners - 3 months | $24,000 |
| Resource Center | $15,000 |
| **Total** | **$60,250** |

| | |
|---|---:|
| **Grand Total** | **$117,400** |

Outside Counsels' Eyes Only

ADSK0013876

# Appendix

Outside Counsels' Eyes Only

ADSK0013877



Outside Counsels' Eyes Only

ADSK0013878



Outside Counsels' Eyes Only

ADSK0013879



17

Outside Counsels' Eyes Only

ADSK0013880



18

Outside Counsels' Eyes Only

ADSK0013881

# EXHIBIT 1111



# Global Brand Campaign Proposal: Trusted DWG

**Platform Technology Division**
**Melissa Christensen**
**April 6, 2006**

DRAFT 1.0

1



Δ π EXHIBIT _1111_
Deponent _Farrell_
Date _8/27/09_ Rptr._SFB_
WWW.DEPOBOOK.COM

GOODMANMARKETING00059

CONFIDENTIAL ATTORNEYS' EYES ONLY

# FY07 PTD Business Goals

- Drive new seat growth of AutoCAD and AutoCAD LT software.

- Defend and expand market position against the competition.

- Drive unit and subscription sales with the Autodesk retirement and legacy programs.

- Increase revenue by cross-selling AutoCAD LT to AutoCAD and AutoCAD to verticals, including process & power.

- Expand revenue base for platform products by introducing new software and solutions.

Autodesk

GOODMANMARKETING00060

CONFIDENTIAL ATTORNEYS' EYES ONLY

# DWG Campaign

| | |
|---|---|
| **Business Goal(s): Defend and expand market position against the competition.** | |
| **Profile** | One of Autodesk's strengths, and a significant competitive advantage, is the wide-spread adoption of Autodesk's DWG file format. The OpenDWG Alliance and competitors, including Solidworks and Bentley, are attempting to dilute this message and attract AutoCAD and AutoCAD LT customers to switch platforms by creating tools to read and write DWG files and offering alternative file formats. Only Autodesk can create and support native DWG files. The benefit to users is clear: ensure application stability, avoid data corruption, and maintain design integrity. |
| **Objectives** | • Secure internal, cross-divisional support for Trusted DWG campaign<br>• Support Autodesk Legal's efforts to protect and defend intellectual ownership of DWG brand name<br>• Increase downloads of DWG TrueView by TBD% and DWG TrueConvert by TBD% in FY07<br>• Increase sales of RealDWG by TBD% in FY07<br>• Establish baseline measurements for awareness and use of Autodesk's DWG tools |
| **Strategies** | • Phase 1: Defend Autodesk's installed base by communicating the benefits of "Trusted DWG."<br>• Phase 2: Create fear, uncertainty, and doubt about competitors' ability to read and write DWG files.<br>• Pilot campaign in U.S. and Canada in FY07, expand to EMEA, APac, and APac Emerging in FY08 pending results. |

**Autodesk**

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

**GOODMANMARKETING00061**

# Two-phase communication plan

## Phase I – Awareness and Education

- Establish Autodesk's ownership of DWG, emphasize benefits of Trusted DWG
- Do not directly reference competitors

## Phase II – Competitive FUD

- Create fear, uncertainty and doubt about competitor's ability to read and write DWG files
- Specifically call out data integrity issues and fidelity losses
- Undercut competitors' claims, challenge the integrity of their technology

**Autodesk**

GOODMANMARKETING00062

CONFIDENTIAL ATTORNEYS' EYES ONLY

# Target Audience

- **Primary: Autodesk Software Users**
    - All industries
    - Designers and engineers who want to ensure design integrity
    - Individuals who are required to resolve issues with unstable DWG files when problems occur
- **Secondary: CAD Managers and Purchasing**
    - All industries
    - Business managers have a significant responsibility to ensure their company's assets are properly protected
    - Influencers with senior management to accelerate solutions

**Autodesk**

GOODMANMARKETING00063

CONFIDENTIAL ATTORNEYS' EYES ONLY

# Campaign Key Message

## Ideas for further discussion…

- "Trusted DWG" enables customers and downstream users the ability to work together seamlessly.
- View, write, share, and print DWG files with confidence with trusted DWG from Autodesk.
- Protect your business. Protect your reputation. Use trusted DWG files, only available with Autodesk software.
- Save and share your work with confidence with the one and only true DWG—Autodesk DWG.
- 7 million Autodesk software users worldwide can't be wrong. Protect yourself. Protect your business partners. Choose trusted DWG.
- Your mother warned you: Don't accept DWG files from strangers.
- Ask first. Open later. Be sure to ask if it's an authentic DWG file before you open it.
- Not all DWG is created equal. Only Autodesk software can create authentic DWG files.

**Autodesk**

GOODMANMARKETING00064

CONFIDENTIAL ATTORNEYS' EYES ONLY

# DWG Messaging Hierarchy

**Corporate Brand Message:** Ideas Realized. Autodesk is a market and thought leader, helping customers realize their ideas to compete and win by providing the most innovative, industry-specific and practical software solutions for the manufacturing, infrastructure, building and digital media and entertainment markets.

**DWG Platform Key Message**
Autodesk is driving innovation by delivering a secure and integrated platform for creating, managing and sharing design data. Because they are developed on the authentic DWG file format, our portfolio of products and technologies work seamlessly together and with downstream applications to provide customers a more secure, accurate and efficient workflow.

### DWG File Format
The Authentic DWG File Format is the industry-standard design file format. Created by Autodesk, it is the original core file format and technology for AutoCAD® software and AutoCAD-based products. It's also the most efficient and accurate way for storing design data. With literally billions of DWG files circulating throughout virtually every design industry, it's the world's most commonly used design data format. Have full confidence in the integrity and reliability of your data by using genuine DWG.

### RealDWG
Autodesk RealDWG is the only developer toolkit that provides 100% read/write capability. Because it is based on the Authentic DWG File Format from Autodesk, developers can innovate and be confident that their products will be fully interoperable with AutoCAD, and marketable to the millions of AutoCAD users around the world.

### DWG TrueView
The best tool for viewing and plotting DWG and DXF files. Unlike competitive viewing tools that use reverse engineered technology, DWG TrueView is based on the Authentic DWG File Format, so that customers can share full fidelity AutoCAD drawings easily and accurately.

### DWG TrueConvert
With DWG TrueConvert, AutoCAD users and their extended design teams can easily translate DWG files from one version of AutoCAD® software to another. Based on the Authentic DWG File Format, DWG TrueConvert gives customers confidence that their data integrity will remain intact throughout the design review process.

**Autodesk**

GOODMANMARKETING00065

CONFIDENTIAL ATTORNEYS' EYES ONLY

# Tactics: Phase 1 $50K

| Tactics to be completed by April 30, 2006 | |
|---|---|
| **Planning and Research** | • Establish baseline measurements for DWG TrueView and DWG TrueConvert downloads |
| **Awareness** | • Increase presence on autodesk.com: home page kicker and promo boxes<br>• Paid search advertising to increase presence on key B-to-B search engines: Google and Yahoo<br>• Add link to DWG center in AutoCAD and AutoCAD LT trial automessages<br>• Employee awareness article on Infosys<br>• Add Trusted DWG content to AutoCAD 2007 Tips & Tricks booklet<br>• Ask Autodesk bloggers to evangelize Trusted DWG |
| **Consideration** | • Secure www.trusteddwg.com and www.trusted-dwg.com URLs; redirect to www.autodesk.com/dwg |
| **Trial** | |
| **Purchase** | • Add DWG TrueView and DWG TrueConvert offers to the Hub<br>• Add links from estore and download.com |
| **Retention** | |
| **Referral** | |

Autodesk

GOODMANMARKETING00066

CONFIDENTIAL ATTORNEYS' EYES ONLY

# Tactics: Phase 2 $100K

| Tactics to be completed by June 30, 2006 | |
|---|---|
| **Planning and Research** | • Survey DWG TrueView and DWG TrueConvert download requestors to test various marketing messages |
| **Awareness** | • Home page feature on autodesk.com<br>• Place DWG icon in all electronic marketing communications with link to www.autodesk.com/dwg<br>• Search engine optimization to improve organic search results<br>• Online advertising on industry-relevant websites: Cadalyst and AUGIWorld<br>• Subscription Center messaging with links to DWG TrueView and True Convert downloads<br>• Educational articles in Autodesk industry-targeted e-newsletters<br>• Marketing toolkit on OTW for Autodesk staff and resellers: copy blocks, DWG icon, white papers, etc.<br>• Monthly momentum press releases (e.g. developer momentum) |
| **Consideration** | • Identify 2 success stories<br>• Create and publish competitive white paper with visual references to demonstrate data integrity issues<br>• Op-ed (AUGIWorld)<br>• Contributed articles about data integrity<br>• DWG references in one or more vertical press releases |

Autodesk

GOODMANMARKETING00067

**CONFIDENTIAL ATTORNEYS' EYES ONLY**

# Tactics: Phase 2, cont.

| Tactics to be completed by June 30, 2006 | |
|---|---|
| Purchase | • Revisit download request/lead forms (revise as needed) |
| Retention | |
| Referral | • Implement automessages to DWG TrueView and DWG TrueConvert requestors with "forward to a friend" feature |

**Autodesk**

GOODMANMARKETING00068

CONFIDENTIAL ATTORNEYS' EYES ONLY

# Other Interesting Ideas to Consider

- Trusted DWG guarantee for subscription customers
- Build Trusted DWG microsite www.trusteddwg.com and www.trusted-dwg.com
- Automessages after product registration confirming the product purchased qualifies for "Trusted DWG" status; encourage purchaser to avoid unauthentic DWG files
- Trusted DWG advertorial
- 1/3 page print advertisements
- Create an applet to let customers "test" DWG files before opening unknown DWG files
- Work with ADN partners to promote Trusted DWG on websites and in marketing collateral
- Developer Amnesty Program
- Webcasts and screencasts; online demo
- Customer evangelism program: Enlist support of key customers to carry the Trusted DWG message
- Partner with a university or technology research lab to identify specific translation issues with competitor's tools
- Media training for Autodesk spokespeople
- Online survey of AutoCAD customers to establish baseline of awareness, adoption, and use of DWG TrueView and TrueConvert (U.S., Germany, and Japan)
- Trusted DWG posters for ATC classrooms, VAR offices, Autodesk facilities

© 2005 Autodesk

**Autodesk**

**GOODMANMARKETING00069**

**CONFIDENTIAL ATTORNEYS' EYES ONLY**



GOODMANMARKETING00070

CONFIDENTIAL ATTORNEYS' EYES ONLY



GOODMANMARKETING00071

CONFIDENTIAL ATTORNEYS' EYES ONLY



GOODMANMARKETING00072

CONFIDENTIAL ATTORNEYS' EYES ONLY

# DWG

## Possible Search Engine Advertising Keyword Buy

| | | |
|---|---|---|
| dwg | autocad dwg viewer | dwg solidworks |
| open dwg | autodesk dwg viewer | convert dwg |
| dwg extension | convert dwg to pdf | convert dwf |
| dwg trueview | dwg conversion | dwg view |
| dwg trueconvert | dwg dxf | dwg viewer |
| trueview | dwg file | dwg viewers |
| trueconvert | dwg files | edrawings |
| real dwg | dwg gateway | |
| authentic dwg | dwg editor | |
| trusted dwg | dwg true viewer | |
| free dwg | .dwg | |
| autocad dwg | .dwg files | |
| cad dwg | free cad viewer | |
| dwg download | free dwg viewer | |
| dwg blocks | dwg format | |
| pdf to dwg | define dwg | |
| dgn to dwg | print dwg | |
| tiff to dwg | dwg converter | |
| jpeg to dwg | dwg reader | |
| dwg to dxf | dwg software | |

Autodesk

CONFIDENTIAL ATTORNEYS' EYES ONLY

GOODMANMARKETING00073

# DWG 1/3 page ad concepts

**True compatibility.**

Idea:
Make sure design data works between new and old versions.

Realized:
With Autodesk TrueView and TrueConvert, users can communicate or reuse DWG data with more options for sharing the file version and format best suited to the situation. It's the powerful, and free, way for customers to make the most of their design data. Download them at autodesk.com/truedownload

**Often duplicated, never replicated.**

Idea:
Ensure the integrity of original data.

Realized:
Autodesk DWG is the only file format that assures customers can share AutoCAD drawings easily and accurately, in full fidelity. And because it works across all Autodesk products, data authenticity will never be compromised. To see why DWG files from Autodesk are the only truly authentic DWG files, visit autodesk.com/dwgcenter

**Reading. Writing. Reliability.**

Idea:
View and create in an authentic DWG format.

Realized:
Autodesk RealDWG provides third party applications with 100% DWG reading and writing capability. The result—developers can market to millions of Autodesk users around the world. To see why DWG files from Autodesk are the only truly authentic DWG files, visit autodesk.com/dwgcenter

Autodesk

GOODMANMARKETING00074

CONFIDENTIAL ATTORNEYS' EYES ONLY