# EXHIBIT 33

RT102709-0933_(opt).txt

Rough Draft - 1

```
          1      **UNEDITED TRANSCRIPT -- NOT CERTIFIED **
09:33:25  2           THIS IS A ROUGH DRAFT TRANSCRIPT. IT IS
09:33:25         NOT CERTIFIED BY THE DEPOSITION OFFICER.  PURSUANT
09:33:25  3      TO CCP SECTION 2025(R), IT MAY NOT BE USED, CITED,
09:33:25         OR TRANSCRIBED AS THE CERTIFIED TRANSCRIPT OF THE
09:33:25  4      DEPOSITION PROCEEDINGS.  THE ROUGH DRAFT TRANSCRIPT
09:33:25         MAY NOT BE CITED OR USED IN ANY WAY OR AT ANY TIME
09:33:25  5      TO REBUT OR CONTRADICT THE CERTIFIED TRANSCRIPT OF
09:33:25         THE DEPOSITION PROCEEDINGS AS PROVIDED BY THE
09:33:25  6      DEPOSITION OFFICER.
09:37:12  7           THE VIDEOGRAPHER:  Good morning.  Here
09:37:14  8      begins volume three, media number one in the
09:37:17  9      deposition of Abhijit Oak in the matter of Autodesk
09:37:21 10      Inc. versus Dassault Systems Solidworks Corporation.
09:37:24 11      This case is in the United States District Court,
09:37:27 12      Northern District of California, and the case number
09:37:30 13      is 308CV04397WHA.  Today's date is October 27th,
09:37:39 14      2009.  And the time is 9:37 a.m.  This deposition is
09:37:44 15      taking place at 555 Twin Dolphin Drive, Redwood
09:37:49 16      Shores, California and is being taken on behalf of
09:37:53 17      the defendants.  The videographer is Cassia Leet,
09:37:56 18      appearing on behalf of Sarnoff Court Reporters and
09:37:58 19      Legal Technologies, located in Irvine, Los Angeles,
09:38:04 20      San Francisco, San Diego, California or Las Vegas.
09:38:08 21      Please take notice that as part of the videotaping
09:38:10 22      of this deposition, very sensitive microphones are
09:38:14 23      being used.  If any party wishes to make a statement
09:38:17 24      or have a conversation off the record, they should
09:38:20 25      state that they are going off the record and gain
```
ªRough Draft - 2

```
09:38:22  1      concurrence from all parties.  The videographer will
09:38:26  2      then stop recording.  All recorded comments made by
```

RT102709-0933_(opt).txt

09:38:29   3      any party, attorney or the deponent during this

09:38:33   4      deposition will be assumed to be on the record and

09:38:36   5      will be transcribed.  Would counsel please identify

09:38:38   6      yourselves and state whom you represent.

09:38:41   7              MS. PENNYPACKER:  Evette Pennypacker from

09:38:43   8      Quinn Emanuel representing Solidworks.  With me in

09:38:45   9      the room is vag ran pave similar tea also from the

09:38:49   10     client, Solidworks.

09:38:51   11             MR. AHN:  Matthew Ahn of Morrison &

09:38:52   12     Foerster on behalf Autodesk.

09:38:54   13             THE VIDEOGRAPHER:  Would the reporter,

09:38:56   14     Catherine Ryan please swear in the witness.

09:39:07   15                      ABHIJIT OAK

09:39:07   16     _____

09:39:08   17     having been administered an oath, was examined and

09:39:08   18     testified as follows:

09:39:09   19             THE VIDEOGRAPHER:  Please begin.

09:39:12   20             MS. PENNYPACKER:  Q.  Mr. Oak, what

09:39:12   21     experience in your background prepared you to

09:39:14   22     analyze the advertisements at issue in your report?

09:39:21   23         A.   I am a civil engineer by training.  I did

09:39:22   24     work in the civil engineering field and then worked

09:39:27   25     right in the company that wrote structural analysis

⁹Rough Draft - 3

09:39:31   1      software.  At the same time I did write the add-on

09:39:34   2      to auto CAD that basically created structural models

09:39:38   3      inside of auto CAD and for the last 13 years since

09:39:43   4      the one and a half years that I was in IT I have

09:39:46   5      managed QA and engineering for AutoCAD.

09:39:51   6          Q.   Thank you.  Before you prepared this

09:39:52   7      report for this case, have you ever before analyzed

RT102709-0933_(opt).txt

| | | |
|---|---|---|
| 09:54:03 | 17 | (Deposition Exhibit 1500 marked.) |
| 09:54:16 | 18 | MS. PENNYPACKER:  Q.  So Exhibit 1500 |
| 09:54:17 | 19 | should be ADSK0074708, correct, to -- |
| 09:54:25 | 20 | A.   ADSK0074708, yes. |
| 09:54:32 | 21 | Q.   And Mr. Oak, you've had a chance to look |
| 09:54:34 | 22 | at Exhibit 1500? |
| 09:55:18 | 23 | A.   Yes. |
| 09:55:20 | 24 | Q.   And to the best of your recollection, this |
| 09:55:23 | 25 | is at least one of the advertisements you reviewed |

⁋Rough Draft - 13

| | | |
|---|---|---|
| 09:55:28 | 1 | in the course of preparing -- |
| 09:55:28 | 2 | A.   Yes. |
| 09:55:29 | 3 | Q.   -- your report? |
| 09:55:30 | 4 | Did you review others? |
| 09:55:31 | 5 | A.   I don't -- I don't remember, but I |
| 09:55:34 | 6 | distinctly remember this one, yeah. |
| 09:55:36 | 7 | Q.   Okay.  Can you point to me -- so in your |
| 09:55:40 | 8 | report in paragraph 81 -- I've given you a copy, if |
| 09:55:45 | 9 | you'd like to refer to it.  It's not necessary.  I |
| 09:55:48 | 10 | was going to tell you what I'm looking at.  You |
| 09:55:51 | 11 | conclude that the advertising, I'm assuming, on this |
| 09:55:57 | 12 | page is false because it does not, quote, accurately |
| 09:56:04 | 13 | capture or translate all of the complexities and |
| 09:56:09 | 14 | relationships stored in an authentic Autodesk DWG |
| 09:56:14 | 15 | file and can cause loss of data, file corruption, |
| 09:56:18 | 16 | abnormal data and loss of visual fidelity when |
| 09:56:21 | 17 | reintroduced into AutoCAD? |
| 09:56:26 | 18 | A.   Yes. |
| 09:56:26 | 19 | Q.   As described above?  I've read that |
| 09:56:29 | 20 | correctly? |

Page 11

RT102709-0933_(opt).txt

09:56:30  21        A.    Yes.

09:56:30  22        Q.    Okay.  That's good.

09:56:31  23        Q.    Can you tell me, turning back to

09:56:34  24   Exhibit 1500, what language in Exhibit 1500 leads

09:56:39  25   you to this -- to conclude that the advertisement is
⸮Rough Draft - 14


09:56:42  1    false?

09:56:45  2         A.    So the first thing is if you start on the

09:56:47  3    top it says let's AutoCAD users open, edit and share

09:56:52  4    DWG data.

09:56:54  5         Q.    Where exactly -- on the top?

09:56:57  6         A.    Right up at the top where it says DWG

09:56:59  7    series.  To the left it says Solidworks, the faint

09:57:02  8    text that you see there.  It says DWG series set of

09:57:05  9    free software tools created for current and formal

09:57:10  10   AutoCAD users to open, edit and share DWG data.

09:57:16  11        Q.    Does that sentence say that there will be

09:57:21  12   no -- that the software is error-free?

09:57:25  13        A.    It does not say that it is error free.

09:57:28  14        Q.    Would a reasonable -- in your personal

09:57:30  15   view, since you didn't do any research to see what

09:57:32  16   others would think, but in your personal view,

09:57:36  17   reading a sentence like this in an advertisement,

09:57:38  18   would you expect that the software would be error

09:57:40  19   free?

09:57:41  20             MR. AHN:  Objection.  Vague.  Foundation.

09:57:42  21             THE WITNESS:  That is one part, but if I

09:57:44  22   go further down, when I look at something, if you

09:57:46  23   look at the other sentence that's under it, DWG

09:57:53  24   series software allows you to maintain and share DWG

09:57:58  25   files and if you go even further below open, edit

RT102709-0933_(opt).txt

♀Rough Draft - 15

| | | |
|---|---|---|
| 09:58:00 | 1 | and review any DWG file using any version of |
| 09:58:03 | 2 | AutoCAD. So if -- so what this tells me is that the |
| 09:58:10 | 3 | advertised products here would let me open any |
| 09:58:13 | 4 | version of DWG file and be able to edit it. And if |
| 09:58:17 | 5 | something is going to allow me to edit, the |
| 09:58:22 | 6 | expectation would be that visual fidelity, data |
| 09:58:24 | 7 | integrity and ability to plot is maintained. |
| 09:58:28 | 8 | MS. PENNYPACKER: Q. Okay. But that |
| 09:58:29 | 9 | wasn't my question, but thank you. The question is |
| 09:58:31 | 10 | whether or not viewing this ad as a software |
| 09:58:36 | 11 | purchaser you would assume that the software you |
| 09:58:41 | 12 | downloaded for free would be bug free, no errors in |
| 09:58:47 | 13 | it? |
| 09:58:47 | 14 | MR. AHN: Objection. Foundation. |
| 09:58:48 | 15 | Ambiguous. |
| 09:58:52 | 16 | THE WITNESS: I would not expect it to be |
| 09:58:54 | 17 | totally bug free. |
| 09:58:55 | 18 | MS. PENNYPACKER: Q. You would expect, as |
| 09:58:58 | 19 | is the case with all software products that now and |
| 09:59:01 | 20 | again you would come across a file that you would |
| 09:59:04 | 21 | have some trouble with, correct? |
| 09:59:05 | 22 | MR. AHN: Objection. Foundation. |
| 09:59:09 | 23 | MS. PENNYPACKER: Q. Based on your |
| 09:59:10 | 24 | personal experience with software? |
| 09:59:11 | 25 | A. My personal experience with software, yes, |

♀Rough Draft - 16

| | | |
|---|---|---|
| 09:59:13 | 1 | there would be some files that may miss behave, yes. |
| 09:59:17 | 2 | Q. And that would still be within the realm |

Page 13

RT102709-0933_(opt).txt

| 09:59:19 | 3 | of, in your view, what is represented here in the |
| 09:59:23 | 4 | ad? |
| 09:59:27 | 5 | MR. AHN:  Objection.  Vague.  Ambiguous. |
| 09:59:28 | 6 | THE WITNESS:  Yes. |
| 09:59:33 | 7 | MS. PENNYPACKER:  Q.  So how many files, |
| 09:59:34 | 8 | in your view are too many files to have bugs or |
| 09:59:38 | 9 | errors before this becomes false, in your mind? |
| 09:59:41 | 10 | Because you've opined in your report that you |
| 09:59:42 | 11 | believe this to be false. |
| 09:59:45 | 12 | A.  So -- so essentially, if I had a set of |
| 09:59:47 | 13 | files that I used as a -- as a user of AutoCAD or |
| 09:59:52 | 14 | the DWG files that I have, and if I ran those |
| 09:59:56 | 15 | through this softway and it caused errors, I would |
| 09:59:59 | 16 | consider this unusable. |
| 10:00:00 | 17 | Q.  Any errors? |
| 10:00:02 | 18 | A.  Well, errors that do not create -- that |
| 10:00:06 | 19 | will not create, say, visual fidelity issues or data |
| 10:00:10 | 20 | corruption or data writing issues or ability to plot |
| 10:00:14 | 21 | issues. |
| 10:00:14 | 22 | Q.  So my question was, is how many times in |
| 10:00:16 | 23 | your mind would that have to can you remember?  How |
| 10:00:18 | 24 | many files would have to have a problem -- you -- |
| 10:00:23 | 25 | let me start over.  You said that some problems |

¶Rough Draft - 17

| 10:00:27 | 1 | would be expected with files. |
| 10:00:31 | 2 | A.  With software. |
| 10:00:32 | 3 | Q.  With software, even reading these |
| 10:00:34 | 4 | representations, a typical software user would see |
| 10:00:37 | 5 | them and assume or expect to have problems now and |
| 10:00:40 | 6 | again with their files, correct? |
| 10:00:42 | 7 | A.  Yes. |

RT102709-0933_(opt).txt

| 10:00:42 | 8 | Q.   You said that.  So my question -- but yet |
|---|---|---|
| 10:00:45 | 9 | you also have opined that these ads are false.  So |
| 10:00:48 | 10 | what I'm trying to understand from you is where does |
| 10:00:53 | 11 | that switch happen?  Where is the magic number when |
| 10:00:58 | 12 | -- how many files does it take for you, personally, |
| 10:01:01 | 13 | Mr. Oak, before this no longer becomes true?  Is it |
| 10:01:05 | 14 | -- is there a number and then what would that number |
| 10:01:07 | 15 | be? |
| 10:01:07 | 16 | MR. AHN:  Objection.  Compound. |
| 10:01:09 | 17 | Foundation. |
| 10:01:11 | 18 | THE WITNESS:  It is difficult to say what |
| 10:01:13 | 19 | that number is.  What it would be more important is |
| 10:01:18 | 20 | what are the files that are important to a |
| 10:01:20 | 21 | particular business and if those files are |
| 10:01:23 | 22 | misbehaving.  It could just be one file, for all it |
| 10:01:26 | 23 | matters, and if that is -- creates an impact on the |
| 10:01:29 | 24 | business or if there are many files of that sort, |
| 10:01:34 | 25 | that that business -- just that one business uses, |

Rough Draft - 18

| 10:01:38 | 1 | it would prove that the software is not acceptable. |
|---|---|---|
| 10:01:42 | 2 | MS. PENNYPACKER:  Q.  Okay.  So it might |
| 10:01:42 | 3 | not be a number; it could be a type? |
| 10:01:45 | 4 | A.   It could be a type of file or it could be |
| 10:01:49 | 5 | a way the data was organized. |
| 10:01:52 | 6 | Q.   Okay.  So in preparing your report, how |
| 10:01:55 | 7 | did you go about determining whether the files that |
| 10:01:59 | 8 | you were testing were reflective of what was being |
| 10:02:02 | 9 | used by actual users of this product? |
| 10:02:06 | 10 | A.   So essentially what we did was, as the |
| 10:02:09 | 11 | manager for engineering for AutoCAD, I -- we don't |

RT102709-0933_(opt).txt

10:02:14  12   use AutoCAD in a commercial way, and so we have a

10:02:18  13   large set of files, and there is a set of files that

10:02:21  14   we ship as sample files, and we decided to use those

10:02:24  15   sample files as part of our testing.

10:02:32  16        Q.   How did you go about determining whether

10:02:34  17   those sample files renext what users actually do?

10:02:38  18             MR. AHN:  Objection.  Foundation.

10:02:39  19             THE WITNESS:  A bunch of these files have

10:02:40  20   been created by users and submitted to us to include

10:02:44  21   in our sample files.

10:02:49  22             MS. PENNYPACKER:  Q.  Okay.  But, again,

10:02:51  23   how -- the mere fact that some users provided these

10:02:54  24   files does not necessarily indicate that those files

10:02:57  25   are reflective of the range of uses of the product,
⇧Rough Draft - 19


10:03:01  1    correct?

10:03:02  2             MR. AHN:  Objection.  Vague.

10:03:03  3             THE WITNESS:  I would say they do reflect

10:03:06  4    the -- the range of use of the product as these

10:03:10  5    files were created by users using the product.

10:03:13  6             MS. PENNYPACKER:  Q.  How do you know what

10:03:15  7    research did you do to determine whether or not the

10:03:18  8    files you tested were reflective of how -- and now

10:03:20  9    we're talking about AutoCAD.  We should be clear?

10:03:23  10        A.   Yes.

10:03:24  11        Q.   About how AutoCAD is used?

10:03:26  12        A.   They're reflective of how AutoCAD is -- so

10:03:29  13   let's stand back a bit.  When we create or when we

10:03:32  14   add more functions or functionality to AutoCAD,

10:03:35  15   essentially we create a lot of requirements to

10:03:37  16   figure out what function or feature to add to
                              Page 16

RT102709-0933_(opt).txt

11:26:27   12          MR. AHN:  Objection.  Foundation.  Calls
11:26:29   13     for speculation.
11:26:30   14          THE WITNESS:  I really don't know.
11:26:32   15          MS. PENNYPACKER:  Q.  You don't know?  But
11:26:34   16     by 2006 you write that Autodesk implemented a
11:26:39   17     watermark trusted DWG watermark, and you say, the
11:26:45   18     watermark and trusted DWG code operate as digital
11:26:49   19     certificates of authenticity and thereby serve to
11:26:52   20     identify a genuine Autodesk DWG file to the Autodesk
11:26:57   21     product that next encounters the file.  That's
11:27:02   22     right?
11:27:02   23          A.   Yes.
11:27:07   24          Q.   Because there were other companies that
11:27:10   25     allowed users to create DWG files.  So DWG on its
ꟼRough Draft - 68

11:27:16    1     own wouldn't tell a user whether the DWG file was
11:27:21    2     created with Autodesk product or not, right?
11:27:25    3          MR. AHN:  Objection.  Foundation.  Vague.
11:27:48    4          THE WITNESS:  Could you restate your
11:27:49    5     question?
11:27:49    6          MS. PENNYPACKER:  Oh, I thought you were
11:27:51    7     thinking.
11:27:51    8          THE WITNESS:  No.
11:27:56    9          MS. PENNYPACKER:  Can you read it back?
11:28:37   10     Thanks.
11:28:40   11          (Record read.)
11:28:40   12          THE WITNESS:  Yes, the trusted DWG would
11:28:41   13     tell us that it was created by Autodesk product.
11:28:43   14          MS. PENNYPACKER:  Q.  But without trusted
11:28:46   15     DWG a user would not know just by looking at DWG
11:28:50   16     that the file was created by an Autodesk product?
Page 58

RT102709-0933_(opt).txt

| | | |
|---|---|---|
| 11:28:53 | 17 | A.   That is correct. |
| 11:28:53 | 18 | MR. AHN:  Objection to form. |
| 11:29:16 | 19 | MS. PENNYPACKER:  Q.  So Autodesk products |
| 11:29:19 | 20 | -- do all Autodesk products that create DWG files |
| 11:29:25 | 21 | have the trusted DWG watermark in them?  Wait.  I |
| 11:29:29 | 22 | should lay a foundational question. |
| 11:29:31 | 23 | Are there products other than AutoCAD that |
| 11:29:35 | 24 | Autodesk makes that create DWG files? |
| 11:29:39 | 25 | A.   People that use real DWG which is a |

ǂRough Draft - 69

| | | |
|---|---|---|
| 11:29:42 | 1 | library that let's you write, well, DWG files, will |
| 11:29:47 | 2 | write out the trusted DWG mark. |
| 11:29:51 | 3 | Q.   Okay.  Those are licensees of DWG -- real |
| 11:29:55 | 4 | DWG from Autodesk? |
| 11:29:57 | 5 | A.   Autodesk, yes. |
| 11:29:59 | 6 | Q.   Okay.  So licensees are third parties? |
| 11:30:01 | 7 | A.   Third -- yeah, are also Autodesk products |
| 11:30:03 | 8 | that write DWG files. |
| 11:30:05 | 9 | Q.   Oh, I see. |
| 11:30:06 | 10 | A.   That use real DWG. |
| 11:30:07 | 11 | Q.   What -- what Autodesk products use real |
| 11:30:13 | 12 | DWG; do you know? |
| 11:30:18 | 13 | A.   I know for sure every time did. |
| 11:30:22 | 14 | Q.   Do you know if inventor does (Mark) |
| 11:30:24 | 15 | (Mark)? |
| 11:30:25 | 16 | A.   Yes, they do. |
| 11:30:27 | 17 | Q.   Okay.  So there are Autodesk products in |
| 11:30:34 | 18 | addition to AutoCAD that create the files with the |
| 11:30:38 | 19 | trusted DWG watermark, right? |
| 11:30:44 | 20 | A.   Could you restate that? |

Page 59

RT102709-0933_(opt).txt

‡Rough Draft - 71

| | | |
|---|---|---|
| 11:32:27 | 1 | DWG stamp on them. |
| 11:32:29 | 2 | Q.   Yes.   Thank you.   In paragraph 27A of your |
| 11:32:56 | 3 | report you state that one of the components of the |
| 11:33:04 | 4 | trusted DWG program is, quote, a text message in the |
| 11:33:09 | 5 | command line portion of the display screen that |
| 11:33:12 | 6 | reads as follows:  "NonAutodesk DWG.  This DWG file |
| 11:33:20 | 7 | was saved by a software application that was not |
| 11:33:23 | 8 | developed or licensed by Autodesk.  Autodesk cannot |
| 11:33:26 | 9 | guarantee the application compatibility or integrity |
| 11:33:30 | 10 | of this file."  Is that right? |
| 11:33:33 | 11 | A.   Yes. |
| 11:33:35 | 12 | Q.   Can there be -- so if there is a |
| 11:33:39 | 13 | nonAutodesk DWG, can there also be an Autodesk DWG? |
| 11:33:46 | 14 | MR. AHN:  Objection.  Foundation.  Vague. |
| 11:33:54 | 15 | THE WITNESS:  So AutoCAD creates DWG |
| 11:33:55 | 16 | files, and then we have scenery verse engineered |
| 11:33:58 | 17 | files DWG files also. |
| 11:34:00 | 18 | MS. PENNYPACKER:  Q.  So there are |
| 11:34:00 | 19 | Autodesk DWG files and non-Autodesk DWG files? |
| 11:34:06 | 20 | MR. AHN:  Objection.  Foundation. |
| 11:34:08 | 21 | THE WITNESS:  There was non-Autodesk -- |
| 11:34:14 | 22 | yes. |
| 11:34:14 | 23 | MS. PENNYPACKER:  Q.  That's what -- |
| 11:34:18 | 24 | A.   Yes. |
| 11:34:18 | 25 | Q.   -- it says.  Could there be -- so do you |

‡Rough Draft - 72

| | | |
|---|---|---|
| 11:34:21 | 1 | know who any of the names of any of the licensees |
| 11:34:24 | 2 | for real DWG -- do you know any of their names? |

RT102709-0933_(opt).txt

| 11:34:28 | 3 | A.   Well, from the testing we did, DWG editor |
|---|---|---|
| 11:34:31 | 4 | was using it. |
| 11:34:36 | 5 | Q.   No.  I'm sorry.  Let me make sure my |
| 11:34:38 | 6 | question is clear.  I'm probably getting a little |
| 11:34:41 | 7 | speaks.  The names of companies who are licensing |
| 11:34:44 | 8 | real DWG from Autodesk, for example, do you know if |
| 11:34:49 | 9 | pro CAD is one of the companies that -- or bently is |
| 11:34:55 | 10 | one of the companies that licenses real DWG? |
| 11:34:58 | 11 | A.   I know bently licenses it, yes. |
| 11:35:00 | 12 | Q.   So could there be bently DWG? |
| 11:35:03 | 13 | A.   No it would be a trusted DWG because it |
| 11:35:06 | 14 | would be written using the bits that Autodesk |
| 11:35:11 | 15 | licensed them to write the DWG file. |
| 11:35:13 | 16 | Q.   Okay.  But there are at least two |
| 11:35:15 | 17 | categories of DWG files, Autodesk and nonAutodesk? |
| 11:35:21 | 18 | MR. AHN:  Objection. |
| 11:35:21 | 19 | MS. PENNYPACKER:  Q.  DWG files? |
| 11:35:22 | 20 | MR. AHN:  Objection.  Foundation. |
| 11:35:22 | 21 | THE WITNESS:  Yes. |
| 11:35:23 | 22 | MS. PENNYPACKER:  Q.  So it's sort of like |
| 11:35:25 | 23 | if you are thinking about blue jeans, there's Levi's |
| 11:35:30 | 24 | jeans and maybe there's generic jeans, other |
| 11:35:34 | 25 | non-Levi's jeans? |

‡Rough Draft - 73

| 11:35:38 | 1 | MR. AHN:  Objection.  Foundation. |
|---|---|---|
| 11:35:38 | 2 | THE WITNESS:  That's a fair statement.  So |
| 11:35:40 | 3 | the jeans and Levi's jeans, yes. |
| 11:36:02 | 4 | MS. PENNYPACKER:  Q.  In paragraph 29 of |
| 11:36:05 | 5 | your report in the last sentence you say, "knowing |
| 11:36:12 | 6 | whether or not a DWG file was created or saved using |
| 11:36:15 | 7 | Autodesk technology streamlines the diagnosis |

RT102709-0933_(opt).txt

| 11:36:19 | 8 | process and can allow support person necessarily to |
| 11:36:23 | 9 | determine more quickly whether a system error is a |
| 11:36:26 | 10 | result of a problem with a nonAutodesk or unlicensed |
| 11:36:28 | 11 | file or with AutoCAD itself." Do you see that? |
| 11:36:33 | 12 | A.   Yes. |
| 11:36:34 | 13 | Q.   So sometimes there are problems with DWG |
| 11:36:36 | 14 | files that are related to AutoCAD itself, right? |
| 11:36:41 | 15 | A.   Yes, we have seen problems with DWG files |
| 11:36:45 | 16 | related to files created by real DWG or AutoCAD. |
| 11:36:51 | 17 | Q.   So even trusted DWG files have |
| 11:36:56 | 18 | imperfections? |
| 11:36:57 | 19 | MR. AHN:  Objection.  Foundation. |
| 11:36:59 | 20 | THE WITNESS:  Yes. |
| 11:37:00 | 21 | MR. AHN:  Vague. |
| 11:37:01 | 22 | THE WITNESS:  They could have |
| 11:37:01 | 23 | imperfections. |
| 11:37:05 | 24 | MS. PENNYPACKER:  Q.  And I think you |
| 11:37:06 | 25 | already said you're not sure -- you don't know what |

Rough Draft - 74

| 11:37:09 | 1 | percentage of problems of that sort, the sort where |
| 11:37:14 | 2 | DWG files have an issue because of AutoCAD versus |
| 11:37:20 | 3 | DWG file having a problem because it's reverse |
| 11:37:23 | 4 | engineered? |
| 11:37:25 | 5 | MR. AHN:  Objection. |
| 11:37:26 | 6 | MS. PENNYPACKER:  Q.  You're not sure what |
| 11:37:27 | 7 | the percentage is there, are you? |
| 11:37:29 | 8 | MR. AHN:  Objection.  Misstates the |
| 11:37:30 | 9 | testimony. |
| 11:37:30 | 10 | THE WITNESS:  Yes. |
| 11:37:34 | 11 | MS. PENNYPACKER:  Q.  Can you turn to |

Page 63

RT102709-0933_(opt).txt

11:39:34  17   truthfulness of the statement that -- that is

11:39:37  18   reflected in Exhibit 3?

11:39:38  19           MR. AHN:  Objection.  Vague.  Ambiguous.

11:39:41  20           THE WITNESS:  It does not.

11:39:42  21           MS. PENNYPACKER:  Q.  So trusted DWG is

11:39:44  22   still efficient and accurate or is the original

11:39:49  23   efficient and accurate way for storing design data

11:39:52  24   created using AutoCAD and AutoCAD-based products

11:39:56  25   even though from time to time customers have

¶Rough Draft - 76

11:39:58  1    problems with their DWG files?

11:40:01  2            MR. AHN:  Objection.  Foundation.  Vague.

11:40:03  3            MS. PENNYPACKER:  Q.  In your view?

11:40:04  4        A.   In my view, like we talked about earlier,

11:40:08  5    is software will have defects.  So there are certain

11:40:11  6    defects that will be there.  I think it also depends

11:40:13  7    on what action gets taken to remedy issues, and

11:40:18  8    being from a reliable source or created from a --

11:40:24  9    from a core base that we are familiar with and have

11:40:27  10   makes it much easier to debug as well as fix issues.

11:40:30  11       Q.   So the trusted DWG helps you fix it faster

11:40:33  12   when someone brings it to your attention, but you

11:40:40  13   don't think that a customer reading this sentence

11:40:43  14   would assume that because it comes from Autodesk,

11:40:48  15   that DW -- the trusted DWG has zero problems, right?

11:40:52  16           MR. AHN:  Objection.  Foundation.  Calls

11:40:53  17   for speculation.

11:40:55  18           THE WITNESS:  Like I said earlier, I don't

11:40:57  19   think a customer would assume that it has zero

11:40:59  20   problems.

Page 65

RT102709-0933_(opt).txt

| 11:40:59 | 21 | MS. PENNYPACKER:  Q.  Right.  And it |

11:40:59  21          MS. PENNYPACKER:  Q.  Right.  And it

11:41:00  22   really would depend on the customer's individual

11:41:03  23   view of what the ad is saying and also how they use

11:41:08  24   their product whether or not they felt that it was

11:41:11  25   efficient or accurate, right?
♀Rough Draft - 77


11:41:14   1          MR. AHN:  Objection.  Foundation.  Calls

11:41:16   2   for speculation.

11:41:17   3          THE WITNESS:  I would say more to the

11:41:19   4   order of how it fits into their work flow.

11:41:23   5          MS. PENNYPACKER:  Q.  Their personal --

11:41:24   6      A.   Their personal usage.

11:41:27   7          MS. PENNYPACKER:  I think we have to

11:41:29   8   change the tape.

11:41:30   9          THE VIDEOGRAPHER:  The marks the end of

11:41:30  10   volume three, tape number one of the deposition of

11:41:34  11   Abhijit Oak.  The time is 11:41.  We are off the

11:41:39  12   record.

11:41:40  13          (Recess.)

11:46:10  14          THE VIDEOGRAPHER:  We are back on the

11:46:11  15   record at 11:46 a.m., and this marks the beginning

11:46:15  16   of volume three, media number two of the deposition

11:46:17  17   of Abhijit Oak.  Please continue.

11:46:21  18          MS. PENNYPACKER:  Q.  So what is DWG,

11:46:22  19   anyway?

11:46:24  20      A.   So -- so DWG extension of a file that gets

11:46:27  21   created by AutoCAD that stores entities and

11:46:30  22   relationships between them or objects and

11:46:34  23   relationships.

11:46:38  24          MR. AHN:  Objection.  Vague to that

11:46:39  25   question.

RT102709-0933_(opt).txt

⸮Rough Draft - 78

| | | |
|---|---|---|
| 11:46:42 | 1 | MS. PENNYPACKER:  Q.  So it's a -- DWG is |
| 11:46:43 | 2 | a file extension that stores entities and |
| 11:46:48 | 3 | relationships?  I'm probably saying that wrong? |
| 11:46:50 | 4 | A.   You're right. |
| 11:46:51 | 5 | MR. AHN:  Objection.  Misstates the |
| 11:46:52 | 6 | testimony. |
| 11:46:54 | 7 | THE WITNESS:  DWG is a file extension that |
| 11:47:00 | 8 | -- for a file that saves data. |
| 11:47:11 | 9 | MS. PENNYPACKER:  Q.  In your report we |
| 11:47:14 | 10 | were discussing, you reference a number of ways that |
| 11:47:17 | 11 | Autodesk tries to communicate to customers which DWG |
| 11:47:24 | 12 | files are made by its products versus reverse |
| 11:47:27 | 13 | engineered products, right? |
| 11:47:29 | 14 | A.   Yes. |
| 11:47:35 | 15 | Q.   Do you think that customers are buying |
| 11:47:38 | 16 | AutoCAD in part because of DWG? |
| 11:47:39 | 17 | MR. AHN:  Objection.  Vague.  Calls for |
| 11:47:40 | 18 | speculation. |
| 11:47:45 | 19 | MS. PENNYPACKER:  Let me ask a different |
| 11:47:46 | 20 | question because maybe that's confusing. |
| 11:47:50 | 21 | Q.   Do you think DWG is an important reason |
| 11:47:53 | 22 | why customers buy AutoCAD? |
| 11:47:58 | 23 | MR. AHN:  Objection.  Vague. |
| 11:48:01 | 24 | THE WITNESS:  Well, I think -- I would say |
| 11:48:02 | 25 | DWG is one of the reasons why people buy AutoCAD. |

⸮Rough Draft - 79

| | | |
|---|---|---|
| 11:48:08 | 1 | So AutoCAD does a lot of things that serves what the |
| 11:48:12 | 2 | customer wants in terms of creating 2D 3D drawing, |

RT102709-0933_(opt).txt

| 11:48:15 | 3 | and DWG is a mechanism with which they store their |
| 11:48:19 | 4 | data.  And the fact that AutoCAD has been around for |
| 11:48:22 | 5 | a long time, people have a lot of DWG data or DWG |
| 11:48:25 | 6 | files which they would want to operate on with |
| 11:48:29 | 7 | AutoCAD. |
| 11:48:31 | 8 | MS. PENNYPACKER:  Q.  So DWG is part of |
| 11:48:32 | 9 | what they're buying? |
| 11:48:35 | 10 | A.   Or DWG technology, the ability to create |
| 11:48:37 | 11 | DWG files, the ability to edit them is the reason |
| 11:48:40 | 12 | why they're buying AutoCAD. |
| 11:48:42 | 13 | Q.   And that's probably the case with respect |
| 11:48:45 | 14 | to these other reverse engineered products, is DWG |
| 11:48:49 | 15 | is what customers are buying when they acquire these |
| 11:48:55 | 16 | other products? |
| 11:48:56 | 17 | MR. AHN:  Objection.  Foundation.  Calls |
| 11:48:58 | 18 | for speculation. |
| 11:48:59 | 19 | THE WITNESS:  So I don't really know in |
| 11:49:01 | 20 | the sense is whether they were bought just because |
| 11:49:05 | 21 | the product created DWG or there was a lot of |
| 11:49:09 | 22 | functionality in there, and one of the mechanisms to |
| 11:49:12 | 23 | save was DWG. |
| 11:49:15 | 24 | MS. PENNYPACKER:  Q.  Okay.  That's fair. |
| 11:49:15 | 25 | But at least for some of the products or at least |

‡Rough Draft - 80

| 11:49:19 | 1 | for AutoCAD, DWG is part of what customers are |
| 11:49:25 | 2 | buying? |
| 11:49:25 | 3 | MR. AHN:  Objection.  Asked and answered. |
| 11:49:29 | 4 | THE WITNESS:  Like I said earlier, AutoCAD |
| 11:49:31 | 5 | let's you create and edit DWG files, and so you |
| 11:49:37 | 6 | would buy AutoCAD for a lot of reasons.  One is if |
| 11:49:41 | 7 | you have people who know how to use it, say one |

RT102709-0933_(opt).txt

| | | |
|---|---|---|
| 11:49:46 | 8 | thing, and costs could be one for example. |
| 11:49:49 | 9 | MS. PENNYPACKER:  Q.  Right.  But one of |
| 11:49:50 | 10 | the things you might be buying is the fact that you |
| 11:49:52 | 11 | can make DWG files or edit or use DWG files? |
| 11:49:58 | 12 | MR. AHN:  Objection.  Asked and answered. |
| 11:49:59 | 13 | THE WITNESS:  Yes. |
| 11:50:01 | 14 | MS. PENNYPACKER:  Q.  Would it be your |
| 11:50:01 | 15 | view that DWG is essential to the use of AutoCAD? |
| 11:50:07 | 16 | MR. AHN:  Objection.  Vague. |
| 11:50:11 | 17 | THE WITNESS:  If you look at AutoCAD in a |
| 11:50:14 | 18 | more simplified view, it is a program that allows |
| 11:50:17 | 19 | you to draft, draw, mod del, whatever you want to |
| 11:50:21 | 20 | call it, and it saves its data in the DWG file.  So |
| 11:50:24 | 21 | if you either wanted to create data and save it or |
| 11:50:28 | 22 | you will need a DWG file.  If you need to edit |
| 11:50:32 | 23 | existing data that you worked on either the previous |
| 11:50:35 | 24 | day or last project or different project, you would |
| 11:50:40 | 25 | need the DWG file. |

‡Rough Draft - 81

| | | |
|---|---|---|
| 11:50:41 | 1 | MS. PENNYPACKER:  Q.  Right.  So you |
| 11:50:42 | 2 | couldn't really use AutoCAD without DWG? |
| 11:50:45 | 3 | MR. AHN:  Objection.  Foundation. |
| 11:50:48 | 4 | THE WITNESS:  So all -- DWG is an integral |
| 11:50:49 | 5 | part of AutoCAD, yes. |
| 11:50:58 | 6 | MS. PENNYPACKER:  Q.  Isn't one of the |
| 11:50:58 | 7 | purposes of AutoCAD to create DWG data? |
| 11:51:08 | 8 | A.  The -- well, again, like I said, AutoCAD |
| 11:51:12 | 9 | saves files as DWG.  So the answer is yes.  Files |
| 11:51:15 | 10 | that AutoCAD saves natively are DWG files. |
| 11:51:23 | 11 | Q.  If no competitors could read or open DWG |

RT102709-0933_(opt).txt

11:51:35  12  files, do you think that would put them at a
11:51:38  13  disadvantage as to Autodesk?
11:51:41  14       MR. AHN:  Objection.  Foundation.  Calls
11:51:42  15  for speculation.  Vague.
11:51:46  16       THE WITNESS:  Could you repeat the
11:51:47  17  question again?
11:51:52  18       MS. PENNYPACKER:  Q.  Okay.  If -- if
11:51:56  19  competitors could not use DWG, would that put them
11:52:03  20  at a disadvantage vis-a-vis Autodesk?
11:52:06  21       MR. AHN:  Same objections.
11:52:07  22       THE WITNESS:  Oh, so put competitors at a
11:52:13  23  disadvantage or put us at a disadvantage?
11:52:16  24       MS. PENNYPACKER:  Q.  Competitors.
11:52:17  25   A.   Competitors.  It again depends on what
‡Rough Draft - 82

11:52:18  1  kind of business they are and what they have chosen
11:52:20  2  to do or import data.  So like for example if I was
11:52:25  3  to start a company to do some kind of architectural
11:52:29  4  program to count windows and drawing files, support
11:52:32  5  DWGs which many architects use might be a good idea.
11:52:35  6  But, again, if my program just created windows in my
11:52:38  7  own format, that would be just fine.
11:52:41  8       Q.   So for some competitors or even companies
11:52:45  9  that don't directly compete with Autodesk, it would
11:52:48  10  be a significant disadvantage to not be able to use
11:52:52  11  DWG?
11:52:52  12       MR. AHN:  Objection.  Foundation.  Vague.
11:52:55  13  Calls for speculation.
11:52:56  14       MS. PENNYPACKER:  Q.  Depending on their
11:52:57  15  business?
11:52:58  16       A.   Again, depending on their business,

RT102709-0933_(opt).txt

13:43:07  12   Mr. Oak's clear testimony that nothing in his report
13:43:10  13   and presumably nothing discussed about his report is
13:43:13  14   confidential, but we'll take that up later.  Okay.
13:43:16  15                        EXAMINATION
13:43:17  16   BY MR. AHN:
13:43:18  17        Q.   Let me clarify that particular issue.
13:43:20  18   Mr. Oak, do you recall earlier that you were asked
13:43:23  19   why your report had been marked outside counsel's
13:43:27  20   eyes only?  Do you recall that line of questioning?
13:43:31  21        A.   Yes.
13:43:35  22        Q.   Are there any files -- let me start again.
13:43:42  23   Are there any files that you examined that are not
13:43:44  24   publicly available?
13:43:47  25        A.   Some of the test files that are included
‡Rough Draft - 96


13:43:49  1    in the report are not publicly available.
13:43:52  2         Q.   And are they considered confidential
13:43:54  3    within Autodesk?
13:43:55  4         A.   They are considered confidential within
13:43:57  5    ought desk because we do not have a release from the
13:44:01  6    customer for those files.
13:44:04  7         Q.   And this is information -- these are files
13:44:05  8    that you examined and discussed inside your opening
13:44:07  9    expert report; is that correct?
13:44:09  10        A.   Yes.
13:44:11  11        Q.   I'd like to ask you about a different
13:44:14  12   subject.  Previously you had been asked about DWG
13:44:19  13   versus dot DWG as a file extension.  Do you recall
13:44:24  14   that line of questioning?
13:44:26  15        A.   Yes.
13:44:27  16        Q.   In your mind is there a difference between

RT102709-0933_(opt).txt

13:44:28   17      those two things?

13:44:30   18           A.   Well, the dot DWG extension tells the

13:44:33   19   operating system that or how should I say helps the

13:44:37   20   operating system identify the file of a particular

13:44:40   21   type.  So if you look at operating systems, say

13:44:43   22   Windows, for example, an icon will get set to a

13:44:47   23   particular file name.  So even if I create a text

13:44:51   24   file, give it a dot DWG extension, whatever icon is

13:44:54   25   going to be on that DWG file will be appended to

‡Rough Draft - 97

13:44:58    1   that particular file.  So the dot DWG helps identify

13:45:04    2   that this is a drawing file.  And, for example, in

13:45:07    3   the Microsoft operating system, you can set the

13:45:10    4   program to be the default program to open it.  So

13:45:13    5   double-clicking on it could potentially invoke

13:45:15    6   AutoCAD to open that file.

13:45:16    7           Q.   If you see a DWG file on your desktop, are

13:45:19    8   you able to identify where that file came from?

13:45:24    9           A.   Just by looking at it in the file explorer

13:45:27   10   or in the directory listing, it is very difficult to

13:45:31   11   figure out whether it -- where it came from.  Now,

13:45:34   12   if AutoCAD is installed on that machine and if I

13:45:37   13   look at it on the file explorer and the DWG symbol

13:45:41   14   auto -- icon is associated with the file, I could

13:45:44   15   say that this file belongs -- is to be open by

13:45:49   16   AutoCAD.  To figure out where it came from, I will

13:45:51   17   have to open the file to see what trusted DWG symbol

13:45:56   18   message I get.

13:45:57   19           MR. AHN:  No further questions.

13:45:58   20           MS. PENNYPACKER:  Okay.  Can I --

```
                              RT102709-0933_(opt).txt
13:45:59  21                     EXAMINATION

13:46:00  22  BY ATTY NAME        .

13:46:01  23      Q.   So with respect to the first topic that

13:46:03  24  your counsel asked you about, for the parts of your

13:46:09  25  report that are not -- first of all, did you get
♀Rough Draft - 98



13:46:13   1  permission from your customers to use the four files

13:46:16   2  that were not sample files in your analysis for your

13:46:18   3  expert report?

13:46:19   4          MR. AHN:  Objection.  Foundation.  Vague.

13:46:22   5          THE WITNESS:  We did not get specific

13:46:27   6  permission.

13:46:27   7          MS. PENNYPACKER:  Q.  Okay.  So your

13:46:31   8  confidentiality concern is only with respect to the

13:46:36   9  files that relate to those customers?

13:46:40  10      A.   To -- related to the customers who haven't

13:46:43  11  -- not given us a release on those files.

13:46:45  12      Q.   And the rest of your report, there's no

13:46:48  13  issue with respect to confidentiality?

13:46:50  14          MR. AHN:  Objection.  Foundation.  Vague.

13:46:55  15          THE WITNESS:  I personally don't see it.

13:46:58  16          MS. PENNYPACKER:  Q.  Okay.  And but for

13:47:00  17  the fact that you hadn't gotten express permission

13:47:03  18  from those four customers, the entire report, in

13:47:06  19  your view, is not confidential?

13:47:08  20          MR. AHN:  Objection.  Foundation.

13:47:18  21          MS. PENNYPACKER:  Q.  Let me ask it more

13:47:19  22  simply.  I apologize.  It was kind of an inside out

13:47:22  23  kind of lawyer question.  If you had gotten

13:47:24  24  permission from those four customers to use those

13:47:26  25  files in this report, then all of your report, in
                              Page 84
```

RT102709-0933_(opt).txt
⁋Rough Draft - 99

13:47:28   1   your view, in your personal view, would not be
13:47:30   2   confidential?
13:47:31   3          MR. AHN:  Objection.  Foundation.  Calls
13:47:32   4   for speculation.
13:47:35   5          THE WITNESS:  If I had release permission
13:47:39   6   for all the drawing files, yes, I would say it is
13:47:41   7   not confidential.
13:47:43   8          MS. PENNYPACKER:  Q.  Okay.  And then with
13:47:46   9   respect to the other topic, if I understand what
13:47:50   10  you're saying, it's still the case that the letters
13:47:56   11  DWG by themselves are not sufficient to tell a user
13:48:00   12  where a dot DWG file came from?
13:48:09   13         MR. AHN:  Objection.  Foundation.
13:48:09   14  Misstates the testimony.
13:48:12   15         THE WITNESS:  The -- again, like I said,
13:48:15   16  DWG used as an extension to the file essentially
13:48:17   17  indicates that it is a file with an extension DWG,
13:48:21   18  and that's all of what it does, but if a program
13:48:27   19  like AutoCAD was installed on the machine, it will
13:48:30   20  set the icon of that file to be an AutoCAD icon, for
13:48:34   21  example, and then when AutoCAD Autodesk DWG icon,
13:48:39   22  and then it would appear.  So --
13:48:42   23         MS. PENNYPACKER:  Q.  But if somebody sent
13:48:44   24  an email with a DWG file attached and it said here's
13:48:48   25  that DWG, for example, the letters DWG in that
⁋Rough Draft - 100


13:48:52   1   message in the re line of the email would not tell
13:48:55   2   the recipient the source of the file that the person

RT102709-0933_(opt).txt

| 13:48:59 | 3 | was about to receive, right? |

13:48:59  3   was about to receive, right?

13:49:01  4        MR. AHN:  Objection.  Calls for

13:49:02  5   speculation.

13:49:03  6        THE WITNESS:  So, again, saying that here

13:49:05  7   is that attached DWG if that was the subject line, I

13:49:07  8   would personally read it as the here is the drawing

13:49:11  9   file and if there was an attachment with a dot DWG

13:49:14  10  it will not tell the customer whether it was AutoCAD

13:49:17  11  file or not although if AutoCAD was installed on

13:49:19  12  that machine even in the email assuming they're on a

13:49:22  13  Microsoft operating system running a Microsoft

13:49:25  14  product, it will show the DWG logo.

13:49:29  15        MS. PENNYPACKER:  Q.  But the -- the

13:49:30  16  letters themselves DWG in the re line wouldn't

13:49:32  17  communicate to the person?

13:49:35  18     A.   They would not communicate, yes.

13:49:37  19        MR. AHN:  Objection.  Foundation.

13:49:38  20        MS. PENNYPACKER:  Okay.  I have nothing

13:49:39  21  furthered.

13:49:41  22        MR. AHN:  I have no more questions.

13:49:43  23        THE VIDEOGRAPHER:  This concludes today's

13:49:45  24  deposition of Abhijit Oak.  The number of media used

13:49:49  25  was two.  We are off the record at 1:49 p.m.

Page 86