# EXHIBIT 45

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

    Plaintiff,

vs.                      No. 3:08-CV-04397-WHA

DASSAULT SYSTEMES SOLIDWORKS
CORPORATION,

    Defendant.

# CERTIFIED COPY

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MAURA GINTY

Redwood Shores, California

Friday, September 11, 2009

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 120223

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   AUTODESK, INC.,

 5        Plaintiff,

 6      vs.                     No. 3:08-CV-04397-WHA

 7   DASSAULT SYSTEMES SOLIDWORKS
     CORPORATION,
 8
          Defendant.
 9
```

Confidential videotaped deposition of MAURA GINTY, taken on behalf of Defendant Dassault Systemes SolidWorks Corporation, at 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, beginning at 9:10 a.m. and ending at 5:59 p.m., on Friday, September 11, 2009, before SUZANNE F. BOSCHETTI, Certified Shorthand Reporter No. 5111.

MAURA GINTY                                            09/11/09
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:49:20 | 1 | help identify the relevant pages within Autodesk.com |
| 09:49:27 | 2 | when you're running that search?  Is that right? |
| 09:49:29 | 3 |     A.   At Autodesk we currently use the meta |
| 09:49:32 | 4 | keywords -- meta keywords to help with internal |
| 09:49:36 | 5 | search results. |
| 09:49:37 | 6 |     Q.   Okay.  What about external search results? |
| 09:49:40 | 7 | Do the meta keywords help with that? |
| 09:49:43 | 8 |     A.   The external search algorithms are |
| 09:49:47 | 9 | proprietary. |
| 09:49:48 | 10 |     Q.   Mm-hmm. |
| 09:49:51 | 11 |     A.   It's not possible to know exactly how all of |
| 09:49:55 | 12 | them work, but Google does publish some information |
| 09:49:59 | 13 | about what's used and not used.  Their relevancy |
| 09:50:06 | 14 | manager has said in the past that Google does not use |
| 09:50:10 | 15 | meta keywords. |
| 09:50:20 | 16 |     Q.   And do you happen to know if that's the case |
| 09:50:22 | 17 | for any of the other big search engines?  Take Yahoo! |
| 09:50:26 | 18 | for example. |
| 09:50:28 | 19 |     A.   As far as I know, Yahoo! has not made those |
| 09:50:32 | 20 | same statements. |
| 09:50:33 | 21 |     Q.   Okay.  What about MSN? |
| 09:50:38 | 22 |     A.   As far as I know, they haven't made that |
| 09:50:41 | 23 | statement. |
| 09:50:41 | 24 |     Q.   So Google -- is it fair to say that Google |
| 09:50:44 | 25 | is the only one that you know of that has made a |

35

8   I, MAURA GINTY, do hereby declare under
9   penalty of perjury that I have read the foregoing
10  transcript of my deposition; that I have made such
11  corrections as noted herein, in ink, initialed by me,
12  or attached hereto; that my testimony as contained
13  herein, as corrected, is true and correct.
14       EXECUTED this _26_ day of
15  __October__, 20_09_, at
16  __San Francisco__, __California__.
17        (City)              (State)

                    _____
                         MAURA GINTY