# EXHIBIT 47

1                    UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4    AUTODESK, INC.,

5            Plaintiff,

6         vs.                        No. 3:08-CV-04397-WHA

7    DASSAULT SYSTEMES SOLIDWORKS
     CORPORATION,
8
             Defendant.
9    _____

10

11

12

13

14

15       Confidential videotaped deposition of AUTODESK

16   30(b)(6) ABHIJIT OAK, taken on behalf of Defendant

17   Dassault Systemes SolidWorks Corporation, at 555 Twin

18   Dolphin Drive, Suite 560, Redwood Shores, California,

19   beginning at 8:48 a.m. and ending at 4:47 p.m., on

20   Tuesday, September 15, 2009, before SUZANNE F.

21   BOSCHETTI, Certified Shorthand Reporter No. 5111.

22

23

24

25

```
 1    APPEARANCES:
 2
 3    For Plaintiff:
 4        MORRISON & FOERSTER LLP
          BY:   MICHAEL A. JACOBS
 5        BY:   DEOK KEUN MATTHEW AHN
          Attorneys at Law
 6        425 Market Street
          San Francisco, California 94105-2482
 7        (415) 268-6240
 8    AUTODESK, INC.
          BY:   RICHARD M. FOEHR
 9        Attorney at Law
          111 McInnis Parkway
10        San Rafael, California 94903
          (415) 507-5000
11
      For Defendant Dassault Systemes SolidWorks
12    Corporation:
13        QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
          BY:   CLAUDE M. STERN
14        BY:   MAUREEN PETTIBONE RYAN
          Attorneys at Law
15        555 Twin Dolphin Drive, Suite 560
          Redwood Shores, California 94065
16        (650) 801-5000
17    DESSAULT SYSTEMES SOLIDWORKS CORP.
          BY:   MARK L. NEIL
18        Attorney at Law
          200 Baker Avenue
19        Concord, Massachusetts 01742
          (978) 318-5412
20
      Videographer:
21
          RAY TYLER
22    SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
          450 Sansome Street, Suite 1550
23        San Francisco, California
          (415) 274-9977
24
25
```

| | |
|---|---|
| 01:27:05 | 1 |
| 01:27:09 | 2 |
| 01:27:11 | 3 |
| 01:27:14 | 4 |
| 01:27:14 | 5 |
| 01:27:15 | 6 |
| 01:27:17 | 7 |
| 01:27:21 | 8 |
| 01:27:25 | 9 |
| 01:27:27 | 10 |
| 01:27:31 | 11 |
| 01:27:34 | 12 |
| 01:27:35 | 13 |
| 01:27:35 | 14 |
| 01:27:36 | 15 |
| 01:27:36 | 16 |
| 01:27:42 | 17 |
| 01:27:45 | 18 |
| 01:27:45 | 19 |
| 01:27:47 | 20 |
| 01:27:47 | 21 |
| 01:27:48 | 22 |
| 01:27:53 | 23 |
| 01:27:59 | 24 |
| 01:28:03 | 25 |

would happen is if somebody had a use case where they
would keep on saving at the earlier version and bring
it back, they would get additional copies of that
data.

Q.   It wouldn't eliminate it?

A.   It wouldn't eliminate it.   And they would
get additional copies of that data, and the drawings
would bloat.

Q.   I see that.   So that was an example -- let
me see if I can broadly define.   That was an example
where new functionality was added to the more recent
version of AutoCAD?

A.   Yes.

Q.   Correct?

A.   Yes.

Q.   And a program was created to add data to the
older versions of the program that would accommodate
this new function that had been created.

A.   Mm-hmm.

Q.   Right?

A.   Yes.

Q.   But when a person sent the file back from
the old version to the new version, the new data that
had been created as an accommodation to the older
version wasn't eliminated?

Page 174

| | |
|---|---|
| 01:28:03 | 1 |
| 01:28:04 | 2 |
| 01:28:06 | 3 |
| 01:28:09 | 4 |
| 01:28:09 | 5 |
| 01:28:10 | 6 |
| 01:28:11 | 7 |
| 01:28:14 | 8 |
| 01:28:20 | 9 |
| 01:28:25 | 10 |
| 01:28:27 | 11 |
| 01:28:29 | 12 |
| 01:28:36 | 13 |
| 01:28:37 | 14 |
| 01:28:37 | 15 |
| 01:28:38 | 16 |
| 01:28:40 | 17 |
| 01:28:44 | 18 |
| 01:28:48 | 19 |
| 01:28:49 | 20 |
| 01:28:49 | 21 |
| 01:28:55 | 22 |
| 01:28:58 | 23 |
| 01:29:01 | 24 |
| 01:29:02 | 25 |

A.   Eliminated, yeah.

Q.   And so you would have a bloating of the data file because there would be redundant information?

A.   That is correct.

Q.   Okay.  So that was corrected?

A.   That was corrected.

Q.   Here's my question:  Would you agree with me, Mr. Oak, that software testing in the 20 years that you've been involved in software testing, would you agree with me that software testing is not a perfect science?

         MR. JACOBS:  Objection.  Form.

         THE WITNESS:  I don't know what perfect would mean.

BY MR. STERN:

Q.   Okay.  Let me put it this way.  You would agree with me that no matter how much testing you do, there is always the prospect that there will be bugs in the program that you are not going to catch?

A.   Yes.

Q.   Okay.  That is to say, I mean the Holy Grail in quality assurance is to develop a test that would identify every single bug that existed in the product?

A.   Yes.

Page 175

| 01:29:02 | 1 | Q. Okay. And I assume, and correct me if I'm |
|----------|---|

01:29:02  1   Q. Okay. And I assume, and correct me if I'm

01:29:04  2  wrong, that Autodesk does not have the Holy Grail?

01:29:06  3   A. We don't.

01:29:07  4   Q. Okay. That being the case, do you in

01:29:18  5  Autodesk have any sort of standard or benchmark that

01:29:24  6  you use to determine the quality of the testing that

01:29:32  7  you do, whether it's for functionality testing or

01:29:37  8  data integrity testing or performance testing?

01:29:40  9   A. Yes, we do.

01:29:41  10   Q. What is that?

01:29:41  11   A. It depends on a wide range of factors, all

01:29:46  12  the way from how many defects are we finding with

01:29:51  13  some empirical data as to how many people are working

01:29:55  14  on that particular functional feature, what is the

01:29:57  15  find rate, what is the fix rate, what is the

01:30:00  16  regression rate. Because if you fix something, the

01:30:03  17  probability of something else breaking is high.

01:30:05  18  So -- so what is the regression rate.

01:30:08  19   Q. Okay.

01:30:08  20   A. And at the end of the day, how many defects

01:30:11  21  are open. Weekly basically we measure that. And we

01:30:17  22  get to a point where the find rate has reduced

01:30:22  23  drastically, and we are not -- we are at a steady

01:30:26  24  state where we are either not fixing any more defects

01:30:30  25  or have decided not to fix any more defects.

01:30:33    1          Q.   Well, okay.   But I mean having been to the

01:30:37    2     technical support website and blogs for Autodesk, you

01:30:42    3     would agree with me that there's no version of

01:30:44    4     AutoCAD where there are not still some sort of bugs

01:30:50    5     being reported?

01:30:51    6          A.   Well, there are all kinds of -- yes.   You're

01:30:53    7     right.   Yes.

01:30:54    8          Q.   But hopefully, Autodesk is -- withdraw that.

01:31:03    9               Hopefully, as time goes on and as bugs are

01:31:06   10     reported and fixed, the frequency of bugs begins to

01:31:10   11     diminish.

01:31:11   12               Is that fair?

01:31:11   13          A.   That is correct.

01:31:12   14          Q.   Okay.   But even if that's the case, it may

01:31:16   15     not be possible to eliminate all bugs entirely with

01:31:19   16     respect to a particular version?

01:31:21   17          A.   That is accurate.

01:31:22   18          Q.   Now, when I asked you about benchmarking

01:31:24   19     or -- or standards, I understand that you -- what you

01:31:28   20     described to me is that you look at a variety of

01:31:30   21     anecdotal things, you see the rate at which bugs are

01:31:34   22     being reported, you see the rate at which bugs are

01:31:36   23     being fixed, you determine the extent, the -- the

01:31:39   24     frequency at which complaints are being made about a

01:31:41   25     particular product, right?   You look at all those

| | | |
|---|---|---|
| 01:31:44 | 1 | things? |
| 01:31:44 | 2 | A.  Yes. |
| 01:31:44 | 3 | Q.  But those are all anecdotal pieces of |
| 01:31:47 | 4 | information, correct? |
| 01:31:48 | 5 | A.  Yes. |
| 01:31:48 | 6 | Q.  My question is, is there any sort of |
| 01:31:52 | 7 | quantitative benchmark or quantitative standard that |
| 01:31:55 | 8 | Autodesk used to determine whether or not a product |
| 01:31:58 | 9 | has satisfied a particular test?  Like, for example, |
| 01:32:09 | 10 | we release a product where -- where we -- where we |
| 01:32:13 | 11 | know no more than 20 class 3 and class 4 defects, or |
| 01:32:21 | 12 | we release a product after we've eliminated 100 |
| 01:32:25 | 13 | percent of the class 1's and 100 percent of the class |
| 01:32:29 | 14 | 2's, but only leave 30 percent of the identified |
| 01:32:32 | 15 | class 3's and 4's.  Is there some quantitative |
| 01:32:36 | 16 | standard that you use? |
| 01:32:38 | 17 | A.  We -- we do.  And essentially what we do is |
| 01:32:42 | 18 | we make sure all priority 1 defects are fixed.  Any |
| 01:32:48 | 19 | priority 2 defects that cause -- that relate to data |
| 01:32:52 | 20 | issues or total loss of functionality are fixed. |
| 01:32:55 | 21 | And -- and that is what we will do when we ship a |
| 01:32:58 | 22 | product.  So you will find some priority 2 and some |
| 01:33:02 | 23 | priority 3 defects open in the system after a product |
| 01:33:06 | 24 | ships. |
| 01:33:06 | 25 | Q.  Okay.  So that's to say, again, you will |

| | | |
|---|---|---|
| 01:33:08 | 1 | find some priority 2 or priority 3 defects in the |
| 01:33:12 | 2 | system after the product ships? |
| 01:33:15 | 3 | A.  Yes. |
| 01:33:15 | 4 | Q.  And -- go ahead.  I didn't mean to cut you |
| 01:33:19 | 5 | off. |
| 01:33:19 | 6 | A.  No, go ahead. |
| 01:33:28 | 7 | Q.  How -- in the situation where you discovered |
| 01:33:31 | 8 | this class 2 data integrity issue that you testified |
| 01:33:36 | 9 | about earlier, how was it that the testing system |
| 01:33:44 | 10 | used by Autodesk didn't catch that? |
| 01:33:49 | 11 | A.  I don't know the exact specifics.  But the |
| 01:33:54 | 12 | key is the effect on the customer is after multiple |
| 01:34:01 | 13 | round-trip tests, and that was something that was not |
| 01:34:03 | 14 | tested.  Like the same drawing being round-tripped 50 |
| 01:34:06 | 15 | times because the -- and unless you do 30, 40, 50 |
| 01:34:10 | 16 | times, you won't see the negative effects of it. |
| 01:34:12 | 17 | Q.  The -- the bloating takes place? |
| 01:34:14 | 18 | A.  The bloating of it, yeah. |
| 01:34:15 | 19 | Q.  Yes. |
| 01:34:16 | 20 | A.  And essentially what we've done since is |
| 01:34:18 | 21 | added that test to our set of common tests where this |
| 01:34:21 | 22 | is something that would happen, and let us run it |
| 01:34:24 | 23 | from now on. |
| 01:34:25 | 24 | Q.  And that's the -- that's part of the testing |
| 01:34:28 | 25 | procedure, namely, that as you learn about defects |