1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2    Evette D. Pennypacker (Bar No. 203515)
   Andrea Pallios Roberts (Bar No. 228128)
3    Zachary M. Fabish (Bar No. 247535)
  555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065
  Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6

7  Attorneys for Defendant
  Dassault Systèmes
8  SolidWorks Corporation

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 AUTODESK, INC., a Delaware corporation,     Case No.   3:08-cv-04397-WHA

14           Plaintiff and                 **STIPULATION AND** ~~**PROPOSED**~~
          Counterdefendant,            **ORDER PERMITTING USE OF**
15                                          **AUDIO / VISUAL EQUIPMENT AT**
   v.                                      **DECEMBER 3, 2009 HEARING**
16

17 DASSAULT SYSTÈMES SOLIDWORKS
   CORPORATION, a Delaware corporation,
18           Defendant and
           Counterclaimant.
19

20       Pursuant to Civil Local Rule 7-12, Plaintiff Autodesk, Inc. ("Autodesk") and Defendant

21 Dassault Systèmes SolidWorks Corporation ("SolidWorks") hereby stipulate and request that the

22 Court enter an order permitting SolidWorks' counsel to bring certain equipment into the

23 Courtroom as follows:

24       WHEREAS, the Court is currently scheduled to hear argument on Autodesk's Motion for

25 Summary Judgment (Dkt. No. 77), Autodesk's Motion for Partial Summary Judgment (Dkt. No.

26 86), and SolidWorks' Motion for Summary Judgment, or in the alternative, Summary

27 Adjudication (Dkt. No. 91) on December 3, 2009;

28       WHEREAS, SolidWorks would like to use certain presentation equipment during the

1 hearing;

2 WHEREAS, the parties have met and conferred and Autodesk has no objection to
3 SolidWorks' counsel bringing certain equipment into the Courtroom for use at the December 3,
4 2009 hearing;

5 NOW THEREFORE, IT IS HERBY STIPULATED, by and through counsel for the
6 parties, that SolidWorks' counsel be permitted (with the Court's permission): (1) to bring an
7 overhead projector, a monitor, a laptop computer, switcher (to allow parties to use the same
8 equipment), video cables, a speaker system, and an ELMO document presenter to Courtroom 9
9 for the hearing on the parties' motions for summary judgment or, in the alternative, summary
10 adjudication on Thursday, December 3, 2009; and (2) to use the overhead projector, monitor,
11 laptop computer, switcher (to allow parties to use the same equipment), video cables, speaker
12 system, and ELMO document presenter during the hearing scheduled for Thursday, December 3,
13 2009.

Dated: November 23, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/*Evette D. Pennypacker*
    EVETTE D. PENNYPACKER

Attorneys for Defendant and Counterclaimant, DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

Dated: November 23, 2009

MORRISON & FOERSTER LLP

By: /s/*David E. Melaugh*
    DAVID E. MELAUGH

Attorneys for Plaintiff and Counterdefendant, AUTODESK, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 30, 2009



_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

**<u>ATTESTATION</u>**

Pursuant to General Order No. 45, I hereby attest that I have on file an email from David E. Melaugh of Morrison & Foerster LLP, attorneys for Plaintiff and Counterdefendant AUTODESK, INC., agreeing to the filing of this electronically filed document.

Dated: November 23, 2009

By: /s/*Evette D. Pennypacker*
Evette D. Pennypacker