QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Dassault Systèmes
SolidWorks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>            Plaintiff and<br>            Counterdefendant,<br><br>       v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>            Defendant and<br>            Counterclaimant. | Case No.   3:08-cv-04397-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF CLAIMS UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200 AND 17500** |

WHEREAS Plaintiff and Counterdefendant Autodesk, Inc. ("Autodesk") asserts in its First Amended Complaint claims for relief for Unfair Business Practices, Deceptive Business Practices, Unlawful Business Practices, and Deceptive, False, and Misleading Advertising under California State Law;

WHEREAS, Defendant and Counterclaimant Dassault Systèmes SolidWorks Corporation ("SolidWorks") asserts in its Answer and Counterclaims to Autodesk's First Amended Complaint counterclaims for relief for Unfair Business Practices, Deceptive Business Practices, Unlawful Business Practices, and Deceptive, False, and Misleading Advertising under California State Law,

WHEREAS Autodesk and SolidWorks have agreed to dismiss the above-described California state law claims;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, and ordered by the Court, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Counts VI (Unfair Business Practices – California Law), VII (Deceptive Business Practices – California Law), VIII (Unlawful Business Practices – California Law), and IX (Deceptive, False, and Misleading Advertising – California Law) in Plaintiff's First Amended Complaint are DISMISSED WITHOUT PREJUDICE.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Counts III (Unfair Competition – California Law) and IV (False Advertising – California Law) in Defendant's Answer and Counterclaims to Plaintiff's First Amended Complaint are DISMISSED WITHOUT PREJUDICE.

3. The parties covenant and agree not to refile the dismissed claims described in paragraphs 1 and 2 (above) concerning the acts alleged in Plaintiff's First Amended Complaint or Defendant's Answer and Counterclaims to Plaintiff's First Amended Complaint, respectively, in this or any other court, whether state or federal.

4. Each party is to bear its own fees and costs with respect to the claims recited in paragraphs 1 and 2, above. Nothing in this stipulation shall affect in any way the remainder of the claims for relief, counterclaims, or affirmative defenses asserted by either party in this case or any other lawsuit and all rights are expressly reserved with respect to those remaining claims.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: November 24, 2009 |

MORRISON & FOERSTER LLP

By: /s/ David E. Melaugh
    DAVID E. MELAUGH

Attorney for Plaintiff and Counterdefendant, AUTODESK, INC.

Dated: November 24, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Evette D. Pennypacker
    EVETTE D. PENNYPACKER

Attorney for Defendant and Counterclaimant, DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November _30_, 2009

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM H. ALSUP
United States District Court Judge

02966.51459/3178690.1

-3-    Case No. 3:08-cv-04397-WHA
STIPULATION AND [PROPOSED] ORDER DISMISSING STATE LAW CLAIMS