quinn emanuel  trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

December 3, 2009

VIA ELECTRONIC FILING

The Honorable William H. Alsup

Re:  *Autodesk, Inc. v. Dassault Systèmes SolidWorks Corp.*, No. 3:08-04397-WHA

Dear Judge Alsup:

Defendant Dassault Systèmes SolidWorks Corporation's ("SolidWorks") Objections to Evidence, Docket Number 185, is timely filed and properly before this Court. Federal Rule of Civil Procedure 56(e) provides that summary judgment affidavits "shall set forth such facts as would be admissible in evidence," and the Ninth Circuit has held that objections to such evidence may be made through a timely "motion to strike or other objection." *Federal Deposit Ins. Corp. v. New Hampshire Ins. Co.*, 953 F.2d 478, 484 (9th Cir. 1991). The Federal Rules of Civil Procedure, however, do not set a deadline for objections to proffered summary judgment evidence; nor do the Local Rules of this Court. Indeed, practice guides indicate that objections may be made at any point before *or during* the hearing on summary judgment. *See* THE RUTTER GROUP, CALIFORNIA PRACTICE GUIDE FEDERAL CIVIL PROCEDURE BEFORE TRIAL, § 14:110 (noting that "objections may be made for the first time at the hearing"); *see also* BAKER & MCKENZIE *Summary Judgment*, available at http://www.bakernet.com/BakerNet/ Practice/DisputeResolution/Dispute+Resolution+Around+the+World/North+America/United+St ates+of+America/5+Pre-Trial+Proceedings/Summary+Judgment/Default.htm (noting that summary judgment evidence objections "can be made either at the hearing or beforehand").

Here, the Objections made by SolidWorks are timely, as they were made in writing in advance of the summary judgment hearing. Additionally, given the fact that certain discovery matters—including expert depositions—were ongoing contemporaneous with preparation and filing of summary judgment briefing in this action, it is plain that there has been no undue delay in SolidWorks' filing of its Objections. The Objections are timely, and should be treated as such. In light of this authority, it would be extremely prejudicial to SolidWorks to strike its objections at this stage.

Autodesk's sole claim that SolidWorks' objections are untimely is the decision, *ACCO Brands, Inc. v. PC Guardian Anti-Theft Products, Inc.*, 592 F.Supp.2d 1208, 1127, which is a two line section of an order without reference to any case or decisional authority supporting the ruling, or any discussion of any timeline as to when evidence was first submitted as compared to when it was objected to. Notably, Autodesk itself does not object to any of the evidence submitted by SolidWorks.

Respectfully submitted,

/s/ *Claude M. Stern*

Claude M. Stern, Attorney for Dassault Systèmes SolidWorks Corp.

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712