IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK INC., a Delaware corporation,

    Plaintiff,

  v.

DASSAULT SYSTEMS SOLIDWORKS CORPORATION, a Delaware corporation,

    Defendant.

No. C 08-04397 WHA

**ORDER ADVANCING TRIAL DATE AND FINAL PRETRIAL CONFERENCE**

The trial date is hereby **ADVANCED** from Monday, January 11, 2010, to **TUESDAY, JANUARY 5, 2010**, with the final pretrial conference being **ADVANCED** to **WEDNESDAY, DECEMBER 30, 2009, AT 9:00 A.M.** As stated at the summary judgment hearing, a criminal trial must commence January 18 and must take priority. By January 18, the Autodesk trial should be mostly completed but if not, it will continue in the afternoons starting on the 18th. The trial calendar for 2010 is very packed, so there is no other opening sufficient to try this case and the foregoing is the best that can be done. Counsel are reminded to keep pretrial motions *in limine* to a minimum without prejudice to raising motions at the outset of each trial day as the trial proceeds. If counsel desire an ADR referral, they should act promptly so that the undersigned can ask a magistrate judge to fit the case into his or her calendar.

**IT IS SO ORDERED.**

Dated: December 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE