**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK INC., a Delaware corporation,

    Plaintiff,

v.

DASSAULT SYSTEMES SOLIDWORKS CORPORATION, a Delaware corporation,

    Defendant.
_____/

No. C 08-04397 WHA

**ORDER REGARDING POST-SUMMARY JUDGMENT LETTERS AND EXHIBITS**

    No new arguments or exhibits submitted by either party after the summary judgment hearing on December 3, 2009, will be considered when ruling on the pending cross-motions for summary judgment. The matter is already under submission.

    **IT IS SO ORDERED.**

Dated: December 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE