United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>    Defendant.<br>                                                         / | No. C 08-04397 WHA<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

      The letter from plaintiff's counsel regarding exhibits and witnesses for trial has been received. The parties are hereby ordered to appear for a case management conference **AT 2:00 P.M. ON WEDNESDAY, DECEMBER 16, 2009,** in courtroom 9 to address these issues.

      **IT IS SO ORDERED.**

Dated: December 11, 2009.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE