QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Dassault Systèmes
SolidWorks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>  Plaintiff and<br>  Counterdefendant,<br><br>v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>  Defendant and<br>  Counterclaimant. | Case No.   3:08-cv-04397-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DECEMBER 16, 2009 PRETRIAL CONFERENCE**;<br><br>ORDER DENYING STIPULATION |

The Court scheduled a Pretrial Conference for Wednesday, December 16 at 2:00 p.m. SolidWorks' lead trial counsel has a previously-scheduled telephonic Case Management Conference before Magistrate Judge Richard Seeborg in the matter of *YieldBoost v. Photon Dynamics, Inc.*, Case No. 5:09-cv-03828-RS that afternoon and is concerned that the two conferences will interfere with one another. SolidWorks requests that the Court reschedule the December 16 pretrial conference, preferably to a time earlier that day.

NOW THEREFORE, SolidWorks respectfully requests that the December 16, 2009 pretrial conference be rescheduled. Autodesk stipulates that it has no objection to scheduling this conference at a time earlier in the day on December 16, 2009.

| | |
|---|---|
| 1 | |
| 2  Dated: December 14, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | |
| 4 | By: */s/ Claude M. Stern* |
|   |      CLAUDE M. STERN |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant, DASSAULT SYSTÈMES SOLIDWORKS CORPORATION |
| 7 | |
| 8 | |
| 9  Dated: December 14, 2009 | MORRISON & FOERSTER LLP |
| 10 | |
| 11 | By: */s/ Michael Jacobs* |
|    |      MICHAEL JACOBS |
| 12 | |
| 13 | Attorneys for Plaintiff and Counterdefendant, AUTODESK, INC. |

14   ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~   DENIED.

15   Dated: December 14, 2009

                                        _____
                                        HONORABLE WILLIAM H. ALSUP
                                        United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: DENIED WITHOUT PREJUDICE / Judge William Alsup]*

**ATTESTATION**

Pursuant to General Order No. 45, I hereby attest that I conferred with Michael Jacobs of Morrison & Foerster LLP, attorneys for Plaintiff and Counterdefendant AUTODESK, INC., and obtained agreement to the filing of this electronically filed document.

Dated: December 14, 2009

By: */s Claude M. Stern*
      Claude M. Stern