**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK INC., a Delaware corporation,

    Plaintiff,

  v.

DASSAULT SYSTEMES SOLIDWORKS CORPORATION, a Delaware corporation,

    Defendant.
                                      /

No. C 08-04397 WHA

**ORDER VACATING DECEMBER 16, 2009 HEARING**

Having received notice from the parties that the issues regarding exhibits and witnesses set for a hearing today at 2:00 p.m. have been resolved in full, the hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: December 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE