QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Dassault Systèmes
SolidWorks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 3:08-cv-04397-WHA<br><br>**DECLARATION OF MAUREEN PETTIBONE RYAN IN SUPPORT OF DASSAULT SYSTÈMES SOLIDWORKS CORPORATION'S MOTIONS *IN LIMINE* NOS. 1-7** |

02966.51459/3251405.1

Case No. 3:08-cv-04397-WHA
RYAN DECLARATION IN SUPPORT OF SOLIDWORKS' MOTIONS IN LIMINE NOS. 1-7.

**DECLARATION OF MAUREEN PETTIBONE RYAN**

I, Maureen Pettibone Ryan, declare and state as follows:

1. I am a member of the bar of the State of California and an associate with the Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Defendant Dassault Systèmes SolidWorks Corporation ("SolidWorks"). I make this declaration in support of SolidWorks' motions *in limine,* nos. 1-7. I make this declaration of personal knowledge; and if called and sworn as a witness, I could and would testify competently thereto.

**DEPOSITIONS AND DEPOSITION EXHIBITS**

2. Exhibit 1 is a true and correct copy of excerpts of the October 26, 2009 deposition of Eric Anderson.

3. Exhibit 2 is a true and correct copy of excerpts of the September 14, 2009 deposition of Chris Bradshaw.

4. Exhibit 3 is a true and correct copy of excerpts of the August 27, 2009 deposition of Amy Farrell.

5. Exhibit 4 is a true and correct copy of excerpts of the July 10, 2009 deposition of Shawn Gilmour, including Gilmour Deposition Exhibit 1001, SolidWorks' 30(b)(6) Deposition Notice, detailing the topics of examination for Autodesk's 30(b)(6) witness.

6. Exhibit 5 is a true and correct copy of excerpts of the September 11, 2009, deposition of Maura Ginty.

7. Exhibit 6 is a true and correct copy of excerpts of the October 27, 2009, deposition of Dominique Hanssens.

8. Exhibit 7 is a true and correct copy of excerpts of the September 16, 2009, deposition of Shaan Hurley.

9. Exhibit 8 is a true and correct copy of excerpts of the October 28, 2009, deposition of E. Deborah Jay, including Jay Deposition Exhibit 1453, which is an article drafted by Dr. Jay that discusses how *Teflon* and *Thermos* surveys are appropriate when determining genericness in trademark disputes, among other things, and 1454, which is a decision from the

02966.51459/3251405.1

Case No. 3:08-cv-04397-WHA
RYAN DECLARATION IN SUPPORT OF SOLIDWORKS' MOTIONS IN LIMINE NOS. 1-7.

1  USPTO rejecting Dr. Jay's survey because it failed to distinguish between .dwg as a file format
2  and "DWG" as an alleged trademark.

3      10.    Exhibit 9 is a true and correct copy of excerpts of the August 26, 2009,
4  deposition of Megan Reilly.

5      11.    Exhibit 10 is a true and correct copy of excerpts of the November 17, 2009,
6  deposition of Daniel Slottje.

7  **MOTION *IN LIMINE* NO. 1 RE: EVIDENCE OF ACTUAL CONFUSION**

8      12.    Exhibit 11 is a true and correct copy of Autodesk's Federal Rule of Civil
9  Procedure 26(a)(3) Disclosure.

10      13.    Exhibit 12 is a true and correct copy of excerpts of Autodesk's
11  Supplemental Responses and Objections to Defendant's First Set of Interrogatories, including
12  Shawn Gilmour's Verification.

13      14.    Exhibit 13 is a true and correct copy of Autodesk's Third Supplemental
14  Responses and Objections to Defendant's First Set of Interrogatories, including Shawn Gilmour's
15  Verification.

16      15.    Exhibit 14 is a true and correct copy of Autodesk's Fourth Supplemental
17  Responses and Objections to Defendant's First Set of Interrogatories, including Shawn Gilmour's
18  Verification.

19      16.    Exhibit 15 is a true and correct copy of a document produced by
20  SolidWorks bearing control numbers SW0001637-38, consisting of an online comment thread
21  concerning "SolidWorks DWGgateway."

22      17.    Exhibit 16 is a true and correct copy of a document produced by
23  SolidWorks bearing control number SW0027333 consisting of an email chain discussing
24  DWGeditor and AutoCAD with a SolidWorks employee.

25      18.    Exhibit 17 is a true and correct copy of a document produced by
26  SolidWorks bearing control number SW0027335 consisting of an email chain discussing
27  DWGeditor and AutoCAD with a SolidWorks employee.

28

19. Exhibit 18 is a true and correct copy of a document produced by Autodesk bearing control numbers ADSK0015097-102. The quality of the reproduction is the best SolidWorks is able to provide based on the version produced to it by Autodesk.

20. Exhibit 19 is a true and correct copy of a document produced by Autodesk bearing control numbers ADSK0022991-93.

21. Exhibit 20 is a true and correct copy of a document produced by Autodesk bearing control numbers SW0011764-65, consisting of an email referencing a discussion thread.

22. Exhibit 21 is a true and correct copy of a discussion group thread found at http://discussion.autodesk.com/forums/thread.jspa?threadID=388519, mentioning in part programs like "DWGgateway, which are not created or supported by Autodesk," which I caused to be printed on December 13, 2009.

23. Exhibit 22 is a true and correct copy of a version of the discussion thread attached hereto as Exhibit 21, produced by Autodesk and bearing control numbers ADSK0040189-93. Portions of the text in the thread appear to be cut off and are missing from the version produced to SolidWorks.

**MOTION *IN LIMINE* NO. 2 RE: UNPREPARED 30(B)(6) WITNESSES**

24. Exhibit 23 is a true and correct copy of SolidWorks' May 1, 2009, Rule 30(b)(6) deposition notice.

25. Exhibit 24 is a true and correct copy of a July 29, 2009, letter from Ms. Andrea Pallios Roberts, attorney for SolidWorks, to Ms. Jacqueline Bos, attorney for Autodesk, in which SolidWorks requested that Autodesk identify an additional witness on Topics 1, 4, and 7.

26. Exhibit 25 is a true and correct copy of a August 3, 2009, letter from Ms. Bos, attorney for Autodesk, to Ms. Roberts, attorney for SolidWorks, in which Autodesk agreed only to supplement its 30(b)(6) testimony regarding "Autodesk's use of DWG as a mark, its marketing and branding of DWG, and the work of the Tiger Team, Goodman Marketing, and Clearklink."

27. Exhibit 26 is a true and correct copy of a September 25, 2009, letter from David Melaugh, attorney for Autodesk, to Ms. Evette Pennypacker, attorney for SolidWorks, in

1   which Autodesk offered to make Mr. Bradshaw available again to cure deficiencies in his
2   deposition testimony.

3       28.    Exhibit 27 is a true and correct copy of an October 25, 2009, e-mail from
4   Mr. David Melaugh, attorney for Autodesk, to counsel for SolidWorks, in which Autodesk
5   unilaterally withdrew its offer to make Mr. Bradshaw available again to cure deficiencies in his
6   deposition testimony.

7       29.    Exhibit 28 is a true and correct copy of an October 26, 2009, e-mail from
8   Mr. David Melaugh, attorney for Autodesk, to counsel for SolidWorks, in which Autodesk
9   unilaterally withdrew its offer to make Mr. Bradshaw available again to cure deficiencies in his
10  deposition testimony.

**MOTION *IN LIMINE* NO. 3 RE: DR. DANIEL J. SLOTTJE**

12      30.    Exhibit 29 has been intentionally left blank.

13      31.    Exhibit 30 is a true and correct copy of excerpts from the October 16, 2009,
14  reply report of Daniel J. Slottje.

15      32.    Exhibit 31 is a true and correct copy of the survey relied upon by Dr.
16  Slottje.

17      33.    Exhibit 32 is a true and correct copy of a September 4, 2009, letter from
18  Ms. Bos, attorney for Autodesk, in which Ms. Bos informed SolidWorks that Autodesk was not
19  seeking lost profits in this matter.

20      34.    Exhibit 33 is a true and correct copy of a document produced by Autodesk
21  bearing control numbers ADSK0030964-70 concerning Autodesk's Trade Mark DWG application
22  No. 4703641 in Classes 9,16 in the European Union.

23      35.    Exhibit 34 is a true and correct copy of Autodesk's September 4, 2009
24  Second Supplemental Initial Disclosures.

**MOTION *IN LIMINE* NO. 4 RE: DR. DOMINIQUE M. HANSSENS**

26      36.    Exhibit 35 is a true and correct copy of the September 25, 2009, report of
27  Dr. Dominique M. Hanssens.

28

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.  Executed December 14, 2009, at Redwood Shores, California.

                        By     /s/   Maureen Pettibone Ryan
                            Maureen Pettibone Ryan
                            Attorney for Defendant Dassault Systèmes
                            SolidWorks Corporation.