# EXHIBIT 9

MEGAN REILLY
CONFIDENTIAL ATTORNEYS' EYES ONLY
08/26/09

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4  AUTODESK, INC.,
 5       Plaintiff,
 6       vs.                    No. 3:08-CV-04397-WHA
 7  DASSAULT SYSTEMES SOLIDWORKS
    CORPORATION,
 8
         Defendant.
 9  _____
10
11
12
13
14
15      Confidential videotaped deposition of MEGAN
16  REILLY, taken on behalf of Defendant Dassault
17  Systemes SolidWorks Corporation, at 555 Twin Dolphin
18  Drive, Suite 560, Redwood Shores, California,
19  beginning at 9:13 a.m. and ending at 4:55 p.m., on
20  Wednesday, August 26, 2009, before SUZANNE F.
21  BOSCHETTI, Certified Shorthand Reporter No. 5111.
22
23
24
25
```

| | | |
|---|---|---|
| 09:14:19 | 1 | and gain concurrence from all parties.  The |
| 09:14:22 | 2 | videographer will then stop recording.  All recorded |
| 09:14:25 | 3 | comments made by any party, attorney or the deponent |
| 09:14:28 | 4 | during this deposition will be assumed to be on the |
| 09:14:30 | 5 | record and will be transcribed. |
| 09:14:32 | 6 |     Would counsel please identify yourselves and |
| 09:14:34 | 7 | state whom you represent. |
| 09:14:36 | 8 |     MR. STERN:  Claude Stern and Evette |
| 09:14:40 | 9 | Pennypacker of Quinn Emanuel on behalf of the |
| 09:14:43 | 10 | defendant and counterclaimant SolidWorks. |
| 09:14:46 | 11 |     MR. MELAUGH:  David Melaugh of Morrison & |
| 09:14:50 | 12 | Foerster on behalf of plaintiff Autodesk and deponent |
| 09:14:54 | 13 | Megan Reilly. |
| 09:14:56 | 14 |     VIDEO OPERATOR:  Would the court reporter -- |
| 09:14:57 | 15 |     MR. STERN:  Just for the record, Rich Foehr |
| 09:15:00 | 16 | of Autodesk is also in the -- in the room. |
| 09:15:03 | 17 |     VIDEO OPERATOR:  Would the court reporter |
| 09:15:05 | 18 | please swear in the witness. |
| | 19 | |
| | 20 |         MEGAN REILLY, |
| | 21 | having been administered an oath, was examined and |
| | 22 | testified as follows: |
| | 23 | |
| 09:15:16 | 24 |         EXAMINATION |
| 09:15:16 | 25 | BY MR. STERN: |

MEGAN REILLY 08/26/09
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:29:01 | 1 | confused any Autodesk product with a SolidWorks |
| 12:29:05 | 2 | product? |
| 12:29:06 | 3 | A. I don't remember any of that. |
| 12:29:07 | 4 | Q. Okay. Did you ever hear any situation where |
| 12:29:09 | 5 | a SolidWorks product -- withdraw that. |
| 12:29:12 | 6 | Did you ever hear any situation where a |
| 12:29:13 | 7 | SolidWorks customer confused any SolidWorks product |
| 12:29:17 | 8 | with an Autodesk product? |
| 12:29:18 | 9 | A. Not that I recall. |
| 12:29:19 | 10 | Q. Did you ever hear -- did you ever recall |
| 12:29:23 | 11 | hearing from anybody in the organization -- and when |
| 12:29:25 | 12 | I say hearing, seeing a document, hearing through the |
| 12:29:28 | 13 | spoken word, in any way getting information |
| 12:29:31 | 14 | indicating that Autodesk customers are confused about |
| 12:29:35 | 15 | what SolidWorks offers -- offers and vice versa? |
| 12:29:37 | 16 | A. I don't recall that. |
| 12:29:56 | 17 | MR. STERN: Why don't we break. |
| 12:29:58 | 18 | VIDEO OPERATOR: The time is 12:29. We're |
| 12:30:02 | 19 | going off record. |
| 01:25:20 | 20 | (Lunch recess.) |
| 01:25:20 | 21 | VIDEO OPERATOR: Good afternoon. The time |
| 01:25:24 | 22 | is 1:25. We are back on record. |
| 01:25:24 | 23 | BY MR. STERN: |
| 01:25:27 | 24 | Q. Ms. Reilly, you were looking at Exhibit 1082 |
| 01:25:36 | 25 | before lunch. Directing your attention to page 365 |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11            Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [X] was [ ] was not requested.
15            I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or party to this action.
18            IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated:     SEP 10 2009
22
23                      _____Suzanne F. Boschetti_____
                        SUZANNE F. BOSCHETTI
24                      CSR No. 5111
25
```