IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC., a Delaware corporation,

    Plaintiff,

  v.

DASSAULT SYSTEMS SOLID WORKS CORPORATION, a Delaware corporation,

    Defendant.

No. C 08-04397 WHA

**ORDER REGARDING MOTIONS IN LIMINE**

      The parties' twelve motions in limine, oppositions thereto, and voluminous supporting documents — totaling well over 1,800 pages — are currently sitting in a five-foot high stack on the undersigned's desk. In light of this staggering amount of paper, the parties are requested to *jointly* file **BY NOON ON MONDAY, DECEMBER 28, 2009**, a précis that summarizes the grounds for each motion in limine and opposition thereto. Each motion summary shall be limited to one page. This means that the précis should be no longer than twelve to fourteen pages. Also, please explain why a ruling is needed before opening statements rather than before a particular witness actually testifies. Single spacing will be fine.

    **IT IS SO ORDERED.**

Dated: December 24, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE