IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DASSAULT SYSTEMÈS SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>Defendant.<br>_____ / | No. C 08-04397 WHA<br><br>**ORDER REQUESTING PROPOSED ORDER SUMMARIZING RULINGS ON MOTIONS IN LIMINE** |

The undersigned requests that the parties file a joint proposed order that summarizes the rulings on the parties' thirteen motions *in limine* made at the pretrial conference by **4 P.M. ON DECEMBER 31, 2009**.

**IT IS SO ORDERED.**

Dated: December 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE