MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
J. THOMAS MCCARTHY (CA SBN 034728)
TMcCarthy@mofo.com
DAVID E. MELAUGH (CA SBN 219477)
DMelaugh@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
AUTODESK, INC.


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. 3:08-cv-04397-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF AUDIO / VISUAL EQUIPMENT AT TRIAL**<br><br>Date: December 30, 2009<br>Time: 9:00 A.M.<br>Place: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

Pursuant to Civil Local Rule 7-12, Plaintiff Autodesk, Inc. and Defendant Dassault Systèmes SolidWorks Corporation, collectively "the parties," hereby stipulate and request that the Court enter an order permitting the parties' counsel to bring certain equipment into the Courtroom as follows:

WHEREAS, trial in this matter is scheduled to begin on January 5, 2010;

WHEREAS, the parties would like to use certain presentation equipment during the trial;

WHEREAS, the parties have met and conferred and agreed to share the audio visual equipment brought into the courtroom to minimize the burden on the Court and potential clutter in the Courtroom;

WHEREAS, the parties would like to begin setting-up the presentation equipment starting on December 30, 2009, or as early as the Court's calendar permits prior to the January 5, 2010 trial;

NOW THEREFORE, IT IS HERBY STIPULATED, by and through counsel for the parties, that the parties be permitted (with the Court's permission):

(1) To bring an overhead projector, video projector, projection screen, several monitors, laptop computers, switcher (to allow parties to use the same equipment), video cables, laser pointers, a speaker system, an ELMO document presenter, tech tables to place the equipment on, power cables, power strips, and eight to ten boxes of documents and supplies each to Courtroom 9 beginning on December 30, 2009 (or as early as the Court's calendar permits); and

(2) To use an overhead projector, video projector, projection screen, several monitors, laptop computers, switcher (to allow parties to use the same equipment), video cables, laser pointers, a speaker system, an ELMO document presenter, tech tables to place the equipment on, power cables, power strips, and eight to ten boxes of documents and supplies during the trial scheduled to begin on January 5, 2010.

**\* As ordered during the final pretrial conference, the parties are responsible for ensuring that any equipment used in court be free of rattles or otherwise distracting sounds.**

| | | |
|---|---|---|
| 1 | Dated: December 23, 2009 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Michael A. Jacobs* |
| 4 | | MICHAEL A. JACOBS |
| 5 | | Attorneys for Plaintiff<br>AUTODESK, INC. |
| 6 | | |
| 7 | Dated: December 23, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 8 | | |
| 9 | | By: /s/*Evette D. Pennypacker* |
| 10 | | EVETTE D. PENNYPACKER |
| 11 | | Attorneys for Defendant<br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION |
| 12 | | |

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: December _30_, 2009

IT IS SO ORDERED
Judge William Alsup

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge