1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   AUTODESK, INC., a Delaware corporation,          No. C 08-04397 WHA

11          Plaintiff,

12      v.                                            **ORDER REGARDING TRIAL
                                                      AND PROPOSED CONSENT
13   DASSAULT SYSTÈMES SOLIDWORKS                      JUDGMENT**
     CORPORATION, a Delaware corporation,
14
15          Defendant.
                                                  /
16

17          The undersigned has received the filings from the parties, submitted at 12:25 a.m. this

18   morning, and reviewed them a few minutes ago.   The parties are entitled to settle this case.  They

19   are *not* entitled, however, to a judicial ruling as set forth in paragraph two of the proposed consent

20   judgment.  The trial will commence as scheduled at 7:30 a.m.

21

22          **IT IS SO ORDERED.**

23

24   Dated: January 5, 2010.
                                                  WILLIAM ALSUP
25                                                UNITED STATES DISTRICT JUDGE

26
27
28