IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC., a Delaware corporation,

Plaintiff,

v.

DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,

Defendant.

No. C 08-04397 WHA

**SUPPLEMENTAL ORDER REGARDING CONSENT JUDGMENT**

This order is meant to provide guidance to the parties as to what would be acceptable language in place of paragraph two of their proposed consent judgment:

> The parties stipulate that the letter string "DWG" is a valid trademark owned by Autodesk for computer-aided design (CAD) software and related services, as alleged by Autodesk in the FAC. Based on that stipulation, the Court will enforce the stipulated trademark as against defendant without adjudicating the issue on the merits.

Additionally, in paragraph three, the phrase "except as specified in paragraph 2" should be deleted.

Dated: January 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE