IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC., a Delaware corporation,

Plaintiff,

v.

DASSAULT SYSTÈMES SOLIDWORKS
CORPORATION, a Delaware corporation,

Defendant.

No. C 08-04397 WHA

**ORDER REGARDING
JURY EXPENSES**

Due to the delay in reaching a settlement agreement and pursuant to counsel's agreement in court, both parties are jointly and severally liable for paying a grand total of $3505.10 in court-incurred costs for causing unnecessary jury expense in this litigation. A breakdown of these costs is provided as Exhibit A to this order. Payment is requested in full **BY JANUARY 19, 2010**. Please make any check payments payable to "Clerk, United States District Court, Northern District of California" upon receipt of this order. For any other questions regarding payment, please contact Jury Administrator David Weir.

All matters having been addressed, **THE CLERK SHALL CLOSE THE FILE**.

Dated: January 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE