COST ASSESSMENT BILL
Autodesk v Dassault Systemes Solidworks
No. C 08-4397 WHA

| ATTENDANCE DATE | ATTTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | CATERING | TOTAL |
|---|---|---|---|---|---|---|
| January 5, 2010 | $1,800.00 | $1,431.10 | $165.00 | $59.00 | $50.00 | **$3,505.10** |

Exhibit A