MORRISON & FOERSTER LLP
  Michael A. Jacobs (Bar No. 111664)
  J. Thomas McCarthy (Bar No. 034728)
  Lynn M. Humphreys (Bar No. 168062)
  Jacqueline Bos (Bar No. 243938)
  Nathan B. Sabri (Bar No. 252216)
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
AUTODESK, INC.


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Andrea Pallios Roberts (Bar No. 228128)
  Zachary M. Fabish (Bar No. 247535)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

Attorneys for Defendant
DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.  C-08-04397 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLIANCE WITH PROTECTIVE ORDER DESTRUCTION REQUIREMENTS** |

STIPULATION AND [PROPOSED] ORDER
Case No.    C-08-04397 WHA
sf-2812567

1

Autodesk, Inc. ("Autodesk") and Dassault Systèmes Solidworks Corporation ("Solidworks") jointly request an order extending the time for compliance with paragraph 44 of the Second Amended Protective Order in this matter ("Protective Order"), filed December 1, 2009 (Docket No. 183), and approved December 2, 2009 (Docket No. 186) by 30 days to April 7, 2010.

Currently, paragraph 44 of the Protective Order requires each party to return to the producing party, or destroy, all physical objects and documents it has received that embody Protected Information as defined in the Protective Order, within sixty (60) days after the complete settlement of all claims against all parties in this action. As the order approving the settlement of this litigation was entered on January 5, 2010, the date for compliance with paragraph 44 of the Protective Order is currently March 8, 2010 (as the technical March 6, 2010 compliance date falls on a Saturday). The parties ask for this extension to provide greater assurance that there can be full and timely compliance with the order.

IT IS STIPULATED AND AGREED, subject to order of the Court, that in light of separate document hold requirements, the date for compliance with paragraph 44 of the Protective Order is extended to April 7, 2010.

Dated: March 5, 2010

*/s/ Jacqueline Bos*
JACQUELINE BOS

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
Autodesk, Inc.

Dated: March 5, 2010

*/s/ Claude M. Stern*
CLAUDE M. STERN

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065
Telephone: 650-801-5000
Facsimile. 650-801-5100

Attorneys for Defendant
Dassault Systèmes SolidWorks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-08-04397 WHA<br><br>**[PROPOSED] ORDER EXTENDING DATE FOR COMPLIANCE WITH PROTECTIVE ORDER DESTRUCTION REQUIREMENTS** |

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that the date for compliance with paragraph 44 of the Second Amended Protective Order in this matter ("Protective Order"), filed December 1, 2009 (Docket No. 183), and approved December 2, 2009 (Docket No. 186) is extended to April 7, 2010.

Dated: March _5_, 2010

IT IS SO ORDERED

_____
HON. WILLIAM H. ALSUP
United States District Court Judge